3

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JUAN PEQUENO §
§
§
versus § CIVIL ACTION: B: 00-180
§
§
CITY OF BROWNSVILLE, et al §

# Order Resetting Conference

The intial pre-trial conference set for *March 12, 2001,* has been reset to:

## April 16, 2001 at 2:00 p.m.

Signed on _February 23_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge