4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# (Brownsville Division)

United States District Court
Southern District of Texas
FILED

MAR 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Previous Mayor), CARLOS RUBINSTEN (Previous City Manager) | § § § § | |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW Defendants THE CITY OF BROWNSVILLE, BLANCA VELA, CARLTON RICHARDS, ERNIE HERNANDEZ, HARRY MCNAIR, JR., JOHN WOOD, IVAN WELKER, EFREN FERNANDEZ, HENRY GONZALEZ, CARLOS RUBINSTEN and file this, their Original Answer to Plaintiffs Petition and in support thereof would show as follows;

1) Defendants deny the allegations in paragraph one of Plaintiffs complaint.

2) Defendants deny the allegations in paragraph two of Plaintiffs complaint.

3) Defendants deny the allegations in paragraphs three, four, and five of Plaintiffs complaint.

1

4) Defendant Brownsville is a Texas Municipality and has governmental immunity from suit.

5) Defendants THE CITY OF BROWNSVILLE, BLANCA VELA, CARLTON RICHARDS, ERNIE HERNANDEZ, HARRY MCNAIR, JR., JOHN WOOD, IVAN WELKER, EFREN FERNANDEZ, HENRY GONZALEZ, CARLOS RUBINSTEN have qualified immunity and state official immunity because at all times, they were acting in good faith, in pursuit of their discretionary duties as officers of the city of Brownsville and were performing their duties in a reasonable manner.

6) Plaintiffs claims are barred by the Texas Tort Claims Act.

7) In the alternative, Defendants would state that Plaintiff's damages are limited to the amounts set forth in the Texas Tort Claims Act.

8) Defendants assert the defense of statute of frauds to plaintiffs claims in contract.

9) Defendants raise the defense of statute of limitations.

10) Defendants raise the defense of res judicata and/or collateral estoppel.

11) Defendants would state that the plaintiffs claims are barred by laches and unclean hands.

12) Plaintiff failed to exhaust the administrative remedies available to him.

13) Plaintiff has failed to mitigate his damages.

## COUNTERCLAIM

14) Defendants would state that plaintiffs claim is frivolous and Defendants seek attorney fees and costs of suit as the prevailing party as to plaintiffs claims under 42 U.S.C. §1983.

Signed on the 23 day of March, 2001.

>Respectfully submitted,
>
>WILLETTE & GUERRA, L.L.P.
>International Plaza, Suite 460
>3505 Boca Chica Boulevard
>Brownsville, Texas 78521
>Telephone: (956) 541-1846
>Facsimile: (956) 541-1893
>
>By: _____
>Mark Sossi
>State Bar No. 18855680
>USDC No. 10231

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, has been sent to the following Via U.S. Certified Mail, return receipt requested, on the 23 day of March, 2001.

Mr. Juan Pequeno
ATTORNEY-IN-FACT
P.O. Box 5692
Brownsville, Texas 78523

_____
Mark Sossi