# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 3/26/01

NAME OF SERVER (PRINT): Eddie M Gonz

TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 12th Market Square Brownsville, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/26/01  4:50 pm
Date

Signature of Server: Eddie M Gonz

Address of Server: 700 Paredes Ave #208
Brownsville, TX 78520

956-546-1313

United States District Court
Southern District of Texas
RECEIVED  11:55
MAR 27 2001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Michael N. Milby, Clerk of Court