IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Pequeno, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on April 9, 2001 the Court **ORDERED** the Parties to submit a Joint Discovery/Case Management Plan containing the information required by this Court's rules by April 12, 2001 at 12:00 p.m.

DONE at Brownsville, Texas, this 9th day of April 2001.

Hilda G. Tagle
United States District Judge