8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § § § | |
| VS. | § § § § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Previous Mayor), CARLOS RUBINSTEIN (Previous City Manager) | § § § § | |

## DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Juan Pequeno

2. City of Brownsville

3. Blanca Vela

4. Carlton Richards

5. Ernie Hernandez

6. Harry McNair, Jr.

7. John Wood

8. Ivan Welker

9. Efren Hernandez

10. Henry Gonzalez

11. Carlos Rubenstein

12. Texas Municipal League

13. Texas Municipal League Intergovernmental Risk Management Pool

Signed on April 12, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
USDC Adm. No. 22968

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**, has on, April 12, 2001 been served via certified mail, return receipt requested to:

Mr. Juan Pequeno
Pro Se
P.O. Box 5692
Brownsville, Texas 78523

_____
Ryan Henry

2

ClibPDF - www.fastio.com