United States District Court
Southern District of Texas
FILED

APR 1 3 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| Juan Pequeno, | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, | § | |
| Defendants, | § | |

JOINT PRETRIAL ORDER

1.  APPEARANCE OF COUNSEL

    Juan Pequeno
    Pro-se, (Plaintiff)
    P.O. Box 5692
    Brownsville, Texas   78523


    City of Brownsville, (Defendants)
    Willette and Guerra, LLP
    International Plaza, Suite 460
    3505 Boca Chica Boulevard
    Brownsville, Texas   78521
            956/541-1846

2.  STATEMENT OF THE CASE

This case involves the Plaintiff, Juan Pequeno, the Management Information Systems Director for the City of Brownsville, who had been employed with Defendant for fourteen years.  DEFENDANT willfully, violated PLAINTIFF'S constitutional right of speaking as a citizen, about a matter of public concern, at a public city meeting on October 20, 1998.  PLAINTIFF did not benefit personally from his speech and his speaking was about a record high City yearly revenue collection of over $1.3 million dollars which would be affected significantly and adversely.  After speaking at the public city meeting, DEFENDANT, in bad faith, maliciously retaliated against PLAINTIFF with a series of unlawful violations including unconscionable and abusive behavior, threats, harrassment, and false claims of insubordination and misconduct;  and quickly moved to discharge PLAINTIFF by letter, after PLAINTIFF notified DEFENDANT that PLAINTIFF was on sick leave.  After PLAINTIFF requested a hearing, DEFENDANT denied a hearing for PLAINTIFF by unlawfully deciding to discharge PLAINTIFF while PLAINTIFF was on sick leave and in doing so, DEFENDANT also violated PLAINTIFF'S constitutional right of fair procedural due process.  In addition, DEFENDANT lied about PLAINTIFF'S  job performance and conduct at the Texas Workforce hearings and DEFENDANT has committed libel and slander.  Violations by the DEFENDANT are still occurring even today.  The DEFENDANT has also knowingly, in bad faith, reported to the Internal Revenue Service (IRS) over $17,000 of PLAINTIFF'S wages when in fact DEFENDANT has withheld these monies from PLAINTIFF.

TEXAS WORKFORCE COMMISSION (TWC) hearing officer, Mr. Edward Manning ruled on December 7, 1999 in favor of PLAINTIFF, finding that there had been no misconduct by PLAINTIFF. After the DEFENDANT appealed the TWC hearing officer's decision, the TWC COMMISSIONERS ruled on March 9, 2000, again in favor of PLAINTIFF for benefits to be awarded, and also found that there had been no misconduct by PLAINTIFF.

DEFENDANT willfully violated PLAINTIFF'S First Amendment constitutional right by taking severe adverse employment actions against PLAINTIFF for speaking as a citizen about a public concern at a public city meeting and denying fair procedural due process of the Fourteenth Amendment.

3.  JURISDICTION

    This case was filed under the authority of the 42 USC 1983 federal statute.

4.  MOTIONS

    Pending hiring legal counsel

5.  CONTENTIONS OF THE PARTIES

   Juan Pequeno, Plaintiff:

   City of Brownsville, Defendant, willfully violated Plaintiff's First Amendment civil rights of freedom of speech by retaliating and discharging Plaintiff for speaking as a citizen, about a public concern, at a public City Commission meeting and then, willfully denied fair procedural due process, lied about the Plaintiff's work conduct at the Texas Workforce hearings, reported to the IRS over $17,000 of Plaintiff's wages which Defendant is even today still illegally withholding these wages.

6.  ADMISSIONS OF FACT

   Pending hiring of counsel

7.  CONTESTED ISSUES OF FACT

   Pending hiring of counsel

8.  AGREED PROPOSITIONS OF LAW

   Pending hiring of counsel

9.  CONTESTED PROPOSITIONS OF LAW

   Pending hiring of counsel

page 4 of 6

10. EXHIBITS

   Exhibit list provided

11. WITNESSES

   Witness list provided

12. SETTLEMENT

   Pending hiring legal counsel

13. TRIAL

   Pending hiring legal counsel

14. ATTACHMENTS

   Include these required attachments:

   A. For a jury trial:

      (1) Proposed questions for the voir dire examination.

      (2) Proposed charge, including instructions, definitions, and special interrogatories, with authority.

   B. For a nonjury trial:

      (1) Proposed findings of fact (without repeating uncontested facts) and

      (2) Conclusions of law, with authority.

Date:

                               UNITED STATES DISTRICT JUDGE

Approved:

Date: April 13, 2001

                               Juan Pequeno   (Plaintiff)
                               Attorney-in-Fact
                               P.O. Box 5692
                               Brownsville, Texas   78523

Date:

                               Attorney-in-Charge, Defendant

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | * SOUTHERN DISTRICT OF TEXAS |
| Juan Pequeno | * CASE NO. B-00-180 |
| versus-------------- | * |
| City of Brownsville | * EXHIBIT LIST |
| Judge Hilda G. Tagle | * Case Manager: Stella Cavazos |
|  | * Court Reporter: Breck Record |
| List of | Proceeding    Date |

Plaintiff's Exhibits

| No. | Description | Adm | Exd |
|---|---|---|---|

1. Texas Workforce Commissioners' final decision in favor of Plaintiff (1 page)

2. Texas Appeal Tribunal decision in favor of Plaintiff (4 pages)

3. Memorandum concerning the date of the audit committee meeting which was requested by the Mayor and City Commissioners, and intentionally changed by the Defendant to be held without Plaintiff (1 page)

4. Plaintiff's 1st Proposal (4 pages)

5. Memorandum from Defendant, requesting 2nd Proposal (1 page)

6. Plaintiff's 2nd Proposal (6 pages)

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Juan Pequeno | * | CASE NO. B-00-180 |
| versus-------------- | * | |
| City of Brownsville | * | WITNESS LIST |
| Judge Hilda G. Tagle | * | Case Manager: Stella Cavazos |
| | * | Court Reporter: Breck Record |

List of                        Proceeding          Date

Plaintiff's witnesses

1. Mr. Digger Phelps

2. Carlos Rubenstein

3. Ivan Welker

4. Efren Fernandez

5. Arturo Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered personally, faxed or alternatively deposited in a post office or official depository under the care and custody of the United States Postal Service, certified mail, return receipt requested, in a postpaid wrapper, properly addressed to

Willette and Guerra, LLP
Mark Sossi,
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas,    78521

on this __13th__ day of April, 2001.

By: _____
Juan Pequeno
ATTORNEY-IN-FACT
P.O. Box 5692
Brownsville, Texas  78523