10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 6 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PEQUENO § § § | |
| VS. § § § | |
| CITY OF BROWNSVILLE § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) § | |
| ERNIE HERNANDEZ (Commissioner) § | |
| HARRY MCNAIR, JR. (Commissioner) § | |
| JOHN WOOD (Commissioner) § | |
| IVAN WELKER (Assistant City Manager) § | |
| EFREN FERNANDEZ (Human Resource § | |
| Director), HENRY GONZALEZ, § | |
| (Previous Mayor), CARLOS RUBINSTEIN § | |
| (Previous City Manager) § | |

## DEFENDANTS' MOTION TO COMPEL RULE 7(a) REPLY

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Ryan Henry
State Bar No. 24007347
Fed ID. No. 22968

Attorney for Defendants

# TABLE OF CONTENTS

Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Statement of the Nature and State of the Proceeding . . . . . . . . . . . . . . . . . . . . . . 4

Statement of the Issues to be Ruled upon by the Court . . . . . . . . . . . . . . . . . . . . . 5

Specificity Plea Required to Overcome Qualified Immunity . . . . . . . . . . . . . . . . . . 5

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Certificate of Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

# TABLE OF AUTHORITIES

## CASES

*Fee v. Herndon*, 900 F. 2d 804 (5th Cir. 1990)*cert. denied*,
498 U. S. 908, 111 S. Ct. 279 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*Leatherman v.Tarrant County Narcotics Intelligence & Coordination unit*,
507 U.S. 163, 113 S. Ct. 1160, 122 L.Ed. 517 (1993) . . . . . . . . . . . . . . . . . . . . . . 5

*Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995)(en banc) . . . . . . . . . . . . . . . . . . . . 5& 6

*Thompson v. Steel*, 709 F. 2d 381 (5th Cir. 1983), *cert. denied*, 464 U.S. 897 (1983) . . . . . . . . . 6

## STATUTES

42U.S.C.1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

U. S. Const. 1st Amd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

U. S. Const. 14th Amd . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

## RULES

Rule 7(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,5&6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource | § | |
| Director), HENRY GONZALEZ, | § | |
| (Previous Mayor), CARLOS RUBINSTEIN | § | |
| (Previous City Manager) | § | |

## DEFENDANTS' MOTION TO COMPEL RULE 7(a) REPLY

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME Defendants, Blanca Vela, Carlton Richards, Ernie Hernandez, Harry McNair, Jr., John Wood, Ivan Welker, Efren Fernandez, Henry Gonzalez and Carlos Rubinstein, and file this their Motion to Compel Rule 7(a) Reply and for cause would show as follows:

I.
### STATEMENT OF THE NATURE AND STATE OF THE PROCEEDING

On the face of Plaintiff's complaint, Plaintiff Juan Pequeno, brings this claim under 42 U.S.C. § 1983, alleging Defendants violated his First and Fourteenth Amendment rights guaranteed by the United States Constitution by wilfully violating Plaintiff's constitutional right of speaking as a citizen, about a matter of public concern. Defendants filed an Original Answer. The individual Defendants now file this Motion to Compel a Rule 7(a) Reply.

4

# II.
# STATEMENT OF ISSUES TO BE RULED UPON BY THE COURT:

A.    **Specificity Plea Required to Overcome Qualified Immunity**

In *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995)(en banc) the United States Court of Appeals for the Fifth Circuit considered the continued validity of the heightened pleading requirement previously associated with the qualified immunity defense in this circuit in the aftermath of *Leatherman v. Tarrant County Narcotics Intelligence & Coordination unit*, 507 U.S. 163, 113 S. Ct. 1160, 122 L.Ed. 517 (1993). In *Schultea*, Judge Higgenbotham, writing for the court, revived the Federal Rule 7(a) "reply" as a means by which the district court could require a Plaintiff asserting claims against a public official to go beyond mere conclusory allegations and state specific claims which abrogate the qualified immunity defense. As the court stated,

> [w]hen a public official pleads the affirmative defense of qualified immunity in his answer, the district court may, on the official's motion or on its own, require the Plaintiff to reply to that defense <u>in detail</u>.

*Schultea*, 47 F.3d at 1433 (emphasis added). In fact, the court suggests that the utilization of the Rule 7(a) reply should become normal practice in this federal circuit in future qualified immunity practice. Judge Higgenbotham adds, "[v]indicating the immunity doctrine will ordinarily <u>require</u> such a reply, and a district court's discretion not to do so is <u>narrow</u> indeed when greater detail might assist." *Id.* at 1434 (emphasis added). The Plaintiff here has failed to plead facts which, if true, would overcome the Defendant's right to qualified immunity.

Specifically, with regards to the individual Defendants. Plaintiff does not allege any individual, personal involvement with regard to the individual Defendants themselves. The Plaintiff is attempting to hold the individual Defendants personally liable for the Plaintiff's alleged damages

5

simply because of their position as with the City of Brownsville. The Fifth Circuit has held that "personal involvement is an essential element in a civil rights cause of action." *Thompson v Steel*, 709 F.2d 381 (5th Cir. 1983), cert. denied, 464 U.S. 897 (1983). A Plaintiff bringing a civil rights cause action must state particular facts specifying the personal involvement of each defendant if the Plaintiff expects his complaint to be sustained. *Fee v. Herndon*, 900 F.2d 804 (5th Cir.1990) cert. denied, 498 U.S. 908, 111 S. Ct 279 (1990). The Plaintiff has not plead with specificity any personal involvement on the part of the individual Defendant.

Further, with regards to the individual Defendants, Plaintiff fails to allege how each official was specifically involved. The Plaintiff's allegations do not distinguish between the various different acts of each individual official. The Plaintiff merely lumps the various Defendants into a group and advances all allegations against all Defendants. This does not meet the specificity requirements of *Schultea*.

Plaintiff's vague and conclusory allegations are not plead with the factual specificity required by *Schultea v Wood*, 47 F.3d 1427 (5th Cir. 1995)(en banc) and do not allege facts that, if proven, would be sufficient to overcome the Defendants' right to qualified immunity. With respect to these claims, the individual Defendants move the court to order Plaintiff to file a Rule 7(a) reply.

## IV.
## CONCLUSION

Each individual Defendant is entitled to Qualified Immunity and moves this Court to compel Plaintiff to replead in conformity with the pleading requirements announced in *Schultea*, or in the alternative, dismiss Plaintiff's claims as to each Defendant, individually.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Motion to Compel Rule 7(a) Reply be granted and that Plaintiff be required to reply to said motion. Defendants further

pray for such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed on April 16, 2001.

                                                         Respectfully submitted,

                                                         WILLETTE & GUERRA, L.L.P.
                                                         International Plaza, Suite 460
                                                         3505 Boca Chica Boulevard
                                                         Brownsville, Texas 78521
                                                         Telephone:   (956) 541-1846
                                                         Facsimile:    (956) 541-1893

                                        By: _____
                                                     Ryan Henry
                                                     State Bar No. 24007347
                                                     Fed ID. No. 22968

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing, has been served on, April 16, 2001 to all counsel of record, via certified mail return receipt requested to the following:

Juan Pequeno
Pro Se Plaintiff
P.O. Box 5692
Brownsville, Texas 78523

                                                     _____
                                                          Ryan Henry

## CERTIFICATE OF CONFERENCE

       The undersigned was unable to contacted the Plaintiff regarding this motion. Plaintiff has not provided a valid phone number in which we may contact him regarding said lawsuit. For all reasons Defendants counsel must believe Plaintiff is opposed to the filing of this motion.

                                                     _____
                                                          Ryan Henry

ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE<br>BLANCA VELA (Honorable Mayor)<br>CARLTON RICHARDS (Commissioner)<br>ERNIE HERNANDEZ (Commissioner)<br>HARRY MCNAIR, JR. (Commissioner)<br>JOHN WOOD (Commissioner)<br>IVAN WELKER (Assistant City Manager)<br>EFREN FERNANDEZ (Human Resource<br>Director), HENRY GONZALEZ,<br>(Previous Mayor), CARLOS RUBINSTEIN<br>(Previous City Manager) | § § § § § § § § § § § § | CIVIL ACTION NO. B-00-180<br>(Jury Requested) |

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RULE 7(a) REPLY**

On this the _____ day of _____, 2001, came on for consideration Defendants' Motion to Compel Rule 7(a) Reply. Having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Compel Rule 7(a) Reply is GRANTED. It is further ORDERED that the Plaintiff be required to replead with particularity in conformity with this order within fifteen days from the date of this order.

SIGNED on this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

xc:
Ryan Henry, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica, Ste. 460, Brownsville, Texas 78521
Juan Pequeno, Pro Se Plaintiff, P.O. Box 5692, Brownsville, Texas 78523

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEQUENO § § § | |
| VS. § § § | |
| CITY OF BROWNSVILLE § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) § | |
| ERNIE HERNANDEZ (Commissioner) § | |
| HARRY MCNAIR, JR. (Commissioner) § | |
| JOHN WOOD (Commissioner) § | |
| IVAN WELKER (Assistant City Manager) § | |
| EFREN FERNANDEZ (Human Resource § | |
| Director), HENRY GONZALEZ, § | |
| (Previous Mayor), CARLOS RUBINSTEIN § | |
| (Previous City Manager) § | |

## ORDER SETTING HEARING

On this the ____ day of _____ 2001, came on to be considered Defendants' Motion to Compel Rule 7(a) Reply. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion to Compel Rule 7(a) Reply be and is hereby set for hearing on the __ day of _____, 2001 at ____ a.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

xc:
Ryan Henry, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica, Ste. 460, Brownsville, Texas 78521
Juan Pequeno, Pro Se Plaintiff, P.O. Box 5692, Brownsville, Texas 78523