12

# Civil  Courtroom  Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo          ■ Koerner |

United States District Court
Southern District of Texas
FILED

APR 1 6 2001

Michael N. Milby, Clerk of Court

DATE

| 05 04 | 16 | 01 |
|---|---|---|

TIME

| | a.m. | | | a.m. |
|---|---|---|---|---|
| 2:21 | p.m. | | 2:42 | p.m. |

CIVIL ACTION

| B | 00 | 180 |
|---|---|---|

STYLE

| Pequeno |
|---|
| *versus* |
| City of Brownsville, et al. |

## DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;          ☐ Motion Hearing;     (Rptr.   Breck Record   )

Juan Pequeno   for      ■ Ptf. **PRO SE**

Ryan Henry     for      ■ Deft. #_____

☐        All motions not expressly decided are denied without prejudice.

☐        Evidence taken [exhibits or testimony].

☐        Argument heard on:    ☐  all pending motions;      ☐ Following motions

☐        Motions taken under advisement: _____

☐        Order to be entered.

☐        Miscellaneous review set:  _____

■        Rulings orally rendered on:

1.        The Parties were **ORDERED** to file a proper Joint Discovery/Case Management Plan and submit

          a scheduling order to the Court's Case Manager.

Comments:

1.        Plaintiff did fall under the City personnel policies and Plaintiff did appeal termination.

2.        Texas Workforce Commission reached its decision because Plaintiff applied for unemployment

          benefits and new employment.

1

3.      At the City Council meeting, the Plaintiff said that need to collect all the facts before purchasing software for accounts receivables system for EMS.  The City was going to replace software with another system that would adversely effect revenues.  Supervisors within the City became very upset after that. As MIS Director, the Plaintiff ran collections for EMS and the City was going to replace the software and did not involve the MIS Dept in the decision. The Plaintiff was not scheduled to speak at the City Council meeting and the mayor asked if someone else had something to say about the matter when the Plaintiff spoke up.

4.      The Plaintiff's immediate supervisor was Assistant Director Iven Walker and then the level above that was Carlos Rubinstein.

ClibPDF - www.fastio.com