13

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Juan Pequeño §
versus §
City of Brownsville, et al §
§

CIVIL ACTION B-00-180

United States District Court
Southern District of Texas
ENTERED
APR 1 8 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: **3** days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:     7/15/01

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     7/15/01

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     9/16/01

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************** The court will provide these dates. **************************

6. Dispositive Motions will be filed by:     10/12/01

7. Joint pretrial order is due:     1/24/02

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     2/7/02

9. Jury Selection is set for 9:00 a.m. on:     2/11/02

The case will remain on standby until tried.

Signed **April 18**, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____/s/ Jim Page_____                    _____/s/ Jean Henry_____
~~Counsel for~~ PRO SE                         Counsel for Defendants

_____                      _____
Counsel for_____                       Counsel for_____


_____                      _____
Counsel for_____                       Counsel for_____