*14*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource | § | |
| Director), HENRY GONZALEZ, | § | |
| (Previous Mayor), CARLOS RUBINSTEIN | § | |
| (Previous City Manager) | § | |

## DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

NOW COME, Defendants, and file this their Notice to the Court of their Filing of the Initial Disclosure to Plaintiff Under Federal Rule of Civil Procedure 26.

Signed on, April 24, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By: _____
    Ryan Henry
    State Bar No: 24007347
    USDC Adm. No:22968
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above  and foregoing, **DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26** on, April 24, 2001 has been served via certified mail, return receipt requested to:

Juan Pequeno
Pro Se
P.O. Box 5692
Brownsville, Texas 78523

_____
Ryan Henry

2

CMUPDF - www.texisu.com