*15*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Juan Pequeno, § § § | |
| vs.   § | CIVIL ACTION NO. B-00-180 |
| § | |
| City of Brownsville, § | |
| Blanca Vela (Honorable Mayor) § | |
| Carlton Richards (Commissioner) § | |
| Ernie Hernandez (Commissioner) § | |
| Harry McNair JR.(Commissioner) § | |
| John Wood (Commissioner) § | |
| Ivan Welker (Assistant City Manager) § | |
| Efren Fernandez (Human Resource § Director) § | |
| Henry Gonzalez (Previous Mayor) § | |
| Carlos Rubinstein (Previous City Manager) § § | |

**PLAINTIFF'S RESPONSE TO STRIKE AND/OR DENY DEFENDANTS' MOTION TO COMPEL RULE 7(a) REPLY**

Respectfully submitted,

By: _____
Juan Pequeno, (Plaintiff)
Attorney-in-Fact
P.O. Box 5692
Brownsville, Texas   78523

# **TABLE OF CONTENTS**

Table of Contents. . . . . . . . . . . . . . . . . . . .2

Table of Authorities. . . . . . . . . . . . . . . . . .3

Statement of the Nature and State of Proceeding. . . . ..5

Statement of the Issues to be Ruled upon by the Court..5&6

Conclusion. . . . . . . . . . . . . . . . . . . . . . .7

Certificate of Service. . . . . . . . . . . . . . . . .8

Order to Strike and/or Deny Defendants' Motion to Compel
    Rule 7(a) reply

Order Setting Hearing

# TABLE OF AUTHORITIES

**CASES**

Schultea v. Wood, 47 F.3d 1427 (5th Cir.1995)(en banc). . .6

Leatherman v. Tarrant County Narcotics Intelligence & Coordination unit, 507 U.S. 163, 113 S. Ct. 1160, 122 L.ED 517 (1993). . . . . . . . . . . . . . . . . . . 6

Hafer v. Melo, 502 U.S. 21,25, 112 S.Ct.358,361, 116 L.Ed.2d 301,309(1991). . . . . . . . . . . . . . . 6

Baker v. Putnal, 75 F.3d 190, 195 (5th Cir. 1996). . . . .6

**STATUTES**

42 U.S.C.1983. . . . . . . . . . . . . . . . . . . . . . . . .5,6&7

U.S. Const. 1st Amendment. . . . . . . . . . . . . . . . . .5

U.S. Const. 14th Amendment. . . . . . . . . . . . . . . . . .5

**RULES**

Civil Local Rule 7.1D. . . . . . . . . . . . . . . . . . ..5&7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno, | § § § | |
| vs. | § § | CIVIL ACTION NO. B-00-180 |
| City of Brownsville, | § § | |
|   Blanca Vela (Honorable Mayor) | § | |
|   Carlton Richards (Commissioner) | § | |
|   Ernie Hernandez (Commissioner) | § | |
|   Harry McNair JR.(Commissioner) | § | |
|   John Wood (Commissioner) | § | |
|   Ivan Welker (Assistant City Manager) | § | |
|   Efren Fernandez (Human Resource Director) | § § | |
|   Henry Gonzalez (Previous Mayor) | § | |
|   Carlos Rubinstein (Previous City Manager) | § § | |

**PLAINTIFF'S RESPONSE TO STRIKE AND/OR DENY DEFENDANTS' MOTION TO COMPEL RULE 7(a) REPLY**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COMES PLAINTIFF, Juan Pequeno, and files this Response to Strike and/or Deny Defendants' Motion to Compel Rule 7(a) Reply and for cause would show as follows:

4

## STATEMENT OF THE NATURE AND STATE OF THE PROCEEDING

Plaintiff, Juan Pequeno, claims under 42 U.S.C. § 1983 that the Defendants violated Plaintiff's First and Fourteenth Amendment rights guaranteed by the United States Constitution by violating Plaintiff's constitutional right of speaking as a citizen, about a matter of public concern.

## STATEMENT OF ISSUES TO BE RULED UPON BY THE COURT:

### A. Defendant's counsel failed to follow Civil local rule 7.1D to confer with respondent before filing motion

Defendant's counsel states on CERTIFICATE OF CONFERENCE signed on April 16, 2001 that defendant's counsel was unable to contact Plaintiff regarding this motion. Defendant's counsel has had Plaintiff's address since being designated as Defendant's counsel and has had Plaintiff's telephone number, since April 16, 2001 hearing before the Court.

Civil Local Rule 7.1D states that except for motions under Federal Rules of Civil Procedure 12(b),(c), or (f) and 56, must contain an averment that

    1. The movant has conferred with the respondent and
    2. Counsel cannot agree about the disposition of the motion

Failure to comply with this rule, may result in the Court striking the motion.

5

## B. No requirement of heightened pleading ruled by Supreme Court Law for actions against municipalities or individual defendants in their official capacities for claims under 42 U.S.C.§ 1983

Defendants' specificity plea to overcome qualified immunity is inapplicable. The applicability of the ruling required in Schultea v Wood, 47 F.3d 1427 (5th Cir 1995)(en banc) is associated with individual defendants in their individual capacity only; Schultea is not associated with defendants as municipalities or individual defendants in their official capacity for claims under 42 U.S.C.§ 1983.

In Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507 U.S. 163, 166-67 (1993) the Supreme Court "abrogated the Fifth Circuit heightened pleading requirement for actions against municipalities."

In Hafer v. Melo, 502 U.S. 21,25,112 S.Ct.358,361, 116 L.Ed.2d 301,309(1991) the Supreme Court explained that "no heightened pleading can be allowed for actions against individual defendants in their official capacities." The Supreme Court further explained that "official capacity lawsuits are typically an alternative means of pleading an action against the governmental entity involved."

In Baker v. Putnal, 75 F.3d 190,195 (5th Cir. 1996) the United States Court of Appeals for the Fifth Circuit stated that "no heightened pleading is required in actions against individual defendants in their official capacities" because "official-capacity lawsuits are typically an alternative means of pleading an action against the governmental entity involved." 6

## CONCLUSION

Defendants counsel's failure to confer with Plaintiff before filing motion, violated Civil Local Rule 7.1D and may cause Defendants' motion to be stricken by the Court for failing to comply.

And/or deny Defendants' Motion to Compel Rule 7(a) Reply for inapplicability to municipalities or individual defendants in their official capacity for claims under 42 U.S.C.§ 1983.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF prays that Motion to Compel Rule 7(a) Reply be stricken and/or denied. PLAINTIFF further prays for such other and further relief, justly entitled.

Signed on May 6, 2001.

Respectfully submitted,

By: _____
Juan Pequeno
Attorney-in-Fact
P.O. Box 5692
Brownsville, Texas 78523

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, has been served on, May 9, 2001 to all counsel of record, via certified mail return receipt requested to the following:

Willette & Guerra, L.L.P.
International Plaza Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas  78521

_____
Juan Pequeno

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, | § | |
|   Blanca Vela (Honorable Mayor) | § | |
|   Carlton Richards (Commissioner) | § | |
|   Ernie Hernandez (Commissioner) | § | |
|   Harry McNair JR.(Commissioner) | § | |
|   John Wood (Commissioner) | § | |
|   Ivan Welker (Assistant City Manager) | § | |
|   Efren Fernandez (Human Resource Director) | § § | |
|   Henry Gonzalez (Previous Mayor) | § | |
|   Carlos Rubinstein (Previous City Manager) | § § | |

**ORDER STRIKING AND/OR DENYING DEFENDANTS' MOTION TO COMPEL RULE 7(a) REPLY**

On this the _____ day of _____, 2001, came on for consideration Plaintiff's Response to strike and/or deny Defendants' Motion to Compel Rule 7(a) Reply.  Having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be STRICKEN AND/OR DENIED.

IT IS THEREFORE ORDERED THAT Defendants' Motion to Compel Rule 7(a) Reply is STRICKEN AND/OR DENIED.

SIGNED on this _____ day of _____, 2001

_____
UNITED STATES DISTRICT JUDGE

```
          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION
```

Juan Pequeno,                          §
                                       §
  vs.                        § CIVIL ACTION NO. B-00-180
                                       §
City of Brownsville,                   §
  Blanca Vela (Honorable Mayor)      §
  Carlton Richards (Commissioner)    §
  Ernie Hernandez (Commissioner)     §
  Harry McNair JR.(Commissioner)     §
  John Wood (Commissioner)           §
  Ivan Welker (Assistant City Manager) §
  Efren Fernandez (Human Resource    §
                 Director) §
  Henry Gonzalez  (Previous Mayor)   §
  Carlos Rubinstein (Previous City   §
                 Manager) §

======================================================================
                        **ORDER SETTING HEARING**
======================================================================

    On this the _____ day of _____, 2001, came on to be considered Plaintiff's Response to strike and/or deny Defendants' Motion to Compel Rule 7(a) Reply. After considering same, the Court is of the opinion that a hearing should be held.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to strike and/or deny Defendants' Motion to Compel Rule 7(a) Reply be and is hereby set for hearing on the _____ day of _____,2001 at _____ a.m. o'clock in this Honorable Court.

    SIGNED FOR ENTRY on this _____ day of _____, 2001

                                                _____
                                                UNITED STATES DISTRICT JUDGE