16

United States District Court
Southern District of Texas
FILED

MAY 1 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Juan Pequeno,                          §
                                       §
                                       §
     vs.                               §    CIVIL ACTION NO. B-00-180
                                       §
City of Brownsville,                   §
   Blanca Vela (Honorable Mayor)       §
   Carlton Richards (Commissioner)     §
   Ernie Hernandez (Commissioner)      §
   Harry McNair JR.(Commissioner)      §
   John Wood (Commissioner)            §
   Ivan Welker (Assistant City Manager)§
   Efren Fernandez (Human Resource     §
                      Director)        §
   Henry Gonzalez  (Previous Mayor)    §
   Carlos Rubinstein (Previous City    §
                      Manager)         §

=====================================================================
**PLAINTIFF'S NOTICE TO THE COURT OF PLAINTIFF'S FILING OF
INITIAL DISCLOSURE TO DEFENDANTS UNDER FEDERAL RULE OF
CIVIL PROCEDURE 26(a)**
=====================================================================

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

     NOW COMES Plaintiff, Juan Pequeno, and files this

Plaintiff's Filing of the Initial Disclosure to Defendants

under Federal Rule of Civil Procedure 26(a).


Signed on May 16, 2001.

Respectfully submitted,

By: _____
    Juan Pequeno
    Attorney-in-Fact
    P.O. Box 5692
    Brownsville, Texas 78523

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **PLAINTIFF'S NOTICE TO THE COURT OF PLAINTIFF'S FILING OF INITIAL DISCLOSURE TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)** has been served on, May 16, 2001 to all counsel of record, via certified mail return receipt requested to the following:

Ryan S. Henry,
Willette & Guerra, L.L.P.
International Plaza Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas   78521

_____
Juan Pequeno