*l 7*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Juan Pequeno, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, | § | |
| Blanca Vela (Honorable Mayor) | § | |
| Carlton Richards (Commissioner) | § | |
| Ernie Hernandez (Commissioner) | § | |
| Harry McNair JR.(Commissioner) | § | |
| John Wood (Commissioner) | § | |
| Ivan Welker (Assistant City Manager) | § | |
| Efren Fernandez (Human Resource | § | |
| Director) | § | |
| Henry Gonzalez (Previous Mayor) | § | |
| Carlos Rubinstein (Previous City | § | |
| Manager) | § | |

===============================================================

**PLAINTIFF'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

===============================================================

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

　　　Plaintiff certifies that the only persons, associations, etc., that are known to Plaintiff to be financially interested in the outcome of this litigation are:

　　　1. Juan Pequeno

　　　2. City of Brownsville

　　　3. Texas Municipal League

　　　4. Texas Municipal League Intergovernmental Risk
　　　　 Management Pool

5.  Blanca Vela

6.  Carlton Richards

7.  Ernie Hernandez

8.  Harry McNair, Jr.

9.  John Wood

10. Ivan Welker

11. Efren Fernandez

12. Henry Gonzalez

13. Carlos Rubinstein

Signed on May 16, 2001.

Respectfully submitted,

By: _____
    Juan Pequeno
    Attorney-in-Fact
    P.O. Box 5692
    Brownsville, Texas 78523

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, **PLAINTIFF'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES**, has been served on, May 16, 2001 to all counsel of record, via certified mail return receipt requested to the following:

Ryan S. Henry,
Willette & Guerra, L.L.P.
International Plaza Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas  78521


Juan Pequeno