

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
    District of Texas
         FILED

         JUL 1 6 2001

       Michael N. Milby
        Clerk of Court

| | |
|---|---|
| JUAN PEQUENO § | |
| § | |
| VS. § | |
| § | |
| CITY OF BROWNSVILLE § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) § | |
| ERNIE HERNANDEZ (Commissioner) § | |
| HARRY MCNAIR, JR. (Commissioner) § | |
| JOHN WOOD (Commissioner) § | |
| IVAN WELKER (Assistant City Manager) § | |
| EFREN FERNANDEZ (Human Resource § | |
| Director), HENRY GONZALEZ, (Previous § | |
| Mayor), CARLOS RUBINSTEIN § | |
| (Previous City Manager) § | |

## NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, JUAN PEQUENO and Moises M. Salas, Jr., Attorney at Law, and file this Plaintiff's Notice of Designation of Attorney in Charge.

1. Plaintiff, JUAN PEQUENO, designates Moises M. Salas, Jr. Attorney at Law, as attorney in charge, in accordance with Rule 1K and Rule 2A of the Southern District of Texas, Local Rules.

2. Moises M. Salas, Jr. is a memeber in good standing with the State Bar of Texas.

3. Moises M. Salas, Jr.'s bar number is 00786217 and his office address, telephone, and fax number are as follows:

MOISES M. SALAS, JR.
ATTORNEY AT LAW
1325 Palm Boulevard, Suite G
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax. No. (956) 541-2864

4. Moises M. Salas, Jr. will be responsible for the lawsuit and will be the attorney to receive all communications from the court and from other parties.

                              Respectfully submitted,

**MOISES M. SALAS, JR.**
**ATTORNEY AT LAW**
1325 Palm Boulevard, Suite G
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax. No. (956) 541-2864

By: _____
Moises M. Salas, Jr.
State Bar No. 00786217
Federal Id No. 17506 (former)
**ATTORNEYS FOR PLAINTIFF**

By: _____
Juan Pequeno, Pro Se

## CERTIFICATE OF SERVICE

I, Moses M. Salas, Jr., do hereby certify that on this, the __16th__ day of July, 2001, a true and correct copy of the above and foregoing document has been sent, via certified mail, return receipt requested, to all counsel of record, to wit:

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

COUNSEL FOR DEFENDANTS

_____
Moises M. Salas, Jr.