2-1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Previous Mayor), CARLOS RUBINSTEIN (Previous City Manager) | § § § § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE**

COMES NOW, JUAN PEQUENO, Plaintiff and Moises M. Salas, Jr., Attorney at Law and requests leave of court to file Notice of Designation of Attorney in Charge.

### A. Introduction

1. Plaintiff is JUAN PEQUENO; Defendants are CITY OF BROWNSVILLE, BLANCA VELA (Honorable Mayor), CARLTON RICHARDS (Commissioner), ERNIE HERNANDEZ (Commissioner), HARRY MCNAIR, JR. (Commissioner), JOHN WOOD (Commissioner), IVAN WELKER (Assistant City Manager), EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Former Mayor), and CARLOS RUBINSTEIN (Former City Manager).

2. Plaintff sued defendants for First Amendment violations and the Fourtheenth Amendment violations under 42 U.S.C. §1983.

3.  Defendants filed an answer on March 23, 2000.

4.  Defendant filed it's Rule7(a) Motion to Compel on or about April 16, 2001.

5.  The Court by Order dated May 29, 2001 required Plaintiff to amend his complaint, in accordance with such Order by July 16, 2001.

6.  On July 16, 2001 Plaintiff filed his Amended Complaint.

### B. Argument

7.  Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file Notice of Designation of Attorney in Charge. Leave to designate Attorney in Charge should be freely given when justice so requires.

8.  The court should allow the filing of Plaintiff's Notice of Designation of Attorney in Charge because Plaintiff is presently appearing "pro se" but desires to be represented by counsel.

9.  The undersigned counsel has previously been admitted to practice before this Court and, at all times relevant, is a member in good standing and of good professional character and competence in this bar and the State Bar of Texas.

10. Admission of the undersigned to practice before this Court has recently expired and the undersigned will be seeking re-admission at the earliest available date.

11. Defendants will not be prejudiced by Plaintiff's Notice of Designation because this matter remains in the early stages of discovery and litigation. Jury Selection is not set until February 11, 2002. The Plaintiff's Notice of Designation will not prejudice Defendants or otherwise cause undue delay.

12. Plaintiff is filing it's Notice of Designation of Attorney in Charge with this motion.

*Plaintiff's Motion for Leave to File Notice of Designation of Attorney in Charge*
g:\files\moses\pequeno\pleading\motive.aic

2

## I. Conclusion

13.    Plaintiff, having represented himself "pro se" seeks the assistance of and representation by counsel. Further, Plaintiff's Notice of Designation of Attorney in Charge will not prejudice Defendants or otherwise cause undue delay of this matter. Further, in the interest of justice and Plaintiff's right to due process, Leave to Designate Attorney in Charge should be granted. For these reasons, Plaintiff asks the court to grant leave to file Plaintiff's Notice of Designation of Attorney in Charge.

Respectfully submitted,

**MOISES M. SALAS, JR.**
**ATTORNEY AT LAW**
1325 Palm Boulevard, Suite G
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax. No. (956) 541-2864

By: _____
Moises M. Salas, Jr.
State Bar No. 00786217
Fed. Id No. 17506 (former)
**ATTORNEYS FOR PLAINTIFF**

By: _____
Juan Pequeño, Pro Se (by permission)

## CERTIFICATE OF SERVICE

I, Moses M. Salas, Jr., do hereby certify that on this, the __16th__ day of July, 2001, a true and correct copy of the above and foregoing document has been sent, via certified mail, return receipt requested, to all counsel of record, to wit:

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

COUNSEL FOR DEFENDANTS

_____
Moises M. Salas, Jr.

Plaintiff's Motion for Leave to File Notice of Designation of Attorney in Charge
g:\files\moses\pequeno\pleading\mtn4lve.sic

4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § § § | |
| VS. | § § § § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Previous Mayor), CARLOS RUBINSTEIN (Previous City Manager) | § § § § | |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

BE IT REMEMBERED that, on the _____ day of _____, 2001 came on to be considered before the Court, PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE in the above-entitled and numbered cause of action and it appearing to the Court that said Motion should be GRANTED;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE is hereby GRANTED, and MOISES M. SALAS, JR. is hereby admitted as attorney in charge in the instant case.

SIGNED on this the _____ day of _____, 2001.

_____
U.S. DISTRICT JUDGE