22

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE<br>BLANCA VELA (Honorable Mayor)<br>CARLTON RICHARDS (Commissioner)<br>ERNIE HERNANDEZ (Commissioner)<br>HARRY MCNAIR, JR. (Commissioner)<br>JOHN WOOD (Commissioner)<br>IVAN WELKER (Assistant City Manager)<br>EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Previous Mayor), CARLOS RUBINSTEIN (Previous City Manager) | § § § § § § § § § § § | CIVIL ACTION NO. B-00-180<br>(Jury Requested) |

**PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE**

COMES NOW, JUAN PEQUENO, Plaintiff and Moises M. Salas, Jr., Attorney at Law and requests leave of court to file Notice of Designation of Attorney in Charge.

### A. Introduction

1. Plaintiff is JUAN PEQUENO; Defendants are CITY OF BROWNSVILLE, BLANCA VELA (Honorable Mayor), CARLTON RICHARDS (Commissioner), ERNIE HERNANDEZ (Commissioner), HARRY MCNAIR, JR (Commissioner), JOHN WOOD (Commissioner), IVAN WELKER (Assistant City Manager), EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Former Mayor), and CARLOS RUBINSTEIN (Former City Manager).

2. Plaintff sued defendants for First Amendment violations and the Fourteenth Amendment violations under 42 U.S.C. §1983.

3. Defendants filed an answer on March 23, 2000.

4. Defendant filed it's Rule7(a) Motion to Compel on or about April 16, 2001.

5. The Court by Order dated May 29, 2001 required Plaintiff to amend his complaint, in accordance with such Order by July 16, 2001.

6. On July 16, 2001 Plaintiff filed his Amended Complaint.

### B. Argument

7. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file Notice of Designation of Attorney in Charge. Leave to designate Attorney in Charge should be freely given when justice so requires

8. The court should allow the filing of Plaintiff's Notice of Designation of Attorney in Charge because Plaintiff is presently appearing "pro se" but desires to be represented by counsel.

9. The undersigned counsel has previously been admitted to practice before this Court and, at all times relevant, is a member in good standing and of good professional character and competence in this bar and the State Bar of Texas.

10. Admission of the undersigned to practice before this Court has recently expired and the undersigned will be seeking re-admission at the earliest available date.

11. Defendants will not be prejudiced by Plaintiff's Notice of Designation because this matter remains in the early stages of discovery and litigation. Jury Selection is not set until February 11, 2002. The Plaintiff's Notice of Designation will not prejudice Defendants or otherwise cause undue delay.

12. Plaintiff is filing it's Notice of Designation of Attorney in Charge with this motion.

Plaintiff's Motion for Leave to File Notice of Designation of Attorney in Charge
g \files\moses\pequeno\pleading\mtn4lve.mc

2

## I. Conclusion

13. Plaintiff, having represented himself "pro se" seeks the assistance of and representation by counsel. Further, Plaintiff's Notice of Designation of Attorney in Charge will not prejudice Defendants or otherwise cause undue delay of this matter. Further, in the interest of justice and Plaintiff's right to due process, Leave to Designate Attorney in Charge should be granted. For these reasons, Plaintiff asks the court to grant leave to file Plaintiff's Notice of Designation of Attorney in Charge.

Respectfully submitted,

**MOISES M. SALAS, JR.**
**ATTORNEY AT LAW**
1325 Palm Boulevard, Suite G
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax. No. (956) 541-2864

By: _____
Moises M. Salas, Jr.
State Bar No. 00786217
Fed. Id No. 17506 (former)
**ATTORNEYS FOR PLAINTIFF**

By: _____
Juan Pequeno, Pro Se

## CERTIFICATE OF SERVICE

I, Moses M. Salas, Jr., do hereby certify that on this, the 19th day of July, 2001, a true and correct copy of the above and foregoing document has been sent, via certified mail, return receipt requested, to all counsel of record, to wit:

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

COUNSEL FOR DEFENDANTS

_____
Moises M. Salas, Jr.

## CERTIFICATE OF CONFERENCE

I, Moises M. Salas, Jr., do hereby certify that on this 19th day of July, 2001, I conferred with Mr. Ryan Henry, WILLETTE & GUERRA, L.L.P., Counsel for Defendants, who advised that he does not oppose Plaintiff's Amended Motion for Leave to File Notice of Designation of Attorney in Charge.

_____
Moises M. Salas, Jr.