# MOISES M. SALAS, JR.
## ATTORNEY AT LAW
1325 Palm Blvd., Suite G
Brownsville, Texas 78520
(956) 541-2862
Fax/(956) 541-2864

United States District Court
Southern District of Texas
RECEIVED
JUL 2 5 2001
Mail 11:27 Am LA
Michael N. Milby, Clerk

July 23, 2001

VIA FIRST CLASS MAIL

Mr. Michael M. Milby, Clerk of Court
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS-BROWNSVILLE
United States District Courthouse
600 East Harrison Street, #306
Brownsville, Texas 78520

> RE: Civil Action No: B-00-180; *Juan Pequeno vs. City of Brownsville, et al.*; In the U.S. District Court, Southern District - Brownsville Division

Dear Mr. Milby:

Enclosed herewith find the original and two copies of the following document to be filed among the papers in the above referenced matter:

1. *Stipulation of Dismissal*.

Please file stamp the extra copy and return to my office via regular mail, I have enclosed a self address-stamped envelope for your convenience. Thank you in advance for your usual courtesies.

Sincerely,

MOISES M. SALAS, JR.
ATTORNEY AT LAW

By: _____
Moises M. Salas, Jr.

MMS:msc

23

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | |
| | § | |
| CITY OF BROWNSVILLE | § | CIVIL ACTION NO. B-00-180 |
| BLANCA VELA (Honorable Mayor) | § | (Jury Requested) |
| CARLTON RICHARDS (Commissioner) | § | |
| ERNIE HERNANDEZ (Commissioner) | § | |
| HARRY MCNAIR, JR. (Commissioner) | § | |
| JOHN WOOD (Commissioner) | § | |
| IVAN WELKER (Assistant City Manager) | § | |
| EFREN FERNANDEZ (Human Resource | § | |
| Director), HENRY GONZALEZ, (Previous | § | |
| Mayor), CARLOS RUBINSTEIN | § | |
| (Previous City Manager) | § | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant and file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is JUAN PEQUENO; Defendants are CITY OF BROWNSVILLE, BLANCA VELA (Honorable Mayor), CARLTON RICHARDS (Commissioner), ERNIE HERNANDEZ (Commissioner), HARRY MCNAIR, JR. (Commissioner), JOHN WOOD (Commissioner), IVAN WELKER (Assistant City Manager), EFREN FERNANDEZ (Human Resource Director), HENRY GONZALEZ, (Former Mayor), and CARLOS RUBINSTEIN(Former City Manager).

2. On November 27, 2000, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the following Defendants:

    a. BLANCA VELA (Honorable Mayor, In Her Individual and Official Capacity);
    b. CARLTON RICHARDS (Commissioner, In His Individual and Official Capacity);
    c. ERNIE HERNANDEZ (Commissioner, In His Individual and Official Capacity);
    d. HARRY MCNAIR, JR. (Commissioner, In His Individual and Official Capacity);
    e. JOHN WOOD (Commissioner, In His Individual and Official Capacity);

- f. EFREN FERNANDEZ (Human Resource Director, In His Individual and Official Capacity);
- g. HENRY GONZALEZ, (Former Mayor, In His Individual and Official Capacity);
- h. IVAN WELKER, In His Individual Capacity Only; and
- i. CARLOS RUBENSTEIN, In His Individual Capacity Only.

4. Defendants, each have answered and agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice.

Respectfully submitted,

**MOISES M. SALAS, JR.**
**ATTORNEY AT LAW**
1325 Palm Boulevard, Suite G
Brownsville, Texas 78520
Tel. No. (956) 541-2862
Fax. No. (956) 541-2864

By: _____
Moises M. Salas, Jr.
State Bar No. 00786217
Fed. Id No. 17506 (former)
**ATTORNEYS FOR PLAINTIFF**

By: _____
Juan Pequeno, Pro Se

By: _____
Ryan Henry
**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, Moses M. Salas, Jr., do hereby certify that on this, the 23rd day of July, 2001, a true and correct copy of the above and foregoing document has been sent, via certified mail, return receipt requested, to all counsel of record, to wit:

Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

COUNSEL FOR DEFENDANTS

_____
Moises M. Salas, Jr.

    f.    EFREN FERNANDEZ (Human Resource Director, In His Individual and Official Capacity);

    g.    HENRY GONZALEZ, (Former Mayor, In His Individual and Official Capacity);

    h.    IVAN WELKER, In His Individual Capacity Only; and

    i.    CARLOS RUBENSTEIN, In His Individual Capacity Only.

4. Defendants, each have answered and agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice.

        Respectfully submitted,

        MOISES M. SALAS, JR.
        ATTORNEY AT LAW
        1325 Palm Boulevard, Suite G
        Brownsville, Texas 78520
        Tel. No. (956) 541-2862
        Fax. No. (956) 541-2864

By: _____

Moises M. Salas, Jr.
State Bar No. 00786217
Fed. Id No. 17506 (former)
ATTORNEYS FOR PLAINTIFF

By: _____[signature]_____    By: _____

Ryan Henry                             Juan Pequeno, Pro Se
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
ATTORNEY FOR DEFENDANTS

Stipulation of Dismissal                          2