24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 0 7 2001

| | | |
|---|---|---|
| Pequeno, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on August 6, 2001 the Court **GRANTED** the Plaintiff's Unopposed Amended Motion for Leave to File Notice of Designation of Attorney in Charge [Dkt. No. 22].

DONE at Brownsville, Texas, this 6th day of August 2001.

Hilda G. Tagle
United States District Judge