

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PEQUENO § <br> § <br> VS. § <br> § <br> CITY OF BROWNSVILLE § <br> BLANCA VELA (Honorable Mayor) § <br> CARLTON RICHARDS (Commissioner) § <br> ERNIE HERNANDEZ (Commissioner) § <br> HARRY MCNAIR, JR. (Commissioner) § <br> JOHN WOOD (Commissioner) § <br> IVAN WELKER (Assistant City Manager) § <br> EFREN FERNANDEZ (Human Resource § <br> Director), HENRY GONZALEZ, (Previous § <br> Mayor), CARLOS RUBINSTEIN § <br> (Previous City Manager) § | CIVIL ACTION NO. B-00-180 <br> (Jury Requested) |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

COME NOW Moises M. Salas, Jr., ATTORNEY AT LAW and Frank Costilla of the LAW OFFICES OF FRANK COSTILLA, P.L.L.C., and make and file this their Unopposed Motion for Withdrawal and Substitution of Counsel and would show unto the Court as follows:

I.

Moises M. Salas, Jr., ATTORNEY AT LAW, 1325 Palm Boulevard, Suite G, Brownsville, Texas 78520, Texas State Bar Number 00786217 is currently the attorney of record and attorney-in-charge for Plaintiff in the above-captioned cause of action.

II.

Moises M. Salas, Jr., requests approval to withdraw as attorney of record and attorney-in-charge of Plaintiff and requests the substitution of Frank Costilla of the LAW OFFICES OF FRANK

COSTILLA, P.L.L.C., 5 East Elizabeth Street, Brownsville, Texas 78520, Texas State Bar Number 04856500, as attorney of record and attorney-in-charge for Plaintiff. This substitution of counsel has the approval of Plaintiff. The withdrawal and substitution of counsel is not sought for delay.

Specifically, since the time Moises M. Salas, Jr. became counsel of record for Plaintiff and was granted leave by this Court to act as the attorney-in-charge, counsel of record Moises M. Salas, Jr., has become formally associated with the law offices of GRIFFITH, SAENZ & HILL, L.L.P.. More significantly, since becoming associated with GRIFFITH, SAENZ & HILL, L.L.P. it has recently been brought to the attention of counsel that there may exist a conflict of interest in counsel's continued representation of Plaintiff because of his association with GRIFFITH, SAENZ & HILL, L.L.P.. Accordingly, it has become necessary for counsel of record, Moises M. Salas, to withdraw as counsel of record for Plaintiff. Therefore, the undersigned respectfully requests that counsel of record Moises M Salas, Jr. be allowed to withdraw as counsel and further requests that Frank Costilla of the LAW OFFICES OF FRANK COSTILLA, P.L.L.C., be allowed to substitute as counsel of record and attorney-in-charge for Plaintiff.

**WHEREFORE PREMISES CONSIDERED**, the undersigned counsel of record and attorney-in-charge Moises M. Salas, Jr. respectfully moves this Court to withdraw said counsel as attorney of record and attorney-in-charge for Plaintiff and that Frank Costilla of the LAW OFFICES OF FRANK COSTILLA, P.L.L.C. be allowed to substitute as counsel of record and attorney-in-charge for Plaintiff and for such other and further relief to which Plaintiff may be justly entitled to receive.

Respectfully submitted,

**MOISES M. SALAS, JR.**
**ATTORNEY AT LAW**
1325 Palm Boulevard, Suite G
Brownsville, Texas 78520
Telephone No: (956) 541-2862
Facsimile No: (956) 541-2864

By: _____
Moises M. Salas, Jr.
State Bar No. 00786217
Fed. Id No. 17506 (former)
**ATTORNEYS FOR PLAINTIFF**

LAW OFFICES OF FRANK COSTILLA, P.L.L.C.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone No: (956) 541-4982
Facsimile No: (956) 544-3152

By: _____
Frank Costilla
State Bar No. 04856500

## CERTIFICATE OF SERVICE

I, Moises M. Salas, Jr., do hereby certify that on this, the _27th_ day of August, 2001, a true and correct copy of the above and foregoing document has been sent, via certified mail, return receipt requested, to all counsel of record, to wit:

Mr. Seth Moore and
Mr. Ryan Henry
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

COUNSEL FOR DEFENDANTS

_/s/ Moises M. Salas, Jr._

## CERTIFICATE OF CONFERENCE

I, Moises M. Salas, Jr., do hereby certify that on this 23rd day of August, 2001, I conferred with Mr. Seth Moore, WILLETTE & GUERRA, L.L.P., Counsel for Defendants, who advised that he does not oppose Plaintiff's Unopposed Motion for Withdrawal and Substitution of Counsel.

_/s/ Moises M. Salas, Jr._