28

United States District Court
Southern District of Texas
FILED

NOV 0 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN PEQUENO                          §
                                      §
VS.                                   §        CIVIL ACTION NO. B-00-180
                                      §             (Jury Requested)
CITY OF BROWNSVILLE, IVAN WELKER,     §
in his official capacity, and CARLOS  §
RUBINSTEIN, in his official capacity  §

---

## DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

---

TO:    JUAN PEQUENO, by and through his attorney of record:

       Mr. Alejandro Garcia
       LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
       5 E. Elizabeth Street
       Brownsville, Texas 78520

       NOW COME Defendants, **THE CITY OF BROWNSVILLE, IVAN WELKER, AND**

**CARLOS RUBINSTEIN,** and under Federal Rule of Civil Procedure 26(a)and in support

thereof show the following:

                    Respectfully submitted,

                    WILLETTE & GUERRA, L.L.P.
                    International Plaza, Ste. 460
                    3505 Boca Chica Blvd.
                    Brownsville, Texas 78521
                    Telephone: (956) 541-1846
                    Facsimile: (956) 541-1893

                    BY: _____
                        RYAN HENRY
                        State Bar No. 24007347
                        USDC Adm. No. 22968

                    **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a) has been served on all counsel of record, via certified mail return receipt requested as follows:

**(Via CMRRR#7001-1140-0002-2375-3259)**
Mr. Alejandro Garcia
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

on this the _____ day of November, 2001

RYAN HENRY

# RULE 26(a) DISCLOSURES

(1)(A)  Persons Defendants  intend to call at trial. (subject to supplementation):

Juan Pequeno
Pro Se
P.O. Box 5692
Brownsville, Texas 78523
956-542-2470
Plaintiff, has knowledge of the facts made the basis of this suit.

Blanca Vela
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Mayor, has knowledge of the facts made the basis of this suit.

Carlton Richards
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

Ernie Hernandez
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

Harry McNair, Jr.
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

John Wood
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

Ivan Welker
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Assistant City Manager, has knowledge of the facts made the basis of this suit.

Efren Fernandez
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Human Resource Director, has knowledge of the facts made the basis of this suit.

Henry Gonzalez
Market Square
P.O. Box 911
Brownsville, Texas 78520
Former Mayor, has knowledge of the facts made the basis of this suit.

Carlos Rubinstein
Market Square
P.O. Box 911
Brownsville, Texas 78520
Previous City Manager, has knowledge of the facts made the basis of this suit.

Ed Manning
8323 Culebra Rd., Ste. 104
San Antonio, Texas 78521
210-256-0807
Texas Workforce Commission hearings officer

Lidia Gonzalez
Market Square
P.O. Box 911
Brownsville, Texas 78520
Human Resource Director

Paul Calapa
Market Square
P.O. Box 911
Brownsville, Texas 78520
Purchasing Department

Leonard Calier
Market Square
P.O. Box 911
Brownsville, Texas 78520
Deputy EMS Director

Sweet Soft Computer Service, Inc.
405 Highway 150 North
P.O. Box 349
West Union, IA 52175
319-422-5638
Computer Software Company

Ms. Donna Johnson, M.Ed, C.R.C.
P. O. Box 270790
Corpus Christi, Texas 78401
361-883-7384
Vocational expert

(1)(B) Documents (subject to supplementation):

    1.    City of Brownsville Personnel Policies
    2.    City tapes of Council meeting for October 1998 and November 1998.
    3.    Plaintiff's personnel file
    4.    City minutes and agenda for October 1998 and November 1998
    5.    All information regarding Ambulance 2000 software

(1)(C) Computation of Damages.

Not Applicable.


(1)(D) Insurance Agreement.

Not Applicable.


(2)(A) Experts.

Ms. Donna Johnson, M.Ed, C.R.C.
P. O. Box 270790
Corpus Christi, Texas 78401
361-883-7384
Vocational expert

(2)(B) Expert(s) Reports

Will provide a report once obtained.  Attached is Ms. Johnson's curriculum vitae.

CutePDF - www.fastio.com

# DONNA JOHNSON

801 Lipan, P.O. Box 270790
Corpus Christi, Texas 78427-0790
Phone: (361) 883-7384
Fax:   (361) 888-6475

## LICENSES & CERTIFICATIONS:

Licensed Professional Counselor – Rehabilitation

Certified Rehabilitation Counselor

Certified Case Manager

Certified Department of Labor Rehabilitation Counselor

Certified Disability Management Specialist

Vocational Expert; Social Security Administration, Bureau of Hearings & Appeals

## CURRENT EMPLOYMENT ACTIVITIES:

Private vocational and rehabilitation counselor, consultant, and case manager; February, 1982 to present.

> Assessment of residual vocational capabilities, earning capacity and psychological aspects of disability; evaluation of rehabilitation potential; development and implementation of plans of care; and courtroom testimony in areas of effects of injury on vocational functioning.

Department of Labor, office of Workers' Compensation Rehabilitation Program for Southwest Region; August, 1984 to present.

> Private rehabilitation counselor and consultant for Department of Labor. Vocational evaluation and assessment of work potential including analysis of medical information; planning and monitoring of vocational rehabilitation and job placement for recipients of Federal Workers' Compensation benefits.

Social Security Administration--Office of Hearings and Appeals; September, 1981 to present.

> Vocational expert. Vocational evaluation, including review and analysis of claimant's work history, job skills, physical conditions and transferable vocational skills as they pertain to definitions and standards set by Social Security Administration; includes courtroom testimony.

Donna Johnson                                        Page 2

## CURRENT EMPLOYMENT ACTIVITIES:

Department of Human Services, Community Living Assistance and
Support Services; February 1995 to present.

Case Manager. Evaluating and developing plans of care,
monitoring, providing crisis intervention, coordinating
community resources, and implementing plan services.
Coordinating overall management of plan of care.

## PREVIOUS EMPLOYMENT:

Professional Consultant to South Texas Area Rehabilitation
Comprehensive Day Center, Corpus Christi, Texas; January, 1987
to November, 1988

Texas Rehabilitation Commission, Corpus Christi, Texas;
November, 1974 through May, 1985

Senior-Supervising Counselor. Emphasis placed on
services to mentally and physically disabled clients;
including vocational evaluation, assessment of work
potential, planning, counseling and monitoring of
vocational rehabilitation programs for treatment;
training and job placement.

Goodwill Industries, San Antonio, Texas; July, 1972 through
November, 1974

Vocational evaluator/work adjustment coordinator. Job
description included vocational counseling for multiply
handicapped individuals; job placement and job training
of clients into the labor market and sheltered settings,
vocational evaluation and individualized program planning
for clients. Performed comprehensive vocational
evaluation for Texas Rehabilitation Commission--
Disability Determination Division.

Austin State School, Austin, Texas; July, 1970 through June,
1972

Vocational counselor and job placement specialist.
Emphasis placed on counseling, utilizing behavior
modification techniques; job placement of State School
residents, development of job sites in the community.

## EDUCATIONAL BACKGROUND:

Postgraduate, North Texas State University, Denton, Texas and Corpus Christi State University, Corpus Christi, Texas; 1988-1989

Masters of Education (M.Ed.) in Rehabilitation Counseling, Our Lady of the Lake College, San Antonio, Texas.  (May, 1975). Masters program included nine-week practicum at Woodrow Wilson Rehabilitation Center in Fisherville, Virginia, with special emphasis on analysis of medical records and identification of medically imposed functional restrictions as they relate to rehabilitation and job placement.

Bachelors of Arts Degree, major in sociology, Southwest Texas State University, San Marcos, Texas (May, 1970).

Associate of Arts, Del Mar College, Corpus Christi, Texas (May, 1968).

## HONORS & SPECIAL APPOINTMENTS:

Professional Consultant to Southside Community Hospital Physical Therapy and Rehabilitation Services Workhealth Services, Corpus Christi, Texas; 1991

YWCA nominee for outstanding achievement - Women and Men in Careers, 1989

Counselor of the Year, United States (1986); National Rehabilitation Counseling Association

Southwest Regional Counselor of the Year (1986); National Rehabilitation Counseling Association

Counselor of the Year, Texas (1986); Texas Rehabilitation Counseling Association

Recipient of the President's Meritorious Service Award (1986); Texas Rehabilitation Association

Outstanding Counselor of the Year, Texas (1979); Texas Rehabilitation Counseling Association

## HONORS & SPECIAL APPOINTMENTS:

Recognition Award for outstanding services to the Texas Rehabilitation Counseling Association (1981)

Special Merit Award from Commissioner of Texas Rehabilitation Commission for highest number of successful rehabilitation closures in Region 5, South Texas (September, 1984)

Certificate of Appreciation for Outstanding Rehabilitation Services from the Career & Guidance Center, Austin, Texas, April, 1984 (one of three certificates presented in past 25 years)

Consultant to Charter Hospital and Bayview Hospital, 1987 to 1999

## PROFESSIONAL ASSOCIATIONS:

Texas Rehabilitation Association, member since 1972; member of Board of Directors, 1981-1984; Annual Conference Chairperson (1986)

National Rehabilitation Association, member since 1972

Texas Rehabilitation Counseling Association, member since 1972; Regional Chairperson, 1978-1980; Secretary-Treasurer, 1980-1982; Professional Development Chairperson, 1982-1988

National Rehabilitation Counseling Association, member since 1972; treasurer of Southwest Region, 1982-1983

Texas Association of Rehabilitation Professionals in the Private Sector, member since 1985; Annual Conference Chairperson, 1993

National Association of Rehabilitation Professionals in the Private Sector, member since 1985

Member of Mental Health Assistant Advisory Board of Del Mar College, 1976 to 1988

Member of the Professional Advisory Board of Nueces County Mental Health/Mental Retardation, 1979 to 1988

Donna Johnson                                    Page 5

## PROFESSIONAL ASSOCIATIONS:

Corpus Christi Citizens for the Retarded, member since 1979;
member of the Board of Directors, 1980-1982

Coalition of Texas with Disabilities, member 1981 to present

Texas Head Injury Foundation, member

CUtePDF - www.fasnu.com