29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 0 6 2001

| | | |
|---|---|---|
| JUAN PEQUENO | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-180 (Jury Requested) |
| CITY OF BROWNSVILLE, IVAN WELKER, in his official capacity, and CARLOS RUBINSTEIN, in his official capacity | § § § § | |

**DEFENDANTS' MOTION REQUESTING ORAL ARGUMENTS AND A RULING ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE DISTRICT COURT:

NOW COMES the City of Brownsville, et al, Defendants in the above styled and numbered case and files this its Motion Requesting Oral Arguments and a Ruling on Defendants' Motion to Dismiss and Motion for Summary Judgment, and for cause would respectfully show unto the Court the following:

### DEFENDANT CITY OF BROWNSVILLE REQUESTS ORAL ARGUMENT

1. Plaintiffs' Motion to Dismiss and Motion for Summary Judgment was filed on October 9, 2001. The Court's discovery deadline of September 16, 2001, has passed. The parties, by agreement, extended the discovery deadline to November 16, 2001. There has been more than adequate time for discovery. Defendants' Motion to Dismiss and

Motion for Summary Judgment seek to dispose of all aspects of the case. In order to prevent further expense in defending the matter, Defendants request oral arguments and a ruling on the Motion to Dismiss and Motion for Summary Judgment as soon as practical.

WHEREFORE, PREMISES CONSIDERED, Defendants, the City of Brownsville, et al, respectfully pray this Court consider Defendants' Motion to Dismiss and Motion for Summary Judgment and set it for an oral hearing before the Court.

    Respectfully submitted,

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78504
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


BY: _____
    RYAN HENRY
    State Bar No. 24007247
    Fed. Id. No. 22968

**ATTORNEY FOR DEFENDANTS**

Page -2-

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANTS' MOTION FOR ORAL ARGUMENTS AND A RULING ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT has been served on all counsel of record, via certified mail return receipt requested as follows:

**(Via CMRRR#7001-1140-0002-2375-3266)**
Mr. Alejandro Garcia
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

on this the ___6th___ day of November, 2001

_____
RYAN HENRY

## CERTIFICATE OF CONFERENCE

The undersigned contacted counsel for the Plaintiff and for all other Defendants regarding this motion, all are unopposed to the filing of such motion.

_____
RYAN HENRY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, IVAN WELKER, in his official capacity, and CARLOS RUBINSTEIN, in his official capacity | § § § § | (Jury Requested) |

### ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR ORAL ARGUMENTS AND A RULING ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

On this the _____ day of _____, 2001 came on for consideration Defendants' Motion for Oral Arguments and a Ruling on Defendants' Motion to Dismiss and Motion for Summary Judgment. The court having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that Defendants' Motion for Oral Arguments and a Ruling on Defendants' Motion to Dismiss and Motion for Summary Judgment is hereby set for hearing on the _____ day of _____, 2001 at _____ o'clock in this Honorable court

Signed for entry on this _____ day of _____, 2001.

_____
JUDGE PRESIDING