*31*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**NOV 1 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **JUAN PEQUENO** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **CITY OF BROWNSVILLE** | § | **CIVIL ACTION NO. B-00-180** |
| **BLANCA VELA (Honorable Mayor)** | § | **(Jury Requested)** |
| **CARLTON RICHARDS (Commissioner)** | § | |
| **ERNIE HERNANDEZ (Commissioner)** | § | |
| **HARRY MCNAIR, JR. (Commissioner)** | § | |
| **JOHN WOOD (Commissioner)** | § | |
| **IVAN WELKER (Assistant City Manager)** | § | |
| **EFREN FERNANDEZ (Human Resource** | § | |
| **Director), HENRY GONZALEZ, (Previous** | § | |
| **Mayor), CARLOS RUBINSTEIN** | § | |
| **(Previous City Manager)** | § | |

**ORDER GRANTING UNOPPOSED MOTION
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

On this 15 day of November 2001, came on to be heard the above and

foregoing Unopposed Motion for Withdrawal and Substitution of Counsel, and the Court having

considered said Motion is of the opinion that the same should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Moises M. Salas, Jr.,

ATTORNEY AT LAW, be withdrawn as attorney of record for Plaintiff in the above-styled and

numbered cause and that the following be substituted in his stead, Frank Costilla of the LAW OFFICE

OF FRANK COSTILLA, P.L.L.C., 5 East Elizabeth Street, Brownsville, Texas 78520.

SIGNED on this 15 day of November, 2001.

_____
PRESIDING JUDGE