United States District Court
Southern District of Texas
FILED

NOV 2 0 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUAN PEQUENO                              §
                                         §
VS.                                      §          CIVIL ACTION NO. B-00-180
                                         §               (Jury Requested)
CITY OF BROWNSVILLE, IVAN WELKER,        §
in his official capacity, and CARLOS     §
RUBINSTEIN, in his official capacity     §

===========================================================

## DEFENDANTS' SECOND SUPPLEMENTAL INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

===========================================================

TO:   JUAN PEQUENO, by and through his attorney of record:

   Mr. Alejandro Garcia
   LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
   5 E. Elizabeth Street
   Brownsville, Texas 78520

   NOW COME Defendants, **THE CITY OF BROWNSVILLE, IVAN WELKER, AND**

**CARLOS RUBINSTEIN**, and file this, their Second Supplemental Disclosure to Plaintiff

under Federal Rule of Civil Procedure 26(a)and in support thereof show the following:

                              Respectfully submitted,

                              WILLETTE & GUERRA, L.L.P.
                              International Plaza, Ste. 460
                              3505 Boca Chica Blvd.
                              Brownsville, Texas  78521
                              Telephone:  (956) 541-1846
                              Facsimile:  (956) 541-1893

                              BY: _____
                                  RYAN HENRY
                                  State Bar No. 24007347
                                  USDC Adm. No. 22968

                              **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANTS' SECOND SUPPLEMENTAL INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a) has been served on all counsel of record, via certified mail return receipt requested as follows:

**(Via CMRRR#7001-1140-0001-8375-9148)**
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

on this the 20th day of November, 2001

RYAN HENRY

# RULE 26(a) DISCLOSURES

(1)(A) Persons Defendants  intend to call at trial. (subject to supplementation):

Juan Pequeno
Pro Se
P.O. Box 5692
Brownsville, Texas 78523
956-542-2470
Plaintiff, has knowledge of the facts made the basis of this suit.

Blanca Vela
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Mayor, has knowledge of the facts made the basis of this suit.

Carlton Richards
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

Ernie Hernandez
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

Harry McNair, Jr.
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

John Wood
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Commissioner, has knowledge of the facts made the basis of this suit.

Ivan Welker
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Assistant City Manager, has knowledge of the facts made the basis of this suit.

Efren Fernandez
Market Square
P.O. Box 911
Brownsville, Texas 78520
956-548-6063
Human Resource Director, has knowledge of the facts made the basis of this suit.

Henry Gonzalez
Market Square
P.O. Box 911
Brownsville, Texas 78520
Former Mayor, has knowledge of the facts made the basis of this suit.

Carlos Rubinstein
Market Square
P.O. Box 911
Brownsville, Texas 78520
Previous City Manager, has knowledge of the facts made the basis of this suit.

Ed Manning
8323 Culebra Rd., Ste. 104
San Antonio, Texas 78521
210-256-0807
Texas Workforce Commission hearings officer

Lidia Gonzalez
Market Square
P.O. Box 911
Brownsville, Texas 78520
Human Resource Director

Paul Calapa
Market Square
P.O. Box 911
Brownsville, Texas 78520
Purchasing Department

Leonard Calier
Market Square
P.O. Box 911
Brownsville, Texas 78520
Deputy EMS Director

Sweet Soft Computer Service, Inc.
405 Highway 150 North
P.O. Box 349
West Union, IA 52175
319-422-5638
Computer Software Company

Ms. Donna Johnson, M.Ed, C.R.C.
P. O. Box 270790
Corpus Christi, Texas 78401
361-883-7384
Vocational expert

(1)(B)  Documents (subject to supplementation):

    1.    City of Brownsville Personnel Policies
    2.    City tapes of Council meeting for October 1998 and November 1998.
    3.    Plaintiff's personnel file
    4.    City minutes and agenda for October 1998 and November 1998
    5.    All information regarding Ambulance 2000 software

(1)(C) Computation of Damages.

      Not Applicable.


(1)(D) Insurance Agreement.

      Not Applicable.


(2)(A) Experts.

      Ms. Donna Johnson, M.Ed, C.R.C.
      P. O. Box 270790
      Corpus Christi, Texas 78401
      361-883-7384
      Vocational expert

(2)(B) Expert(s) Reports

      Attached, please find the report of Ms. Donna Johnson, M.Ed, C.R.C.

# DONNA JOHNSON, M.Ed., C.R.C., L.P.C.
## Vocational & Disability Consultant

Mailing Address
P. O. Box 270790
Corpus Christi,
Texas 78427-0790

(361) 883-7384
FAX # (361) 888-6475
801 Lipan
Corpus Christi,
Texas 78401

November 19, 2001

Seth Moore
WILLETTE, GUERRA & TREVINO, L.L.P.
Attorneys at Law
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521

        RE:  Juan Pequeno

Dear Mr. Moore:

As you requested, I have reviewed the materials which you provided
on the above referenced case, analyzed Mr. Pequeno's vocational
assets, and conducted a limited labor market survey.

Mr. Juan Pequeno is thirty-one years old and currently lives in
Brownsville, Texas.  He graduated from La Feria High School in May
of 1978 and was a member of the National Honor Society. Following
high school, he attended the University of Texas-Pan American and
completed a Bachelor's degree in Computer Information Systems in
August of 1981.  He secured his Masters of Business Administration
degree from the University of Texas in Brownsville in 1984.

Mr. Pequeno's employment history reveals work as a computer
programmer for Cameron County Computer Center from October 13, 1981
until 1984.  He accepted employment with the City of Brownsville as
a computer programmer/analyst in 1984 and worked in that capacity
until 1994.  He was promoted to the position of Director of
Management Information Systems in June of 1994, and was terminated
from the position on November 24, 1998. Reportedly, Mr. Pequeno has
not worked since that time.

Other work includes employment with Pan American University from
September 10, 1978 to May 28, 1981 as a media center clerk. He
worked for an interstate fruit and vegetable company as a laborer
from June 1, 1975 to August 20, 1977.

Mr. Pequeno has performed skilled work in his capacity as a
computer programmer, analyst and director of management information
systems. His education and acquisition of knowledge in the computer
and business management fields have allowed him to function in
professional positions.

Seth Moore
November 19, 2001
Page 2

Mr. Pequeno's job tasks at Cameron County Computer Center as a computer programmer included:

- programming for office inventory, financials, general ledger and accounts payable
- maintaining the programs
- adding or changing modules to complete job tasks
- planning, scheduling and directing preparation of programs
- consult with managerial and systems analysis personnel
- identify problems, suggest changes
- determine extent of programming and coding required
- developed programs
- revises or directs revision of existing program

Mr. Pequeno's job tasks at the City of Brownsville as a programmer/analyst included:

- writes programs
- plans, develops, tests, documents computer programs
- evaluates user requests for new or modified programs
- consults with user
- formulates plan outlining steps to develop program
- converts program specifications into a sequence of detailed instructions

Mr. Pequeno's job tasks as a management information system director included:

- oversee data processing hardware and software
- customized programs for the city
- supervised centralized process to save funds
- supervision of staff and coordination of job duties
- review computer needs for the City
- analyzing computer needs and effectiveness
- purchasing or upgrading the computer and systems
- troubleshooting for computer problems (hardware and software issues)
- supervision of two programmer/analysts, one computer operator and one PC technician
- supervision over the EMS billing software for Medicare and Medicaid, a group of one hundred interrelated programs, and revision for maximum efficiency
- improving software for increased usage (more user-friendly) and electronic billing
- supervised and implemented the billing program that covered billing/collection/interfacing with the City's financial books

Seth Moore
November 19, 2001
Page 3

- developed and customized over twenty software packages for the City
- directs, coordinates, and finalizes the annual department budget
- assist programmers with complex program development
- interviews, makes hiring decisions, conducts evaluations, reviews employee performance, and enforces disciplinary actions
- develops written reports to the City Manager regarding the efficiencies of the department
- develops procedures and departmental goals and objectives

A labor market survey was conducted to document the availability of employment in the Brownsville-Harlingen area for Mr. Pequeno. The search was completed for the months of December 1998, January 1999, February 1999, and April 1999. The search was limited based on job listings accessed through documented resources in the time period referenced. This search represents only a sampling of jobs available during the time period of October 1998 to April 30, 1999.

12-02-98 - Information Systems Coordinator - Cameron County - $25,000 per year

12-16-98 - Network Support Specialist - The University of Texas at Brownsville - $10.00 to $19.17 per hour *

01-03-99 - Market Development Specialist - Brownsville Economic Development Council - $28,000 to $33,000 per year

01-03-99 - Staff Accountant - Valley Baptist Medical Center - Harlingen - Start $1,388 to $2,206 *

01-10-99 - Micro-Computer Specialist - Brownsville ISD - $18,500 per year

01-10-99 - Billing Supervisor - Valley Baptist Medical Center - Harlingen - Start $1,388 to $2,080 *

01-10-99 - Administrative Assistant - University of Texas at Brownsville - $10.90 to $17.42 per hour *

01-17-99 - Finance Coordinator for Accounting - Brownsville ISD - $46,000 to $63,521 per year *

01-17-99 - Senior Programmer Analyst - University of Texas at Brownsville - $13.68 to $24.05 per hour (2 positions available)

Seth Moore
November 19, 2001
Page 4

    01-19-99 - Accountant II - Public Utilities Board in
Brownsville - $14.82 to $23.75 per hour

    01-19-99 - Customer Service Manager – Public Utilities Board
in Brownsville - $19.30 to $30.98 per hour

    02-07-99 - Accountant - Brownsville ISD - $37,000 to $48,000
per year *

    02-07-99 - Internal Auditor - Brownsville ISD - $46,000 to
$63,000 per year *

    02-07-99 - Lead Internal Auditor - Brownsville ISD - $53,895
to $67,911 per year *

    04-04-99 - Chief Financial Officer - Cameron Works

    04-04-99 - Human Resources Administrator - Texas Youth
Commission - $3,011 to $3,209 per month

    04-04-99 - Payroll Clerk - Point Isabel ISD - $18,000 to
$25,000 per year

    04-18-99 - Credit Analyst - International Bank of Commerce

*current wage-wages for 1999 unavailable without further research

For the year 2000, the Texas Workforce Commission reported the
average annual wages for computer and information system managers
at $53,580, computer systems analysts at $45,310, and computer
programmers at $38,170 for the Brownsville-Harlingen-San Benito
Metropolitan Statistical Areas.

I was able to identify a wide range of other employers and job
openings suitable for Mr. Pequeno, but could not secure wage data
due to the time parameters. It is my opinion that Mr. Pequeno
should have been able to return to gainful employment at a job and
wage compatible with his age, education, work experience and skill
level.

                Respectfully submitted,

                Donna Johnson, M.Ed.,CRC,LPC,CCM,CDMS
                Rehabilitation Counselor

DJ/sj

Case 1:00-cv-00180   Document 32   Filed in TXSD on 11/20/2001   Page 11 of 26



THE COUNTY OF CAMERON
BROWNSVILLE, TEXAS

**DEADLINE: December 4, 1998**

**POSITION:** Information Systems Coordinator
**JOB LOCATION:** 964 East Harrison Street
Brownsville, Texas 78520
**SALARY:** $25,000 annual
**QUALIFICATIONS:** This is a full-time permanent position (may work over 40 hours/week). Completion of a baccalaureate degree (or at least 90 college hours) with a concentration in computer science. At least 2 years of pertinent work experience. Proficiency in Microsoft Office, database and mapping software, networking, and Web page design required. Strong communication skills: written and verbal. Must have a Texas Driver's License and an acceptable driving record. Ability to handle multiple projects under pressure and meet deadlines. Must have good oral and written skills. Managerial/Supervisory experience desired.

**DESCRIPTION OF DUTIES:** Reports to the County Elections Administrator. This newly created position is responsible for providing technical support to the Office of Elections & Voter Registration. Develops, coordinates implementation of, and tests plans for establishment data processing activities. Confers with computer department personnel to execute programming and system maintenance; also assists with office PC troubleshooting. Automation of office activities is a major focus of the position. Creation and maintenance of web site. Will also assume responsibility for special projects that may entail external contacts as well as assist with administrative duties.

**HOW TO APPLY:** Send Resume To/Or Apply With:
**Cameron County**
Personnel/Safety Risk Department
964 East Harrison Street
Brownsville, Texas 78520

AA/EQUAL OPPORTUNITY EMPLOYER



BROWNSVILLE

12-10-...

**EUE. Coastal Engineering, Inc.** 101 North Travis, San Benito. 399-5157.

**BASS player** looking for individuals to start band. Must have own equip. No country /tejano 350-5476 or 793-1710 Andre

**CARPENTERS & WORKING** supervisory trainees Leading National Timber Bridge Company seeks experienced Carpenter & working supervisors Trainees for bridge construction for the golf course and resort industry. Opportunity for advancement in our growing company. Must be PHD (poor, hungry & driven) Extensive travel, drug test, hourly + OT, per diem, benefits. Call 1-800-226-4178

| 5 0 1 | Help Wanted |
| --- | --- |



**Staff Relief, Inc.**
*New Location*
Wellington Square
2320 Central Blvd.

**RN & LVN**
• All Hospitals • All Areas • All Shifts

Supplemental Hospital staffing
**1-877-880-7828**
**(956) 541-1081**

| 5 0 1 | Help Wanted |
| --- | --- |

**Burton**

**Outside Salesmen are exciting!**

...ians are requiring ...ales professionals for ...ations from ...arlingen & Brownsville. ...resentatives with a ...5 years of experience ...uto Parts, or ...g & Industrial or ...Duty Truck Parts being sought.

...s with excellent pay ...te experience. Ideal ...rs for family needs.

...ntment for an interview

**900-932-3121**
**Elva - Ext. 700**
; be mailed or faxed to:

...uto Supply, Inc.
...Box 297
...Tx. 78599-0297
...56) 973-3200

or Texas Workforce Commission

Mailed applications must be postmarked on or before the CLOSING DATE.

**AN EQUAL OPPORTUNITY/ AFFIRMATIVE ACTION EMPLOYER.**

## EMPLOYMENT OPPORTUNITY

### Network Support Specialist

Designs, implements and manages all Local Area Networks (LANs) and LAN services, under control of the Academic Affairs Division. Responsibilities include cost estimation, timetables, schedules, preparation of specifications and purchase requisitions, contracts, physical installation of cables, devices and software, inter-LAN and LAN/WAN communications establishment and management, reports production, consultation services and some programming for special projects. Performs other duties as assigned.

Associate's degree or equivalent credit hours in computer-related field and current Novell CNA certification are minimum requirements. Novell CNE certification and bachelor's degree in a computer-related program preferred. Three years of responsible experience in academic computing network support, and at least one year's experience managing a Novell LAN with server-based application software is a minimum requirement; three or more years experience preferred. Additional years of experience may be considered in place of associate degree college coursework requirement. Applicants with substantial programming experience, Novell LAN design, implementation and management experience preferred. One year or more of communications cabling and management and 10 Base-T Ethernet management, experience with purchasing procedures under control of a state or U.S. Federal governmental agency preferred. This position requires good written and oral English language skills.

Applications will be reviewed upon receipt and accepted until the position is filled. Please request an application from:

Human Resources
The University of Texas at Brownsville and Texas Southmost College
80 Fort Brown / Brownsville, Texas 78520
1-800-544-8208 / (956) 544-8205 / Fax (956) 982-0175
For more information, visit our web site at www.utb.edu/jobs/

*UTB/TSC does not discriminate on the basis of sex, race, color, religion, national origin, disability, age or veteran status. Women and minorities are encouraged to apply.*

| 6 0 3 | Apartments Unfurnished | | 6 0 3 | Apartments Unfurnished | | 6 0 3 | Apartments Unfurnished |
| --- | --- | --- | --- | --- | --- | --- | --- |



**$50 Off 1st Month's Rent**
with 6 Months Lease on Efficiencies and 1 Bedroom Large.

**THE BORDERS**
375 MEDIA LUNA RD. (956) 544-1666

For The Best Apartments in the Valley and The Best Location in Town!
Efficiencies • 1 - 2 - 3 Bdrms... (6) Spacious Floor Plans
**Starting at $355**

• Basketball Court
• Volleyball Court
• Lighted Tennis Courts
• Playgrounds
• Free Satellite Cable
• Short Term Available
• 3 Laundry Facilities
• Refurbished Units
• Ceiling Fans
• 2 - 40' Pools
• Party Room
• Furn. & Unfurn.
• 24 Hr. Maintenance
• Security Patrols



**Resaca Lots**
(80' x 200')
**$29,000**

**TERMS:** Cash or

**Quality**

**SIM**
**SINCE 1946**

167
5



**FOREST**
*A Restricted*
(Paredes Line Rd.

Make Your Family R
By Buying Your
**PRE-DEVELO**
In One Of Brownsville
**FOREST**
Lot Prices Startin
**$14**

Prices Will Increase

**Call**
Salesman

PAGES
Service & repair plumber
hr          Full time & Benefits
(N.          requpre)
1-800-565-4968

## Help Wanted

The Brownsville E                    ment Council (BEDC) is                    que to promote the econo                    dustrial development of the City of Brownsville and is dedicated to building economic prosperity in the region

## MARKET DEVELOPMENT SPECIALIST

Is responsible for long and medium term market development, through direct mail, telephone, personal and other prospecting. The aggressive program requires the candidate to create and maintain strong relationships with utility companies, national real estate brokers, site consultants, magazine reps and decision-making personnel in relocating firms. Must be self-directed, organized, persistent, determined, persuasive and optimistic in the effort to target market and productively develop qualified leads. Candidate must possess a strong professional demeanor.

Excellent written and oral presentation skills are required. Computer programs used: Word, Excel, Goldmine, PowerPoint and Internet. Travel is necessary. Marketing or business degree required. Salary $28,000-$33,000, depending on experience, benefits.

Resume, writing sample and letter of application, deadline is January 8, 1999. Send to: Personnel Dept., Brownsville Economic Development Council, 1205 North Expressway, Brownsville, Texas 78520

### Schools and Instruction

### Schools and Instruction

## Work At Home
### Earn more money at home than in most office jobs

Be a Medical Transcriptionist. No previous experience needed. We show you how to prepare medical histories. No commuting, no selling...work the hours you chose in what could be the greatest job opportunity of your life. The medical professional needs skilled transcriptionists. So if you can type, or are willing to learn, our experts can train you to work at home doing medical transcriptions from audio cassettes dictated by doctors. Get free facts! No cost or obligation.

**Attend FREE SEMINAR for details**
**1-800-518-7778. Dept. WJ0119**

to buy or sel Avon. call
841-3873

COM      R USERES needed
Work own hrs. $20k-$75k/yr
800-348-7186a 002
www.amp-inc.com

COMPUTER USERES needed
Work own hrs. $20k-$75k/yr
1-800-348-7186a 002
www.amp-inc.com

HELP! Wanted 29 people to get 13PAIDS$ to lose up to 30 lbs. in the next 30 deys! Natural guaranteed. Call
1-888-753-7687

HOMEWORKERS needed!
Process our mail at home. All supplies provided. Call
1-800-636-6773 ext. 7653

## PUBLIC ANNOUNCEMENT
### GOV'T POSTAL JOBS
Start $11.64
Paid job training.
1-800-530-2324
ext. 2005

### Household Help

LIVE-IN HOUSEKEEPER. Cook, clean & iron. No child care. $80 per week plus room & board. 956/688-0481.

### Schools and Instruction

**Chuck's Gun Shop**
CHL Course, sign up now for Feb. classes. 504-0243

## VINSON'S
Training School/Firing range. 12 HR. DWI $30. Drug Offender $55. Alcohol Ed. for Minors $40. Concealed Handgun $75, Security Officer $100. Hrig. 291-2111/L.F. 233-8850



The University of Texas at Brownsville and Texas Southmost College
## TRUCK DRIVER TRAINING

20-Day Semi-Driver Training Course
"LAID OFF?"
"OUT OF WORK?"
"THINKING ABOUT A CAREER CHANGE?"
Approved for
JTPA, TRC,
TAA, MET & VIDA
Job Placement Assistance Prior to Training
CALL DAVID
956-542-8090
or 800-698-7859
1642 E. Price Rd.
Suite 102
Brownsville, Texas

### Rooms
M or F share home, pvt. rm with A/C, cable, washer/dryer

EFCY, no ac, util pd. 2, upstairs $275/100 dep, downtown area 443 E. St. Charles 546-4326

EFFICIENCY $300, dep $150. Utilities paid. Also 1 bdrm. kitchen, C/A. $500 mo $300 dep. 548-0407, 548-940

MATURE ADULT to share furnished condo at VICC. References required (512) 423-0426.

NEW 1B, 1B, in quiet area W/D conn., a/c, stove & refrng FREE EXP. CABLE. $375/mo Royal Terrace 542-2722

### Apartments Unfurnished

#1 SPECIAL. Lg 2/1½, 3/2 apts. Pd gas/heat, water, cable. HBO & enc. Tammy 542-7150

1 & 2 Bedrooms
Central Heat/AC
Rental Assistance
Available

## BAHIA PALMS APARTMENTS
1303 Pino Drive
Laguna Vista, TX

**(956) 943-3172**
*Equal Housing Opportunity

2 BDRM with garage, nearly new, 3 yrs old. $400 a month. 542-3005. Available Jan. 1st.

2 BDRM, $265.-Deposit $150. Utilities not included. Fenced all around. Utility room. Parking paved for 2 cars. Close to schools & HEB. 3014 E. 31st. Info.541-1129

APARTMENT FOR rent. 3 bdrm, 1 bath, utilities paid. Rent $450 a month, $100 deposit. Call 546-1318.

## CASA GRANDE
2425 Barnard
(956) 546-0313
LARGE TOWNHOUSES
Spacious
1, 2 & 3 Bdrms
Rents Starting
at $370
Only 1 block from expwy & 3 blocks from all schools, 2 pools, 2 laundry facilities.

## CONQUISTADOR EAST APTS.
375 Billy Mitchell
(956) 982-0323
Office Hrs. 8-5 M-F
Fully Renovated
1, 2 & 3 Bedrooms
All units have new appliances, new custom kitchen cabinets.
With resaca frontage or interior location.
* 2 Laundry Rooms
* Pool & Spa
* Basketball Court
* Clubhouse
* Exp. Basic Cable
Also Avail. Spacious 2 Bdrm, 1 Bath

DUPLEX at 4850 Flor St. for

(956) 542-5000

# US·HOME

## W HOME SALES

ome Corporation, one of the
largest homebuilders, has
ite openings for money motivated
ofessionals.

xcellent earning potential!

r an excellent benefit package to

♦ Disability
lth          ♦ 401K
tal          ♦ Savings Plan
l Vacations

ave a proven track record in new
ales, a late model 4 door full or
d car (or can acquire one in 120
nd a desire to succeed, don't

n person, 8 - 5 p.m. or mail/fax
with earning history to:

**HOME CORPORATION**
6521 N. 10th, Suite F
McAllen, Texas 78504
56) 631-9101; Fax (956) 631-4663
EOE M/F/D

# OWNSVILLE
# CRIME
# STOPPERS
## ays Cash
## or Clues

# 6-TIPS

rotect Your Identity,
alls Are Confidential.

---

Experience necessary, App
Sears-La Plaza Mall (956)

## SEARS

Equal Opportunity/ Affirmative ... or Employer.

---

## Brownsville Independent School District

### Announcement of Vacancy

**Date:** October 16, 1998
**POSITION(S):** Micro Computer Specialist I
**Job Order#:** 6421
**Salary:** Grace CT-7, Pay commensurate
with experience (227 Days)
**Job Setting:** Food Service Department
**Effective Date:** 1998-1999 School Year
**Responsibility:** Installs, modifies and
makes repairs to micro computer hardware
and software systems and configures and
troubleshoots computer network and asso-
ciated assemblies. Operates department
computerized Food Service Management
Software. Provides technical assistance
and training to system users.
**Qualifications:** High School Diploma or
General Educational Development
Certificate (GED) in English. One (1) year
in utilization and training of software pro-
grams on desktop publishing and data
base management. Associates Degree
from an accredited college or some col-
lege with work experience. Working knowl-
edge of Novell 3.1 or higher, software pro-
grams (data base, word processing and
spreadsheet).
**Preferred:** At least two (2) years PC pro-
gramming, diagnostic and repair experi-
ence. Experience in food service opera-
tions. Associates degree in Data
Processing. Experience with Microsoft
Word, Q&A, Excel and Lotus 1-2-3.

**District Employees:** Submit internal application,
resume and letters of intent by deadline given
below
**Outside Applicants:** Submit application, resume,
and letter of intent by deadline given below
**Application Deadline:** Until Position Filled



**BROWNSVILLE
INDEPENDENT
SCHOOL DISTRICT
CLASSIFIED
PERSONNEL OFFICE**
1900 E. Price Rd. #015
Brownsville, TX 78521
(956) 548-8051 or
1-800-542-BISD (V/TDD)

The Brownsville ISD is an Affirmative Action
Equal Opportunity Employer M/F/D/V

---

the University. The VPBA serves as a member of the University exec...
res... sible for a $62 million annual operating budget. The VPBA ...
th ... ness Affairs Division, including the departments of the Busine...
tion Systems, Physical Plant, Campus Police, Budget Office, E...
Records Management, and Corporate Compliance. The position will be

**Education/Experience** A Master of Business Administration degree
doctorate degree in higher education, business or a related field giv...
business, mathematics, accounting, finance or a related field required. T...
successful candidate will have to pass a background check.
The successful candidate will have:
1  Two to five years of increasingly responsible experience in educ...
2  Three years of management experience and demonstrated ability ...
3  Knowledge in computer technology in financial and management...
   of business and information systems.
4  Excellent written and oral communication skills.
5  Analytical, problem solving, decision-making, and teamwork ski...

**Salary** Salary is commensurate with experience and qualifications.
**Deadline** Applications will be reviewed beginning immediately and ...
**Requirements** Interested candidates may submit a resume and a lis...
telephone number to

Human Resources
The University of Texas at Brownsville and Texas
80 Fort Brown / Brownsville, Texas
1-800-544-8208 / (956) 544-8205 / Fax (95...
For more information, visit our web site at  ww...

*UTB/TSC does not discriminate on the basis of sex, race, color, religion, ...*
*Women and minorities are encouraged to ...*

---



The Town of South Padr...
has an immediate openin

# CITY PLANNE

It is a professional position report...
Director of Public Works which pr...
tion relating to zoning and develc...
ments, reviews development prop...
pliance with Town regulations, pr...
reports and recommendations, d...
development related ordinances ...
oversees the Town trolley system,
special projects as assigned.
The position requires a Bachelor's
minimum of two years of municip...
experience. Effective communicati...
the ability to establish and maintai...
working relationships with people
sions and cultures are essential. C...
and a valid Texas driver's license a...
Salary range is $35-40,000 DOQ.

**To apply, send a resu...
Robert A. Fudge, PE Director of
PO Box 3410
South Padre Island, TX
or fax to 956-761-16**

| Special Notices | 103 | Special Notices |

**ARENTS...**

*lations*

*rival*

*& Baby*



**Sample Size**

...pecial section of 1998 Babies
20.00

_____ Phone:_____

*USED IN AD*

---

NEEDED
LOBBY
ATTENDANT

for 12:00 midnight to 8:00 a.m. shift. Applications being accepted Tuesday through Thursday 8 a.m. - 5 p.m. in the personnel office. The resort offers competitive pay and good working environment. Please send or deliver resume to Bahia Mar Resort, P.O. Box 2280, SPI 78597.

NO EXPERIENCE necessary. Need men & women who are serious about work. Full-time positions. Those accepted will start immediately. We will train. $11/75/mo. For interview call 504-9099

OFFICE/CLERICAL:

ROERIG,
OLIVEIRA &
FISHER

Attorneys at law are accepting applications for legal secretary for the Brownsville office. A minimum of 3 years legal secretarial experience is required. Competitive benefits available. Qualified applicants mail resume with references to: ATTNTION PERSONNEL, 855 W. Price Rd., Suite 9, Brownsville, Texas 78520.



Help
Wanted

---

...motive Service
Technician

Needed for Los Fresnos location due to open in January. ASE certification is preferred with a minimum of 5 years of experience. Applicants need to be able to perform air conditioning repair work.

*Great benefits with excellent pay for appropriate experience. Ideal working hours for family needs.*

To make an appointment for an interview

**Call 1-800-932-3121**

**Ask for Elva - Ext. 700**

Resumes may be mailed or faxed to:

*Burton Auto Supply, Inc.*
P.O.Box 297
Weslaco, Tx. 78599-0297
Fax #(956) 973-3200

---

$500 - $1500 pt or $ 2000 - $4000 ft. per month from the comfort of your own home. 1-888-685-9067 **FREE**

AVON - With an eye on beauty. To buy or sell Avon, call 541-3873.

COMPUTER USERES needed Work own hrs. $20k-$75k/yr 1-800-348-7186x1002 www.amp-inc.com

| 306 | Household Help |

LIVE-IN HOUSEKEEPER. Cook, clean & iron. No child care. $80 per week plus room & board 956/689-0481

| 308 | Schools and Instruction |

Chuck's Gun Shop CHL Course, sign up now for Feb. classes. 504-0243

VINSON'S Training School/Firing range, 12 HR DWI $30. Drug Offender $55. Alcohol Ed. for Minors $40. Concealed Handgun $75. Security Officer $100. Hrtg. 291-2111/L.F. 233-6850

*Classified
Ads Bring
Results!!!*

The University of Texas at Brownsville and Texas Southmost College
TRUCK DRIVER TRAINING



20-Day Semi-Driver Training Course
"LAID OFF?"
"OUT OF WORK?"
"THINKING ABOUT A CAREER CHANGE?"
Approved for
JTPA, TRC, TAA, MET & VIDA
Job Placement Assistance Prior to Training
CALL DAVID
@956-542-9090
or 800-598-7858
1642 E. Price Rd.
Suite 102
Brownsville, Texas

---


UTB
TSC

# EMPLOYMENT OPPORTUNITY

### Administrative Assistant

Assists in obtaining and managing grants for the sponsored programs' function in the office of Graduate Studies and Sponsored Programs. Assists in conducting funding searches; finds and distributes information on funding sources; assists in writing grant proposals; assists in gathering information for faculty working on grant proposals; assists the Grants Coordinator in making contacts with faculty and agencies; files and maintains sponsored program documents. Composes and types office correspondence including form letters, reports, requisitions, vouchers; lists and tables; maintains budget information and assists in routine data collection and processing. Performs other duties as assigned.

Associate's degree from a community college required; bachelor's degree in English preferred. Four years increasingly responsible administrative experience required. The candidate must be able to communicate clearly and concisely, both orally and in writing. Computer knowledge preferred.

Applications will be reviewed upon receipt and accepted until the position is filled. Please obtain an application from:

Human Resources
The University of Texas at Brownsville and Texas Southmost College
80 Fort Brown / Brownsville, Texas 78520
1-800-544-8208 / (956) 544-8205 / Fax (956) 982-0175
For more information, visit our web site at: www.utb.edu/jobs/

*UTB/TSC does not discriminate on the basis of sex, race, color, religion, national origin, disability, age or veteran status. Women and minorities are encouraged to apply.*

# 911
## Emergency

| Help Wanted | Help Wanted |
|---|---|

MOTIVATED AND Aggressive outside sales Rep to call on a South Texas Real Estate Industry. Expect hard work with rewards. Salary, commission & great benefits. Fax Resume to 800/822-0749.

---

## CARRIERS WANTED
### NEWSPAPER ROUTE

Lincoln, Roosevelt
Truman, 19th, 20th, 21st
and surrounding Areas
Must have dependable transportation
and vehicle liability insurance

Apply in person
Carlos Torres
1135 E. Van Buren
The Brownsville Herald
no phone calls please

---



# CFI.

### CFI is hiring

# DRIVERS
# In
# Weslaco

On Wednesday From 9 A.M. Until 5 P.M.

Holiday Inn Express in WESLACO
1702 E. Expressway 83

# 1-800-CFI-DRIVE

---


## RIO GRANDE VALLEY

Due to heavy demand for our services,
Valley Federal Credit Union has an
immediate opening for a qualified
### TELLER SERVICES
### REPRESENTATIVE
### AT OUR BROWNSVILLE
### LOCATION

We are seeking an enthusiastic and presentable individual with excellent customer (member) service skills and the desire for a PART-TIME position. 10 key typing skills and previous teller experience a plus. You must enjoy working in a challenging, fast paced and professional environment.

Apply in person at
### VFCU Brownsville
185 E. Price Rd., Brownsville, TX.
Monday thru Friday
between the hours of 9:00 a.m. to 4:00 p.m.
Equal Opportunity Employer

---

## FINANCE POS...

Responsible for mana... specialized finance pro... oversight of the organiz... cial affairs. The cand... have credit, analytical ... skills, be able to structur... packages, make presenta... approval of funding and repor... flow status. A high level of docume... tation is required, including project audits. The program calls for a strong sense of political awareness, confidence in financial affairs and experience in handling both areas.

Excellent written and oral presentation skills are necessary. Finance degree is required. Computer programs used: Word, Excel. Travel is required. Salary $35,000-$40,000 depending on experience. Deadline for application is January 19, 1999. Resume and letter of application, send to: 1424 W. Price Rd., Box #103, Brownsville, Texas 78520.

---

### Announcement of Vacancy
Administrator for Reading
Administrator for Instructional Technology
Administrator for Transportation
Bilingual/ESOL Education Specialist
Construction Inspector
Finance Coordinator for Accounting
Coordinator for Facilities
Elementary Principal
Facilitator
Internal Auditor
Language Arts/ESOL Education Specialist (Secondary)
Lead Internal Audit
Lead Teacher for Advanced Academics
Special Education Supervisor
Special Language Pathologist
Supervisor for Admissions & Attendance
Supervisor of Athletics for Special Children

For application and position requirements
please call or write to:


### BROWNSVILLE
### INDEPENDENT
### SCHOOL DISTRICT
### CERTIFIED
### PERSONNEL OFFICE
1900 E. Price Rd.
Brownsville, TX 78521
(956) 548-8031 or
1-800-542-BISD (V/TDD)

Visit our website at: www.brownsville.isd.tenet.edu
The Brownsville ISD is an Alternative Action /
Equal Opportunity Employer M/F/D/V

---

### BISD IS LOOKING FOR QUALIFIED
### Micro-Computer Specialists
### Field Service Technicians

BENEFITS INCLUDE:
• Retirement program
• Fully paid employee hospitalization
• Flexible work schedule includes extended Christmas vacation, Spring Break plus holidays
• 5 sick leave days and 5 personal leave days per year

---

## NOTICE OF ENTRANCE EXAMINATION FOR ENTRY-LEVEL FIRE FIGHTER

An examination will be administered for Entry-Level Fire Fighter for the City of McAllen on Thursday, February 11, 1999. The exam will be administered at 8:30 am at the Convention Hall (Civic Center Complex) located at Expressway 83 & 10th Street, McAllen, Texas. Applicants must have a current Fire Fighter Certificate issued by the Texas Commission of Fire Protection or have evidence of being certifiable from the State Examination and meet all the requirements to be certifiable for Basic Fire Fighter Certification. To receive a copy of the minimum requirements, application and benefits, please call (956) 972-7130 or come by the Office of the Civil Service Director/City Secretary located at City Hall, 1300 W. Houston, McAllen, Texas. The deadline to accept completed applications is Monday, February 1, 1999 by 5:00 pm.

| Help Wanted |
|---|

---

## SRI
### Staff Relief, Inc.
Wellington Square
2320 Central Blvd.
### RN & LVN
• All Hospitals • All Areas • All Shifts
Supplemental Hospital staffing
Toll Free
1-877-880-7828
(956) 541-1081

---

## APPLIANCE TECHNICIANS

Circuit City Service is seeking experienced Home Service Appliance Technicians for major appliance repair within customers' homes in the Brownsville area. We offer TOP PAY and a comprehensive benefits package. For immediate consideration, please call (956) 225-3715. Or fax your resume to (956) 225-8317.

We promote a drug-free workplace. EOE.

# CIRCUIT CITY

---

...Responsible for prospecting new... ing accounts for meeting and... business for the Town of South Pad... Island, along with working var... shows and expositions related to... ized markets. Develop and maintain... tive relationships with meeting... and local partners. Requires a... with a positive work ethic, understand... the needs of clients, ability to work independently, with little supervision, and work within budget parameters. Experience in convention sales–the association and corporate markets a big plus.

## PART-TIME BOX OFFICE

Needs to be able to work well with public, handle and work with cash and credit card transactions and be able to fill out daily sales reports. Must be willing to work nights and weekends

### Applications Available At:
Town of South Padre Island City Hall
4501 Padre Blvd./P.O. Box 3410
South Padre Island, TX 78597
(956)761-6456
Fax: (956)761-7581
EEO EMPLOYER

---


## Jefferson Electric

### HUMAN RESOURCES/PAYROLL ASSISTANT

Jefferson Electric is an 85 year old company manufacturing dry type transformers in Brownsville, Texas. We are in a growth mode and are looking to expand our human resources activities. We are looking for a highly motivated individual to take a leadership role in the recommendation and administration of company policies. Other functions include administration of benefits, hiring, payroll, employee relations, plant safety and plant receptionists.

This individual must share our belief in the importance of our people. Excellent written and verbal communication skills in both English and Spanish, ability to handle multiple tasks, good organizational skills, proven interviewing skills, and a minimum of 3 years experience in this career path in a manufacturing plant are required.

For the right individual, we offer a competitive salary, complete benefit package including medical, dental, life, paid vacation, 401K plan and many other benefits and the opportunity to take a lead role in all H/R activities in this manufacturing facility. We are an Equal Opportunity Employer. Please submit your resume, salary requirements and references in confidence to:

### FAX (414)-209-1621
or mail to:
Jefferson Electric, Inc.
9650 S. Franklin Drive
Franklin, WI 53121
Attention: Human Resources Dept.

Case 1:00-cv-00180   Document 32   Filed in TXSD on 11/20/2001   Page 17 of 26

**Call**

**932-8631**

**932-8634**

**or**

**932-8635**

| Help
Wanted

cation, a staff member is a...
any q... ...ons please call (8...

These positions are subject t... ...roval by
the Board of Directors

**AN EQUAL OPPO...**
No person shall, on the bas... ...tional ori-
gin, color, age or sex, handic... ...exclud-
ed from participating in, be d... ...or be sub-
jected to discrimination unde... ...program or
activity of the South Texas Independent School District, as
required by Title IX of the U.S. Department of Health,
Education, and Welfare, and the above requirements extend-
ed to employment by the South Texas Independent School
District and to admission thereto.

**NE... EMPLOYEE
NCENTIVE
PROGRAM
● MEDICAL
COVERAGE
● 401K**

All applicants will be held
dence. If interested, please
(956) 504-5399 or Fax resu...



# EMPLOYMENT
# OPPORTUNITIES

## Computer Publishing Specialist

Performs professional and technical duties involved in the areas of University publi-
cations including catalogs, course schedules, faculty publications, informational flyers
and other projects.

Bachelor's degree in communications, journalism, art or a related field with major
course work in desktop publishing required. Three years experience in desktop publish-
ing using computer software as a layout and design artist, typesetter, or graphic designer
required. Proficient in the use of desktop publishing software such as Adobe PageMaker
or Quark Express and word processing software such as Microsoft Word or WordPerfect
required. Proficiency on operating systems such as Macintosh System or Windows,
scanners and printers required. Portfolio reflecting desktop publishing preferred.

## Senior Programmer Analyst
### (2 Positions)

Provides technical assistance to facilitate the transition of work from system analysis
to programming; provides technical analysis and prepares detailed procedures for a
variety of programming problems; provides staff support to the Information Systems
Director. Performs other duties as assigned. This position is Security Sensitive. The
successful candidate will have to pass a background check.

Bachelor's degree from an accredited college or university with major coursework in
computer programming, information systems required. Four years of increasingly re-
sponsible experience in information systems and computer programming required.

Applications will be reviewed upon receipt and accepted until the positions are filled.
Please request an application from:

Human Resources
The University of Texas at Brownsville and Texas Southmost College
80 Fort Brown / Brownsville, Texas 78520
1-800-544-8208 / (956) 544-8205 / Fax (956) 982-0175
For more information, visit our web site at: http://unix.utb.edu/employment/index.html

*UTB/TSC does not discriminate on the basis of sex, race, color, religion, national origin, disability, age or veteran status.
Women and minorities are encouraged to apply.*

**SALES**

We currently have the following ...
Advertising Department:

## SALES REPR...

We're looking for a self-motivated in...
opportunities that Brownsville has to...
have a territory with the expectation...
grow with existing and new clients. ...

## SALES AS...

We're looking for an enthusiastic p...
and sales staff. Ability to work over...
essential. Ability to work in a team e...
Salary plus commission.

The Brownsville Herald offers a com...
includes paid vacation, 401(k), paid...
plan.

Send resumes to:

**Melanie ...
Advertising ...
The Browns...
1135 E. Van Buren St., B...**

## NOTICE

**NOTICE OF APPLICATION FOR A MIXED BEVERAGE AND MIXED BEVERAGE LATE HOURS PERMIT.** INTERVALLEY FOODS, INC. HAS MADE APPLICATION FOR A MIXED BEVERAGE PERMIT & MIXED BEVERAGE LATE HOURS PERMIT TO BE LOCATED AT 1900 HWY 77/83 NORTH, SUITE A, BROWNSVILLE, CAMERON COUNTY, TEXAS, AND OPERATED UNDER THE TRADE NAME OF WALLBANGERS. CORPORATE OFFICERS BEING: JOHN J. KROUSER, PRESIDENT / SECRETARY

01/18,01/19/99

### Bid Notices

### ATTENTION ADVERTISERS
Please check your ad the first day it runs. The Herald assumes no responsibility for error after the first insertion of an ad accepted after deadline.

### Special Notices

### NOTICE
All advertising submitted is subject to credit review and approval. Publication may be withheld on the basis of unpaid past due balance, credit calling limitation or poor credit history. The Brownsville Herald reserves the right to refuse or reject without prior notice any copy submitted for publication.

### Personals

### ATTENTION READERS
Not all ads published in the Classified Ads have been verified. Before investing money, readers are urged to investigate thoroughly. Contact your local Better Business Bureau.

**St. Jude's Novena**
May the heart of Jesus be adored, glorified, loved and preserved throughout the world now and forever. Sacred Heart pray for us. St. Jude worker of miracles, Pray for us. St. Jude help of the Hopeless, Pray for us. Say this prayer 9 times a day by the 9th day your prayer will be answered. It has never been known to fail. Publication must be promised. Thank you. D.R.S.

### Lost and Found

## Lost Your Pet?
Call the The Lower Valley Humane Society

---

### BOOKKEEPING-PAYROLL SERVICE, GRAPHICS
Financial Statements, Tax Returns. 544-2416

### Appliance Repair
**VALLEY WIDE APPLIANCE SERVICE.** Repairs on all brands of appliances. Mention this ad and receive 10% off repair. (956) 546-2316

### Cement Work
**CONCRETE WORK** foundations, drive-ways, patios, addition, sidewalks, free estimates 546-0886/453-4786 Jorge

### Financial Services

### ACCOUNTING, BOOKKEEPING CONSULTING & INCOME TAX SERVICES
956-542-1050

### General Services

**RENTA DE Sillas Y mesas** para toda evento social. Free Delivery Angel 541-1145

### Home Repairs

### House Leveling
Free Inspection, "Senior Discount, *Licensed & Bonded 233-2068, 800-481-7522 Alexander's House Leveling

### Pets & Supplies

**AKC GERMAN SHEPHERD** puppies for sale, dewormed. Call 541-7111

**AKC GOLDEN Retrievers,** female puppies, dewormed, 1st shots, 4300 682-9545

**HIMALAYAN KITTEN FOR SALE,** 3 months old. Call 969-3014

**ONLY MINIATURES TEA-CUP** Chihuahua, Poodle, Bulldog Schnauzers, Sher-Pei, in Matamoros 13-10-41, 8180 & up

**T-CUP YORKIES,** Tiny Pekingese, Shih-Tzus, Malti-Pes, P-Trained. 233-3194.

### Garage Sales

**GARAGE SALE Wed. & Thur.** 8:30 to ? Misc. items. 744 E. Washington St.

### MARKET DAYS
South Padre Island Convention Center 1/22, 1/23, 1/24, 9 a.m. to 5 p.m. Vendors call 956-761-6746 for booth information.

### Miscellaneous
**HEAVY METAL SHELVING** all sizes, $45 per unit. Pallet racks average $115 per section for chemical, hazmat, heavy duty any height $400 per upright. Electric warehouse forklift, 24' high lift, $8,000. Texas toll free 1-888-477-9067 or 210-377-1936

**HERBALIFE: Ind. distributor.** Lose weight fast. Plants paper repair. DIET MAGIC. Call 783-0073, 351-8873. 484-6118 or 318-1784

### Restaurant Equipment
**ALL TYPES of Ice Machines, Smoothies Machines, Margarit-la Machines, Reach-in Refrigerators, Beer Coolers, Soft Serve Ice Cream & Yogurt machines. Financing available Call 464-7617**

### Furniture & Appliances
**HOTEL FURNITURE SALE!!** Nitestands, $29 up Stove $19 $49 Beds new used

---

### CPA firm hiring
## General Office Administrator / Full Charge Bookkeeper.
Requires computer knowledge of Word and Excel. Must have excellent typing skills. Please mail resume to: Hales, Bradford & Allen, L.L.P. 855 W. Price Road, Suite 25 Brownsville, Texas 78520

**ESTABLISHED** Air Conditioning Co. looking for an experienced full time AC Technician/Installer with 2 year minimum Resp. Salary based on experience. Apply in person at Juan's Air Conditioning, 3648 Boca Chica Blvd.

**ESTILISTA CON licencia. Se necesita urgente. 544-2068 de 2 a 7 de la tarde o 504-0186 después de la 8. Preguntar por Mari.**

**EXPERIENCED BOOKKEEPER/SECRETARY.** Sharp in accounting, payroll, inventory & inside sales & computer experience. References. Apply 6805 E. 14th or fax resume to Snodgrass Seafood, 831-8871.

## FAST CASH
**PAID DAILY.** Part workers needed to help with New Year expansion. Call now! For application. Call Sara at 364-1414

**FULL-TIME JOB** available for Receptionist position with Brownsville Law Firm. No prior experience required. Dependable transportation, insurance, a valid driver's license and good telephone skills. Word Perfect 6.0 a plus. Please respond to Ransome and Ray, P.C., 360 E. Levee Street, Brownsville, Texas 78520-5343 with resume.

**FULL-TIME JOB** available with Brownsville Law Firm, require a mature person with administrative & organization skills, initiative, attention to detail & good personal skills to work with clients & public. Must be proficient in Word Perfect 6.0, legal background a +. Please respond to Ransome & Ray, P.C., 360 E. Levee St., Brownsville, TX 78520-5343 with resume.

**GRAN OPORTUNIDAD** se importa si estas trabajando que tipo de experiencia tengas, unico requisito ganas de superarte economicamente. Previa cita al 504-0189

**HIRING A part time Collector.** apply in person 635 E. Washington St.

**U.R.A. INC., ISD seeks to fill the following positions at Sentry Technology Prep School in Brownsville.**

## Teachers
Must teach - will subject subjects students to develop competencies and skills to function successfully in society. Qualifications include Bachelor's degree and at least one year of student teaching or approved internship.

## Clerks
Responsibilities include data entry, filing, and intake. Must be a self-starter and have strong computer and people skills. Must have knowledge of general office procedures and type 40-50 WPM. High school diploma required.

All applications will be taken between 1:00 to 5:00 p.m. from Jan. 19-26, 1999 at
**508 E. Elizabeth** Brownsville, Tx

International company with U.S. Headquarters located in Dallas, TX., has three purchasing openings for a
## PURCHASING MANAGER
ALL THREE have purchasing experience in electronics and/or Plastic Manufacturing. Four year degree required. CPM/CRM Certification preferred. Strong negotiation skills required. Spanish communication skills highly desired. We offer above average benefits including paid Medical/Dental Insurance, 401(k) and the opportunity to work in a dynamic environment. Applicants should send resume with salary history to Crouse

---

### DENTAL RECEPTIONIST / DENTAL ASSISTANT
time, must be bilingual, must have excellent typing skills. Please mail resume to: Hales, Bradford & Allen, L.L.P. 361, Brownsville, Texas 78522.

**NEED ACCOUNTANT,** food service Accountants experience required. Salary negotiable. Call 971-8488

### SUPERVISOR
Needed for UPC Home Health office in Brownsville. Must have a minimum of 2 years nursing experience, preferably in home health, and demonstrated leadership ability. We offer excellent pay, working environment and benefits, plus a company car. Please make application at 288 Kings Highway, Brownsville, Tx. 78520. EOE

### ROERIG, OLIVEIRA & FISHER
Attorneys at law are accepting applications for legal secretary for the Brownsville office. A minimum of 2 years legal secretarial experience is required. Competitive benefits available. Qualified applicants mail resume to: ATTENTION PERSONNEL, 855 W. Price Rd, Suite 9, Brownsville, Texas 78520.

### LEGAL SECRETARY
experienced. Fax resume to 546-8313 or mail to 204 Ebony, Brownsville, Tx. 78520

### EXPERIENCED MEDICAL
Receptionist/Secretary. Full time position Mon.-Fri. Please send resume to 894 Central Blvd Ste. 3900 or call 504-1332

| Help Wanted | Help Wanted | Help Wanted |
|---|---|---|

---

## ACCOUNTANT II
**($14.62 HR. MIN. - $23.75 HR. MAX)**

This is advanced and specialized professional accounting work. An employee in this class performs specialized, technical and complex accounting functions. Employee is expected to exercise considerable initiative and independent judgment in carry out work assignments. Maintains records on all system financial transactions. Maintains investments and related statements. Prepares monthly financial reports. Knowledge of legal requirements pertaining to government accounting. Graduate from an accredited four-year college or university with major course work in accounting and two years of experience in municipal utility, accounting, or banking. Some physical effort may require lifting and carrying of moderately light and/or heavy boxes or objects. Ability to sit for prolonged periods of time without discomfort with some physical effort that may require frequent bending, standing and/or walking. Performs related work as required

Resumes or requests for additional information should be directed to Public Utilities Board, Human Resources Department, PO Box 3270, 1425 Robinhood Drive, Brownsville, Texas 78523. (956)982-6187 1-800-969-2922/Fax(956)982-6192

**AN EQUAL OPPORTUNITY EMPLOYER**

---

## POWER PLANT PERSONNEL

The CSW Services International, Inc. Operations Division is seeking experienced personnel to staff the following positions at its Generation facility located in Mission, TX.*

- **PLANT OPERATORS - Requires previous operation of** combined cycle power plant equipment using DCS and local controls, water treatment equipment & gas turbine unit experience preferred.

- **E & I TECHNICIANS - Requires previous experience in the** operations, maintenance, & testing of distributive control systems & PLC's; electrical transmission, distribution & process equipment maintenance experience. A.S. degree in electrical or electronics or equivalent required.

- **MECHANICAL MAINTENANCE TECHNICIAN - Knowledge** of mechanical preventive and corrective maintenance practices of gas & steam turbine & power plant equipment. Welding fabrications & equipment repair experience required.

Qualified applicants will possess a high school diploma or G.E.D. or education/experience equivalent to a high school education. Overtime and/or shift work will be required for all positions. All power industry experience will be considered.

CSW International, Inc. offers competitive salaries & a comprehensive benefits package. For consideration, please send resumes to:
## CSW SERVICES INTERNATIONAL, INC.
## PO BOX 7002
## PALM VIEW, TX 78572

---

### PRO-CUTS
Hiring FT/PT Experienced Stylists
Our Stylist Enjoy:
*$8.50/hr. to start
*Pay adj. Reviews every 6 mo.
*Advancement Opportunities
*Pd. Vacation every 6 mo.
*Pd Holidays
*All Styling Tools
Provided FREE
*Service Off
Apply in person at: 2120 Price Rd. (Next to Herman's Optical)

### Holiday Inn Sunspree Resort
100 Padre Blvd. South Padre Island
Now hiring for Food Service (waitstaff and cashier) and Front Desk (clerks, reservations, and night auditor)

### RETAIL MANAGER / SALES
We are a fast growing furniture company looking for highly motivated managers and salespersons who have good people skills and store presentation skills. Fax resume to (210) 661-0721

### ROUTE TRAINEE
Must have a good driving record.
Benefits include:
*401k Plan
*Health & Dental Insurance
*Sick leave
*Paid vacation.
Apply in person at:
**Hygeia**
1764 Price Rd.
between 11:00 a.m. to 3:00 p.m. only

## DON'T WAIT, DON'T WRITE, CALL TODAY!
For info. about a challenging & well paying sales opportunity in the lighting and electrical field call the following number anytime today. Don't delay Call Today! 546-2401 or 546-3697 and ask for Bill.

SEEKING TWO bid bondsmen Minimum wage. Submit resume: Box 261 c/o The Brownsville Herald, P O Box 351, Brownsville, Tx 78520.

### BRAND SCAFFOLD BUILDERS, INC. NOW HIRING
We are currently seeking scaffold builders & scaffold helpers for turnarounds in the Corpus Christi, Tx. area. Only experienced need apply. Must be English literate.
**Bring in Tools!**
All interested parties should contact our Corpus Christi, Tx. office at 7225 Upriver Rd. or call (512) 289-2173 between 8:00 a.m.-4:00 p.m. We are an equal opportunity employer

### Employment Miscellaneous
$1000 WEEKLY! Stuffing envelopes at home! Free info Rush long s.a.s.e to ACE Dept. 562, PO Box 5769. Diamond Bar, CA 91765

AVON - With an eye on beauty to buy or sell Avon Call 541-3873

COMPUTER USERES needed. Work own hrs. $25k-$75k/yr 1-800-348-7186x1022 www.amp-enc.com

### Employment Information

### Household Items

---

NOTICE

e Texas
M 1847
Shn
nsville.

01/18,01/19/99

ATTENTION ADVERTISERS

## ATTENTION READERS

Not all ads published in the Classified Ads have been verified. Before investing money, readers are urged to investigate thoroughly. Contact your local Better Business Bureau.

---

**St. Jude's Novena**

May the heart of Jesus be adored, glorified, loved and preserved throughout the world now and forever. Sacred Heart pray for us. St. Jude worker of miracles. Pray for us. St. Jude help of the Hopeless. Pray for us. Say this prayer 9 times a day by the 8th day your prayer will be answered. It has never been known to fail. Publication must be promised. Thank you. D.R.S

---

| 1 | Lost and Found |
|---|---|

## Lost Your Pet?

Call the
The Lower Valley
Humane Society at
544-0414
164 Military Hwy.

Your beloved dog or cat could be among the hundreds of animals that pass through the Brownsville Animal Shelter every month. If your pet is missing, don't delay, call right away! The Shelter also adopts animals to people wanting a new addition to the family.

| 6 | Adoptions |
|---|---|

## ADOPTION AS AN OPTION WARM AND BIG HEARTS AVAILABLE!!!

Energetic, happily married Texas couple would love to adopt white/hispanic newborn. Financially secure Mom will be home to care for baby. Dad is business owner with flexible hours. Your baby will be raised in a stable loving home with a large community with great schools, expenses paid. Please call Ida Vita Knopf at 1-800-385-0063. "It is illegal to be paid for anything beyond legal or medical expenses."

| B U C K L E   U P |
|---|
| BROWNSVILLE |

---

| 2 | Miscellaneous |
|---|---|

HEAVY METAL SHELVING all sizes, $45 per unit. Pallet racks average $110 per section. Cantilever rack, heavy duty any height $400 per upright. Electric warehouse fork-lift, 24' high lift, $8,000 Texas toll free # 1-888-477-9087 or 210-377-1296

HERABLIFE: Ind. distributor. Lose weight fast. Plants passe rapido. DIET MAGIC. Call 783-0073, 361-6973, 464-8118 or 315-1784

| 4 2 0 | Restaurant Equipment |
|---|---|

ALL TYPES of Ice Machines, Smoothies Machines, Margarita Machines, Reach-in Refrigerators, Beer Coolers, Soft Serve Ice Cream & Yogurt machines. Financing available. Call 464-7817.

| 4 2 0 | Furniture & Appliances |
|---|---|

HOTEL FURNITURE SALE!! Nitestands, $29 up. Beds $39-$49. Beds new-used, $99up. Din. tables, $59. Elegant new loveseat $298 Bro 938-7388 Edinburg 381-8239

SACRIFICE! Complete bedroom set, 8 pieces, black & gold color. Perfect condition. Paid $2,800 will sell for $1,200. 549-1326

| 5 0 1 | Help Wanted |
|---|---|

6 PEOPLE NEEDED to start work immediately. Looking for individuals who are serious about work, company training for those selected. For interview call 504-9099

## ADULT DAYCARE CENTER

needs Registered Nurse for consultation services. Salary & hours are negotiable. Call 943-2220 ask for Ms. Fossett

## APPLY NOW

22 openings have been created due to expansion. Co. training, paid vacations, rapid advancement. Up to
$15.00 TO START
Must approximate
542-6750.

AVON $$$$ Avg. $200-2000 Free sign up. 1-800-290-0136 Start Today! Ind Rep

## CITY STOP

Convenience Store is now taking applications for full time employment. Please apply at 1204 Mexico Blvd.

| 5 0 1 | Help Wanted |
|---|---|

---

## CARRIERS WANTED NEWSPAPER ROUTE

Lincoln, Roosevelt
Truman, 19th, 20th, 21st
and surrounding Areas
Must have dependable transportation
and vehicle liability insurance

Apply in person
Carlos Torres
1135 E. Van Buren
The Brownsville Herald
no phone calls please

---

## South Padre Island Convention Center

1/22, 1/23 1/24, 9 a.m. to 5 p.m. Vendors call 956-761-6746 for booth information.

---

## Clerks

Responsibilities include data entry, filing, and intake. Must be a self-starter and have strong computer and people skills. Must have knowledge of general accounting procedures and type 40-50 WPM. High school diploma required. All applications will be taken between 1:00 to 5:00 p.m. from Jan. 19-26, 1999 at
508 E. Elizabeth
Brownsville, Tx

International company with U.S. Headquarters located in Dallas, Tx. has opportunity for the

## PURCHASING MANAGER

Min. five years purchasing experience in electronics and/or Plastic Manufacturing. Four year degree required. CPM/CRM Certification preferred. Strong negotiation skills required. Spanish communication skills highly desired. We offer above average benefits including paid Medical/Dental Insurance, 401(k) and the opportunity to work in a dynamic environment. Applicants should send resume with salary history to Croucol Corporation 3237 commander Drive, Carrollton, Tx 75006

## JUST-A-CUT

is now hiring in
Experienced Stylists
In Harlingen, McAllen & Weslaco areas.
631-3624 or 423-2031.

## LIFE INSURANCE AGENT

Group I License. Bilingual with ability to speak and write English effectively. Contact:
Spencer Gallis, State Farm
Agent 541-4848

## MAJOR APPAREL MANUFACTURING COMPANY

now accepting applications for a cutting room manager for our Uvalde, Texas facility. Must have experience in all areas of cutting management. Gerber Cutting Production Planning & Scheduling. Off-shore shipping of cut garments. Please call for appt. of interviews. 956-966-8772.

## EEG TECH WANTED

Regist. or Regist. eligible w/6yrs. Exp. in both Ped & adult neurological to work in saloon monitoring unit, Brownsville area. Fax resume to 512-668-1298 or call 512-668-1003. Interviews in Valley area.

| 5 0 1 | Help Wanted |
|---|---|

...ational, Inc. Operations Division is ...hired to ... the following positions ...ated in M... n, TX."

...requires previous operation of ...nt equipment using DCS and local ...equipment & gas turbine unit

...requires previous experience in the ...st. cal transmission, distribution & ...maintenance experience. A.S. degree in ...c...s or equivalent required.

**MECHANICAL MAINTENANCE TECHNICIAN** - Knowledge of mechanical preventive and corrective maintenance practices of gas & steam turbine & power plant equipment. Welding fabrications & equipment repair experience required.

Qualified applicants will possess a high school diploma or G.E.D. or education/experience equivalent to a high school education. Overtime and/or shift work will be required for all positions. All power industry experience will be considered.

CSW International, Inc. offers competitive salaries & a comprehensive benefits package. For consideration, please send resumes to:

## CSW SERVICES INTERNATIONAL, INC.
PO BOX 7002
PALM VIEW, TX 78572

FAX: (956) 519-0701

*EOE M/F/V/D*
*PRINCIPALS ONLY*

---

## CUSTOMER SERVICE MANAGER
($19.30 HR MIN. - $30.98 HR MAX)

This employee has primary responsibility for the delivery of all customer service in the areas of new accounts and services, new utility applications, payments, and delinquent accounts. This includes achievement of customer service objectives, supervising customer service employees, and resolving customer questions or problems upon escalation. This employee has direct customer contact, including maintenance of relationships with PUB's most important customers. This position will, from time to time, assume additional duties within the department, including assisting or backing-up other managers, special systems projects, and assuming Director responsibilities in that person's absence. The Customer Service Manager reports to the Director of Customer Relations. Directly supervises the Customer Service Representatives in the customer service and collections areas. Assists in the supervision of meter reading, dispatch, and billing and collections, and of the entire Customer Service Department, upon request of the Director of Customer Relations. Plans and directs all aspects of the processes for new accounts and service handling, billing adjustments, customer payments, metering tampering investigations and maintenance of records.

Preferred education is graduation from college with an emphasis in marketing, retailing, finance or general management. Minimum requirement is graduation from a standard high school supplemented by two of three years of college level work in business or related area. Minimum five years experience in customer service, either in the utility business, or in a competitive business environment. Employee must have good oral and written communication skills in both English and Spanish.

Some physical effort may require lifting of moderately heavy boxes. Ability to sit for a long periods of time without any discomfort with some standing or walking required.

Resumes or requests for additional information should be directed to Public Utilities Board, Human Resources Department,
PO Box 3270, 1425 Robinhood Drive,
Brownsville, Texas 78523/PHONE 1-800-899-2922
(956)982-6187/FAX (956)982-6192.

AN EQUAL OPPORTUNITY EMPLOYER

## BRAND SCAFFOLD BUILDERS, INC.
NOW HIRING

We are currently seeking scaffold builders & scaffold helpers for turnarounds in the Corpus Christi, Tx area. Only experienced need apply. Must be English literate.

**Bring in Tools!**

All interested persons may contact our Corpus Christi Tx office at 7225 Upriver Rd. or call (512) 289-8215 Mon -Fri 8:00 a.m.-4:00 p.m. We are an equal opportunity employer.

| $ | Employment Miscellaneous |
|---|---|

$1000 WEEKLY!! Stuffing envelopes at home! Free info. Rush long s.a.s.e to ACE Dept. 662, P.O. Box 5769, Diamond Bar, CA 91765

| $ | Employment Information |
|---|---|

AVON - Win an extra on beauty. To buy or sell Avon, call 541-3873.

COMPUTER USERES needed! Work own hrs. $20k-$75k/yr 1-800-348-7186/ext1002 www.amp-nv.com

| $ | Household Help |
|---|---|

DAY OR LIVE IN care for elderly lady in her attractive home English speaking preferred Person with baby acceptable 546-3126

## Call 911 Emergency



20-Day Semi-Driver Training Course
"LAID OFF?"
"OUT OF WORK?"
"THINKING ABOUT A CAREER CHANGE?"
Approved for
JTPA, TRC,
TAA, MET & VIDA
Job Placement Assistance Prior to Training
CALL DAVID
956-542-9900
or 800-598-7859
1642 E. Price Rd.
Suite 102
Brownsville, Texas

| | Schools and Instruction |
|---|---|

## ENTRANCE EXAM

Saturday, February 6, 9:00 a.m. Valley Christian High School, 516 Boca Chica St. Jan22 610.00 fee. V'd policies racially non-discriminatory

## VINSON'S

Training School/Pricing range, 12 HR. Own $30. Drug Offense $48. Alcohol Ed. for Minors $48. Concealed Handgun $76. Saturday Officer $100. Prep 281-8111/L.P.233-5680

and physical required willing to relocate to Christi 1-800- for appointment reven

---

**ONSTRUCTION WORKERS**
entry-level open. Good and benefits. be 17-34, high diploma te and willing to e to Signing bonus e! Lay foundation for future today by Mon.-Fri..

00-292-5703 interviews available.

**Special Notices**



**ZE!**
. Each ad a winner.®



**ficate
5**

oppe
ket

**AL SIZE)**

...$2
under only!

3520
ailable upon is Feb. 9th.

---

: **Drivers Harlingen/Local**
FirstFleet, a dedicated contract carrier is adding 6 local T/T drivers to their fleet for Monday-Friday work (some weekends available). Hourly pay-OT after 40. Full benefits, work day 5 AM-9 PM, late model assigned equipment. Drivers will work both sides of border, must be DOT qualified, be able to obtain passport and have 2 yrs. T/T exp. w/CDL-A. Recruiters are accepting applications. Please call for interview.

**800-819-0905**
EOE

---

IMMEDIATE IMMEDIATE OPENINGS in CDL truck drivers, 25¢ a mile to start, .26¢ after 3 months. Class A required. Please call 548-6724 or 343-9280

---

**- DRIVERS/OTR**
No NYC,Canada & NE No Loading & Unloading Guaranteed Home Policy Min 23, 1 YR OTR CDL w/Hazmat
**800-848-0405**

---

**ENGINEERS.** Seeing/MOTSC want to hire you now!!! We are looking for Structural, Avionics, & Weapons instructors (SME). You must have 3-years experience. Raise up to $22.00 per. hour, plus benefits, lots of overtime, & more. EOE. Call our recruiters now! 800-356-5590

---

**EXPERIENCED** Service station attendant. Must be bilingual. Please call Junio, Mon.-Sat. 548-8591, between 1-5 p.m.

---



**ILC Electronics Corporation**
1999 Industrial Park Drive, Edinburg, Tx 78539 or 956-318-1029. EOE/AA

---

**IMMEDIATE OPENING SUPER WASH**
Car wash is looking for ambitious hard , working person to work as attendant with opportunity for advancement. Must be able to work flexible schedule including weekends. Job involves customer service, lot clean up, and general maintenance work. Must be bilingual. $5.50/hr to start. Apply in person at 3416 Boca Chica Blvd.

---

**INDUSTRIAL PAINTERS**
Now taking applications, for Industrial painters & helpers. A post offer drug screen, physical & safety training are required. Applications taken 7 days a weeks including Sat.-8-Sun. from 8 am to 5 pm. 7225 Up River Road, Corpus Christi, Tx.

**INTRASTATE DRIVER** needed with CDL, good pay. Please apply at 4740 Coldspont Rd.

**LIVE-IN** housekeeper needed from Sunday thru Friday. $50/week 831-9642

**LOOKING** for an individual that has mechanical skills to work in/w/a Sales & Purchasing for Industrial Company. Bilingual a must. Need experience in Computers. Will train & support you thru probation period. Small growing company with growth potential. Will also consider retired or handicapped person. Send resume to Box 399 c/o The Brownsville Herald, P.O. Box 351, Brownsville, Tx 78522.

---

**MAINTENANCE MAN NEEDED**
Must be familiar with all aspects of nursing home maintenance. Apply in person Mother of Perpetual Help nursing home, 519 E. Madison St., Bro.

**MANAGEMENT COUPLE** needed as Resident Managers with experience in managing 300 unit or larger self-storage facility must have knowledge of storage software programs and be computer literate. Furnished living quarters, utilities and other benefits. Salary based on your experience. Position available April 1st. Fax resume to 800-784-6618 Attn Bm

**MANUFACTURING ENGINEER**
Manufacturing Engineering or related degree with 5 years' experience in mechanical and electro-mechanical repetitive manufacturing processes. Experience in Demand Flow Technology, JIT production, QA systems and root cause analysis. Must have strong interpersonal and communication skills, computer literacy is required. Fluency in Spanish and experience with self-directed work teams is helpful. Position will required relocation to McAllen, Texas.

Please send resume with salary history and compensation to MIS CONFIDENTIAL, REPLY SERVICE Dept.-B7843, 22800 San Pedro Ave., Suite 602, San Antonio, TX 78216. EOE

---

**Call 911**

**First United Methodist Church**
Port Isabel is seeking a part-time Choir Director. Duties include practicing, leading, and directing blended worship services with Pastor. Please send your resume, and salary requirements to Roger Morgan, Pastor P.O. Box 1074, Port Isabel, Texas 78578 or Fax 943-0456

**GROWING VETERINARY** practice moving to a new facility has positions for Veterinary Tech P/T and Kennel Attendant P/T to F/T. At least one year experience is required for both. Send resume to Companion Animal Hospital, 2268 Central Blvd, Brownsville, TX 78520. Qualified applicants may pick up application at the above address between 1-3 p.m. Monday through Friday.

**THURSDAY** before Jan 4, lost one long gunmetal Cross and necklace. Apply in person, 125 milk West Hwy. 100, Los Fresnos, Tx.

---



ENGAGE MANAGER

for clients requirements accredited . LVN given to applicant successful experience care or social service transportation and auto required. end Resumes to AIDS

---

**Program Services Manager HCS Waiver Services**

ResCare/Normal Life, a provider of services to people with developmental disabilities, is seeking a full-time Program Services Manager/HCS Waiver Services. This position is responsible for the overall management, under the direction of the Administrator, of an established HCS Waiver Program serving over 70 persons in a variety of residential and family home settings. Assure quality service provision and regulatory compliance. Supervise professional staff and Residential Managers. Applicant must possess a Bachelor's Degree in a human service or related field. Minimum of 4 years experience in MR/DD field required, at least two of which are in a management capacity. Waiver service experience preferred. Ability to manage and motivate professional and direct service staff. Must be team oriented. Bilingual preferred.

We offer competitive wages and benefits. If interested, please submit a personal resume to:
**Human Resource Director ResCare/Normal Life 1401 N. 28th Street Harlingen, TX 78550 by Feb. 12, 1999 E.O.E.**

---

.ouncement of Vacancy **Coordinator for Facilities** (formerly Construction Manager)

The Brownsville Independent School District is seeking a Coordinator for Facilities with a Bachelor's Degree in Architecture, Engineering, Business Administration or related field. The qualified applicant must also have five years of experience in construction design, construction supervision, or construction management. Asbestos certification, commercial building construction, and an Architectural or Engineering License are preferred.

**Salary Range: $41,191.00 - $48,824.00**
**Location: Maintenance/Facilities Department**
Effective Date: 1996-1999 School Year

For application and position requirements please call or write to:

**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT CERTIFIED PERSONNEL OFFICE**
1900 E. Price Rd.
Brownsville, TX 78521
(956) 548-8031 or
1-800-542-BISD (V/TDD)

Visit our website at: www.brownsville.isd.tenet.edu
The Brownsville ISD is an Affirmative Action Equal Opportunity Employer M/F/DH

---

**Announcement of Vacancy**
Accountant - Agency Motivational Fund
Administrator for Instructional Technology
Administrator for Reading
Administrator for Transportation
Bilingual/ESOL Education Specialist (Elementary)
Elementary Principal
Facilitator
Grants Writer
Internal Auditor
Language Arts/ESOL Education Specialist (Secondary)
Lead Internal Auditor
Physical Therapist Assistant
Special Education Supervisor/ Reading Specialist
Speech Language Pathologist
Supervisor for Admissions & Attendance
Supervisor of Athletics for Special Children
Supervisor for the Regional School for the Deaf

For application and position requirements please call or write to:



**BROWNSVILLE INDEPENDENT SCHOOL DISTRICT CERTIFIED PERSONNEL OFFICE**
1900 E. Price Rd.
Brownsville, TX 78521
(956) 548-8031 or
1-800-542-BISD (V/TDD)

Visit our website at www.brownsville.isd.tenet.edu
The Brownsville ISD is an Affirmative Action Equal Opportunity Employer M/F/DH

2-7-99

## PRACTIONER NEEDED

for family health clinic in Santa Rosa TX Must be bilingual Call 956/636-1805 for information

### CERTIFIED ACTIVITY DIRECTOR for 40 hrs weekly Confidential interview Bertha French RN Director Call 982-4495 for appointment

---

## PROFESSIONAL DRIVER INSTRUCTORS NEEDED

Must have workable 3 years OTR, high school diploma or GED Must pass DOT, physical and drug screen, good driving record Call David Zavala at 542-8090

### ADOPT A PET!

Now hiring "Experienced Assistant Manager, "Kitchen help with experience in Chinese food and "waitresses. Apply in person at 2050 N. Expressway

## GREAT CHINA

---

## DENTAL RECEPTIONIST
## DATA ENTRY CLERK

---

## SAFETY COORDINATOR

United technologies Automotive has an opening in our manufacturing plant for a Safety Coordinator. In this important role, you will administer all environmental, health and safety programs. Applicant should have some college or technical background. Factory maintenance experience or familiarity with environmental, health and safety regulations in factory operations is helpful. Applicant should be bilingual and have good communication skills. Training will be provided for this position.

We offer a competitive salary and benefits package which includes, medical, dental, life insurance, 401-k savings plan, holidays, vacations, sick days, etc. Interested individuals, please fax or mail your resume to United Technologies, Human Resources Department, 904 Billy Mitchell Blvd., Brownsville, TX 78521 Fax (956) 986-6716 Phone (956) 986-6700.

We are an equal opportunity employer.

---

## Announcement of Vacancies

Coordinator for Purchasing
Elementary School Principal Pool
Facilitator for Hudson Elementary
Grants Writer
High School Principal Pool
Internal Auditor
Latin/French Teacher
Lead Internal Auditor
Librarian
Middle School Principal Pool
Science Teacher
Speech Language Pathologist Assistant

For application and position requirements, please call or write to;

## BROWNSVILLE INDEPENDENT SCHOOL DISTRICT CERTIFIED PERSONNEL OFFICE

1900 E. Price Rd.
Brownsville, TX 78521
(956) 548-8031 or
1-800-542-BISD (V/TDD)

Equal Opportunity Employer M/F/D/V

---

## Restaurant, Reservations, Front Desk and Maintenance.

Apply in person at Holiday Inn Sunspree Resort 100 Padre Blvd. South Padre Island

## CASA DE PALMAS HOTEL

---

## SALES MANAGER

Immediate opening. Minimum 2 years in outside hotel sales. Apply in person with resume at: with Glenn Carr Holiday Inn Fort Brown Mon.-Fri. 2-5 pm

---

## THE BROWNSVILLE HERALD

### HIRING CARRIERS

For Truman, Lincoln and surrounding areas. ALSO Boca Chica and surrounding areas including apartment complexes.

Must have: dependable transportation, insurance and clean driving record.

Contact: Carlos Torres 1135 E. Van Buren Brownsville No phone calls please

---

## PRODUCTION WORKERS

United Precise Inc. (UPI) is a Central Ohio Concrete processing company offering an excellent opportunity

---

## EXPERIENCED FABRICATORS & INSTALLERS

needed for cosori and granite countertops. Call 361-883-7021 to apply between the hours of 8-3. Must relocate to Corpus Christi

---

## SKILLED CARPENTER

needed full time to do remodeling and maintenance work. Must have tools & transportation. Please call 546-3133 during business hours Ask for Glen

---

## NOW HIRING A/C Tech Helper
apply at 115 Queen Isabela Port Is        943-4811

## TEXAS Pr - Bureau Insurance
Ca is seeking outstanding individual to sell and service established Insurance Accounts in Cameron County College degree and/or Management experience a plus. Send resume to: Joe Murphy, PO Box 1223 San Benito, TX 78583

### Schools and Instruction

## ARMED SECURITY OFFICER
$90.00 Cocoaland. Handgun Lic. $60.00 MCA & High Classes. Please call 428-7753

## 20-Day Semi-Driver Training Course
"LAID OFF?" "OUT OF WORK?" "THINKING ABOUT A CAREER CHANGE?"
Approved for JTPA, TRC, TAA, MET & VIDA
Job Placement Assistance Prior to Training
CALL DAVID
956-542-8090 or 800-558-7859
1642 E. Price Rd. Suite 102 Brownsville, Texas

---

## SALES MANAGER
29 People to get $5Plus$3 to lose 30lbs in the next 30 days All Natural 1-800-304-9266

---

## AVON - With an eye on beauty To buy or sell Avon, call 541-3873

---

## FURNITURE DISPLAY

Lack's Furniture has an opening for a person furniture display. Knowledge in and design of furniture necessary. Duties include sales floor operations. All tools Qualified applicants please pick application for employment at the Lack's Galleria store in

♦ Full Time
♦ Competitive Starting Salary
♦ Paid Vacation
♦ Group Health Insurance
♦ Profit Sharing Plan

1405 FM 802
Brownsville
546-4262

Equal Opportunity Employer



## ET THE POWER OF "Captain Classified" TURN YOUR UNWANTED ITEMS INTO COLD, HARD CASH!

lace your classified ad for any item valued t $100 or less for 8 days for free! Captain Classified can turn that spare TV into pare cash in a flash!

That's right... 8 days! You pay nothing! ...Nada!

Name .........................
Phone. .........................
Address .........................
Description of item: .........................



## Night Shift Production Worker

(7:00 p.m./7:00 a.m.)

### Fruit of the Loom Texas, Inc.

Located in Harlingen, Texas has a number of openings production workers
STARTING PAY $7.00
Potential Annual Earnings up to $30,000

Other Limited Positions Available
*Industrial Mechanics *Electricians
Salary commensurate with Experience

**GREA...**
**...PLOYMENT**
**...PORTUNITIES**
Home Care Nurses.

**...s and LVNs**
...Rio Grande Valley area...
...motivated nurses for...
...care partners in home...
...ry pediatric home health...
...We offer competitive...
...salaries with great ap-...
...tees for professional...
...Come be part of our...
...call 956-440-0900 or...
...-7458

**...ROCERY-DSD**
**SALES AND**
**...RCHANDISING**
**...CARREER**
**...PPORTUNITY**
...Call 1-888-807-7419

**...NQ VETERINARY** prac-
...moving to a new facility
...positions for Veterinary
...F/T and Kennel Attendant
...to F/T. At least one
...experience is required for
...Send resume to: Comp,
...c/o Animal Hospital, 2399
...al Blvd. Brownsville, TX
...O Qualified applicants
...up application at the
...address between 1-3
...Monday through Friday.

**...YLISTS NEEDED** at The
...dar, 21 North Park Plaza.
...in person.

**...DUSTRIAL**
**...NGINEER**
...nal clothing Manu-
...ring company has
...mmediate opening
...n Apparel Industrial
...gineer that will be
...ng to relocate. The
...alified Candidate
...d have two or three
...ars experience in
...s. Send resume to
...mson Dickie Mfg.
...O. Box 1779, Fort
...th, Tx 76101 Attn:
...on Sellers M/F

**...VICE CUSTOMER** Serv-
... Sales Representative,
...nly casualty and/or, life
...background, bilingual
... to speak and write Eng-
...ectively. Contact Spon-
...uity, State Farm Agent,
...-440

**...VICE SERVICE** Repre-
...ntive or advisor needed to
...FT or PT Commission
...wage Apply at 657 palm
...Gutierrez Insurance.

**OBS! JOBS!**
**JOBS!**
... training with
...cal and dental
...nts.  Shipment,
...agement,  ap-
...nceship,  and
...rvisory positions
...able  H.S.
... grad,  ages
...4.  Call
...-Fri,  8-4
**800-292-5703**
...of interviews available.

**ADJUSTOR**
**NEEDED**
...nufacture is looking for
...perienced Jr Adjuster
... (1) or more years ex-
...ce working with Bsck &
...ry Bag Machines for our
...pe. Florida Plant
...helpful, but not required.
...organizations
...es. Send resume or
... Duro Bag Mfg. Co.
...de Villarreal, P.O. Box
...Brownsville, Texas
... Fax (956) 831-0118, if
... need to apply in per-
...may do so at 9401
...Shor Dr in the Port of
...T Y E O F

**LIVE-IN housekeeper** needed
...from Sunday thru Friday.
...Call 956-831-9942

**LOCAL COMPANY** needs 10
...motivated people to start work
...Immediately. Full and
...part-time positions. No experi-
...ence necessary. We will train.
...For Interview call 504-9099.

**LOOKING FOR** self-motivated
...hardworking sales people to
...join our expanding company.
...If Interested please call
...956-3400 to set up interview.

**MAJOR**
**MANUFACTURING**
**COMPANY**
...is in need of experienced indus-
...trial sewing machine mechanic.
...Knowledge,  in
...electronic equipment is a plus
...but not necessary. For more
...information call 956-969-6772.

**Manufacturing**

**Fortune 500** manufacturing com-
...pany has an opportunity for a:

**MANUFACTURING**
**ENGINEER**
...Manufacturing Engineering or
...related degree with 5 years'
...experience in mechanical and
...electro-mechanical repetitive
...manufacturing processes. Ex-
...perience in Demand Flow
...Technology, JIT production,
...QA systems and root cause
...analysis. Must have strong in-
...terpersonal and communication
...skills. Computer literacy is
...required. Fluency in Spanish
...and experience with wall-di-
...ment work teams is helpful.
...Position will required relocation
...to McAllen, Texas.

...Please send resume with salary
...history and compensation re-
...quirements to:

**NAS CONFIDENTIAL**
**REPLY NETWORK**
...Dept. EDM433, 12500 San Pedro
...Ave., Suite 493, San Antonio,
...TX 78216. EOE

**MASTER**
**JEWELER**
...Needed in Lafayette, LA jewelry
...store. Send resume to P. O.
...Box 80985, Lafayette, LA
...70598

**JOYERO**
**EXPERTO**
...Para joyeria en Lafayette, LA.
...Mandar curricula al P.O. Box
...80985, Lafayette, LA 70598

**MEDICAL ASSISTANT** needed
...ASAP. Must enjoy working
...with children, know how to
...draw blood, give immunizations
...& vitals. For consideration, you
...may bring your resume in per-
...son  to:  3302  Boca
...Chica, Suite 209.

**INTENSIVO**
**NURSING**
**SERVICES INC.**
...Hospital Staffing, RN's and
...LVN's Valley Wide Service,
...PRN & Contracts, ICU, MICU,
...Pedi, M/S, OR, PSYCH, L&D.
...Boca Chica Tower, Suite 301,
...Brownsville, 546-4333,
...956-542-4333 www.baz-t-c

**Help**
**Wanted**

**...FF SPACE**
**FOR LEASE**
...Across the street from the State
...and Federal Court House
...$375 to $750. Call 541-3620.

**OIL FILTER**
**AND LUBE**
**TECHNICIAN.**
...Experienced only need apply.
...Salary commensurate with ex-
...perience. Apply at: Precision
...Tune 2916 Boca Chica

**PART-TIME** breakfast cook. Apply
...in person at 3777 N. Ex-
...pressway, Brownsville, Texas,
...between 2 & 5.

**Pharmaceutical**
**Representative**
...Co will train degreed indiv
...whose exper from int'l co
...Rio Lantes-Zerox- $50's + car.
...Call page 361-882-7903.

**POLICY/**
**COMMITMENT**
**CLERK**
...Experienced / Commitment
...Clerk wanted for busy branch
...office. Must be able to work
...to work under pressure and
...time constraints. Salary de-
...pends on experience. Office
...hours are 8 am to 5 pm, Mon-
...day - Friday. Apply in person
...at 655 W. Price Rd., Suite 3,
...Brownsville, Texas.

**PRO-CUTS**
...Hiring FT/PT experienced
**Cosmetologists**
**& Barbers**
...$8.00/hr. to start. Paid vacations
...every 6 months, paid holidays.
...Apply in person at 2120 Price
...Rd. Suite E.  550-0880



**MANUFACTURING**
**SUPERVISOR**

Burle Industries, inc. a recognized around the world for innovation and quality in the production of tube products used in a broad range of advanced electronic equipment, seeks a Supervisor to coordinate manufacturing activities at our MATAMOROS plant. You will manage our parts assembly welding staff; consult with our PA headquarters and implement operational goals and procedures, and perform production reporting. Ideal candidate for the opportunity will have a AS degree in Engineering (BSME preferred), Spanish/English fluency, familiarity with inventory control and MRP functions, and strong mechanical aptitude. Supervisory experience is a plus.

Competitive compensation/benefits. Please send details of your education and experience to: Human Resources, Burle Industries, Inc., 1000 New Holland Avenue, Lancaster, PA 17601-5688. FAX: (717) 290-1262. E-mail: shawkey@burle.com. No calls, please. Equal opportunity employer. Female/minority candidates are encouraged to apply.

**BURLE**

**POINT**
**YOUR**
**CAREER**
**IN A NEW**
**DIRECTION**

**Sales Associates**
**Cashiers**

Bealer's World is now hiring enthusiastic, aggressive FT/PT Sales Associates & Cashiers for our new Brownsville location at 2952 Boca Chica Blvd. If you have a outstanding experience and are looking for an exciting career with a growing company, "Your Ship Has Come In." We offer excellent FT benefits, competitive wages, associate discounts, management training and excellent opportunities for advancement. To join our exciting crew, please apply in person with Andy @ (956) 542-0340 EOE



**TEXAS YOUTH**
**COMMISSION**
We are accepting applications for:
**Human Resources**
**Administrator**
(HR Specialist IV)
**HRD-99085:**
We perform entry support sory human resources management work. Requires: BA/BS + 3 yrs of progressively responsible HRM exp., 1 yr of which must have been in a field of supervisory position - OR - Masters degree + 3 yrs exp. 1 yr teaching exp. Salary: $30111-3800/mo.This position is open until filled and is located in Edinburg, Tx. A degree in Public Administration, Business Administration or Social Sciences is preferred. Excellent benefits, for more information visit our web site at www.tyc.state.tx.us. To apply, submit a State of Texas application (no resumes accepted) to: Texas Youth Commission 4900 N. Lamar, PO Box 4260 Austin, Tx 78765 512-424-6130

**Help**
**Wanted**

**PAYROLL CLERK**

**$18,000.00** **...**
depending on qualifications

**Bachelor's Degree**
**or**
**...experience**
**...in payroll**



**For Residential**
**Day Program**
Non est Life/We-Le-n, Inc., a provider of services to people with developmental disabilities, is seeking Direct Support Staff for Harlingen, and Brownsville area. Full-time part-time; weekends; evenings; and shift positions are available. Responsibilities include teaching independent skills, running visits, and self-care skills to the individuals we serve. Applicants must posses a high school diploma or equivalent and a valid driver's license. Bilingual preferred. We offer competitive wages and benefits. If interested please stop by the office to complete and application at: Normal Life, 1401 N. 29th St, Harlingen, Tx. 78550. EOE.

**ALL POSITIONS REQU**
**SCREENING PRIOR TO**

The City of McAllen does... on the basis or race, color, sex, religion, age and... in employment or the...

**PROFESSION...**
**LEVEL I CHILD-**
**PLACING STAFF**
1 Must have on and at least one person with either of the following sets of qualifications:
a. A Master's degree in social work or a human services field from an accredited college or university and at least two years of supervised child placing experience. The degree must include the following:
(1) A minimum of 9 credit hours in graduate level courses that focus on family and individual function and interaction; and
(2) At least 360 hours of formal, supervised field placement or practicum with a social service or human services agency
b. A Master's degree in a human services field and at least 3 years of supervised child-placing experience.
Applications may be picked up at: International Emergency Shelter, P.O. Box 112, 1-½ mi. North on Hwy 1847 old Hwy. 100 Los Fresnos, TX 78566. 956-233-5708

**SENE...**

**Seneca Foods C...**
**Glencoe y ...**

**Esta buscando** trab...

- **Necesitamos gente que** ...a procesar el Chicaro y ... Agosto y Septiembre en ...

**Buenos Sueldos** - Se paga... despues de 40 horas,...
**Solamente alojamiento**
...para los ...

**Debe tener por lo menos** 15...

**Vengan y ...**

**Lunes, 1 de Marzo**
9:00 am - 6:00 ...
**Martes, 2 de ...**
9:00 am - 3:00 ...
Texas Southwest College-... 600 International P... Brownsville, T...

**Harlingen**
Martes, 2 de Marzo
1:00 pm - 5:00 ...
Holiday Inn E...
501 South P...
Harlingen, TX

**McAllen**
Miercoles, 3 de ...
9:00 am - 3:00 ...
Holiday Inn ...
2000 S. 10th ...
McAllen, TX
Oportunidad Igual de ...

**COST**
**ACCOUNTANT**
...growing manufacture...
...seeking a degreed and...
...to provide cost accounting...
...general ledger cost account...
...in a manufacturing setting...
...Requirements include a BA/BS in...
...accounting and at least 3 years of related...
...experience. Proficiency with...
...Spreadsheet's software, understanding of...
...standard costs systems, inventory report...
...ing and commodity...
...reporting. We offer a very competitive...
...salary and have good benefits. Forward...

**RIO GRANDE**

**SENECA**

**Seneca Foods Corporation**
**Glencoe & Montgomery, Minnesota**

Is looking for workers

— We need workers to help us
Process Peas & Corn in July, August
and September in Minnesota

Good Wages - Overtime over
40 Hours per Week -
Single Housing Available

**le chef colle...**
**Where Your Dreams Become F...**

AAS Degree Programs - Culinary Arts/Food & ...
Diploma Program - Culinary Arts (17 ...

- 70% of classes in labs at own station
- Personally prepare over 800 recipes
- Work with European Master Chefs
- Lifetime job placement
- Financial Aid (for those...
- Approved to train ...
- 30 day satisfacton ...

**CALL NOW TO E...**
**888-553-243**
Start your future today at America's F...
**le chef colle...**

6020 Dillard Circle, Austin,...
Toll Free 1-888-5 L...

http://www.lechef.org

flex-time Pharmaceutical Sales Representative in the South Texas area. We are expanding our sales force to market our proprietary line of branded prescription pharmaceuticals to healthcare providers.

We are looking for experienced, results-oriented sales professionals who have a desire to work on a permanent flex-time basis within a fun, fast-growing, entrepreneurial environment. Pharmaceutical or industry experience is strongly preferred.

Some of the great features of our compensation plan include a generous salary, uncapped bonus potential, possibility of equity in the company, mileage and other incentives.

For immediate consideration, apply online at www.resjobs.com/djp

or fax your resume to:
**1-800-965-8910**

EOE. M/F/D/V



**DJ Pharma**
*Partnership Beyond Prescription*

## PROGRAM COORDINATOR (QMRP)
### QUALIFIED MENTAL RETARDATION PROFESSIONAL

Normal, Life/Res-Care, Inc., a provider of services to people with developmental disabilities, is seeking a full-time Program Coordinator (QMRP). This position is responsible for development, implementation, and monitoring of programs for the individuals we serve. Applicants must possess a bachelor's degree in a human services or related filed, one year of experience working with individuals who are developmentally disabled, and a valid driver's license. (HCS) Home Community Services experience will be helpful. Bilingual preferred.

We offer competitive wages and benefits. If interested, please stop by the office to complete an application and/or submit a personal resume to: Normal Life, 1401 N. 28th Street, Harlingen, TX 78550 by April 9, 1999.

EOE

## US·HOME
### NEW HOME SALES

U.S. Home Corporation one of the nations largest homebuilders, has immediate openings or money motivated sales professionals.

**Excellent earning potential!**
We offer an excellent benefit package to include:
♦ Life            ♦ Disability
♦ Health          ♦ 401K
♦ Dental          ♦ Savings Plan
♦ Paid Vacations

If you have a proven track record in new home sales, a late model 4 door full or mid sized car (or can acquire one in 120 days) and a desire to succeed, don't delay! Apply in person, 8 - 5 p.m. or mail/fax resume with earning history to.

**U.S. HOME CORPORATION**
6521 N. 10th, Suite F
McAllen, Texas 78504
Tel: (956) 631-9101
Fax (956) 631-4663
EOE M/F/D.

abilities and perform duties in a timely manner. Excellent Benefits. Salary negotiable.

### Research & Development
Person to assist in the development of new food products. Must be self motivated and be able to see project to completion including packaging specifications. Must have cooking skills, and be familiar with weights and measures. Must have good verbal and written skills as well as strong organizational abilities. Computer skills; Lotus 123, (graphic ability a plus). Salary negotiable

### Foodservice Sales
Person to handle foodservice house accounts, develop new accounts and manage collection's. Must have 5 years experience in sales, food service a plus. Must have excellent verbal and written skills. Must have strong work ethic, be a team player and have the desire to achieve set goals. Must be computer literate. Salary Negotiable. To be considered for one of these positions please mail your resume to:

**Box 277, C/O Brownsville Herald**
**P.O. Box 351, Brownsville, Tx. 78522-0351**

## Cameron WORKS Inc.
*Your Workforce Partner Serving Cameron County*

### EMPLOYMENT VACANCIES
### CHIEF FINANCIAL OFFICER

#### General Description
Serves as the Chief Financial Officer (CFO) for Cameron Works Inc., (CWI): Workforce Board for Cameron County. CWI is the Grant Recipient and Fiscal Agent for the following Federal Programs: Temporary Assistance to Needy Families, (TANF); Food Stamp Employment and Training, (FSE&T); Job Training Partnership Act (JTPA); Child Care Services; and Welfare to Work (WtW) Formula Grant Program. Will oversee an annual budget of approximately $23 million.

Responsible for the Planning, Organizing and Directing of the Corporation's fiscal requirements, programs and operations. As Chief Financial Officer of the Corporation, this position oversees/manages CWI's accounting, fiscal and MIS activities in the areas of:

• Budget expenditure tracking and compliance, statistical and performance reporting and tracking including preparation of variance analysis.

• Reporting consolidated financial information to Board of Directors and State Agencies on a monthly basis.

• Analysis of financial aspects of company and primary contractor's operations for cost allocation and control.

• Developing financial projections/analysis and operational budgets for grant proposals and providing expenditure control reports of existing block grant programs.

• Participate in the development of Corporate Strategic Plan and requisite amendments.

• Establish and maintain accounting and internal audit system, procedures and controls.

• Provide vision for and manage MIS operations and staff.

• Review and approve procurement requests.

#### General Qualification Guidelines

Bachelors Degree from an accredited college or university. Major course work in accounting, business administration, finance or related field. CPA preferred. Prior substantive experience in fund accounting, financial planning and administration including supervisory experience; particularly a governmental entity. Knowledge/familiarity with MIP accounting software desired. Demonstrated knowledge and proficiency with PC spread sheet and presentation software packages.

Salary commensurate with education and experience.

For application and position requirements, please call or write.

**Administration Manager**
**Cameron Works, Inc.**
**955 Paredes Line Road**
**Brownsville, Texas 78521**

*EEO/AFFIRMATIVE ACTION EMPLOYER THAT OFFERS AUXILIARY AIDS SERVICES UPON REQUEST TO INDIVIDUALS WITH DISABILITIES*

7-4-99

## SOL
a Wirele
is seeking the following

### CUSTOMER
Resp. incl. exhibiting
w/billing & wireless s...
exp; bilingual in Eng./
knowledge of Windows

### COLLEC
Resp. incl. working w...
Req. incl.: H.S. Diplo...
combination; bilingual
Word & Excel; ability
phone exp. a plus.

### A...
Resp. incl. providing
sors. Req. incl.: H.S. ...
alent combination;
95, Word & Excel;

*If you're a team ...
with competitive ...
with po...*

Drug

### CO...
### EMPL...
### JUVENILE
Provide Legal repres...
County and appear b...
Licensed to practice
practice of criminal a...
Comprehensive kno...
Code. Must be biling...
counsel with indigent
Commensurate with ...
and family law, plus c...

### HE
Responsible for overs...
of guards, ability to fol...
tal policy rules, requir...
tain effective working
public in general. High
education in criminal ...
months experience in ...
ty personnel. Knowled...
and ability to think and
general public; Bilingu...
year. Worksite: Browns...
Send

PERSONN...

or...

AA/EQUAL ...

**Classified Ads Bring Results!!!**

## Rooms

**ROOM FOR RENT** includes phone-washer/dryer-hr cable, utilities, $250/mo $125 dep near hospital 504-2158

## Apartments Furnished

1BDRM C/A Wash/Dryer Con. $450/mo $300 dep Also EFFICIENCY $300/mo dep $150. UTIL/ PD 548-0407 544-7754

1BR/B 453 E St Charles. util pd $330/100 dep downstairs no actpets, downtown 546-0826.

1BR/B, $330/100 dep no pets utilities paid, 1805 West Washington 546-0626

ALL UTIL pd Clean & quiet furn & fully furn efficiency $375/mo. 1 br $425. A/C. pool. 250 W 8th St 541 9678

APT FOR Rent furnished, except bed Utilities paid $195/mo Come by 1522 W St Charles

## Apartments Furnished

1 2 3

EFFCY, no ac, $275/100 dep. & with a/c $330/100 dep. util pd. upstairs, downtown area 443 E. St Charles 546-0626

PRIVATE, beaut lg furn. 1/1, no actpets. Quiet adult area, util. pd. $300/mo. Dep $150. 504-6765 secured north side.

RENTO APT. kboso, 2/ 1½, A/C, totalmente ambueblado, TV, alberca, todas las comodadedes, $1000/mes. $1000 dep info. 541-7362

## Apartments Unfurnished

2 BEDROOM APT. Central sir. 945 W Elizabeth, $350/mo + dep $100/110 966-0243

636 E. 9th-ADAMS
1 or 2 bdrm no a/c -rent $240 - w/o maint $270 w/maint Office Hrs. 8-5 M-F 546-0769 or beeper 268-8015

APARTMENTS FOR rent in residential area All new stove, refrigerator, washer/dryer No deposit required 542-8210

BOOKED AT BRANDYWYNE
Now taking appl for April Paid gas, heat, water, exp cable, HBO Encore 542-7159

## Help Wanted

## Apartments Unfurnished

1 2 3

BRAND NEW 2/2 with Jacuzzi at Misty Hollow All appl includes washer/dryer. A Large patio, very quiet. 546-0186

CASA GRANDE
2425 Barnard
(956) 546-0313
- LARGE TOWNHOUSES
Spacious
1, 2 & 3 Bdrms
Rents Starting
at $370
Only - 1 block from expwy & 3 blocks from all schools. 2 pools. 2 laundry facilities.

CONQUISTADOR
EAST APTS.
375 Billy Mitchell
(956) 982-0323
Office Hrs. 8-5 M-F
Fully Renovated
1, 2 & 3 Bedrooms
All units have new appliances, new custom kitchen cabinets.
With resaca frontage or interior location.
- 2 Laundry Rooms
- Pool & Spa
- Basketball Court
- Clubhouse
- Exp. Basic Cable
Also Avail. Spacious 2 Bdrm, 1 Bath

## Help Wanted

## Apartments Unfurnished

1 2 3

FOR LEASE: Three bedroom older home, formal living room, dining room located on Hibiscus. Available April 1st Rent $550. Call BorderPlex Realty 546-2415.

FOR RENT 2 bedroom apt on 1755 Coffee Port. $410 per month $250 deposit Call 504-3605, or 504-6069

FOR RENT Two bedroom apartment with washer/dryer connections covered patio Rent $475. Call BorderPlex Realty 546-2415

IF YOU LIKE COUNTRY LIVING IN THE CITY, WE'VE GOT IT! 7 acres landscaped, area on beautiful Lake Ebony Shopping, hospital, school. 2 bdrm $485 Lakeside 600 Apts 542-8691

JEFFERSON SQUARE APTS
- Tropical grounds
- Enclosed patios
- Laundry facilities
- Covered parking
- Free expanded cable & HBO
Centrally Located-
1 & 2 Br. Available
Call Claudia for info
1405 Boca Chica
546-5656

LAS RESACAS APARTMENTS Available 2 bedroom, ½ bath $415 rent & $200 deposit For information call 544-6462

RENTO LUJOSO apartamento 3 recamaras 2½ banos AC central patio pevado. dryer & washer connection $525 + dep Ubicado Galveston Rd Info 541-7362

RESACA
JARDIN APTS.
- Large Refurbished Apartments
1 Bedroom,
starting at
$350 - $475.
Free cable. ceiling fans, large closets, mini-blinds. carpet, breakfast bar. pool, laundry room and recreation area
3801 Boca Chica
982-1964

THE
LANDINGS
APARTMENTS
Centrally located Tile floors, free expanded cable, A/C, laundry facilities, quiet community complex..
546-9169

VILLA MADRID APTS 1 & 2 bdrm aval $415-$510 HBO

## Townhouses & Condos

6 7

CONDO RANCHO Viejo 2/2/2 $800/mo great location Call 360-4583 or 987-0371

CONDO Rancho Viejo. furn 2/2/2. basic util pd. dep. no pets $1.295/mo 831-7174

EXECUTIVE condo - Rancho Viejo 2/2/2 long or short term lease, fully & completely furn. All bases utilities paid, nice & clean - $1395 mo + sec dep. Broker/Owner 350-9113

FOR LEASE! Two bedroom townhouse, with kitchen appliances. central air and heat, carport, near the airport Rent $450.00 Call BorderPlex Realty 546-2415

FOR RENT 3 bedroom, 2 bath Rancho Viejo. Condo $600 rent For more information call 541-3203 or 541-5537

LUXURY LIVING completely furnished small, secluded 1 bedroom condo. At Villa Condesas, near Central Blvd H E B $500 00 546-8551

NEARLY NEW 3 bdrm 2 bath 1 car garage, fenced yard nice neighborhood near Sunrise Mall 542-4848

RANCHO VIEJO 2/2 new carpet & appliances, $850/mo or $48,000 Owner finance possible 350-9462. or 793-3370

RANCHO VIEJO 2/1 overlooking lake, new carpet & paint, all appliances. $625/mo or $45,000, owner financing possible 350-9462 or 793-3370

RANCHO VIEJO condo 2/2 overlooks resaca, w/large garage and all appliances, rent $600/mo, $500 dep 350-3381

RENTALS RENTALS 1/1 - C/A/H, $375 (VICC 1/1 furnished, $575) 2/2 Condo. $625 3/2 $875 (B C C 4/3. $1,000)

SUNRISE 2/2 completely remodeled, all appliances, pool, security gate, carport, playground 546-5099, 504-0313

VICC 1 bdrm 1 bath furnished executive condo, overlooking the golf course. 542 7621 or 571-6148 Jos Garcia Owner

VICC CONDO 2 bdrm 1½ bath, appliances. near Tennis cts & clubhouse $550/mo deb $300 542-4385 544 2689

## Apartments Unfurnished

## Townhouses & Condos

6 7

WHAT A DEAL!
Rent rate reduced 2/2 & 3/2½/2 Vista Verde condos for lease Border Properties Inc 546-3551.

## Houses, Unfurnished

6 7

3 BDRM 2 BATH house c/a/h. large fenced yard, close to schools. For more info call 831-5390

EXECUTIVE HOME 3/2/2 spacious rooms, pool, excellent location near new hospital $1,100/mo or lease option 571-4312 or 548-2836

EXECUTIVE HOME 4 1/2 spacious, exc location L O' Lakes area $1.225/mo Call 542-2329 after 5 pm

HOUSE FOR Rent 3/1/1 c/a/h Rosegarden subd housing accepted Call 550-9872 or 453-3810

Large 2 stone 3 1/2 house for rent Also 2 house for rent Fruitdale area Call 831 4318

LARGE 3/2 duplex on 3/2 Drive Stove' rating c/a yard utility room c/a/h $525 + dep Call 350-3439

NEW OFFICE and house for rent 2 bedroom bath 2000 sq ft With appliances $850 00 Rent 541-3203 or 5415537

## PUBLISHER'S NOTICE

All Real Estate advertised in is subject to the Federal Housing Act of 1968 makes it illegal to advertise any preference limitation discrimination based on color religion sex familial status or national origin or intention to make any such preference limitation or discrimination We will knowingly accept any advertising for real estate which is in violation of the law All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis

## Apartments Unfurnished

## Apartments Unfurnished

## PALACIO REAL APTS.
1165 Wildrose Lane
541-7299
Now taking applications for Eff. 1, 2, 3 & 4 bedroom apts
- On City Busline
- Close to medical centers, mall & schools
- Cozy floor plans
- Laundry Room
- School bus for Martin, Stell & Pace
- On site management with 24 hour emergency maintenance
- Gas, water, sewer and garbage collection paid
- Section 8 certificates accepted
NOW ACCEPTING APPLICATIONS
FOR ASSISTED HOUSING
Call us or stop by to inquire about our current special of one month's free rent

**IBC**
**International Bank of Commerce**
**CREDIT ANALYST**

International Bank of Commerce-Brownsville has a job opening for a credit analyst.

Qualifications:
- A bacelor's Degree in buisness administration with a major in accounting or finance from an accredited college or university is required.
- Proficient in spreadsheet and word processing software is required.
- Bilingual (Spanish) a plus.

This position has opportunities for future advancement in the lending field. Resumes will be reviewed upon receipt and accepted until position is filled. Please send a letter of interest, a resume, and a list of five references to:

International Bank of Commerce
Credit Dept.
P.O. Box 1831
Brownsville, TX 78520
Attn: Armando Recio

Equal Opportunity Employer/Equal Housing Lender

**Recruiting in the Rio Grande Valley**
**Saturday, May 1"**

The Integrated Bagging Systems Division (IBS) of Inteplast Group, Ltd. is seeking full time production operators. The IBS plastic bag plant located in Lolita Texas (near Victoria) is the largest plant of its kind in the world.

**See What**

**\*Registered Nurse**
Must be licensed by the State of Texas. 8/12 hour shifts. Openings in: CCU/MICU, Emergency Room, Home Health, Labor & Delivery, Medical Surgical, Neuro ICU, OB/GYN and Operating Room.

**\*Licensed Vocational Nurse**
Must be licensed by the State of Texas. 8/12 hour shifts. Openings in: Emergency Room and Inpatient Rehab.

**\*Certified Therapeutic Recreation Specialist**
Inpatient Rehabilitation Unit. Bachelor's degree from an approved program for therapeutic recreation. Certification from The National Counsel for Therapeutic Recreation Certification. Previous experience in rehabilitation and bilingual (English/Spanish) preferred.

**\*Clinical Staff Dietitian**
Food Service. A Bachelor's degree in Foods and Nutrition, completion of an approved internship or equivalent in an approved institution is required. Must be an active member in The American Dietetics Association and maintain registration classification. Must be licensed by the Texas State Board of Examiners of Dietitians. One year work experience in a hospital setting as clinical dietitian preferred.

**Assistant Director**
Engineering Services. Bachelor's degree in civil, mechanical, or electrical engineering from an accredited school required. Must have comprehensive knowledge of regulatory and accrediting agencies' standards for medical facilities and of federal, state, and local standards and codes. Must be a licensed professional engineer (P.E.) in the State of Texas (or eligible). Bilingual (English/Spanish) preferred.

**Billing Supervisor**
Patient Accounts. Must have a High School diploma or GED with at least two (2) years of Patient Accounting experience. Hands-on knowledge of medicare/medicaid hospital billing (UB92, 1500), CPT, HCPCS, and ICD9 coding required. Two to three years supervisory experience and college degree/hours preferred. Bilingual (English/Spanish) preferred, as well as good knowledge of telephone etiquette, medical terminology and recognized medical usage. Computer literate with the ability to use various PC based software packages and mainframe applications. The successful candidate will possess excellent leadership, analytical and verbal/written communication skills.

**Provider Relations Coordinator**
Valley Baptist Health Plan. Bachelor's degree in a related field required. Two to five years medical staff coordinator or administrative/executive secretarial experience in the medical field required. Documented history of ability to work with physicians and customer service programs preferred. Must have advanced secretarial and computer skills and ability to communicate effectively both verbally and in writing. Must have public speaking experience. General understanding of various reimbursement methods (fee for service, capitation) preferred.

**Project Coordinator**
Valley Baptist Health Plan. High School diploma/GED required, with some college credits preferred. Must be able to type at least 60 wpm and be familiar with word processing programs. Knowledge of the internet and computer software programs such as PowerPoint, good verbal and written communication skills. Individual must be detail oriented. Experience in medical field and managed care preferred.

**Driver**
Linen Services. High School diploma/GED required. Valid Texas Commercial license with good driving record. Must be insurable through VBMC's insurance carrier.

**Engineering Helper**
Engineering Services. High school or trades graduate with previous 3 years general maintenance experience required.

**\*Sign-on incentive available**

*Positions are full-time regular unless otherwise indicated.*
*Shifts vary by department. For additional information on other available positions, please call the Valley Baptist Medical Center Job Line at (956) 389-2330. To apply in person contact Human Resource Administration, corner of Ed Carey Drive and Benwood, Harlingen, Texas; (956) 389-1702, 1-800-828-8262 or Fax (956) 389-6764.*

**DO NOT FAX RESUME**


**Valley Baptist Medical Center**
P.O. Drawer 2588, Harlingen, Texas 78550

**"Valley Baptist Medical Center is an Equal Opportunity Employer. Smoke & Drug-Free Workplace. "**

---

**Come See What** *learn outstanding*

**Attend the Valley Baptist**

# JOB F

Saturday, January 23, 1999
Woodward Conference Room
Valley Baptist Medical

Make 1999 your best year ever by attending the Valley Center Job Fair. You are invited to learn about various opportunities, excellent salary and benefits package.

We have immediate openings in various departments for bright, dedicated individuals. RN/LVN applicants must be licensed State of Texas. All applicants must have a stable work, the ability to work overtime and a willingness to learn.

If that describes you, let's get together. Managers will be available to do on-the-spot Typing test will be given to all clerical applicants.

We currently have openings in the following

**Nursing Positions Are Available For:**

| RN, Critical Care | RN, Labor & Delivery |
| RN, Emergency Room | RN, OB/GYN |
| RN, Home Health | Nurse Aide, Medical Surgical |
| RN, Medical Surgical | Nurse Aide, Oncology |

For more information or call (956) 389-1955 or toll-free



**Valley Baptist Medical**
P.O. Drawer 2588, Harlingen,

**"Valley Baptist Medical Center is an Equal Opportunity Employer. Smoke & Drug Free Workplace**
**VISIT OUR WEBSITE AT: www.vbmc.org**

---

**OUTSIDE SALES**
The Brownsville office of Alamo Iron Works, supplier of industrial products and steel, seeks to hire a sales professional. The candidate will have at least 2 years experience in sales w/verifiable successful sales track record. Knowledge of steel & industrial products a plus. Salary + commbenefits. Fax resume to (956) 542-2505 or mail to AIW, 3675 E. 14th, Brownsville, TX 78520. EOE

**Help Wanted**

---

**DON'T WAIT, DON'T WRITE, CALL TODAY!**
For info. about a challenging & well paying sales opportunity in the lighting and electrical field call the following number anytime today. Don't delay. Call Today! 546-9461 or 546-3697 and ask for Bill.

**HIGH INCOME POTENTIAL**
Part synthetic oil manufacturer, dealer wanted. Work with businesses, training available, flexible hrs 1-888-321-2240 or 1-956-297-9882

---

**CAN YOU SELL THE CEO?**
Explosive growth is one of America's premier Management Consulting Companies requires the immediate addition of Sales Professionals in the Brownsville area.

Successful candidates require sales and business experience; the ability to communicate effectively with Presidents, CEO's and Business owners, driving ambition and a burning desire to win comprehensive training can make you a yearly 6-figure commission earner! Must be available immediately Local interviews being scheduled

**DO NOT FAX RESUME**
Call Ms. Gardner at (800) 531-2542 Visit our website @ www.tss-ba.com. EOE

**Help Wanted**

---

George S. May International Company
Park Ridge, IL.
Management Consultants
Since 1925.
www.georgesmay.com

---

**OUTSIDE SALES** ... company. If you possess a strong work ethic, the ability to communicate with business owners or presidents at a peer level, have three years outside business to business sales experience, and an understanding of how business operates, then this may be the job of your dreams. There are millions of businesses in North America that qualify for our services. They need help in this ever-changing, expanding, and competitive market. If you qualify, we will train and teach you with the fundamentals of our business to prepare you for success. $50,000 +++ potential commission income, excellent benefit package and strong promotional opportunities await the successful candidate. Bilingual encouraged to apply. We are one of the world's oldest and most respected management consulting firms. To be considered for an interview, please phone M. Bronowicz toll free at (877) 358-2505. Calls must be received by 11-18-98.

---

◆ Excellent Salaries
◆ Paid Vacation after one
◆ Best 401(k) Savings
◆ Promotion from within
◆ Teamwork environment.
◆ Advancement Opportun
◆ Immediate Openings for

If you are friendly, outgoing have previous management experience, come by and we have to offer!

**NEW LOCATION TO RIO GP**

Call Angie for Appt.
541-0393

Nursing          Allied

## Help Wanted

## TELECOMMUNICATIONS SALES

**Our Sales Reps Are Among the Highest Paid in the Industry.**

Maybe that's the reason we have experienced record breaking growth since going public as a CLEC on the NYSE.

Are you good enough to join the professionals who are changing the telecommunications world as we know it today? We seek highly motivated, professional sales reps for the Brownsville area. Two (2) Years minimum successful sales experience required. In return, we offer high earning potential, benefits, 401K, paid training and a career with one of the fastest growing companies in the industry.

For a confidential interview call Debbie Jackson at **1-877-888-5225**, or send updated resume to **1-877-888-5125**

**Advanced Communications**

---

## Experienced Sales People

## Payne Lincoln Mercury
### 4017 N. Expressway 83
### Brownsville Texas 78520

---

## Four Points
HOTELS
### Sheraton

## Sales Executive

We're looking for the best sales professionals in the Valley

Cordoba Hotel Group is an emerging leader in the Valley Lodging Landscape. With renovations in Brownsville and McAllen in excess of $5,000,000 and a new hotel slated for 1999, this is the perfect time for a sales professional to join this progressive hotel company.

Prior sales experience coupled with a history of results in client development, relationship building and integrated marketing/sales efforts essential.

Openings in Brownsville and McAllen. Send resume with salary requirements to

**Marketing Division
2721 South 10th St.
McAllen, TX 78503
956-687-7840 fax**

Equal Opportunity Employer

## BILLING SUPERVISOR PATIENT ACCOUNTS

The person selected for this position will be responsible for the daily operations of the department's billing function and will ensure that all billing compliance rules and regulations are followed for all Third Party claims. As Billing Supervisor, the selectee would also be responsible for maintenance and efficient usage of information systems complementing the billing of patient accounts. Preparation of statistical and analytical reports for management review and use is also a responsibility.

The individual chosen for this position must have a High School diploma or GED with at least two (2) years of hospital billing experience. Hands-on knowledge of medicare/medicaid hospital billing (UB92, 1500), CPT, HCPCS, and ICD9 coding required. Two to three years supervisory experience and college degree/hours preferred. Bilingual (English/Spanish) preferred, as well as a good knowledge of telephone etiquette, medical terminology and recognized medical usage. Computer literate with the ability to use various PC based software packages and mainframe applications. The successful candidate will possess excellent leadership, analytical and verbal/written communication skills.

To apply or for additional information, please contact Patty Cooper, Interviewer, at (956) 389-6818, or fax resume to (956) 389-6764, Human Resource Administration, Valley Baptist Medical Center, P.O. Drawer 2588, Harlingen, TX 78551.

*Valley Baptist Medical Center is an Equal Opportunity / EEO Employer, Smoke & Drug-Free Workplace.*



## Valley Baptist Medical Center
P.O. Drawer 2588, Harlingen, Texas 78550    1-10-49

---

## CUSTOMER SERVICE MANAGER
### ($19.30 HR MIN. - $30.98 HR MAX)

This employee has primary responsibility for the delivery of all customer service in the areas of new accounts and services, new utility applications, payments, and delinquent accounts. This includes achievement of customer service objectives, supervising customer service employees, and resolving customer questions or problems upon escalation. This employee has direct customer contact, including maintenance of relationships with PUB's most important customers. This position will, from time to time, assume additional duties within the department, including assisting or backing-up other managers, special systems projects, and assuming Director responsibilities in that person's absence. The Customer Service Manager reports to the Director of Customer Relations. Directly supervises the Customer Service Representatives in the customer service and collections areas. Assists in the supervision of meter reading, dispatch, and billing and collections, and of the entire Customer Service Department, upon request of the Director of Customer Relations. Plans and directs all aspects of the processes for new accounts and service handling, billing adjustments, customer payments, metering tampering investigations and maintenance of records.

Preferred education is graduation from college with an emphasis in marketing, retailing, finance or general management. Minimum requirement is graduation from a standard high school supplemented by two of three years of college level work in business or related area. Minimum five years experience in customer service, either in the utility business or in a competitive business environment. Employee must have good oral and written communication skills in both English and Spanish.

Some physical effort may require lifting of moderately heavy boxes. Ability to sit for a long periods of time without any discomfort with some standing or walking required.

Resumes or requests for additional information should be directed to Public Utilities Board, Human Resources Department, PO Box 3270, 1425 Robinhood Drive, Brownsville, Texas 78523/PHONE 1-800-869-2922 (956)982-6187/FAX (956)982-6192.

AN EQUAL OPPORTUNITY EMPLOYER

## Help Wanted

WANTED COSMETOLOGIST. Good wages on commission. Apply in person, Papa's Beauty Salon 4814 Boca Chica. Contact Ana

## WORK FROM HOME
My kids come to the office everyday Earn $500 to $1500 PT/month or $2,000 to $4,000 FT/month. Call 1-800-482-1190

### Employment Miscellaneous

$1000 WEEKLY! Stuffing envelopes at home! Free info. Rush long s.a.s.e. to ACE Dept. 662, P.O. Box 5769, Diamond Bar, CA 91765

### Employment Information

AVON - With an eye on beauty. To buy or sell Avon, call 541-3873.

COMPUTER USERES needed Work own hrs. $20-$75/hr. 1-800-348-7186x1002 www.amp-inc.com

ENJOY EXCELLENT, weekly income...with your own network marketing business. We provide all the necessary materials. For free details call 1-800-811-8141 ext. 70772

HOMEWORKERS needed! Process our mail at home. All supplies provided. Call 1-800-526-6772 ext 7653.

PROFESSIONAL PLACEMENT will find you the career you've been looking for. Don't spend $100-$200 or 3% on your salary. Results guaranteed. Only $29.99. Call 1-800-730-5608

### Household Help

DAY OR LIVE IN care for elderly lady in her attractive home. English speaking preferred. Person with baby acceptable 546-3128

LOOKING FOR person to take care of 1 yr. old child at home with supervision of mother. 350-6581 (Spanish & English)

### Schools and Instruction

Chuck's Gun Shop CHL Course, sign up now for Feb. classes. 504-0243

## VINSON'S
Training School/firing range. 12 HR. CHL $30. Drug Offender $58. Alcohol Ed. for Minors $48. Concealed Handgun $75. Security Officer $100. Hrlg. 291-6111/LP. 233-9680

TRUCK DRIVER TRAINING

20-Day Semi-Driver Training Course
"LAID OFF?"
"OUT OF WORK?"
"THINKING ABOUT A CAREER CHANGE?"
Approved for JTPA, TRC, TAA, MET & VIDA
Job Placement Assistance Prior to Training
CALL DAVID
956-542-6090
or 800-598-7859
1642 E. Price Rd.
Suite 102
Brownsville, Texas

### Rooms

1 or 2 ROOMMATES wanted 3

BR/8 utilities paid space no pets, 819 E. 8th apt 1B downtown area, pfc 546-0685

2 BEDROOM DUPLEX furnished. $285 a month, $100 dep. water & gas paid. 541-1621 or 542-3771

ALL UTIL. pd. Clean & quiet 1unit. & fully furn. efficiency, $375/mo., 1 br $425. A/C pool. 350 W 6th St 541-9676.

EFCY with A/C $320/100 dep. no pets, utilities paid, 1605 West Washington 546-0626

EFCY, no ac, util pd. upstairs $275/100 dep, downtown area 443 E. St. Charles 546-0626

EFFICIENCY $300, dep $150. Utilities paid. Also 1 bdrm. kitchen, C/A $500 mo. $300 dep. 546-0407. 546-8401

FURN. 1 bdrm apt. Rent includes utilities. Dep. required. 456 W. Levee. 542-6677.

M or F share home, pvt. rm with A/C, cable, phone, washer/dryer $295/mo (utilities incl) $100 dep. Near University (15 min) 504-3158

NEW 16, 1B, in quiet area, W/D carpet, tile, A/C, $395/mo. FREE EXP. CABLE, $375/mo. Royal Terrace 542-2722

### Apartments Unfurnished

#1 SPECIAL, Lg 2/1½, 3/2 apts. Pd gas/heat, water, cable. HBO & snc. Tammy 542-7150

2 BDRM. $265. Deposit $150 Utilities not included. Fenced all around. Utility room. Parking paved for 2 cars. Close to schools & HEB. 3014 E. 31st. Info 541-1129

$100 PER MONTH. Efficiencies near the new hospital. Deposit required. 350-5353

BRAND NEW apts. in secluded area. A/C. Washer/Dryer conn., cable closets. Dogers. FREE EXP. CABLE 542-2722

## CASA GRANDE
8425 Barnard
(956) 546-0313
LARGE TOWNHOUSES
Spacious
1, 2 & 3 Bdrms.
Rents Starting
at $370
Only 1 block from I-ans, 3 blocks from all schools, 2 pools. 2 laundry facilities.

## CONQUISTADOR
EAST APTS.
375 Billy Mitchell
(956) 982-3223
Office Hrs. 8-5 M-F
Fully Renovated
1, 2 & 3 Bedrooms
All units have new appliances, new custom kitchen cabinets.
With resaca frontage or interior location.
* 2 Laundry Rooms
* Pool & Spa
* Basketball Court
* Clubhouse
* Exp. Basic Cable
Also Avail. Spacious 2 Bdrm, 1 Bath

FOR RENT 1 & 2 bedroom apts with stove & refrigerator. AC, near schools, port & airport For more info call 831-7844 983-2373 beeper

FOR RENT Sierra-view 2 bdrm apt. downstairs, close to schools, shopping & parks 8-5 pm. J C Cruz 542-6333 or 983-6262 nights

FOUR-2 bdrm/1bath apt floor schools Water pd. Laundry 6400 & 5425/mo. $200 dep 1724 W Elizabeth. 542-3767

IF YOU LIKE COUNTRY LIVING IN THE CITY, WE'VE GOT IT! 7 ACRES LANDSCAPED AIR COND

