36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-180 |
| | § | (Jury Requested) |
| CITY OF BROWNSVILLE, IVAN WELKER, | § | |
| in his official capacity, and CARLOS | § | |
| RUBINSTEIN, in his official capacity | § | |

## AGREED MOTION TO MEDIATE

TO THE HONORABLE DISTRICT COURT:

NOW COMES Plaintiff and the City of Brownsville, Ivan Welker, and Carlos Rubinstein, Defendants in the above styled and numbered case, and files this, their Agreed Motion to Mediate, and for cause would respectfully show unto the Court the following:

### STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS

1.  Plaintiff is Juan Pequeno. Defendants are the City of Brownsville, Ivan Welker in his official capacity, and Carlos Rubinstein in his official capacity. On November 27, 2000, Plaintiff filed this suit, alleging that he was terminated from his employment with the City of Brownsville in violation of his First and Fourteenth Amendment rights. Trial in this case is currently set for February 11, 2002. The parties now file this Agreed Motion to Mediate.

## ARGUMENT

2.      The parties believe that this dispute is amenable to resolution via mediation.  The parties agree to the use of United States Magistrate Judge Felix Recio, an impartial third party, to assist in the resolution of their dispute via mediation.  The parties are prepared to go to mediation and request that this mediation be performed prior to January 29, 2002.

## CONCLUSION

3.      The parties believe that this dispute is amenable to resolution via mediation.  They have agreed on an impartial third party to mediate the case and all parties are prepared to mediate prior to January 29, 2002.

4.      WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully pray this Court consider their Agreed Motion to Mediate, that this case be referred to United States Magistrate Judge Felix Recio for mediation, and that this mediation be performed prior to January 29, 2002.

Respectfully submitted,

**WILLETTE & GUERRA, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78504
Telephone     : (956) 541-1846
Facsimile        : (956) 541-1893

BY: _____
RYAN HENRY
State Bar No. 24007247
Fed. Id. No. 22968

**ATTORNEY FOR DEFENDANTS**

Page -2-

LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone : (956) 541-4982
Facsimile : (956) 544-3152

BY: *Frank Costilla w/p sm*
FRANK COSTILLA
State Bar No. 04856500
Federal I.D. No. 1509

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing Agreed Motion to Mediate has been served on all counsel of record, via certified mail return receipt requested as follows:

**(Via CMRRR#7001-1140-0001-8375-9391)**
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

on this the  10th  day of January, 2002.

*Ryan Henry w/p sm*
RYAN HENRY

Page -3-

LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone : (956) 541-4982
Facsimile : (956) 544-3152

BY: *Frank Costilla by AJP w/ perm.*
FRANK COSTILLA
State Bar No. 04856500
Federal I.D. No. 1509

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing Agreed Motion to Mediate has been served on all counsel of record, via certified mail return receipt requested as follows:

(Via CMRRR#7001-1140-0001-8375-9391)
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

on this the _____ day of January, 2002.

_____
RYAN HENRY

Page -3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-180 |
| | § | (Jury Requested) |
| CITY OF BROWNSVILLE, IVAN WELKER, | § | |
| in his official capacity, and CARLOS | § | |
| RUBINSTEIN, in his official capacity | § | |

**ORDER SETTING HEARING**

On this the _____ day of January, 2002, came on to be considered Plaintiff and Defendants' Agreed Motion to Mediate. After considering same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff and Defendants' Agreed Motion to Mediate is hereby set for hearing on the _____ day of January, 2002 at _____ o'clock \_\_\_\_\_. m., in this Honorable Court.

SIGNED FOR ENTRY on this _____ day of January, 2002.

_____
JUDGE PRESIDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-180 |
| | § | (Jury Requested) |
| CITY OF BROWNSVILLE, IVAN WELKER, | § | |
| in his official capacity, and CARLOS | § | |
| RUBINSTEIN, in his official capacity | § | |

**AGREED ORDER GRANTING MEDIATION**

On this the ____ day of _____, 2002 came on for consideration the Parties Agreed Motion to Mediate. The Court having reviewed said motion together with the papers on file is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Parties Agreed Motion to Mediate is GRANTED, that this case be referred to United States Magistrate Judge Felix Recio for mediation, and that said mediation be performed at a time and place agreeable to the Parties and Judge Recio prior to January 29, 2002.

Signed for entry on this _____ day of _____, 2001.

_____
JUDGE PRESIDING