37

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| Juan Pequeno, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| City of Brownsville, et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on January 14, 2002, the Court **GRANTED** the Parties' Agreed Motion to Mediate [Dkt. No. 36]. The Court therefore **ORDERS** that the case be referred to United States Magistrate Judge Felix Recio for mediation, and that said mediation be performed at a time and place agreeable to the Parties and Judge Recio prior to January 29, 2002.

The case remains scheduled for pretrial conference on February 7, 2002 and for trial on February 11, 2002. In case of settlement, the conference and trial will be cancelled.

DONE at Brownsville, Texas, this 14th day of January 2002.

Hilda G. Tagle
United States District Judge