41

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

JAN 16 2002

Michael N. Milby
Clerk of Court

| Division | Southern | Action Number | B-00-180 |

| JUAN PEQUENO |
| *versus* |
| CITY OF BROWNSVILLE, ET AL. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Alejandro J. Garcia |
| Firm | Law Offices of Frank Costilla, P.L.L.P. |
| Street | 5 East Elizabeth Street |
| City & Zip Code | Brownsville, Texas 78520 |
| Telephone | (956) 541-4982 |
| Licensed: State & Number | Texas # 24004663 (956) |
| Admitted US District Court for: | none FAX-544-3152 |

Seeks to appear as the attorney for this party:

| JUAN PEQUENO |
| Dated: 01/16/02 | Signed: *[signature]* |

ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, 200__.

_____
United States District Judge

SDTX AA-6 (8/98)