41

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

| Division | Southern | Action Number | B-00-180 |
|----------|----------|---------------|----------|

| JUAN PEQUENO |
|---|

| *versus* |
|---|

| CITY OF BROWNSVILLE, ET AL. |
|---|

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | Alejandro J. Garcia |
|------|---------------------|
| Firm | Law Offices of Frank Costilla, P.L.L.P. |
| Street | 5 East Elizabeth Street |
| City & Zip Code | Brownsville, Texas 78520 |
| Telephone | (956) 541-4982 |
| Licensed: State & Number | Texas # 24004663 |
| Admitted US District Court for: | none |

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

43

Seeks to appear as the attorney for this party:

| JUAN PEQUENO |
|---|

| Dated: 01/16/02 | Signed: *Alejandro J. Garcia* |
|---|---|

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on __1 - 22 -__, 2002.

United States Magistrate Judge

SDTX AA-6 (8/98)