44

# Felix Recio, Judge Presiding
# Southern District of Texas, Brownsville Division



United States District Court
Southern District of Texas
FILED

JAN 2 3 2002

Michael N. Milby
Clerk of Court

Date: January 23, 2002, 1:00 p.m. to 4:00 p.m.

---

## C.A. NO. B-00-180 (HGT)

---

| | |
|---|---|
| JUAN PEQUENO | * Frank Costilla, Alejandro J. Garcia & Moses Salas |
| vs | * |
| CITY OF BROWNSVILLE | * Ryan Henry & Hugh P. Touchy |

---

## MEDIATION MINUTES

Plaintiff appeared with attorneys Costilla, Garcia and Salas. Attorneys Henry and Touchy appeared for Defendants.

Mediation held before Magistrate Judge Recio.

The case was not settled.