45

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | * | |
| VS | * | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, ET AL | * | |

# SEALED

## MEDIATION REPORT

January 23, 2002

SEALED BY ORDER OF THE COURT

Felix Recio
United States Magistrate Judge