46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

JAN 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, | § | (jury requested) |
| IVAN WELKER, in his official capacity, and | § | |
| CARLOS RUBINSTEIN, in his official capacity | § | |

## DEFENDANTS' DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **THE CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN, in their official capacities,** Defendants in the above-styled and numbered cause, and hereby designate:

**Hugh P. Touchy**
**USDC No. 12401**
**State Bar No. 20150800**

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (965) 541-1893

as attorney-in-charge and:

**Ryan Henry**
**USDC No. 22968**
**State Bar No. 244007347**

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (965) 541-1893

as co-counsel on their behalf to have full control and management of its cause and to receive all further communications from the Court and other counsel relating to this cause.

Signed on January 24, 2002.

                                      Respectfully submitted,

                                      WILLETTE & GUERRA, L.L.P.
                                      International Plaza, Ste. 460
                                      3505 Boca Chica Blvd.
                                      Brownsville, Texas  78521
                                      Telephone:  (956) 541-1846
                                      Facsimile:  (956) 541-1893

                                      By: _____
                                            HUGH P. TOUCHY
                                           State Bar No. 20150800
                                           USDC No. 12401

                                     **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing DEFENDANTS' DESIGNATION OF LEAD COUNSEL has on, January 24, 2002 been served on all counsel of record, via certified mail return receipt requested as follows:

Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

_____
HUGH P. TOUCHY

2