IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Pequeno, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| City of Brownsville, et al., | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on January 30, 2002, the Court **STRUCK** the Joint Pretrial Order [Dkt. No. 47], as it is not in substantial compliance with Chamber Rules. Specifically, the Statement of the Case is not such that it could be read to a jury panel. The Statement of the Case should be **JOINT**, rather than two separate statements from Plaintiff and Defendant.

The Parties are **ORDERED** to file a Joint Pretrial Order signed and agreed upon by all Parties by Friday, February 1, 2002 at 3 p.m. The Parties are forewarned that the Court will consider imposing monetary sanctions on any party that does not join in filing a <u>single</u> order and attachments by the date specified above.

DONE at Brownsville, Texas, this 30th day of January 2002.

Hilda G. Tagle
United States District Judge