UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEQUENO § § | |
| VS. § § § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, § IVAN WELKER, in his official capacity § and CARLOS RUBINSTEIN, in his official § capacity § | (Jury Requested) |

## DEFENDANTS' PROPOSED VOIR DIRE

1) Does anyone know somebody employed by the City of Brownsville?

2) Does anyone here know the Plaintiff or his wife? Other witnesses?

3) Does anyone work for a City or County?

4) Does anyone think that a City should not be able to maintain discipline and order among its employees?

5) Has anyone here filed a lawsuit? Anyone in their family?

6) Has anyone here been sued?

7) Does anyone believe that an employer must have a good reason to fire an employee, otherwise the employer should be liable for lost wages?

8) Since Plaintiff gets to present his entire case before we can call a single witness, can you wait until both sides have had a chance to present their cases before you begin deciding?

9) Do you believe the City of Brownsville and other Defendants are entitled to the same fair consideration as an individual person?

10) Does anyone here agree if you lose your job at one place you should go try to find a job at another place?

11) Can you return a verdict for the Defendants if the evidence does not support the Plaintiff's case?

12) Have you reached any preliminary opinions about this case simply because of who the parties are?

                Respectfully submitted,

                WILLETTE & GUERRA, L.L.P.
                International Plaza, Suite 460
                3505 Boca Chica Boulevard
                Brownsville, Texas 78521
                Telephone:  (956) 541-1846
                Facsimile:  (956) 541-1893

BY: _____
      RYAN HENRY
      State Bar No. 24007347
      Fed ID. No. 22968

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the above and foregoing DEFENDANTS' PROPOSED VOIR DIRE has been served on all counsel of record, via certified mail return receipt requested as follows:

Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

on this the _1st._ day of February, 2002.

_____
RYAN HENRY