S4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-180 |
| | § | (Jury Requested) |
| CITY OF BROWNSVILLE, et al. | § | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE U.S. DISTRICT COURT:

NOW COMES PLAINTIFF JUAN PEQUENO and respectfully submits Plaintiff's Proposed Voir Dire Questions as follows:

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, P.L.L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

_____
Frank Costilla
Attorney-in-Charge for Plaintiff
State Bar No. 04856500
Federal I.D. No. 1509

**Plaintiff's Proposed Voir Dire Questions to the Jury**                                    Page 1

## CERTIFICATE OF SERVICE

On this the __1st__ day of February, 2002, a true and correct copy of the above and foregoing document was sent to all counsel involved in the manner indicated below:

Mr. Ryan Henry                                   Via Hand Delivery
**Willette & Guerra, L.L.P.**
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

_____
Frank Costilla

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Is there anyone on the panel who knows Carlos Rubinstein and Ivan Welker who are Defendants in this case? If so, how do you know them?

2. Is there anyone on the panel or a close family member who has been represented by the law firm of Willette & Guerra?

3. Is there anyone on the panel who knows the defense attorneys in this case, Mr. Ryan Henry and Mr. Hugh P. Touchy? If so, how do you know them?

4. Is there anyone on the panel or a close family member who has been employed or is currently employed with the City of Brownsville?

5. Is there anyone on the panel or a close family member who has any business dealings with the City of Brownsville?

6. Is there anyone on the panel who believes that a person who has been terminated from his or her employment has no right to sue for money damages to compensate for loss of past and future income and mental anguish?

7. Is there anyone on the panel who believes that regardless of the manner in which the Plaintiff was terminated, they could not consider awarding damages in the range of one million dollars?

8. Is there anyone on the panel who <u>does not</u> believe that free speech is an important right which should be protected and preserved in our country?

9. Is there anyone on the panel who believes that it is alright for a person to be terminated from his or her employment simply because they have spoken publicly on an issue which might concern the general public?

10. Is there anybody on the panel who is presently or has ever been in a managerial or supervisory position with duties which included the authority to hire, fire and reprimand employees?

11. Is there anybody on the panel who feels that an employer has an absolute right to fire an employee no matter what circumstances exists?

12. Is there anyone on the panel who feels that a money judgment against the City of Brownsville would have some type of economic impact or consequence on you personally or your business?

13. Has anyone on the panel or a close family member been a Defendant in a lawsuit, that is, been sued by another person for any reason?

14. Is there anyone on the panel who owns and/or manages their own business?

15. Is there anyone on the panel or close family member who has any connection whatsoever with the accounting firm of Long, Chilton, Payte & Hardin, LLP?

16. Who among you has seen on television, read ads in newspapers, or seen billboards regarding the topic "lawsuit abuse"? If so, how many of you feel that you have been influenced by these advertisements to the degree that they may affect your decision in this case?

17. Is there anyone on the panel who cannot base their verdict solely on the evidence presented in the courtroom in this case?