

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| CITY OF BROWNSVILLE, et al., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

BE IT REMEMBERED, that on February 5, 2002, the Court **ORDERED** Plaintiff to submit to the Court the pages of Ivan Welker's deposition which are cited in Plaintiff's Response to Defendant' Motion to Dismiss and Motion for Summary Judgment [Dkt. No. 34] by February 6, 2002 at 3 p.m. C.S.T. Plaintiff's Exhibit L, which is attached to Plaintiff's response, does not include all the pages of Welker's deposition to which Plaintiff cites.

DONE this 5th day of February, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

1