58

# Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

FEB 07 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | |
| CASE MANAGER | Stella Cavazos | |
| LAW CLERK | ☐ Roberts    ■ Lehrman | |
| DATE | 02 / 07 / 02 | |
| TIME | 2:25 p.m. | 2:45 p.m. |
| CIVIL ACTION | B-00-180 | |
| STYLE | Pequeno *versus* City of Brownsville | |

DOCKET ENTRY

(HGT)   ■ Final Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s): Frank Costilla + Alejandro Garcia

Attorney(s) for Defendant(s):   Hugh Touchy

Ryan Henry

☑   All parties appeared and announced ready for Jury Trial / ETT 4 or less days
     Jury Selection set for: 2/11/02. Starting trial on 2/12/02

☑   Plaintiff intends to call 14 witnesses

Carlos Rubenstein, Ivan Welker, Arturo Rodriguez, and Pete Gonzales are the adverse witnesses.
Efran Fernandez, Mr. Calapa, Rachel Figueroa, Jackie Montes, Dale Brusiak, Kenneth McCoyne (expert).

     Defendants intend to call 7 witnesses.
Excluding the overlap witnesses, Don Johnson (expert), Linda Gonzalez, Carlos Barrerra..

☑   Rulings orally rendered on:
The Motion in Limine [Dkt. No. 56] is **GRANTED**.

<u>Comments</u>:

1. The Court asked for argument on item # 1Q of the Motion in Limine- regarding whether the Sweetsoft system was purchased, used, and whether it yielded higher revenues. Mr. Touchy argued for grant of the motion. Mr. Costilla argued against grant of the motion. The Motion in limine is **GRANTED**.

2. Jury selection is scheduled for Monday 2/11/02. The Court asked how long each side anticipates taking? Mr. Costilla said three days or less. Defendants anticipate one day.

The only issue left after the summary judgment order is pretext.

3. The Court asked for all exhibits to be premarked. The Court wants to hear objections outside of the jury's presence, preferably before jury selection. The Court assumes that because she has not been apprised of any problems with exhibits there are no problems. At the latest, she wants to hear about problems before testimony on Tuesday 2/12/02.