

**Jurors Selected on** February 11, 2002   **For Case #** B-00-180

**Case Style** Pequeno, et al. vs. City of Brownsville, et al.

**Jury Trial Date** February 12, 2002

**Judge** Hilda G. Tagle   **Time** 9:00 A.M.

United States District Court
Southern District of Texas
FILED

FEB 1 1 2002

Michael N. Milby
Clerk of Court

## JURY LIST

JUROR'S NAMES:

1. JAIME LUIS RODRIGUEZ

2. LINA C. MEDINA

3. DOROTHEA CHARLOTTE ECKERT

4. ETHLEEN H. MIKOLAJCZAK

5. DEBORAH ANN GARZA

6. CHRISTINA GUTIERREZ

7. CARMEN CORTINEZ