61

# Civil Courtroom Minutes



| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ☐ Rick Roberts | ■ Julie Lehrman | | | |
| DATE | 02 | 11 | 02 | | |
| TIME | 9:28 | a.m. | 9:40 | a.m. | |
| | 3:51 | p.m. | 5:41 | p.m. | |
| CIVIL ACTION | B | 00 | 180 | | |
| STYLE | Pequeno, et al *versus* City of Brownsville, et al | | | | |

United States District Court
Southern District of Texas
FILED
FEB 1 1 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY:

(HGT)  **1st day Jury Trial**                                     (Court Reporter: Breck Record)

**Appearances**:

Plaintiff's Counsel: Frank Costilla and Alejandro Garcia

Defendant's Counsel: Hugh Touchy and Ryan Henry

  Case called for jury selection. All parties present and announced ready. Parties advised to return at 2:00 p.m. for jury selection.
  Court conducts voir dire examination. Jury excused momentarily to hear challenges for cause. Plaintiff's challenge for cause as to Juror Nos.1 and 3 overruled; challenge for cause as to Juror Nos. 4, 9, 12 and 20 sustained. Defendant's challenge for cause of Juror No. 18 sustained.
  Jurors returned to the courtroom and the names of those selected to serve were called.

  ***Jury selected: 6 jurors and 1 alternate. Jury trial to commence on 2/12/02 at 9:00 a.m.***

Other: The Court orders summons to issue on those jurors that failed to appear today and to appear before the Magistrate Judge to show cause why they should not be held in contempt of court.

Court adjourns.