# Civil Courtroom Minutes

62

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Rick Roberts   ■ Julie Lehrman |
| DATE | 02 / 12 / 02 |
| TIME | 9:20 a.m. — 11:45 a.m. <br> 1:39 p.m. — 5:00 p.m. |
| CIVIL ACTION | B / 00 / 180 |
| STYLE | Pequeno, et al <br> *versus* <br> City of Brownsville, et al |

United States District Court
Southern District of Texas
FILED
FEB 12 2002
Michael N. Milby, Clerk of Court

**DOCKET ENTRY:**

(HGT) **2nd day Jury Trial**                              (Court Reporter: Breck Record)

**Appearances**:

Plaintiff's Counsel: Frank Costilla and Alejandro Garcia

Defendant's Counsel: Hugh Touchy and Ryan Henry

    9:20 a.m. Jury brought in and sworn. Preliminary instructions to the jury. Opening statements by Mr. Costilla and followed by Mr. Touchy.

    Witnesses sworn: Lynn Pequeno, Juan Pequeno, Efren Fernandez, Ivan Welker and Art Rodriguez. Rule invoked. Plaintiff and Defense counsel made a joint offer of exhibits: 1-16; 18-19; 21-23; 25-39a, 41, 43-47, 51-57 and 59, exhibits admitted. Witness Art Rodriguez testifies; video of City Commission meeting was played.

    11:45 a.m. Lunch recess.

    1:39 p.m. Trial resumed; Ivan Welker testifies.

    5:00 p.m. Court recessed for the evening and to resume on 2/13/02 at 1:30 p.m.

