# Civil Courtroom Minutes



| | | | | |
|---|---|---|---|---|
| **JUDGE** | Hilda G. Tagle | | | |
| **CASE MANAGER** | Stella Cavazos | | | |
| **LAW CLERK** | ☐ Rick Roberts | | ■ Julie Lehrman | |
| **DATE** | 02 | 13 | 02 | |
| **TIME** | | a.m. | | a.m. |
| | 1:50 | p.m. | 5:00 | p.m. |
| **CIVIL ACTION** | B | 00 | 180 | |
| **STYLE** | Pequeno, et al *versus* City of Brownsville, et al | | | |

**DOCKET ENTRY:**

(HGT) <u>3rd</u> **day Jury Trial**                    (Court Reporter: Breck Record)

<u>**Appearances**</u>:

Plaintiff's Counsel: Frank Costilla and Alejandro Garcia

<u>Defendant's Counsel: Hugh Touchy and Ryan Henry</u>

     1:50 p.m. Trial reconvened; witness Carlos Rubenstein and Paul Calapa sworn. Paul Calapa testifies.
     2:06 p.m. Plaintiff Juan Pequeno testifies.
     3:26 p.m. Recess taken.
     3:56 p.m. Juan Pequeno continues testifying.
     5:00 p.m. Court recessed for the evening and to resume on 2/14/02 at 9:00 a.m.