64

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Rick Roberts  ■ Julie Lehrman |
| DATE | 02 / 14 / 02 |
| TIME | 9:15 a.m. — 11:56 a.m. <br> 1:43 p.m. — 6:30 p.m. |
| CIVIL ACTION | B / 00 / 180 |
| STYLE | Pequeno, et al <br> *versus* <br> City of Brownsville, et al |

United States District Court
Southern District of Texas
FILED
FEB 14 2002
Michael N. Milby, Clerk of Co

**DOCKET ENTRY:**

(HGT) **4th day Jury Trial**                                    (Court Reporter: Breck Record)

**Appearances**:

Plaintiff's Counsel: Frank Costilla and Alejandro Garcia

<u>Defendant's Counsel: Hugh Touchy and Ryan Henry</u>

    9:15 a.m. Trial reconvened; Plaintiff Juan Pequeno continues testifying.
    10:36 a.m. Recess taken.
    11:02 a.m. Trial resumed; witness Efren Fernandez testifies.
    11:56 a.m. Lunch recess.
    1:43 p.m. Jury brought in. Witnesses sworn: Carlos Barrera, Kenneth McCoin and Donna Johnson. Mr. McCoin testifies.
    2:30 p.m. Mr. Pequeno recalled to testify.
    2:35 p.m. Defendant calls Donna Johnson. Court instructs jury on calling a witness out of turn. Ms. Johnson testifies.
    3:06 p.m. Recess taken.
    3:28 p.m. Trial resumed. Witness Carlos Rubenstein testifies.
    5:00 p.m. Witnesses Gail Bruciak, Rachel Figueroa, Jackie Montes and Pete Gonzalez were sworn and testified.

**February 14, 2002**
**Pequeno vs. City of Brownsville**
**Cause No. 00cv180**
**Court Minutes– Page 2**

  5:42 p.m. Plaintiff offers previously admitted exhibit No. 59 regarding attorneys fees; admitted as stipulated by the parties. Plaintiff rests.
  5:45 p.m. Jury excused until *2/15/02 at 9:30 a.m.*
  5:46 p.m. Defendants' Rule 50 Motion for Judgment as a Matter of Law at Close of Plaintiff's Case in Chief, Denied. Defendant's written Rule 50 Motion filed.
  5:56 p.m. Charge conference had.
  6:30 p.m. Court recessed for the evening; Counsel to appear at *9:15* in the morning to review jury charge.