# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ☐ Rick Roberts     ■ Julie Lehrman | | | |
| DATE | 02 | 15 | 02 | |
| TIME | 9:34 | a.m. | 12:30 | p.m. |
| | 1:43 | p.m. | 9:07 | p.m. |
| CIVIL ACTION | B | 00 | 180 | |
| STYLE | Pequeno, et al *versus* City of Brownsville, et al | | | |

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby, Clerk of Court

**DOCKET ENTRY:**

(HGT) <u>5th</u> day Jury **Trial**                    (Court Reporter: Breck Record)

**Appearances**:

Plaintiff's Counsel: Frank Costilla and Alejandro Garcia

<u>Defendant's Counsel: Hugh Touchy and Ryan Henry</u>

    9:34 a.m. (Outside jury) Plaintiff's request to offer Exhibit #42 (audiocassette recording of Texas Workforce Commission teleconference) Discussion had. Parties agreed to submit excerpt of written transcript to the jury instead of redacting the audiocassette. Court will allow the excerpt of the written transcript only and will have it marked as Exhibit 42a.

    9:52 a.m. Jury brought in. Court will allow Plaintiffs to reopen its case. Defendant's objections overruled. Portion of audiotape (Exhibit 42) was played to the jury.

    9:56 a.m. Plaintiffs rest. Defendant calls Carlos Barrera to testify.

    10:25 a.m. Defendants rest. Both sides close.

    10:26 a.m. Recess taken. Jury excused momentarily. Charge conference had. Plaintiffs made oral motion for Judgment as a matter of law--granted in part. Defendants' Rule 50 motion denied. Deft's objections to the proposed jury charge overruled.

    11:14 a.m. Jury brought in. Jury Charge read.

    11:31 a.m. Final arguments made by counsel

    12:31 p.m. Jury retired to the jury room with instructions by the Court to select a Presiding Juror and advise the Court if they wish to take a lunch break or begin deliberations. Counsel certified trial exhibits.

**February 15, 2002**
**Pequeno vs. City of Brownsville**
**Cause No. 00cv180**
**Court Minutes– Page 2**

12:33 p.m. Jury Note No. 1 received and filed. Jury excused for lunch.
1:43 p.m. Jury reconvened and began deliberating.
4:49 p.m. Jury Note No. 2 received and filed; Response by Court filed.
6:47 p.m. Jury Note No. 3 received and filed; Response(s) by Court filed.
7:47 p.m. Jury Note No. 4 received and filed; (no response needed).
8:58 p.m. Jury Note No. 5 received and filed. Verdict reached.
9:03 p.m. Jury brought in. Verdict read. Verdict received and filed. Jurors excused.
9:06 p.m. Final judgment as to form to be submitted by March 18, 2002.
9:07 p.m. Court adjourned.