6

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Juan Pequeno<br><br>*versus*<br><br>City of Brownsville, Ivan Welker, in his official capacity and Carlos Rubinstein, in his official capacity | CASE NO. B-00-180<br><br>AMENDED<br>Exhibit List |
|---|---|
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiff | Proceeding Date: February 7, 2002 |

United States District C
Southern District of T
FILED
FEB 15 2002
Michael N. Milby, Clerk of

| No. | Description | Adm | Date |
|---|---|---|---|
| 1 | Job Description for Brownsville City Manager | ✓ | 2/12/02 |
| 2 | City of Brownsville Agreed Upon-Procedures dated September 17, 1998 | ✓ | 2/12/02 |
| 3 | City of Brownsville Agenda Request Form dated October 20, 1998 | ✓ | 2/12/02 |
| 4 | Purchasing Department Memorandum dated October 15, 1998 | ✓ | 2/12/02 |
| 5 | Purchasing Department Memorandum dated October 23, 1998 | ✓ | 2/12/02 |
| 6 | Memo to Carlos Rubinstein from Juan Pequeno dated October 29, 1998 on first proposal | ✓ | 2/12/02 |
| 7 | City Manager's Office Memorandum dated November 4, 1998 | ✓ | 2/12/02 |
| 8 | Memo to Carlos Rubinstein from Juan Pequeno dated November 9, 1998 on second proposal | ✓ | 2/12/02 |
| 9 | Letter to Juan Pequeno from Ivan Welker dated November 19, 1998 regarding Pre-Disciplinary Hearing | ✓ | 2/12/02 |
| 10 | Letter to Juan Pequeno from Ivan Welker dated November 24, 1998 | ✓ | 2/12/02 |
| 11 | City of Brownsville City Charter and Amendments | ✓ | 2/12/02 |
| 12 | City of Brownsville Personnel Policies Manual dated July 7, 1998 | ✓ | 2/12/02 |
| 13 | Letter to Juan Pequeno from Carlos Rubinstein dated December 4, 1998 regarding Appeal Hearing | ✓ | 2/12/02 |
| 14 | City Manager's Office Memorandum dated December 7, 1998 regarding appeal hearing | ✓ | 2/12/02 |
| 15 | Letter to Juan Pequeno from Carlos Rubinstein dated December 9, 1998 | ✓ | 2/12/02 |
| 16 | Letter to Juan Pequeno from Carlos Rubinstein dated December 14, 1998 | ✓ | 2/12/02 |

| | | Adm. | DATE |
|---|---|---|---|
| 17 | **WITHDRAWN** (Personnel File of Juan Pequeno) | | |
| 18 | City of Brownsville Performance Evaluation Form on Juan Pequeno | ✓ | 2/12/02 |
| 19 | City of Brownsville Personnel Action Notice dated December 14, 1998 | ✓ | 2/12/02 |
| 20 | **WITHDRAWN** (Affidavit of Lanny Lambert dated September 19, 2001) | | |
| 21 | Job Description for Brownsville Assistant City Manager | ✓ | 2/12/02 |
| 22 | Memo to Carlos Rubinstein from Juan Pequeno dated October 20, 1998 regarding Annual Leave | ✓ | 2/12/02 |
| 23 | City of Brownsville Report of Absence dated October 20, 1998 | ✓ | 2/12/02 |
| 24 | **WITHDRAWN** (Letter to Juan Pequeno from Ivan Welker dated November 19, 1998 regarding Pre-Disciplinary Hearing) | | |
| 25 | Job Description for Brownsville EMS Director | ✓ | 2/12/02 |
| 25a | Memorandum to Carlos Rubinstein from Arturo Rodriguez dated September 25, 1998 regarding EMS Billing System | ✓ | 2/12/02 |
| 26 | City of Brownsville Check #102177 dated December 17, 1998 for $13,922.51 | ✓ | 2/12/02 |
| 27 | City of Brownsville Check #020887 dated May 7, 2001 for $13,922.51 | ✓ | 2/12/02 |
| 28 | Letter to Juan Pequeno from Andres Vega, Jr. dated August 8, 1994 | ✓ | 2/12/02 |
| 29 | Job Assignments for Brownsville MIS Director | ✓ | 2/12/02 |
| 30 | Transcript of City of Brownsville City Commission Meeting of October 20, 1998 | ✓ | 2/12/02 |
| 31 | Video of City of Brownsville City Commission Meeting of October 20, 1998 | ✓ | 2/12/02 |
| 32 | Memo to Henry Gonzalez, et al. from Juan Pequeno dated November 16, 1998 regarding Mismanagement by the City Manager and Assistant City Manager | ✓ | 2/12/02 |
| 33 | Memo to Henry Gonzalez, et al. from Juan Pequeno dated November 23, 1998 regarding Continuous harassment and scheming threats by City Manager and Assistant City Manager | ✓ | 2/12/02 |
| 34 | Memo to Carlos Rubinstein from Juan Pequeno dated December 2, 1998 regarding Appeal of the decision by Assistant City Manager and City Manager to separate MIS Director from City | ✓ | 2/12/02 |
| 35 | Memo to Carlos Rubinstein from Juan Pequeno dated December 5, 1998 regarding meeting on December 7, 1998 | ✓ | 2/12/02 |
| 36 | Memo to Carlos Rubinstein from Juan Pequeno dated December 8, 1998 regarding meeting on December 9, 1998 | ✓ | 2/12/02 |
| 37 | Memo to Carlos Rubinstein from Juan Pequeno dated December 11, 1998 regarding meeting on December 11, 1998 | ✓ | 2/12/02 |
| 38 | Prescription from Keeble & Jones, P.A. for Juan Pequeno dated December 4, 1998 | ✓ | 2/12/02 |

Adm.   DATE

| | | | |
|---|---|---|---|
| 39 | Texas Municipal Retirement System Handbook (Revised 1996) | ✓ | 2/12/02 |
| 39a | City of Brownsville, Your Group Life and Accidental Death and Dismemberment Benefits effective October 1, 2000 | ✓ | 2/12/02 |
| 40 | **WITHDRAWN** (City of Brownsville Payroll Computer Printout on Juan Pequeno) | | |
| 41 | Letter to Juan Pequeno from Efren Fernandez dated January 7, 1999 | ✓ | 2/12/02 |
| 42 | **WITHDRAWN** (Audio Cassettes of Texas Workforce Commission Teleconference) | | |
| 42a | EXCERPT OF AUDIOTAPE | ✓ | 2/15/02 |
| 43 | Letter to IRS from Juan Pequeno dated August 15, 1998 with attachments (2) | ✓ | 2/12/02 |
| 44 | IRS Notice to Juan Pequeno dated August 16, 2000 proposing changes to 1998 Tax Return with attachments (4) | ✓ | 2/12/02 |
| 45 | Letter to IRS from Juan Pequeno dated August 23, 2000 regarding Texas Commission on Human Rights claim with attachments (2) | ✓ | 2/12/02 |
| 46 | IRS letter to Juan Pequeno dated October 12, 2000 with attachments (2) | ✓ | 2/12/02 |
| 47 | IRS letter to Juan Pequeno dated November 3, 2000 | ✓ | 2/12/02 |
| 48 | **WITHDRAWN** (Letter to Ryan Henry from Juan Pequeno dated May 7, 2001) | | |
| 49 | **WITHDRAWN** (Statement of Paul Calapa dated November 23, 1998) | | |
| 50 | **WITHDRAWN** (Report of Kenneth G. McCoin, Ph.D., C.F.A. dated September 21, 2001) | | |
| 51 | Resume of Kenneth G. McCoin | ✓ | 2/12/02 |
| 52 | Monthly Labor Review June 2001 | ✓ | 2/12/02 |
| 53 | Economic Report of the President Transmitted to the Congress January 2001 | ✓ | 2/12/02 |
| 54 | U.S. Department of Labor, Employer Costs for Employee Compensation - March 1999 | ✓ | 2/12/02 |
| 55 | National Vital Statistics Reports, United States Abridged Life Tables, 1996, Volume 47 No. 13 | ✓ | 2/12/02 |
| 56 | Worklife Estimates: Effects of Race and Education, U.S. Department of Labor February 1986 | ✓ | 2/12/02 |
| 57 | Calculation Worklife Table for Past and Future Earnings on Juan Pequeno | ✓ | 2/12/02 |
| 58 | **WITHDRAWN** (Excerpts from the Oral and Videotape Deposition of Arturo Rodriguez taken on November 8, 2001) | | |
| 59 | Itemized attorneys' fees | ✓ | 2/12/02 |