| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS ||
|---|---|
| Juan Pequeno<br><br>*versus*<br><br>City of Brownsville, Ivan Welker, in his official capacity and Carlos Rubinstein, in his official capacity | CASE NO. B-00-180<br><br>**Amended** Witness List<br><br>*FILED FEB 15 2002 Michael N. Milby, Clerk of C* |
| Judge Hilda G. Tagle | Case Manager: Estella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiff | Proceeding Date: February 7, 2002 |

1. Carlos Rubinstein
   Market Square
   P.O. Box 911
   Brownsville, Texas 78520
   (956) 548-6063
   Previous City Manager, has knowledge of the facts made the basis of this suit.

2. Ivan Welker
   Market Square
   P.O. Box 911
   Brownsville, Texas 78520
   (956) 548-6063
   Assistant City Manager, has knowledge of the facts made the basis of this suit.

3. Arturo Rodriguez
   665 Acacia Lake Drive
   Brownsville, Texas 78521
   (956) 821-5699
   Former EMS Director, has knowledge of the facts made the basis of this suit.

4. Pete Gonzalez
   Market Square
   P.O. Box 911
   Brownsville, Texas 78520
   (956) 548-6063
   Finance Director, has knowledge of the facts made the basis of this suit.

**Witness List**                                                          Page 1

5.     Juan Pequeno
       P.O. Box 5692
       Brownsville, Texas 78523
       (956) 542-2470
       Plaintiff, has knowledge of the facts made the basis of this suit.

6.     Efren Fernandez
       Market Square
       P.O. Box 911
       Brownsville, Texas 78520
       (956) 548-6063
       Human Resource Director, has knowledge of the facts made the basis of this suit.

7.     Lynn Pequeno
       P.O. Box 5692
       Brownsville, Texas 78523
       (956) 542-2470
       Plaintiff's wife, has knowledge of the facts made the basis of this suit.

8.     Paul Calapa
       Market Square
       P.O. Box 911
       Brownsville, Texas 78520
       (956) 548-6063
       Purchasing Department, has knowledge of the facts made the basis of this suit.

9.     Rachel Figueroa
       Market Square
       P.O. Box 911
       Brownsville, Texas 78520
       (956) 548-6063
       City Manager's Secretary, has knowledge of the facts made the basis of this suit.

10.    Jackie Montes
       Market Square
       P.O. Box 911
       Brownsville, Texas 78520
       (956) 548-6063
       Secretary, has knowledge of the facts made the basis of this suit.

**Witness List**                                                                                             **Page 2**

11. Gail Bruciak
    Market Square
    P.O. Box 911
    Brownsville, Texas 78520
    (956) 548-6063
    Current MIS Director, has knowledge of the facts made the basis of this suit.

12. Carlos Barrera
    Long, Chilton, Payte & Hardin, Auditors
    P.O. Box 2135
    Brownsville, Texas 78522-2135
    (956) 546-1655
    Accountant, has knowledge of the facts made the basis of this suit.

13. Long, Chilton, Payte & Hardin, Auditors
    P.O. Box 2135
    Brownsville, Texas 78522-2135
    (956) 546-1655
    Accounting Firm, has knowledge of the facts made the basis of this suit.

14. Kenneth McCoin, Ph.D.
    7670 Woodway, Suite 171
    Houston, Texas 77063
    Plaintiff's expert who will testify as to Plaintiff's loss of wages and benefits, past and future.

15. Frank Costilla
    Law Offices of Frank Costilla, P.L.L.P.
    5 East Elizabeth Street
    Brownsville, Texas 78520
    Attorney-in-charge for Plaintiff, and will testify to reasonable and necessary attorney's fees.

16. Alejandro J. Garcia
    Law Offices of Frank Costilla, P.L.L.P.
    5 East Elizabeth Street
    Brownsville, Texas 78520
    Attorney for Plaintiff, and will testify to reasonable and necessary attorney's fees.