71

Answer Question No. 3 only if you answered "yes" to Question No. 1, and answered "no" to Question No. 2. Otherwise, do not answer Question No. 3.

**Question No. 3.** What sum of money, if any, will reasonably and fairly compensate the Plaintiff? Answer in dollars and cents.

*Jury Verdict*
*CAB-00-180*

a. Compensatory Damages $ _400,359.00_

b. Attorneys' Fees $ _20,395.00_

**SO SAY WE ALL**

Presiding Juror: _Jaime L. Rodriguez_     Date: _2-15-02_

United States District Court
Southern District of Texas
FILED

FEB 15 2002   9:04p

Michael N. Milby, Clerk of Court

15