72

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Juan Pequeno* §
§
vs. § CIVIL ACTION: B- 00-180
*City of Brownsville, et al.* §
§

United States District Court
Southern District of Texas
FILED

## Certification of Trial Exhibits

FEB 15 2002  12:31 p

Michael N. Milby, Clerk of Court

We find the trial exhibits admitted into evidence for all parties to be accurate and ready for presentation to the jury for use during their deliberations.

Date 2/15/02

Attorney for Plaintiff(s)

_____

Attorney for Defendant(s)

_____