73

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

Note Number: ___1___          Case Number: ___CV-00-180___

United States District Court
Southern District of Texas
FILED

Dear Judge Tagle:

FEB 1 5 2002  12:33

☒   We would like to take a break until __2__ : __00__ PM     Michael N. Milby, Clerk of Court

☐   We have reached a verdict.

☐   _____

_____

_____

_____

_____

Jaime L. Rodriguez
_____
Foreman

Date: _2-15-02_          Time: _12:32_

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*