74

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 15 2002  4:49

Michael N. Milby, Clerk of Court

## JURY NOTE

Note Number: __2__        Case Number: __CV-00-180__

Dear Judge Tagle:

☐   We would like to take a break until ____:____.

☐   We have reached a verdict.

☒   We are in disagreement with Question One. IT seems unlikely that an agreement on Question One will be reached by futher deliberation.

Jaime L. Rodriguez
/s/ Jaime L. Rodriguez
Foreman

Date: __2-15-02__      Time: __4:43__

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*