IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno,<br>    Plaintiff | §<br>§<br>§<br>§<br>§ | |
| v. | § | Civil ACTION NO. B-00-180 |
| City of Brownsville, et al.,<br>    Defendant. | §<br>§<br>§ | |

## ORDER

BE IT REMEMBERED, that on February 15, 2002, the Court considered Jury Note Number 2 in which the jury informed the Court that it is deadlocked. In response, the Court answered as follows:

<u>Members of the Jury</u>:

I ask that you continue your deliberations in an effort to agree upon a verdict and dispose of this case.

This is an important case. The trial has been expensive in time, effort, and money to both the plaintiff and the defendant. If you should fail to agree on a verdict, the case is left open and must be tried again. Obviously, another trial would only serve to increase the cost to both sides, and there is no reason to believe that the case can be tried again by either side better or more exhaustively than it has been tried before you.

Any future jury must be selected in the same manner and from the same source as you were chosen, and there is no reason to believe that the case could ever be submitted to seven men and women more conscientious, more impartial, or more competent to decide it, or that more or clearer evidence could be produced.

i

Remember at all times that no juror is expected to yield a good faith opinion he or she may have as to the weight or effect of the evidence. But remember also that, after full deliberation and consideration of the evidence in this case, it is your duty to agree upon a verdict if you can do so without surrendering your good faith opinion.

You may be as leisurely in your deliberations as the occasion may require and should take all the time which you may feel is necessary.

I will ask now that you continue your deliberations with these additional comments in mind to be applied, of course, in conjunction with all of the instructions I have previously given to you.

DONE at Brownsville, Texas, this 15th day of February 2002.

_____
Hilda G. Tagle
United States District Judge