76

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby, Clerk of C—

Note Number: __3__     Case Number: __CV-00-180__

Dear Judge Tagle:

☐    We would like to take a break until ____:____.

☐    We have reached a verdict.

☒    Could The wording Substantial or be removed from Question One

Jaime L. Rodriguez
_Jaime L. Rodriguez_
Foreman

Date: __2-15-02__     Time: __6:45 P.M.__

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*