IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno, <br>     Plaintiff | § § § § § § § § § § | |
| v. | | Civil ACTION NO. B-00-180 |
| City of Brownsville, et al., <br>     Defendant. | | |

ORDER

BE IT REMEMBERED, that on February 15, 2002, the Court considered Jury Note Number 3. In response, the Court answered as follows:

<u>Members of the Jury</u>:

You may not delete the language you have inquired about. You must make a decision using the law as it has been given to you in the instruction.

I will ask that you continue your deliberations with these additional comments in mind to be applied, of course, in conjunction with all of the instructions I have previously given to you.

DONE at Brownsville, Texas, this 15th day of February 2002.

                                              Hilda G. Tagle
                                              United States District Judge