**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 15 2002
7:27

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Juan Pequeno,<br>　　　　Plaintiff | § <br> § <br> § <br> § <br> § | |
| v. | § | Civil ACTION NO. B-00-180 |
| City of Brownsville, et al.,<br>　　　　Defendant. | § <br> § <br> § | |

ORDER

BE IT REMEMBERED, that on February 15, 2002, the Court considered Jury Note Number 3.  In response, the Court answered as follows:

<u>Members of the Jury</u>:

With regard to Jury Question No. 1, you may decide that the Plaintiff's protected First Amendment speech was a substantial factor;

**or**

you may find that the protected First Amendment speech was a motivating factor.

I will ask that you continue your deliberations with these additional comments in mind to be applied, of course, in conjunction with all of the instructions I have previously given to you.

DONE at Brownsville, Texas, this 15th day of February 2002.

Hilda G. Tagle
United States District Judge

1