## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby, Clerk of Court

## JURY NOTE

Note Number: ___4___          Case Number: __CV-00-180__

Dear Judge Tagle:

☐   We would like to take a break until ____:____.

☐   We have reached a verdict.

☒   We're going to use the speech moteraters baton

_____

Jaime L. Rodriguez
Foreman

Date: __2-15-02__   Time: __7:43__

*If you need to communicate with the judge,*
*please complete this form and hand it to the marshal.*