# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby, Clerk of Court

Note Number: __5__   Case Number: __CV-00-180__

Dear Judge Tagle:

☐ We would like to take a break until ____:____.

☒ We have reached a verdict.

☐ _____

Jaime L. Rodriguez
_____
Foreman

Date: __2-15-02__   Time: __8:51 P.M.__

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*