```
         IN THE UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION
```

                                              United States District Court
                                              Southern District of Texas
                                                      FILED

                                                   FEB 2 6 2002

                                                 Michael N. Milby
                                                  Clerk of Court

```
_____
                                  )
JUAN PEQUENO                      )
                                  )
                                  )  CIVIL ACTION NO.
VS.                               )  B-00-180
                                  )
CITY OF BROWNSVILLE, TEXAS        )
                                  )
_____)
```

                    EXCERPT OF TESTIMONY OF:
                          JUAN PEQUENO
              BEFORE THE HONORABLE HILDA G. TAGLE
                     FEBRUARY 13 & 14, 2002

APPEARANCES:


For the Plaintiff:           MR. FRANK COSTILLA, JR.
                             MR. ALEJANDRO GARCIA
                             Attorneys at Law
                             Brownsville, Texas

For the Defendant            MR. HUGH TOUCHY
                             MR. RYAN S. HENRY
                             Brownsville, Texas

Transcribed by:              BRECK C. RECORD
                             Official Court Reporter
                             600 E. Harrison, Box 16
                             Brownsville, Texas  78520
                             (956)548-2510




              Captured and Transcribed by Computer - Eclipse