83

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**FEB 2 6 2002**

Michael N. Milby
Clerk of Court

JUAN PEQUENO )
)
)
) CIVIL ACTION NO.
VS. ) B-00-180
)
CITY OF BROWNSVILLE, TEXAS )
)


EXCERPT OF TESTIMONY OF:
CARLOS RUBINSTEIN
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 14, 2002

APPEARANCES:


For the Plaintiff:          MR. FRANK COSTILLA, JR.
                            MR. ALEJANDRO GARCIA
                            Attorneys at Law
                            Brownsville, Texas

For the Defendant           MR. HUGH TOUCHY
                            MR. RYAN S. HENRY
                            Brownsville, Texas

Transcribed by:             BRECK C. RECORD
                            Official Court Reporter
                            600 E. Harrison, Box 16
                            Brownsville, Texas  78520
                            (956)548-2510


Captured and Transcribed by Computer - Eclipse