IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Pequeno, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, et al., | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED, that on March 19, 2002, the Court **ORDERED** the Parties to inform the Court whether all Parties are in agreement as to the form of the judgment proposed by Plaintiff on March 8, 2002. The Parties will so advise the Court by 3 p.m. C.S.T. on Friday, March 22, 2002.

DONE at Brownsville, Texas, this 19 day of March 2002.

Hilda G. Tagle
United States District Judge