UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-180 |
| | § | (Jury Requested) |
| CITY OF BROWNSVILLE, IVAN WELKER, | § | |
| in his official capacity, and CARLOS | § | |
| RUBINSTEIN, in his official capacity | § | |

## DEFENDANTS' NOTICE TO COURT IN RESPONSE TO COURT ORDER OF MARCH 19, 2002.

TO THE HONORABLE DISTRICT COURT:

NOW COMES the City of Brownsville, Ivan Welker, and Carlos Rubinstein, in their official capacities Defendants in the above styled and numbered case, and files this, their notice to the Court in response to the Court's order of March 19, 2002 and would advise the Court of the following:

1. This action was tried before a jury on February 11, 2002 and the jury returned a verdict.

2. On February 22, 2002 Plaintiff filed a proposed Final Judgment to be considered by the Court. However, this proposed Final Judgment incorrectly stated the amount awarded by the jury.

3. On March 11, 2002 Plaintiff filed his First Amended Final Judgment which corrected the typographical error.

4. On March 19, 2002 this Court ordered the parties to inform the Court whether all parties are in agreement with the form of the proposed final judgment.

5. Defendants now advise the Court that it is in agreement with the FORM only of the First Amended Final Judgment, but is not in agreement with the substance. Defendants are not

in agreement with the form or substance of the original Final Judgment proposed by the Plaintiff as it incorrectly states the amount awarded by the jury.

6. Defendants submit this notice as their response to this Court's order of March 19, 2002.

~~January 29~~ March 22, 2002.

                                  Respectfully submitted,

                                  **WILLETTE & GUERRA, L.L.P.**
                                  International Plaza, Suite 460
                                  3505 Boca Chica Boulevard
                                  Brownsville, Texas 78504
                                  Telephone   : (956) 541-1846
                                  Facsimile    : (956) 541-1893

                                  BY: _____
                                        RYAN HENRY
                                        State Bar No. 24007247
                                        Fed. Id. No. 22968

                                  **ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the above and foregoing Agreed Motion to Mediate has been served on all counsel of record, via certified mail return receipt requested as follows:

Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

on this the ___22___ day of March, 2002.

_____
RYAN HENRY