IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 26 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Pequeno, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-180 |
| City of Brownsville, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on March 26, 2002, the Court **ORDERED** that the Plaintiff Juan Pequeno recover of the Defendants City of Brownsville, Ivan Welker in his Official Capacity as Former Assistant City Manager and Carlos Rubenstein in his Official Capacity as Former City Manager, the sum of $400,359.00 in United States Currency for compensatory damages, and $20,385.00 in attorneys' fees with postjudgment interest thereon to be calculated at a rate of 2.66% per annum as provided for under 28 U.S.C. § 1961, and his costs of action.

DONE at Brownsville, Texas, this 26th day of March 2002.

Hilda G. Tagle
United States District Judge