IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, | § | (Jury Requested) |
| IVAN WELKER (In His Official Capacity as | § | |
| Former Assistant City Manager), | § | |
| and CARLOS RUBINSTEIN (In His Official | § | |
| Capacity as Former City Manager) | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RENEWED
RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW**

TO THE HONORABLE U.S. DISTRICT COURT:

Plaintiff JUAN PEQUENO files his Response to Defendant's Renewed Rule 50 Motion for Judgment as a Matter of Law and in support of said response would show the Court as follows, to-wit:

1. This action came on for trial on February 11, 2002, before the Court and a jury, Honorable Hilda G. Tagle, United States District Judge for the Southern District of Texas, presiding. Final Judgment in this cause was entered by the Court on March 26, 2002.

2. The issues presented in Defendants' Renewed Rule 50 Motion for Judgment as a Matter of Law are the same identical issues which Defendant has previously presented to this Court in its Motion for Summary Judgment, at the conclusion of Plaintiff's case in chief, and again at the conclusion of Defendants' case in chief.

3. At each of these junctures, and particulary in its Order Denying Defendants' Summary Judgment on February 7, 2002, the Court has carefully reviewed and analyzed each of these legal

issues in detail and determined that Defendants are not entitled to judgment as a matter of law.

4. Accordingly, Plaintiff urges that Defendants' present motion is without merit and should be denied in all respects.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, P.L.L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

_____
Frank Costilla
State Bar No. 04856500
Federal I.D. No. 1509
**Alejandro J. Garcia**
State Bar No. 24004663
Admitted *Pro Hac Vice*

CERTIFICATE OF SERVICE

On this the 8th day of April, 2002, a true and correct copy of the above and foregoing document was sent to all counsel involved in the manner indicated below:

| | |
|---|---|
| Mr. Ryan Henry<br>**Willette & Guerra, L.L.P.**<br>International Plaza, Suite 460<br>3505 Boca Chica Blvd.<br>Brownsville, Texas 78521 | Via **CM/RRR # 7001 0320 0004 7246 9045** |

_____
Alejandro J. Garcia