IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| PLAINTIFF, | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, et al., | § | |
| DEFENDANTS. | § | |

### ORDER

BE IT REMEMBERED that on April ___15___, 2002, the Court **DENIED** Defendants' Renewed Rule 50 Motion for Judgment as a Matter of Law [Dkt. No. 86].

Plaintiff Juan Pequeno filed this suit on November 27, 2000, after his termination from employment with the City of Brownsville. After the partial denial of Defendants' Motion for Summary Judgment [Dkt. No. 57]. The action came on for trial by jury on February 11, 2002, and a verdict was returned in favor of Plaintiff. After Plaintiff rested his case in chief, Defendants moved for Judgment as a Matter of Law [Dkt. No. 65]. The Court denied the motion [id.]. At the end of all the evidence, Defendants re-urged their Motion for Judgment as a Matter of Law, which was denied a second time by the Court [Dkt. Nos. 66 & 81]. Final Judgment was entered by the Court on March 26, 2002. For the third time, Defendants now urge a substantially identical motion. Because the Court has previously considered each of the arguments articulated in the latest motion in the Court's previous two denials as well as its denial of summary judgment, the motion is **DENIED**.

DONE this ___15___ day of April, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge