UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, | § | (Jury Requested) |
| IVAN WELKER, AND CARLOS | § | |
| RUBINSTEIN in their official capacities | § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendants CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN, in their official capacities, and files this Notice of Appeal and in support thereof would show as follows:

1. Plaintiff filed his Original Petition on November 27, 2000. Defendants were served on March 2, 2001 and timely answered. Trial began before a jury on February 11, 2002 and the jury returned a verdict on February 15, 2002. On March 26, 2002, this Court entered its final judgment. Defendants now appeal such final judgment.

2. Notice is hereby given that Defendants CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN, in their official capacities, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered March 26, 2002 in this matter. This notice is timely filed.

Signed April 15, 2002

                           Respectfully submitted,

                           WILLETTE & GUERRA, L.L.P.
                           International Plaza, Ste. 460
                           3505 Boca Chica Blvd.
                           Brownsville, Texas 78521
                           Telephone: (956) 541-1846
                           Facsimile: (956) 541-1893

                           By: _____
                                Ryan Henry
                                State Bar No. 24007347
                                Federal Bar No. 22968

                           Attorneys for Defendant
                           CITY OF BROWNSVILLE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Notice of Appeal has been served by mailing same, certified mail, return receipt requested and via facsimile, on April 15, 2002, on all counsel of record as follows:

**VIA FACSIMILE: 956/544-3152CMRRR#**
Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

_____
Ryan Henry

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require conference among the attorneys prior to the filing of a notice of appeal.

_____
Ryan Henry