UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 24 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN PEQUENO § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, § | (Jury Requested) |
| IVAN WELKER, AND CARLOS § | |
| RUBINSTEIN in their official capacities § | |

### DEFENDANT'S REQUEST FOR TRANSCRIPT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

NOW COMES THE CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN in their official capacities, named Defendants and files this its Request for Trial Transcript and hereby requests the court reporter of the Federal District Court to include the following in the appellate record:

1. A certified transcript of the entire trial, including all testimony and arguments of the parties.

Signed on, April 24, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: /s/ Ryan Henry
Ryan Henry
State Bar No. 24007347
Federal No. 22968
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on, April 24, 2002 a true and correct copy of the above and foregoing has been forwarded via certified mail return receipt requested to the following:

Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

                                                            /s/ Ryan Henry