UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, | § | (Jury Requested) |
| IVAN WELKER, AND CARLOS | § | |
| RUBINSTEIN in their official capacities | § | |

## DEFENDANT'S REQUEST FOR CLERK'S RECORD

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

NOW COMES THE CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN in their official capacities, named Defendants and files this its Request for Clerk's Record under the Federal Rules of Appellate Procedure and hereby requests the Clerk of the Federal District Court to include the following in the appellate record:

1.  All of Plaintiff's pleadings, petitions, responses, motions and orders and all exhibits attached to any such pleadings, pleas or motions;

2.  All of Defendant's pleadings, petitions, answers, responses, motions, pleas and orders and all exhibits attached to any such pleadings, pleas or motions;

3.  A certified copy of court's docket sheet;

4.  Any request for findings of fact and conclusions of law and the court's orders on the motions;

5.  Any orders signed by the court;

6.  Any notice of appeal;

7.  Any request for preparation of the clerk's record;

8.  Any request for transcripts;

9.  A certified bill of costs, including the cost of preparing the clerk's record, showing credits for payments made

Signed on, April 24, 2002

                Respectfully submitted,

                WILLETTE & GUERRA, L.L.P.
                International Plaza, Ste. 460
                3505 Boca Chica Blvd.
                Brownsville, Texas 78521
                Telephone: (956) 541-1846
                Facsimile: (956) 541-1893

                By: _____
                        Ryan Henry
                        State Bar No. 24007347
                        Federal No. 22968
                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on, April 24, 2002 a true and correct copy of the above and foregoing has been forwarded via certified mail return receipt requested to the following:

Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

                                                   _____
                                                   Ryan Henry