209

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEQUENO | )<br>)<br>) |
| VS. | ) CIVIL ACTION NO.<br>) B-00-180<br>) |
| CITY OF BROWNSVILLE, TEXAS | )<br>) |

VOLUME II
JURY TRIAL
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 13, 2002

APPEARANCES:

For the Plaintiff:        MR. FRANK COSTILLA, JR.
                          MR. ALEJANDRO GARCIA
                          Attorneys at Law
                          Brownsville, Texas

For the Defendant         MR. HUGH TOUCHY
                          MR. RYAN S. HENRY
                          Attorneys at Law
                          Brownsville, Texas

Transcribed by:           BRECK C. RECORD
                          Official Court Reporter
                          600 E. Harrison, Box 16
                          Brownsville, Texas   78520
                          (956)548-2510

Captured and Transcribed by Computer - Eclipse