IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

JUAN PEQUENO           )
                       )
                       )
                       ) CIVIL ACTION NO.
VS.                    ) B-00-180
                       )
CITY OF BROWNSVILLE, TEXAS )
                       )

VOLUME III
JURY TRIAL
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 14, 2002

APPEARANCES:

For the Plaintiff:      MR. FRANK COSTILLA, JR.
                        MR. ALEJANDRO GARCIA
                        Attorneys at Law
                        Brownsville, Texas

For the Defendant       MR. HUGH TOUCHY
                        MR. RYAN S. HENRY
                        Attorneys at Law
                        Brownsville, Texas

Transcribed by:         BRECK C. RECORD
                        Official Court Reporter
                        600 E. Harrison, Box 16
                        Brownsville, Texas  78520
                        (956)548-2510

Captured and Transcribed by Computer - Eclipse