

```
IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF TEXAS
        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

JUAN PEQUENO )
)
)
) CIVIL ACTION NO.
VS. ) B-00-180
)
CITY OF BROWNSVILLE, TEXAS )
)

VOLUME IV
JURY TRIAL
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 15, 2002

APPEARANCES:

For the Plaintiff:         MR. FRANK COSTILLA, JR.
                           MR. ALEJANDRO GARCIA
                           Attorneys at Law
                           Brownsville, Texas

For the Defendant          MR. HUGH TOUCHY
                           MR. RYAN S. HENRY
                           Attorneys at Law
                           Brownsville, Texas

Transcribed by:            BRECK C. RECORD
                           Official Court Reporter
                           600 E. Harrison, Box 16
                           Brownsville, Texas  78520
                           (956)548-2510

Captured and Transcribed by Computer - Eclipse