United States District Court
Southern District of Texas
FILED

MAY 1 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEQUENO § | |
| § | |
| VS § | |
| § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, § | |
| IVAN WELKER, In His Official Capacity § | |
| and CARLOS RUBINSTEIN, In His § | |
| Official Capacity § | |

## SUGGESTION OF BANKRUPTCY AND
## NOTICE OF APPOINTMENT OF TRUSTEE

COMES NOW, Michael B. Schmidt ("Schmidt" or "Trustee") and files this Suggestion of Bankruptcy and would say as follows:

1. On December 31, 2001, Plaintiff, Juan Pequeno ("Debtor") filed a bankruptcy petition in Case No. 01-24255-B-7.

2. Schmidt is the duly appointed Trustee in that Chapter 7 Bankruptcy case, which is pending before the Honorable Richard Schmidt.

3. The above styled and numbered proceeding is property of the bankruptcy estate. 11 U.S.C. § 541.

4. Trustee is the representative of the Bankruptcy Estate with the duty of liquidating all property of the bankruptcy estate. See, 11 U.S.C. § 323 and § 704.

5. The Trustee is the necessary and interested party concerning any compromise or settlement of this suit. 11 U.S.C. § 323. Any compromise and settlement is subject to Court approval pursuant to Bankruptcy Rule 9019.

6. Any person or entity taking any act to exercise monetary control over this suit

without Trustee's participation and Court approval is subject to sanctions and damages. See, 11 U.S.C. § 362.

7.  All notices and communications should be directed to Trustee's Counsel:

>  John Vardeman
>  712 American Bank Plaza
>  Corpus Christi, TX  78475
>  (361) 884-9949 Ext. 916

>  Respectfully submitted:
>  LAW OFFICES OF MICHAEL B. SCHMIDT
>
>  By: /s/ John Varde___
>  Michael B. Schmidt
>  John Vardeman
>  712 American Bank Plaza
>  Corpus Christi, Texas 78475
>  E-mail: mbsatty@swbell.net
>  Office: 361/884-9949
>  Fax:    361/884-6000
>  TBN: 17775200
>  TBN: 20496260
>  ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this ___15th___ day of May, 2002 by regular U.S. mail to the persons on the attached list.

Willette & Guerra, LLP
**ATTN: Hugh Touchey**
International Plaza, Ste. 460
Brownsville, TX 78521

Law Office of Frank Castillo, L.L.P.
5 E. Elizabeth Street
Brownsville, TX 78520

Juan Pequeno
P. O. Box 5692
Brownsville, TX 78523

_____
John Vardeman