NOTICE OF APPEAL TO
U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT
FROM AN ORDER OF A DISTRICT COURT

United States District Court for the
Southern District of Texas Brownsville Division

United States District Court
Southern District of Texas
FILED

SEP 1 3 2002

Michael N. Milby
Clerk of Court

File Number: B-00180

| | |
|---|---|
| Juan Pequeno, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| City of Brownsville, et al., ) | |
| ) | |
|     Defendants ) | |

Notice is hereby given that Juan Pequeno, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the 5th Circuit from an order of August 14, 2002 to strike Plaintiff's Motion to Amend Judgment.

Plaintiff won jury verdict on February 15, 2002 for sum of $400,359.00 for violation of 42 U.S.C 1983, freedom of speech, wrongful dismissal from public employment with Defendant plus $20,385.00 for attorney fees.   Honorable Judge Hilda Tagle entered Final Judgment on March 26, 2002 for same amounts as jury verdict.   Final Judgment was appealed by Defendants to the U.S. Court of Appeal, 5th Circuit on April 24, 2002.

Plaintiff's pecuniary damages caused by Defendants were over $1,016,452 which was presented by expert witness Economist at District Court and same amount of damage for mental stress and anguish.   Plaintiff filed for Motion to Amend Judgment on April 5, 2002 because the jury verdict did not make Plaintiff 'whole'.

1

The District Court failed to address the 'make whole' doctrine which applies to employment discrimination cases such as this according to the Title 42 U.S.C. 1983 Law. The District Court failed to Amend Judgment to the amount necessary to cover damages in order to make Plaintiff 'whole' as is allowed by Title 42 U.S.C. 1983 Law.

*Juan Pequeno*
Pro-se Attorney
P.O. Box 5692
Brownsville, Texas 78523
956/542-2470

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, has been served on, September 13, 2002 to all counsel of record, via certified mail return receipt requested to the following:

Willette & Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas  78521
Attorneys for Defendants


_____
Juan Pequeno
P.O. Box 5692
Brownsville, Texas 78523
Pro se Attorney