```
-----------------
    No. 02-40600
-----------------
```

MICHAEL B SCHMIDT, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeno

    Plaintiff - Appellee-Cross-Appellant

v.

CITY OF BROWNSVILLE, TEXAS; ET AL

    Defendants

CITY OF BROWNSVILLE, TEXAS; IVAN WELKER, Assistant City Manager; CARLOS RUBENSTEIN, Previous City Manager

    Defendants - Appellants-Cross-Appellees

United States District Court
Southern District of Texas
FILED

MAR 11 2003

Michael N. Milby
Clerk of Court

CAB-00-180

### ENTRY OF DISMISSAL

Pursuant to appellee-cross-appellant's motion the cross-appeal filed 9/13/02 is dismissed this 6th day of March, 2003, see FED. R. APP. P. 42(b).

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                                 Peter Conners, Deputy Clerk

                              FOR THE COURT - BY DIRECTION

DIS-4

A True Copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy  MAR - 6 2002
New Orleans, Louisiana

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 6, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

MAIL
United States District Court
Southern District of Texas
RECEIVED
MAR 1 1 2003
Michael N. Milby, Clerk

No. 02-40600 Pequeno v. City of Brownsville
USDC No. B-00-CV-180

Enclosed is a certified copy of the judgment issued as the mandate as to the cross-appeal filed on 9/13/02.

Record/original papers/exhibits to be returned.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By Peter Conners, Deputy Clerk
504-310-7685

/pac
cc: w/encl:
    Mr Hugh P Touchy
    Mr Frank Costilla

MDT-1