IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
JUN 2 7 2003
CHARLES R. FULBRUGE III
CLERK

No. 02-40600

CAB-00-180

MICHAEL B SCHMIDT, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeno.

        Plaintiff - Appellee

versus

CITY OF BROWNSVILLE, TEXAS; ET AL

        Defendants

CITY OF BROWNSVILLE, TEXAS; IVAN WELKER, Assistant City Manager; CARLOS RUBENSTEIN, Previous City Manager

        Defendants - Appellants

-----

Appeal from the United States District Court for the
Southern District of Texas (Brownsville)

-----

O R D E R:

With the consent of the parties and in consideration of other pending proceedings, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana

_____
CHARLES R. FULBRUGE III
CLERK OF COURT
ENTERED FOR THE COURT

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 27, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 02-40600 Pequeno v. City of Brownsville
    USDC No. B-00-CV-180

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 11 ) Volumes  ( ) Envelopes  ( 1 ) Box

*7 - Transcripts*
*1 - ~~Black~~ Brown Binder of Exhibits*

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Peter Conners, Deputy Clerk
504-310-7685

/pac
cc: w/encl:
    Mr Hugh P Touchy
    Mr Frank Costilla

MDT-1