United States District Court
Southern District of Texas
FILED

OCT 1 2 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| JUAN PEQUEÑO | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| CITY OF BROWNSVILLE, | § | CIVIL ACTION NO. B-00-180 |
| IVAN WELKER, AND CARLOS | § | (Jury Requested) |
| RUBINSTEIN in their official capacities | § | |

## JOINT MOTION FOR ENTRY OF AGREED MODIFIED FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants City of Brownsville, Ivan Welker, and Carlos Rubinstein, in their official capacities, and Michael B. Schmidt, as Chapter 7 Bankruptcy Trustee, substituted in place and stead of Juan Pequeño, in the above-styled and numbered cause and files this Joint Motion for Entry of Agreed Modified Final Judgment and in support thereof, would respectfully show unto the court as follows:

This action came on for trial on February 11, 2002, before a jury and the Honorable Hilda Tagle, District Judge, presided over the case. The jury was charged, deliberated and returned a verdict on February 15, 2004. The jury rendered its verdict in favor of Plaintiff awarding Plaintiff a judgment in the amount of $400,359.00.

Plaintiff previously filed a voluntary petition for Chapter 7 Bankruptcy on December 31, 2001. Michael B. Schmidt was appointed as Chapter 7 Trustee on January 4, 2001. In case number 01-24255-B-7; *In re Juan Pequeño, Debtor*, the United States Bankruptcy Court for the Southern

District of Texas, Brownsville Division, ordered that all of the final judgment in favor of Debtor Juan Pequeño in this suit is property of the bankruptcy estate, and authorized the Trustee of the bankruptcy estate to mediate and settle the final judgement entered in this suit.

On September 16, 2002, mediation was conducted between the Trustee of the bankruptcy estate and Defendants, wherein a settlement was reached. Through mediation, the parties reached a settlement of the final judgment and the appeal of this suit. The settlement provides for modification of the final judgment reducing the total sum owed to $140,000.00 and provides for dismissal with prejudice of the appeal of this suit in the United States Court of Appeals for the Fifth Circuit, case number 02-40600; *Michael B. Schmidt, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeño v. City of Brownsville, Texas, et al.*, and case number 02-41326; *Michael B. Schmidt, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeño v. City of Brownsville, Texas, et al.* The settlement agreement was approved by the bankruptcy court on September 25, 2002.

On April 1, 2004, United States District Court Judge Andrew S. Hanen ruled that the final judgment in favor of Debtor Juan Pequeño in this suit was non-exempt and property of the bankruptcy estate in case number 03-029; *Juan Pequeño, Debtor v. Michael B. Schmidt, Trustee*, in the United States District Court for the Southern District of Texas, Brownsville Division. On March 4, 2005, the United States Court of Appeals for the Fifth Circuit confirmed that the final judgment in favor of Debtor Juan Pequeño is non-exempt and property of the bankruptcy estate in case number 04-40573; *Juan Pequeño, Debtor v. Michael B. Schmidt, Trustee*, in the United States Court of Appeals for the Fifth Circuit, thereby confirming Chapter 7 Trustee Michael B. Schmidt's full control and authority over the final judgment of this suit.

Defendants City of Brownsville, Ivan Welker, and Carlos Rubinstein, in their official capacities, and Michael B. Schmidt, as Chapter 7 Bankruptcy Trustee, substituted in place and stead of Juan Pequeño, hereby move this Court to set aside the final judgment in this suit in favor of Plaintiff Juan Pequeño and enter an Agreed Modified Final Judgment, dismissing all claims asserted against Defendants with prejudice to their refiling.

WHEREFORE, PREMISES CONSIDERED, Defendants City of Brownsville, Ivan Welker, and Carlos Rubinstein, in their official capacities, and Michael B. Schmidt, as Chapter 7 Bankruptcy Trustee, substituted in place and stead of Juan Pequeño, pray that this Court set aside the final judgment in this suit, enter an Agreed Modified Final Judgment as attached hereto, and dismiss all claims made against Defendants.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937
***Attorney for Defendants***


LAW OFFICE OF MICHAEL B. SCHMIDT
712 American Bank Plaza
Corpus Christi, TX 78475
Telephone: (361) 884-9949
Facsimile: (361) 884-6000

By: _____
Michael B. Schmidt    FBD 10260
State Bar No. 17775200
***Chapter 7 Trustee for the***
***Bankruptcy Estate of Juan Pequeño***

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Plaintiff and he is not opposed to the filing of this motion.

_____
Charles Willette, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____ day of _____ 2005, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

***Via U.S. Regular Mail***
Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

***Via U.S. Regular Mail***
Michael B. Schmidt, Bankruptcy Trustee
555 North Carancahua, Suite 1550
Corpus Christi, Texas 78475

_____
Charles Willette, Jr.