UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| JUAN PEQUEÑO | § § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN in their official capacities | § § § § | CIVIL ACTION NO. B-00-180 (Jury Requested) |

**ORDER GRANTING JOINT MOTION FOR
ENTRY OF AGREED MODIFIED FINAL JUDGMENT**

Be it remembered on the _____ day of _____, 2005, came on to be heard this Joint Motion For Entry of Agreed Modified Final Judgment, and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED this Joint Motion for Entry of Agreed Modified Final Judgment is GRANTED, that the final judgment in this suit be set aside, that the court enter an Agreed Modified Final Judgment, and that all claims made against Defendants in this lawsuit be dismissed with prejudice.

All relief requested and not expressly granted is hereby denied.

ENTERED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:
Mr. Charles Willette, Jr., Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520
Mr. Alejandro Garcia, Law Office of Frank Costilla, 5 E. Elizabeth Street, Brownsville, Texas 78520
Mr. Michael B. Schmidt, Law Office of Michael B. Schmidt, 712 American Bank Plaza, Corpus Christi, Texas 78475