UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| JUAN PEQUEÑO | § § § | |
| VS. | § § § § | |
| CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN in their official capacities | § § § | CIVIL ACTION NO. B-00-180 (Jury Requested) |

**ORDER SETTING HEARING ON JOINT MOTION
FOR ENTRY OF AGREED MODIFIED FINAL JUDGMENT**

On this the ____ day of _____, 2005 came on for consideration this Joint Motion For Entry of Agreed Modified Final Judgment. The court, having reviewed said motion together with the papers on file, is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Joint Motion For Entry of Agreed Modified Final Judgment is hereby set for hearing on the _____ day of _____, 2005 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE

Copies to:
Mr. Charles Willette, Jr., Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520
Mr. Alejandro Garcia, Law Office of Frank Costilla, 5 E. Elizabeth Street, Brownsville, Texas 78520
Mr. Michael B. Schmidt, Law Office of Michael B. Schmidt, 712 American Bank Plaza, Corpus Christi, Texas 78475