UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
(Brownsville Division)

| | | |
|---|---|---|
| JUAN PEQUEÑO | § § § | |
| VS. | § § § | |
| CITY OF BROWNSVILLE, IVAN WELKER, AND CARLOS RUBINSTEIN in their official capacities | § § § | CIVIL ACTION NO. B-00-180 (Jury Requested) |

**AGREED MODIFIED FINAL JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

BE IT REMEMBERED, on this the _____ day of _____ 2005, came on to be heard Defendants' City of Brownsville, Ivan Welker, and Carlos Rubinstein, in their official capacities, and Michael B. Schmidt's, as Chapter 7 Bankruptcy Trustee, substituted in place and stead of Juan Pequeño, (the "Parties") Joint Motion for Entry of Agreed Modified Final Judgment. In said motion, the parties noted that this action came on for trial on February 11, 2002, before a jury and the Honorable Hilda Tagle, District Judge, presided over the case. The jury was charged, deliberated and returned a verdict on February 15, 2004. The jury rendered its verdict in favor of Plaintiff awarding Plaintiff a judgment in the amount of $400,359.00. The Court entered a final judgment awarding Plaintiff $400,359.00 on March 26, 2002.

Plaintiff previously filed a voluntary petition for Chapter 7 Bankruptcy on December 31, 2001. Michael B. Schmidt was appointed as Chapter 7 Trustee on January 4, 2001. In case number 01-24255-B-7; *In re Juan Pequeño, Debtor*, the United States Bankruptcy Court for the Southern

District of Texas, Brownsville Division, ordered that all of the final judgment in favor of Debtor Juan Pequeño in this suit is property of the bankruptcy estate, and authorized the Trustee of the bankruptcy estate to mediate and settle the final judgement entered in this suit.

On April 1, 2004, United States District Court Judge Andrew S. Hanen ruled that the final judgment in favor of Debtor Juan Pequeño in this suit was non-exempt and property of the bankruptcy estate in case number 03-029; *Juan Pequeño, Debtor v. Michael B. Schmidt, Trustee*, in the United States District Court for the Southern District of Texas, Brownsville Division. On March 4, 2005, the United States Court of Appeals for the Fifth Circuit confirmed that the final judgment in favor of Debtor Juan Pequeño is non-exempt and property of the bankruptcy estate in case number 04-40573; *Juan Pequeño, Debtor v. Michael B. Schmidt, Trustee*, in the United States Court of Appeals for the Fifth Circuit, thereby confirming Chapter 7 Trustee Michael B. Schmidt's full control and authority over the final judgment of this suit.

On September 16, 2002, mediation was conducted between the Trustee of the bankruptcy estate and Defendants, wherein a settlement was reached. Through mediation, the parties reached a settlement of the final judgment and the appeal of this suit. The settlement provides for modification of the final judgment reducing the total sum owed to $140,000.00 and provides for dismissal with prejudice of the appeal of this suit in the United States Court of Appeals for the Fifth Circuit, case number 02-40600; *Michael B. Schmidt, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeño v. City of Brownsville, Texas, et al.*, and case number 02-41326; *Michael B. Schmidt, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeño v. City of Brownsville, Texas, et al.* The settlement agreement was approved by the bankruptcy court on September 25, 2002.

IT IS THEREFORE ORDERED AND ADJUDGED that the final judgment previously entered in this suit be set aside and that this Agreed Modified Final Judgment shall be substituted in its place, and that all claims asserted by Juan Pequeño against Defendants City of Brownsville, Ivan Welker, and Carlos Rubinstein, in their official capacities, be dismissed with prejudice.

Signed for entry on this the _____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE

**APPROVED BY:**

Law Office of Frank Costilla, PLLP  
5 E. Elizabeth Street  
Brownsville, Texas 78520  
Telephone: (956) 541-4982  
Facsimile: (956) 544-3152  

By: _____  
Alejandro Garcia  
State Bar No. 24004663  
Fed. I.D. No. 1509  
*Attorney for Plaintiff*

Willette & Guerra, L.L.P.  
1534 East 6th Street, Ste. 200  
Brownsville, Texas 78520  
Telephone: (956) 541-1846  
Facsimile: (956) 541-1893  

By: _____  
Charles Willette, Jr  
State Bar No. 21509700  
Fed. I.D. No. 1937  
*Attorney for Defendants*

Law Office of Michael B. Schmidt  
712 American Bank Plaza  
Corpus Christi, Texas 78475  
Telephone: (361) 884-9949  
Facsimile: (361) 884-6000  

By: _____  
Michael B. Schmidt  
State Bar No. 17775200  
*Chapter 7 Trustee fo the  
Bankruptcy Estate of Juan Pequeño*

Copies to:

Mr. Charles Willette, Jr., Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520  
Mr. Alejandro Garcia, Law Office of Frank Costilla, 5 E. Elizabeth Street, Brownsville, Texas 78520  
Mr. Michael B. Schmidt, Law Office of Michael B. Schmidt, 712 American Bank Plaza, Corpus Christi, Texas 78475