IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN PEQUENO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, ET AL., | § § | |
| Defendants. | § | |

## AGREED MODIFIED FINAL JUDGMENT

BE IT REMEMBERED, that on November 3, 2005, the Court **ORDERED** that Michael Schmidt, as Chapter 7 Bankruptcy Trustee, substituted in place and stead of Plaintiff Juan Pequeno, recover of the Defendants City of Brownsville, Ivan Welker in his Official Capacity as Former Assistant City Manager and Carlos Rubenstein in his Official Capacity as Former City Manager the sum of $140,000.00 in United States Currency. The Court **MODIFIES** the final judgment of March 26, 2002 which awarded the Plaintiff $400,359.00 in compensatory damages. The Court **DISMISSES** all claims with prejudice as acknowledgment of the release of claims by the parties following mediation and settlement approved by the Bankruptcy Court.

DONE at Brownsville, Texas, this 3rd day of November 2005.

Hilda G. Tagle
United States District Judge