NOTICE OF APPEAL TO
U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT
FROM AN ORDER OF A DISTRICT COURT

United States District Court
Southern District of Texas
FILED

NOV 0 8 2005

Michael N. Milby
Clerk of Court

United States District Court for the
Southern District of Texas - Brownsville Division

| | | |
|---|---|---|
| In re | § § | |
| Juan Pequeno, Debtor | § § § § | File No: B-00cv0180 |
| Juan Pequeno, Appellant | § § § | |
| v. | § § | |
| Trustee Michael B. Schmidt, Appellee | § § | |

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Juan Pequeno, Appellant ("Pequeno"), appeals to the United States Court of Appeals for the 5th Circuit from an Order of the District Court for the Southern District of Texas -Brownsville Division, entered in this case on November 3, 2005, such order granting Joint Motion for entry of Agreed Modified Final Judgment.

1. The District Court has failed to acknowledge that Honorable Judge Andrew Hanen's Order of April 1, 2004 rendered the Bankruptcy Court and Trustee Schmidt without Authority, and rendered the settlement of September 25, 2002 moot, when it ruled that Pequeno was converted to Ch13 on August 7, 2002.

2. The District court has failed to consider the fact that Ch7 Trustee Michael Schmidt has been fraudulently with 'unclean hands', bad faith and fraud, in conflict of interest and illegally, ~~has been~~ interfering with Pequeno's right to remain in Ch13, for Trustee Schmidt's and hired firm's control and personal gain of Final Judgment.

1

Signed November 8, 2005

                              Respectfully submitted,

                              Juan Pequeno
                              P.O. Box 5692
                              Brownsville, Texas  78523
                              956/504-2709

By: _____
                              Juan Pequeno, Attorney-in-Fact

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served to the following on November 8, 2005 via U.S. Postal mail:

Michael B. Schmidt
John Vardeman
Law Office of Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, TX   78478

Willette & Guerra L.L.P.
1534 E. 6th Street #200
Brownsville, TX  78520-7210
Attorney for City of Brownsville

                            _____
                            Juan Pequeno
                            P.O. Box 5692
                            Brownsville, Texas 78523
                            Pro se