United States District Court
Southern District of Texas
FILED

NOV 14 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| v. | § | |
| | § | |
| City of Brownsville, | § | |
| Defendants, | § | |

### MOTION TO AMEND THIS COURT'S ORDER OF NOVEMBER 3, 2005 AND TO IMPOSE SANCTIONS FOR MISLEADING COURT ON PLAINTIFF PEQUENO'S LAWSUIT, PURSUANT TO FRCP §59(e)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Juan Pequeno, Plaintiff ("Pequeno"), hereby files this Motion to Amend Judgment and to Impose Sanctions on Chapter 7 Trustee Michael Schmidt, ("Trustee Schmidt"), Trustee's own firms hired firm including John Vardeman, Trustee's Schmidt's hired firm of Law Office of Frank Costilla, including Attorney Alejandro Garcia, and Defendant's Attorney Charles Willette and firm, for misleading Court on Plaintiff Pequeno's Lawsuit, pursuant to FRCP §59(e), and as such, Pequeno respectfully show the following:

1.  The above parties failed to declare to the District Court that the Honorable Judge Andrew Hanen's Order of April 1, 2004, cause#03cv029, rendered Bankruptcy Court and Trustee Schmidt without Authority to mediate on Pequeno's Judgment, and rendered the settlement of September 25, 2002 moot, when it ruled that Pequeno had converted to Ch13 on August 7, 2002 (which happened prior to mediation).

1

2. The above parties failed to declare to the District Court that Pequeno is is still currently a Chapter 13 debtor in possession and is the party of interest unless appeal at the 5th Circuit, cause#05-41309, reverses Pequeno's conversion from Chapter 13 to Chapter 7.

3. Trustee Schmidt, by operation of Bankruptcy Conversion law, is removed and therefore is not a party of interest in Pequeno's case.

4. The above parties failed to declare to the District Court that Pequeno has seen Trustee Schmidt with 'unclean hands, bad faith, and fraud, and interfering with Pequeno's Ch13 confirmation by filing misrepresentation in documents to Bankruptcy Court, and assisting Bankruptcy Court in ruling against Pequeno and misapplying Bankruptcy Rule § 1307, all of which is on appeal.

5. The above parties failed to disclose to the District Court that Attorney Alejandro Garcia and Frank Costilla, former attorneys for Pequeno and now contractually hired by Trustee Schmidt, were dismissed by Pequeno more than 3 years ago, for their conflict of interest with Pequeno's estate and for testifying against Pequeno, and these parties should not be fraudulently signing as representatives for Plaintiff Pequeno, in violation of Federal Law.

( Please see Exhibit 1 – Letter of dismissal of September 9, 2002)
( Please see Exhibit 2 – Letter to 5th Circuit, of dismissal of Law Office of Frank Costilla)

6.  Attorney Charles Willette falsely stated to District Court that Pequeno did have a conference with Attorney Charles Willette, attorney for Defendants City of Brownsville, and falsely stated that Plaintiff Pequeno did not oppose the proposed 'Joint Motion For Entry of Agreed Modified Final Judgment' filed on October 12, 2005.

7.  The above parties failed to 'copy' this 'Joint Motion' to Pequeno.

8.  Attorney Alejandro Garcia, Attorney Frank Costilla, (both attorneys contractually hired by Ch7 Trustee Michael Schmidt), and Charles Willette, all failed to disclose the above facts, intentionally, for personal gain, in order to mislead the Court, to get the Court to sign the proposed Order.

   The above parties acted fraudulently, concealing from Pequeno, the damaging joint motion and concealing necessary and significant information from District Court for the underlying reason of the above.

9.  Trustee Schmidt and Trustee's hired firms have evidenced 'unclean hands', bad faith and fraud, in conflict of interest and illegally in breach of Trustee's fiduciary duties even against creditors, and have been interfering with Pequeno's right to remain in Ch13, for Trustee Schmidt's and hired firms' control and personal gain of Final Judgment.

## PRAYER

Pequeno's respectfully prays this Court amend its Order in light of evidence and impose appropriate sanctions on above parties who misled the Court on Pequeno's suit status and illegal conduct against Plaintiff, and prays for any other relief which Pequeno is justly entitled.

DATED: __11-14__, 2005.

Respectfully submitted,

Juan Pequeno, Pro Se
P.O. Box 5692
Brownsville, Texas 78523
(956) 504-2709
jpequeno2525@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via U.S. postal mail upon the following:

Michael B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi, TX  78478
361/884-9949

Willette & Guerra L.L.P.
1534 East 6th Street, Ste. #200
Brownsville, Texas  78520
Attorney for City of Brownsville

Barbara Jue
Office of U.S. Trustee
555 N. Carancahua, Ste. 600
Corpus Christi, Tx  78401

on this _14th_ day of _November_, 2005.

_____
Juan Pequeno