IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEQUENO, § | |
| § | |
| Plaintiff § | CIVIL ACTION NO. B-00-180 |
| § | |
| § | |
| v. § | |
| § | |
| City of Brownsville § | |
| Defendants, § | |

## ORDER TO AMEND THIS COURT'S ORDER OF NOVEMBER 3, 2005 AND IMPOSE SANCTIONS

The court this day considered Plaintiff's Motion to Amend Judgment and Impose Sanctions and, it appearing, in light of new evidence, that opposing parties illegally misled the Court by fraudulently concealing information about Pequeno's Lawsuit and status:

IT IS ORDERED that Plaintiff's

MOTION TO AMEND JUDGMENT AND IMPOSE SANCTIONS ON OPPOSING PARTIES FOR MISLEADING COURT, IS HEREBY - GRANTED.

DONE this _____ day of _____, 2005 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE