September 9, 2002

Mr. Frank Costilla, L. P.
5 E. Elizabeth Street
Brownsville, Texas   78520

Re:   Notice of Dismissal of Frank Costilla as Juan Pequeno's attorney
      for C.A. No. B-00180; Juan Pequeno vs City of Brownsville, et al and
      for U.S. Court of Appeals (5th Circuit) No. 02-40600, Pequeno v. City of Brownsville

Dear Mr. Costilla,

I, Juan Pequeno, Plaintiff and Appellee in the above court actions, hereby dismiss you, your firm, and your services from the above mentioned court cases.

Also, you may not present yourself in any form, as representing me or my above mentioned cases, within my bankruptcy case #:01-24255, or in its conversion to a Chapter 13.

Sincerely,

Juan Pequeno

## CERTIFICATE OF MAILING

I do hereby certify that a true and correct copy of the above and foregoing document was e-mailed and/or faxed this 9th day of September, 2002 to the persons listed.

Michael B. Schmidt
John Vardeman
Attorneys for Trustee
Fax: 361/884-6000
Email: m_schmid@swbell.net, j_vardem@swbell.net

Frank Costilla, Attorney
Fax: 956/544-3152

Hugh Touchy
Appellant Attorney, City of Brownsville
Fax: 956/541-1893

Barbara Jue
Office of U.S. Trustee
Fax: 361/888-3263