*Exhibit 2*

# *United States Court of Appeals*
FIFTH CIRCUIT

TEL. 504-310-7700

600 CAMP STREET

NEW ORLEANS, LA 70130

October 25, 2002

Mr. Peter Conners
Case Manager
1000 St. Charles Avenue
New Orleans, LA 70000

      No. 02-40600    - Pequeno v. City of Brownsville
      USDC No. 00-CV-180

      This is to inform you and the Court of Appeals that as of September 9, 2002, Attorney Frank Costilla and his firm does not represent, Appellee and cross-appellant in (02-41326) in any form. Attorney Frank Costilla and his firm is currently representing Trustee Michael Schmidt, in Federal Bankruptcy Court against Appellee which Appellee believes is a conflict of interest, and unethical on the part of Attorney Frank Costilla. Attorney Frank Costilla has also filed a NOA –Notice of Appearance on behalf of Appellee while knowing that he did not represent Appellee.

      Federal Bankruptcy Court have been subjecting Appellee- Pro-se, to an

1. unlawfully mediation and settlement of Appellee's Final Judgment without Appellee in violation of Honorable Judge Richard Schmidt's ruling of September 10, 2002, and

2. unlawfully trying to dismiss Appellee's cross-appeal of September 13, 2002, to the 5th Circuit Court of Appeals, and

3.  unlawfully disregarding Federal Bankruptcy Law by preventing Appellee from transferring from a Chapter 7 to a Chapter 13 as allowed by Federal Bankruptcy Law, and

4.  unlawfully interfering with 5th Circuit Court of Appeals proceedings of briefs which are scheduled for 11-12-2002, since Trustee M. Schmidt and Attorney Frank Costilla are pushing for unlawful mediation without Appellee in Bankruptcy Court even though the Honorable Judge Richard Schmidt did not authorize Trustee to mediate without Appellee.

Sincerely,

Juan Pequeno, Appellee (Pro se)
P.O. Box 5692
Brownsville, Texas 78523