IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Juan Pequeno,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| **City of Brownsville, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on November 21, 2005, the Court **DISMISSED** the Plaintiff's Motion to Amend this Court's Order of November 3, 2005 and to Impose Sanctions for Misleading the Court on Plaintiff Pequeno's Lawsuit Pursuant to FRCP 59(e) **WITHOUT PREJUDICE** [Dkt. No. 117]. A Notice of Appeal to the United States Court of Appeals for the Fifth Circuit was filed with this Court on November 8, 2005. At this time, due to the appeal of all remaining issues, the Court lacks subject matter jurisdiction to consider the Plaintiff's motion. Therefore, the Court **DISMISSES** the Plaintiff's Motion to Amend this Court's Order of November 3, 2005 and to Impose Sanctions for Misleading the Court on Plaintiff Pequeno's Lawsuit Pursuant to FRCP 59(e) **WITHOUT PREJUDICE** [Dkt. No. 117].

DONE at Brownsville, Texas, this 21st day of November 2005.

_____
Hilda G. Tagle
United States District Judge