IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 3 0 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Juan Pequeno, | § § | |
| Plaintiff | § § § | CIVIL ACTION NO. B-00-180 |
| v. | § § | |
| City of Brownsville, et al Defendants | § § | |

### MOTION TO RECONSIDER ORDER DISMISSING PLAINTIFF'S MOTION TO AMEND, DKT#117, PURSUANT TO FED. R. APP. P. 4(a) AS A MATTER OF LAW THAT THIS COURT HAS JURISDICTION OF CASE AND PLAINTIFF REFILES SAME MOTION TO AMEND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Juan Pequeno, Plaintiff ("Pequeno"), hereby files this Motion to Reconsider Order Dismissing Plaintiff's Motion to Amend, Dkt#117, pursuant to Fed. R. App. P. 4(a) as a Matter of Law, that this Court has jurisdiction of Pequeno's case, and as such, Pequeno respectfully shows the following:

1.  On November 14, 2005, Pequeno timely filed a Motion for Amend, Dkt#117, pursuant to FRCP 59(e); the District Court had jurisdiction of Pequeno's case, pursuant to Fed. R. App. P. 4(a)(4)(A).
(See Exhibit 1 –page 3 of 10, Notes of Advisory committee on 1993 Amendment to Fed. R. App. P. 4(a)4, which specifically states that a 'Motion filed timely before or after Notice of Appeal, causes for Notice of Appeal to be suspended until such timely motion is decided upon by the District Court. District court is

1

not divested of jurisdiction.)

The Federal Rules of Appellate Procedures Fed. R. App. P. 4(a) governs notice of appeal to the 5th Circuit of appeals for civil cases and states the following:

*Fed. R. App. P. 4(a)(4)(A) states:*
"*If a party timely files in the district court any of the following motions under the Federal Rules of Civil Procedures the time to file an appeal runs for all the parties from the entry of the order disposing of the last such remaining motion:*"

*Fed. R. App. P. 4(a)(4)(B)(i) states:*
"*If a party files a notice of appeal after the Court announces or enters a judgment—but before it disposes of any motion listed in Rule 4(a)(4)(A)-the notice becomes effective to appeal a judgment or order, in whole or part, when the order disposing of the last such remaining motion is entered.*"

*Fed. R. App. P. 4(a)(4)(B)(ii) states:*
"*A party intending to challenge an order disposing of any motion listed in Rule 4(a)(4)(A), or a judgment altered or amended upon such a motion, must file a notice of appeal, or an amended notice of appeal—in compliance with Rule 3(c)— within the time prescribed by this Rule measured from the entry of the order disposing of the last such remaining motion.*"

Docket evidences that Pequeno timely filed motion within 10 days of this Court's Order; pursuant to Fed. R. App. P. 4(a), thus the District Court has jurisdiction of Pequeno's case.

## PRAYER

Pequeno's respectfully prays this Court recognize as a Matter of Law, Fed. R. App. P. 4(a), that this District Court has jurisdiction of Pequeno's Motion to Amend, Dkt#117 and prays for any other relief which Pequeno is justly entitled to.

DATED: _11 - 30_, 2005.

Respectfully submitted,

*[signature]*

Juan Pequeno, Pro Se
P.O. Box 5692
Brownsville, Texas 78523
(956) 504-2709
jpequeno2525 a yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via U.S. postal mail upon the following:

Michael B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361/884-9949

Willette & Guerra L.L.P.
1534 East 6th Street, Ste. #200
Brownsville, Texas 78520
Attorney for City of Brownsville

on this 30th day of November, 2005.

*[signature]*
Juan Pequeno