IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno, | § § | |
| Plaintiff | § § § | CIVIL ACTION NO. B-00-180 |
| v. | § § | |
| City of Brownsville, et al<br>Defendants | § § | |

### ORDER TO RECONSIDER ORDER DISMISSING PLAINTIFF'S , MOTION TO AMEND, DKT#117, PURSUANT TO FED. R. APP. P. 4(a) AS A MATTER OF LAW THAT THIS COURT HAS JURISDICTION OF CASE AND PLAINTIFF REFILES SAME MOTION TO AMEND

The court this day considered the Motion to Reconsider Order Dismissing Plaintiff's Motion to Amend, Dkt#117, as a Matter of Law, Fed. R. App. P. 4(a). It appearing that the Motion to Reconsider Order as a Matter of Law, Fed. R. App. P. 4(a) is for well intentions and so that justice may be done, it is ORDERED that the Motion to Reconsider Order Dismissing Plaintiff's Motion to Amend, Dkt#117, as a Matter of Law, shall be, and the same hereby is, GRANTED.

DONE this _____ day of _____, 2005 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

4