United States District Court
Southern District of Texas
ENTERED

DEC 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

No. 02-40600

B-00-cv-180

MICHAEL B SCHMIDT, as Bankruptcy Trustee, substituted in place and stead of Juan Pequeno

        Plaintiff - Appellee

v.

CITY OF BROWNSVILLE, TEXAS; ET AL

        Defendants

CITY OF BROWNSVILLE, TEXAS; IVAN WELKER, Assistant City Manager; CARLOS RUBENSTEIN, Previous City Manager

        Defendants - Appellants

ENTRY OF DISMISSAL

Pursuant to appellants' unopposed motion this appeal is dismissed this 17th day of November, 2005, see FED. R. APP. P. 42(b).

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
        Shawn D. Henderson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4