No. 02-40600

IN THE
UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT
New Orleans, Louisiana

U.S. COURT OF APPEALS
**FILED**
NOV 0 2 2005
CHARLES R. FULBRUGE III
CLERK

---

MICHAEL B. SCHMIDT, AS BANKRUPTCY TRUSTEE, SUBSTITUTED IN PLACE AND STEAD OF JUAN PEQUEÑO
Plaintiff - Appellee-Cross-Appellant

United States District Court
Southern District of Texas
FILED
NOV 3 0 2005
Michael N. Milby
Clerk of Court

v.

CITY OF BROWNSVILLE, TEXAS, ET AL
Defendants-Appellants-Cross-Appellees

---

On Appeal from the United States District Court
for the Southern District of Texas, Brownsville Division
Civil Action Number B-00-180

---

## UNOPPOSED MOTION TO WITHDRAW THE APPEAL

TO THE HONORABLE FIFTH COURT OF APPEALS:

COMES NOW, Defendants/Appellants/Cross-Appellees City of Brownsville, Texas, Ivan Welker, and Carlos Rubinstein, in their official capacities, in the above-styled and numbered cause and file this their Unopposed Motion to Withdraw the Appeal and in support thereof state the following:

All claims advanced by Plaintiff against Defendants in the above-referenced case have been compromised and settled.

1

In light of the above-referenced settlement, Defendants/Appellants/Cross-Appellees to this matter move that this Court dismiss the appeal filed by Defendants/Appellants/Cross-Appellees. Defendants/Appellants/Cross-Appellees further move this Court to enter an Order of Dismissal.

WHEREFORE, PREMISES CONSIDERED, Defendants/Appellants/Cross-Appellees, respectfully pray that this Court grant their Unopposed Motion to Withdraw the Appeal and for all other relief to which these Defendants/Appellants/Cross-Appellees may show themselves to be justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *Charles Willette, Jr. w/pHS*
Charles Willette, Jr.
State Bar No. 21509700
Fed. I.D. No. 1937
Attorney for
Defendants/Appellants/Cross-Appellees

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 31st day of October, 2005, I conferred with Appellee's attorney and he is unopposed to the filing of this Motion.

*Charles Willette, Jr. w/pHS*
Charles Willette, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on 31st day of October, 2005, a true and correct copy of the above and foregoing was served on all counsel of record as noted hereunder:

***Via U.S. Regular Mail***
Mr. Frank Costilla
Mr. Alejandro Garcia
LAW OFFICES OF FRANK COSTILLA, P.C.
5 E. Elizabeth Street
Brownsville, Texas 78520

***Via U.S. Regular Mail***
Mr. Michael Schmidt
555 N. Carancahua, Suite 1550
Corpus Christi, Texas 78478

***Via U.S. Regular Mail***
Mr. Juan Pequeño
P.O. Box 5692
Brownsville, Texas 78523

Charles Willette, Jr.