# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEMP. U.S.P.S. ADDRESS:    P.O. BOX 610160
                           HOUSTON, TX 77208
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.
                           HOUSTON, TX 77002

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 17, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

        No. 02-40600 Pequeno v. City of Brownsville
        USDC No.  1:00-CV-180

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.    Records are currently located in New Orleans.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Shawn D. Henderson, Deputy Clerk
                        713-250-5440

cc: w/encl:
    Mr Hugh P Touchy
    Mr Frank Costilla

MDT-1