UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-00-180 |
| CITY OF BROWNSVILLE, | § | (Jury Requested) |
| IVAN WELKER, AND CARLOS | § | |
| RUBINSTEIN in their official capacities | § | |

## DEFENDANTS' DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW, City of Brownsville, Ivan Welker, and Carlos Rubinstein in their official

capacities, Defendants in the above-styled and numbered cause, and hereby files their designation

of attorney in charge:

Charles Willette, Jr.
State Bar No. 21509700
Federal I.D. No. 1937

WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas   78520
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

as attorney-in-charge on their behalf to have full control and management of their cause and to

receive all further communications from the Court and other counsel relating to this cause.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street Suite 200
Brownsville, Texas  78520
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893


By:    /s/ Charles Willette, Jr.
       with permission Heather Scott
       Charles Willette, Jr.
       State Bar No. 21509700
       USDC No. 1937

**ATTORNEY FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of December 2005, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

***Via U.S. Regular Mail***
Mr. Juan Pequeño
P.O. Box 5692
Brownsville, Texas 78523

***Via U.S. Regular Mail***
Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, P.L.L.P.
5 E. Elizabeth Street
Brownsville, Texas 78520

***Via U.S. Regular Mail***
Michael B. Schmidt, Bankruptcy Trustee
555 North Carancahua, Suite 1550
Corpus Christi, Texas 78475


       /s/ Charles Willette, Jr.
       with permission Heather Scott
       Charles Willette, Jr.