# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

---

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
EILEEN M. LEEDS
_____
ELIZABETH S. CANTU*
ANALISA FIGUEROA
JOE HERNANDEZ*
MELANIE A. MOORE
ROBERT PUENTE *
HEATHER SCOTT

1534 EAST 6TH STREET, SUITE 200
BROWNSVILLE, TEXAS  78520
TELEPHONE: (956) 541-1846
FACSIMILE:  (956) 541-1893

*MCALLEN OFFICE:
801 WEST NOLANA, SUITE 320
MCALLEN, TEXAS  78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

December 8, 2005

*Via Hand Delivery*
Mr. Butch Barbosa
United States District Clerk
600 East Harrison Ste. 101
Brownsville, Texas 78520

Re:   Case No. B-00-180; *In Re: Juan Pequeño vs. City of Brownsville, et al*
       U.S.D.C. Southern District, Brownsville Division;  In the United States District Court for
       the Southern District of Texas, Brownsville Division
       **Our File No. 01-137             CW/HS**

Dear Mr. Barbosa:

Enclosed herewith for filing with the court in connection with the above referenced matter, please find the one (1) original and one (1) copy of**:**

   1.   **DEFENDANTS' DESIGNATION OF ATTORNEY IN CHARGE**

Please file stamp the enclosed front page copy of this filing and return to my office.  By copy of this letter, and its attachment, all counsel of record are receiving a copy of same.

In addition, please delete all other counsel of record in this matter and forward all communications from the Court and other counsel relating to this cause to my attention.  While Mr. Pequeño has listed my office in the certificate of service on his filings, I have not received all of the documents that he files in this matter or in the appeal of this matter.  At this time, I would request that Mr. Pequeño ensure that my office receives a copy of all his filings related to this matter and the appeal of this matter.

Thank you for your assistance in this matter.

Very truly yours,

**WILLETTE & GUERRA, L.L.P**

By:   /s/ Charles Willette, Jr.
       with permission Heather Scott
       Charles Willette, Jr.

Mr. Butch Barbosa
United States District Clerk
December 8, 2005
Page 2

xc:

***Via U.S. Regular Mail***
Mr. Juan Pequeño
P.O. Box 5692
Brownsville, Texas 78523

***Via U.S. Regular Mail***
Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, PLLP.
5 East Elizabeth Street
Brownsville, Texas 78520

***Via U.S. Regular Mail***
Mr. Michael Schmidt, Bankruptcy Trustee
555 North Carancahua, Suite 1550
Corpus Christi, Texas 78475