IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno, | § § | |
| Plaintiff | § § § | CIVIL ACTION NO. B-00-180 |
| v. | § § | |
| City of Brownsville, et al<br>Defendants | § § | |

### *ORDER* TO RECONSIDER 'DKT#123 - ORDER DENYING PLAINTIFF'S MOTION TO AMEND DKT#117', PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURES –FRCP §60 (b), ERROR OF LAW, SINCE TRUSTEE MICHAEL SCHMDIT IS IN COLLUSION TO DEFRAUD, AND PLAINTIFF REFILES PREVIOUS MOTION TO AMEND, DKT#117

The court this day considered the Motion to Reconsider 'DKT#123- ORDER DENYING PLAINTIFF'S MOTION TO AMEND DKT#117', PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURES –FRCP §60 (b), ERROR OF LAW, SINCE TRUSTEE MICHAEL SCHMDIT IS IN COLLUSION TO DEFRAUD, AND PLAINTIFF REFILES PREVIOUS MOTION TO AMEND, DKT#117

It appearing that the above Motion to Reconsider Order, pursuant to Fed. R. C. Pr. §60(b)

is for well intentions and so that justice may be done, it is ORDERED that the Above

Motion to Reconsider Order, shall be, and same hereby is, GRANTED.

DONE this _____ day of _____, 2005 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE