Exhibit 4

# NOTICE OF APPEAL TO
# U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
# FROM AN ORDER OF A BANKRUPTCY COURT

United States Bankruptcy Court for the
Southern District of Texas Brownsville Division

United States Courts
Southern District of Texas
FILED
SEP 27 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | Case No. 01-24255 |
| Juan Pequeno, | § | |
| Debtor | § | |
| | § | Notice of Appeal |

Notice is hereby given that Juan Pequeno, Debtor in the above named case, hereby appeals to the United States District Court for the Southern District of Texas from an Order Denying Debtor's Motion to Null and Void Chapter 7 Trustee Michael Schmidt's Settlement of September 16, 2002, docket#365 This Order was entered in the docket on September 26, 2005.

The Federal Bankruptcy Court has failed to acknowledge and adhere to its superior Court's finding of the Bankruptcy Appellate Panel which decided this issue in its April 1, 2004 Order.

Bankruptcy Court has also failed to acknowledge that the docket evidence that Debtor Pequeno did appeal the Court's Orders of November 12, 2002 which were subsequently reversed by the Bankruptcy Appellate Panel.

DKT#367

Respectfully submitted,

Juan Pequeno, Attorney-in-Fact
P.O. Box 5692
Brownsville, Texas 78523
jpequeno2525@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on September 26, 2005 to all counsel of record via U.S. Postal mail to the following:

Michael B. Schmidt, Law Offices of Michael B. Schmidt
Chapter 7 Trustee
555 N. Carancahua Ste. 1550
Corpus Christi, Texas 78478
361/884-9949

Barbara Jue
Office of U.S. Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, Texas 78476
361/888-3261

Juan Pequeño, Attorney-in-Fact
P.O. Box 5692
Brownsville, Texas 78523
956/504-2709