*Exhibit 5* APPEAL

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00271

Pequeno v. Schmidt
Assigned to: Judge Andrew S. Hanen
Related Cases: 1:05-cv-00321
                 1:05-cv-00322
Case in other court: U.S. Bankruptcy Court, 01-24255-B
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 10/11/2005
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Juan Pequeno**    represented by    **Juan Pequeno**
P. O. Box 5692
Brownsville, Tx 78523
PRO SE

V.

**Appellee**

**Michael B Schmidt**    represented by    **Michael B Schmidt**
Attorney at Law
555 N Carancahua
Ste 1550
Corpus Christi, TX 78478
361-884-9949
Fax: 361-884-6000
Email: mbsatty@swbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2005 | 1 | NOTICE OF DOCKETING AN APPEAL to US Court of Appeals by Juan Pequeno , filed. (Attachments: # 1 Docket Sheet# 2 Continuation of Docket Sheet# 3 Notice of Appeal# 4 Designation of Content)(mperez, ) (Entered: 11/08/2005) |
| 12/02/2005 | 2 | DESIGNATION of Record on Appeal by Juan Pequeno, filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 7 Cont'd# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10)(mperez, ) (Entered: 12/02/2005) |
| 12/08/2005 | 3 | MOTION to Dismiss *Appeal as Moot* by Michael B Schmidt, filed. Motion Docket Date 12/28/2005. (Attachments: # 1 Proposed Order Granting Motion to Dismiss# 2 Affidavit of Michael B. Schmidt# 3 |

| | | |
|---|---|---|
| | | Exhibit 1 to Affidavit# 4 Exhibit 2 to Affidavit)(Schmidt, Michael) (Entered: 12/08/2005) |
| 12/21/2005 | 4 | RESPONSE to 3 MOTION to Dismiss *Appeal as Moot*, filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(bvasquez, ) (Entered: 12/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/29/2005 16:10:27 | | | |
| **PACER Login:** | jp0686 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00271 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |