*Exhibit 6*
**APPEAL**

# U.S. Bankruptcy Court
## Southern District of Texas (Brownsville)
## Bankruptcy Petition #: 01-24255

*Assigned to:* Richard S Schmidt
Chapter 7
Previous chapter 13
Voluntary
Asset

*Date Filed:* 12/31/2001
*Date Converted:* 12/27/2004

**Juan Pequeno**
PO Box 5692
Brownsville, TX 78523
SSN xxx-xx-
*Debtor*

represented by **Juan Pequeno**
PRO SE

**Michael B Schmidt**
555 N Carancahua Ste 1550
Corpus Christi, TX 78478
361-884-9949
*Trustee*

represented by **Michael B Schmidt**
Attorney at Law
555 N Carancahua
Ste 1550
Corpus Christi, TX 78478
361-884-9949
Email mbsatty@swbell.net

**Michael B Schmidt**
712 American Bank Plaza
Corpus Christi TX 78475
361-884-9949
Fax 361-884-6000
Email mbstrust@swbell.net

**Cindy Boudloche**
Chapter 13 Trustee
555 N Carancahua
Ste 600
Corpus Christi, TX 78478
361-883-5786
*TERMINATED: 12/28/2004*
*Trustee*

**US Trustee, 7**
Office of the U S Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
(713) 718-4650
*U.S. Trustee*

represented by **Barbara C Jue**
Office of U S Trustee
606 N Carancahua
Ste 1107
Corpus Christi, TX 78476
361-888-3261
Fax 361-888-3263

Email
barbara c iue@usdoj gov

| Filing Date | # | Docket Text |
|---|---|---|
| 01/04/2006 | 469 | Transcript RE hearing held on 10/05/05 before the Honorable Richard S Schmidt Transcript is available for viewing in the office of the clerk fileroom (gjon, ) (Entered 01/04/2006) |
| 01/04/2006 | 468 | Transcript RE hearing held on 8/3/05 before the Honorable Richard S Schmidt Transcript is available for viewing in the office of the clerk fileroom (gjon, ) (Entered 01/04/2006) |
| 01/04/2006 | 467 | Transcript RE hearing held on 7/6/05 before the Honorable Richard S Schmidt Transcript is available for viewing in the office of the clerk fileroom (gjon, ) (Entered 01/04/2006) |
| 01/04/2006 | 466 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s) 444 Notice of Appeal) (vrio, ) (Entered 01/04/2006) |
| 01/04/2006 | 465 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s) 443 Notice of Appeal) (vrio, ) (Entered 01/04/2006) |
| 01/04/2006 | 464 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s) 442 Notice of Appeal) (vrio, ) (Entered 01/04/2006) |
| 01/04/2006 | 463 | Courtroom Minutes Time Hearing Held 9 00 am Appearances J Pequeno, M Schmidt Mr Pequeno offered exhibits Exhibits solely admitted as judicial notice by the court Arguments heard by Mr Schmidt and Mr Pequeno The court denies reconsideration of previous ruling In addition, the court will review 5th Circuit docket and Judge Hanen's docket and make a ruling as to this issue (Related document(s) 415 Motion to Order Clerks to Correct Debtor's Bankruptcy Case #01-24255 to Reflect that Debtor is a Chapter 13 Debtor, 460 Motion to Reconsider (related document(s) 441 Order on Motion For Sanctions) ) (frod, ) (Entered 01/04/2006) |
| 01/03/2006 | 462 | Order Setting Hearing (Related document(s) 460 Motion to Reconsider (related document(s) 441 Order on Motion For Sanctions) ) Hearing scheduled for 2/8/2006 at 09 00 AM at Brownsville, 600 E Harrison (lgar, ) (Entered 01/03/2006) |
| 01/01/2006 | 461 | BNC Certificate of Mailing (Related document(s) 459 Order Setting |

| | | |
|---|---|---|
| | | Hearing, ) No of Notices 12 Service Date 01/01/2006 (Admin ) (Entered 01/02/2006) |
| 12/30/2005 | 460 | Motion to Reconsider (related document(s) 441 Order on Motion For Sanctions) Filed by Debtor Juan Pequeno (Attachments # 1 Proposed Order) (jezz, ) (Entered 12/30/2005) |
| 12/30/2005 | 459 | Order Setting Hearing (Related document(s) 428 Motion to Dismiss Party Chapter 7 Trustee Michael Schmidt for Fraud Such as Evidenced in Trustee's Own Proof of Claim filed on September 28 2005 Hearing scheduled for 2/8/2006 at 09.00 AM at Brownsville, 600 E Harrison (lgar ) (Entered, 12/30/2005) |
| 12/29/2005 | 457 | BNC Certificate of Mailing (Related document(s) 456 Notice of Docketing an Appeal under Bankruptcy Rule 8007(b), Notice of Docketing an Appeal under Bankruptcy Rule 8007(b)) No of Notices 14 Service Date 12/29/2005 (Admin ) (Entered 12/30/2005) |
| 12/27/2005 | 456 | Notice of Docketing an Appeal under Bankruptcy Rule 8007(b) the appeal was docketed in the U S District Court, assigned Judge Andrew Hanen, Civil Action B-05-303. All appellate filings must now be made in the United States District Court with the civil action caption and case number Parties notified (Related document(s) 422 Notice of Appeal) (jezz, ) (Entered 12/27/2005) |
| 12/24/2005 | 455 | BNC Certificate of Mailing (Related document(s) 447 Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004, ) No of Notices 14 Service Date 12/24/2005 (Admin ) (Entered 12/25/2005) |
| 12/24/2005 | 454 | BNC Certificate of Mailing (Related document(s) 446 Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004, ) No of Notices 14 Service Date 12/24/2005 (Admin ) (Entered 12/25/2005) |
| 12/24/2005 | 453 | BNC Certificate of Mailing (Related document(s) 445 Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 ) No of Notices 14 Service Date 12/24/2005 (Admin ) (Entered 12/25/2005) |
| 12/22/2005 | 458 | 454 (Recover Money/Property) Complaint by Juan Pequeno against Law Office of Michael Schmidt, Law Office of Frank Costilla. City of Brownsville Receipt Number O, Fee Amount $250 (dter. ) (Entered 12/30/2005) |
| 12/22 2005 | 452 | BNC Certificate of Mailing (Related document(s) 441 Order on Motion For Sanctions) No of Notices 14 Service Date 12/22 2005 (Admin ) (Entered 12/23/2005) |
| | | |

| 12/22/2005 | 451 | BNC Certificate of Mailing. (Related document(s) 440 Generic Order) No of Notices 14 Service Date 12/22/2005. (Admin.) (Entered 12/23/2005) |
| 12/22/2005 | 450 | BNC Certificate of Mailing (Related document(s) 439 Order on Motion to Abate) No of Notices 14 Service Date 12/22/2005 (Admin.) (Entered 12/23/2005) |
| 12/22/2005 | 449 | BNC Certificate of Mailing (Related document(s) 438 Order on Application for Compensation) No of Notices 14 Service Date 12/22/2005 (Admin.) (Entered 12/23/2005) |
| 12/22/2005 | 448 | BNC Certificate of Mailing (Related document(s) 437 Order on Motion to Amend, Order on Motion to Strike) No of Notices 14 Service Date 12/22/2005 (Admin.) (Entered 12/23/2005) |
| 12/22/2005 | 447 | Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 On 12/22/05, debtor Juan Pequeno filed a notice of appeal The appeal has been assigned to U S District Judge Hanen, Civil Action B-05-322 Parties notified (Related document(s) 444 Notice of Appeal) (gcha, ) (Entered 12/22/2005) |
| 12/22/2005 | 446 | Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 On 12/22/05, debtor Juan Pequeno filed a notice of appeal The appeal has been assigned to U S District Judge Hanen, Civil Action B-05-321 Parties notified (Related document(s) 443 Notice of Appeal) (gcha, ) (Entered 12/22/2005) |
| 12/22/2005 | 445 | Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 On 12/22/05, debtor Juan Pequeno filed a notice of appeal The appeal has been assigned to U S District Judge Hanen, Civil Action B-05-320 Parties notified (Related document(s) 442 Notice of Appeal) (gcha, ) (Entered 12/22/2005) |
| 12/22/2005 | 444 | Notice of Appeal (related document(s) , #439 and 440 Generic Order) Receipt Number 0,Fee Amount $255 Appellant Designation due by 1/3/2006 (Appeal No 05-18) (gcha, ) (Entered 12/22/2005) |
| 12/22/2005 | 443 | Notice of Appeal (related document(s) 438 Order on Application for Compensation) Receipt Number 0,Fee Amount $255 Appellant Designation due by 1/3/2006 (Appeal No 05-17) (gcha, ) (Entered 12/22/2005) |
| 12/22/2005 | 442 | Notice of Appeal (related document(s) 437 Order on Motion to Amend, Order on Motion to Strike) Receipt Number 0,Fee Amount $255 Appellant Designation due by 1/3/2006 (Appeal No 05-16) (gcha, ) (Entered 12/22/2005) |

| 12/20/2005 | 441 | Order Granting Motion For Sanctions Against Debtor (Related Doc # 402) Signed on 12/20/2005. (gcha, ) (Entered 12/20 2005) |
|---|---|---|
| 12/20/2005 | 437 | Order Denying Motion To Amend Court's Order (Related Doc # 300), Granting Motion To Strike (Related Doc # 375) Signed on 12/20/2005 (gcha, ) (Entered 12/20/2005) |
| 12/14/2005 | 440 | Order Denying Motion For Default Debtor's Motion to Abate Bankruptcy Order of September 26, 2005 (Related Doc # 364) Signed on 12/14/2005 (gcha, ) (Entered 12/20/2005) |
| 12/14/2005 | 439 | Order Denying Motion To Abate Bankruptcy Order Of September 26, 2005 (Related Doc # 372) Signed on 12/14/2005 (gcha, ) (Entered 12/20/2005) |
| 12/14/2005 | 438 | Order Granting Application For Compensation (Related Doc # 370) for Michael B Schmidt, fees awarded: $55157 50, expenses awarded $8741 57 Signed on 12/14/2005 (gcha, ) (Entered 12/20 2005) |
| 12/14/2005 | 436 | BNC Certificate of Mailing (Related document(s) 433 Order Setting Hearing, ) No of Notices 12 Service Date 12/14/2005 (Admin ) (Entered 12/15/2005) |
| 12/13/2005 | 435 | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s) 432 Appellant Designation, 421 Notice of Appeal) (Schmidt, Michael) (Entered 12 13/2005) |
| 12/13/2005 | 434 | Response (related document(s) 428 Motion to Dismiss Party *Chapter 7 Trustee Michael Schmidt for Fraud Such as Evidenced in Trustee's Own Proof of Claim filed on September 28, 2005* Objections Request for Hearing Due in 20 days ) Filed by Michael B Schmidt (Attachments # 1 Proposed Order Denying Motion to Dismiss) (Schmidt, Michael) (Entered 12/13/2005) |
| 12/12/2005 | 433 | Order Setting Hearing (Related document(s) 415 Motion to Order Clerks to Correct Debtor's Bankruptcy Case #01-24255 to Reflect that Debtor is a Chapter 13 Debtor) Hearing scheduled for 1/4/2006 at 09 00 AM at Brownsville, 600 E Harrison (lgar, ) (Entered 12/12/2005) |
| 12/12/2005 | 432 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s) 421 Notice of Appeal) (jezz, ) (Entered 12/12/2005) |
| 12/07/2005 | 430 | Courtroom Minutes Time Hearing Held 9 00am Appearances J Pequeno, M Schmidt Mr Schmidt explained to the court reasons for motion Mr Pequeno offered exhibits The court took judicial notice |

| | | |
|---|---|---|
| | | on these exhibits Mr. Schmidt stated that he did not want Mr Pequeno to file further pleadings without court's permission The court will review previously entered orders and will make a decision (Related document(s):423 Emergency Motion FOR ENTRY OF ORDER AND FOR HEARING) (frod, ) (Entered 12/07/2005) |
| 12/06/2005 | 429 | Certificate of Service Filed by Michael B Schmidt (related document (s):425 Order Setting Hearing) (Schmidt, Michael) (Entered 12/06/2005) |
| 12/06/2005 | 428 | Motion to Dismiss Party *Chapter 7 Trustee Michael Schmidt for Fraud Such as Evidenced in Trustee's Own Proof of Claim filed on September 28, 2005* Objections/Request for Hearing Due in 20 days Filed by Debtor Juan Pequeno (Attachments # 1 Exhibit # 2 Proposed Order # 3 Proposed Order) (jezz, ) (Entered 12/06/2005) |
| 12/04/2005 | 427 | BNC Certificate of Mailing (Related document(s) 425 Order Setting Hearing) No of Notices 14 Service Date 12/04/2005 (Admin ) (Entered 12/05/2005) |
| 12/03/2005 | 426 | BNC Certificate of Mailing (Related document(s) 424 Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004, ) No of Notices 14 Service Date 12/03/2005 (Admin ) (Entered 12/04/2005) |
| 12/02/2005 | 425 | Order Setting Hearing Signed on 12/2/2005 (Related document (s) 423 Emergency Motion *FOR ENTRY OF ORDER AND FOR HEARING*) Hearing scheduled for 12/7/2005 at 09:00 AM at Brownsville, 600 E Harrison (jezz, ) (Entered 12/02/2005) |
| 12/01/2005 | | Record on Appeal for Appeal #05-12 filed by Juan Pequeno District Court Case #B-05-271 received and forwarded to District Court, Brownsville by Federal Express on December 1, 2005 (jezz, ) (Entered 12/01/2005) |
| 12/01/2005 | 424 | Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 On November 30, 2005, debtor Juan Pequeno filed a notice of appeal The appeal has been assigned to U S District Judge Andrew Hanen, Civil Action B-05-303 Parties notified (Related document(s) 421 Notice of Appeal) (jezz, ) (Entered 12/01/2005) |
| 12/01/2005 | 423 | Emergency Motion *FOR ENTRY OF ORDER AND FOR HEARING* Filed by Trustee Michael B Schmidt (Attachments # 1 Proposed Order hEARING ON ORDER GRANTING MOTION FOR ENTRY OF ORDER) (Schmidt, Michael) (Entered 12/01/2005) |
| 11/30/2005 | 431 | 454 (Recover Money/Property) Complaint by Juan Pequeno against City of Brownsville, Law Office of Frank Costilla, Law Office of |

|  |  |  |
|---|---|---|
|  |  | Michael Schmidt  Receipt Number 0, Fee Amount $250 (vrio, ) (Entered  12/07/2005) |
| 11/30/2005 | 422 | BNC Certificate of Mailing  (Related document(s) 419 Order on Application for Compensation) No. of Notices  14  Service Date 11/30/2005  (Admin ) (Entered  12/01/2005) |
| 11/30/2005 | 421 | Notice of Appeal  (related document(s) 419 Order on Application for Compensation)  Receipt Number o,Fee Amount $255  Appellant Designation due by 12/12/2005  (Appeal #05-15) (jezz, ) (Entered 11/30/2005) |
| 11/30/2005 | 420 | Response (related document(s) 415 Motion *to Order Clerks to Correct Debtor's Bankruptcy Case : 01-24255 to Reflect that Debtor is a Chapter 13 Debtor*) Filed by Michael B Schmidt (Attachments # 1 Proposed Order DENYING EMERGENCY MOTION TO ORDER CLERKS TO CORRECT) (Schmidt, Michael) (Entered  11/30/2005) |
| 11/28/2005 | 419 | Order Granting Application For Compensation (Related Doc # 369 ) for Frank Costilla, fees awarded  $56000.00, expenses awarded $9603 11 Signed on 11/28/2005  (jezz, ) (Entered  11/28/2005) |
| 11/24/2005 | 418 | BNC Certificate of Mailing  (Related document(s) 416 Notice of Docketing an Appeal under Bankruptcy Rule 8007(b), Notice of Docketing an Appeal under Bankruptcy Rule 8007(b)) No. of Notices  6  Service Date 11/24/2005  (Admin ) (Entered  11/25/2005) |
| 11/23/2005 | 417 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s) [412] Courtroom Minutes......) (Schmidt, Michael) (Entered  11/23/2005) |
| 11/22/2005 | 416 | Notice of Docketing an Appeal under Bankruptcy Rule 8007(b)  The Appeal was docketed in the U.S. District Court, assigned Judge Hanen, Civil Action B-05-277  All appellate filings must now be made in the United States District Court with the civil action caption and case number  Parties notified (Related document(s) 395 Notice of Appeal) (jezz, ) (Entered  11/22/2005) |
| 11/16/2005 | 415 | Motion *to Order Clerks to Correct Debtor's Bankruptcy Case : 01-24255 to Reflect that Debtor is a Chapter 13 Debtor* Filed by Debtor Juan Pequeno (Attachments  # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered  11/16/2005) |
| 11/09/2005 | 414 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered  11/10/2005) |
| 11/09/2005 | 413 | Exhibit List Filed by Michael B Schmidt (jezz, ) (Entered 11/10/2005) |

**Cindy Boudloche**
Chapter 13 Trustee
555 N Carancahua
Ste 600
Corpus Christi, TX 78478
361-883-5786
*TERMINATED: 12 28 2004*
*Trustee*

**US Trustee, 7**
Office of the U S Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
(713) 718-4650
*U.S. Trustee*

*Docket of Juan Pequeno*

*Cause # 01-24255*

represented by **Barbara C Jue**
Office of U S Trustee
606 N Carancahua
Ste 1107
Corpus Christi, TX
78476
361-888-3261
Fax , 361-888-3263
Email·
barbara.c.jue@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 11/09/2005 | 412 | Courtroom Minutes Time Hearing Held 9·00 am. Appearances: J Pequeno, M Schmidt, J. Vardeman. Exhibits submitted by Mr Schmidt and Mr. Pequeno respectively. Objections heard. Exhibits admitted Extensive argument heard as to all pending matters before the court today. The court only ruled on contingent fees which it found to be appropriate and approved All remaining matters are now under advisement. The court will review all other documents and make a ruling in writing (Related document(s) 402 Motion For Sanctions 375 Motion to Strike. (related document(s) 366 Motion to Amend (related document(s) 257 Order Converting Case to Chapter 7).), 366 Motion to Amend (related document(s) 257 Order Converting Case to Chapter 7), 369 Final Application for Compensation Special Counsel for Michael B Schmidt, Special Counsel, Period. to, Fee: $14,000, Expenses: $650 86, for Frank Costilla, Special Counsel, Period: to, Fee· $56,000, Expenses: $9,603 11 Ob. 394 Motion for Default Order for Debtor's Emergency Motion to Abate Bankruptcy Order of September 26, 2005, Docket #365 and to Dismiss any Action by Chapter 7 Trustee Michael Schmidt Concerning this Order, 370 First Application for Compensation for Michael B Schmidt, Attorney, Period. 1/11/2002 to 9/27/2005, Fee· $55,157 50, Expenses· $8,741.57 372 Motion to Abate. (frod, ) (Entered 11/09/2005) |
| 11/08/2005 | 411 | Response (related document(s) 402 Motion For Sanctions. Objections/Request for Hearing Due in 20 days ). Filed by Juan Pequeno (Attachments # 1 Proposed Order) (jezz, ) (Entered. |

Email:
barbara.c.jue@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 11/08/2005 | 411 | Response (related document(s):402 Motion For Sanctions. Objections/Request for Hearing Due in 20 days.). Filed by Juan Pequeno (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 11/08/2005) |
| 11/04/2005 | 410 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):395 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 11/04/2005) |
| 11/01/2005 | 409 | Notice of Docketing an Appeal under Bankruptcy Rule 8007(b) RE: Appeal #05-012, District Court Case #B-05-271 (Certified copy of docket sheet, notice of appeal and appellant designation mailed to District Court, Brownsville Division on 11/1/05) (cc: All parties) (jezz, ) (Entered: 11/01/2005) |
| 10/29/2005 | 408 | BNC Certificate of Mailing. (Related document(s):404 Order Setting Hearing) No. of Notices: 6. Service Date 10/29/2005. (Admin.) (Entered: 10/30/2005) |
| 10/29/2005 | 407 | BNC Certificate of Mailing. (Related document(s):403 Order Setting Hearing) No. of Notices: 6. Service Date 10/29/2005. (Admin.) (Entered: 10/30/2005) |
| 10/28/2005 | 406 | BNC Certificate of Mailing. (Related document(s):399 Order Setting Hearing, ) No. of Notices: 6. Service Date 10/28/2005. (Admin.) (Entered: 10/29/2005) |
| 10/27/2005 | 405 | Notice *of Hearing*. (Related document(s):403 Order Setting Hearing) Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 10/27/2005) |
| 10/27/2005 | 404 | Order Setting Hearing (Related document(s):372 Motion to Abate. Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/27/2005) |
| 10/27/2005 | 403 | Order Setting Hearing (Related document(s):402 Motion For Sanctions. Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/27/2005) |
| 10/26/2005 | 402 | Motion For Sanctions. Objections/Request for Hearing Due in 20 days. Filed by Trustee Michael B Schmidt (Attachments: # 1 |

| | | Proposed Order FOR SANCTIONS AGAINST DEBTOR) (Schmidt, Michael) (Entered: 10/26/2005) |
|---|---|---|
| 10/26/2005 | 401 | Response (related document(s):375 Motion to Strike. Objections/Request for Hearing Due in 20 days (related document (s):366 Motion to Amend (related document(s):257 Order Converting Case to Chapter 7.).). Filed by Juan Pequeno (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 10/26/2005) |
| 10/26/2005 | 400 | Notice *of Hearing*. (Related document(s):375 Motion to Strike. Objections/Request for Hearing Due in 20 days (related document (s):366 Motion to Amend (related document(s):257 Order Converting Case to Chapter 7.).) Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 10/26/2005) |
| 10/26/2005 | 399 | Order Setting Hearing (Related document(s):394 Motion for Default Order for Debtor's Emergency Motion to Abate Bankruptcy Order of September 26, 2005, Docket #365 and to Dismiss any Action by Chapter 7 Trustee Michael Schmidt Concerning this Order) Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/26/2005) |
| 10/26/2005 | 398 | Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 (RE: Appeal #05-13) (jezz) (jezz, ) (Entered: 10/26/2005) |
| 10/25/2005 | 397 | Response (related document(s):394 Motion *for Default Order for Debtor's Emergency Motion to Abate Bankruptcy Order of September 26, 2005, Docket #365 and to Dismiss any Action by Chapter 7 Trustee Michael Schmidt Concerning this Order)*. Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Denying Default) (Schmidt, Michael) (Entered: 10/25/2005) |
| 10/25/2005 | 396 | Response (related document(s):372 Motion to Abate. Objections/Request for Hearing Due in 20 days.). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Denying Motion to Abate) (Schmidt, Michael) (Entered: 10/25/2005) |
| 10/25/2005 | 395 | Notice of Appeal. (related document(s):389 Generic Order). Receipt Number o,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 11/4/2005. (Appeal #05-13) (jezz) (Entered: 10/25/2005) |
| 10/25/2005 | 394 | Motion *for Default Order for Debtor's Emergency Motion to Abate Bankruptcy Order of September 26, 2005, Docket #365 and to Dismiss any Action by Chapter 7 Trustee Michael Schmidt Concerning this Order* Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order # 3 Proposed Order) (jezz, ) (Entered: 10/25/2005) |

| 10/25/2005 | 393 | Notice *of Hearings*. (Related document(s):386 Order Setting Hearing,, 387 Order Setting Hearing, ) Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 10/25/2005) |
| 10/24/2005 | 392 | BNC Certificate of Mailing. (Related document(s):389 Generic Order) No. of Notices: 6. Service Date 10/24/2005. (Admin.) (Entered: 10/25/2005) |
| 10/24/2005 | 391 | BNC Certificate of Mailing. (Related document(s):387 Order Setting Hearing, ) No. of Notices: 6. Service Date 10/24/2005. (Admin.) (Entered: 10/25/2005) |
| 10/24/2005 | 390 | BNC Certificate of Mailing. (Related document(s):386 Order Setting Hearing, ) No. of Notices: 6. Service Date 10/24/2005. (Admin.) (Entered: 10/25/2005) |
| 10/21/2005 | 389 | Agreed Order Permitting Withdrawal. Motion to Compel (reference document #[360} is moot) Signed on 10/21/2005 (jezz, ) (Entered: 10/21/2005) |
| 10/21/2005 | 387 | Order Setting Hearing (Related document(s):370 First Application for Compensation for Michael B Schmidt , Attorney, Period: 1/11/2002 to 9/27/2005, Fee: $55,157.50, Expenses: $8,741.57. Objections/Request for Hearing Due in 20 days.) Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/21/2005) |
| 10/21/2005 | 386 | Order Setting Hearing (Related document(s):369 Final Application for Compensation Special Counsel for Michael B Schmidt , Special Counsel, Period: to , Fee: $14,000, Expenses: $650.86, for Frank Costilla , Special Counsel, Period: to , Fee: $56,000, Expenses: $9,603.11. Ob) Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/21/2005) |
| 10/20/2005 | 388 | BNC Certificate of Mailing. (Related document(s):382 Order Setting Hearing) No. of Notices: 6. Service Date 10/20/2005. (Admin.) (Entered: 10/21/2005) |
| 10/20/2005 | 383 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s):[374] Courtroom Minutes,,, ) (Schmidt, Michael) (Entered: 10/20/2005) |
| 10/19/2005 | 385 | Response (related document(s):369 Final Application for Compensation *Special Counsel* for Michael B Schmidt, Special Counsel, Period: to, Fee: $14,000, Expenses: $650.86, for Frank Costilla, Special Counsel, Period: to, Fee: $56,000, Expenses: $9,603.11. Ob). Filed by Juan Pequeno (Attachments: # 1 Proposed |

| | | Order) (jezz, ) (Entered: 10/20/2005) |
|---|---|---|
| 10/19/2005 | <u>384</u> | Response (related document(s):<u>370</u> First Application for Compensation for Michael B Schmidt, Attorney, Period: 1/11/2002 to 9/27/2005, Fee: $55,157.50, Expenses: $8,741.57. Objections/Request for Hearing Due in 20 days.). Filed by Juan Pequeno (Attachments: # <u>1</u> Proposed Order) (jezz, ) (Entered: 10/20/2005) |
| 10/18/2005 | <u>382</u> | Order Setting Hearing (Related document(s):<u>366</u> Motion to Amend (related document(s):<u>257</u> Order Converting Case to Chapter 7).) Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/18/2005) |
| 10/12/2005 | <u>381</u> | Clerk's Notice of Filing of an Appeal under Bankruptcy Rule 8004 (Appeal #05-12) (Related document(s):<u>367</u> Notice of Appeal) (jezz, ) (Entered: 10/12/2005) |
| 10/12/2005 | <u>380</u> | Notice *of Docketing an Appeal under Bankruptcy Rule 8007(b).* (Related document(s):<u>343</u> Notice of Appeal) (Appeal #05-08) (jezz, ) Additional attachment(s) added on 10/13/2005 (gjon, ). (Entered: 10/12/2005) |
| 10/08/2005 | <u>379</u> | BNC Certificate of Mailing. (Related document(s):<u>377</u> Order Setting Hearing, ) No. of Notices: 12. Service Date 10/08/2005. (Admin.) (Entered: 10/09/2005) |
| 10/06/2005 | <u>377</u> | Order Setting Hearing (Related document(s):<u>375</u> Motion to Strike. (related document(s):<u>366</u> Motion to Amend (related document(s):<u>257</u> Order Converting Case to Chapter 7) Hearing scheduled for 11/9/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 10/06/2005) |
| 10/06/2005 | <u>376</u> | Response. Filed by Michael B Schmidt (Attachments: # <u>1</u> Proposed Order Denying Motion to Amend Court's Order of December 27, 2004) (Schmidt, Michael) (Entered: 10/06/2005) |
| 10/05/2005 | <u>378</u> | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 10/06/2005) |
| 10/05/2005 | <u>375</u> | Motion to Strike. Objections/Request for Hearing Due in 20 days (related document(s):<u>366</u> Motion to Amend (related document(s):<u>257</u> Order Converting Case to Chapter 7).). Filed by Trustee Michael B Schmidt (Attachments: # <u>1</u> Proposed Order Striking Pleading - Docket #366) (Schmidt, Michael) (Entered: 10/05/2005) |
| 10/05/2005 | 374 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: J. Pequeno, J. Vardeman. Document #360 argued. The court stated that |

|  |  | said matter was on appeal and it had no authority to rule on it. Exhibits offered by Mr Pequeno. No objections. Exhibits admitted. The court is bound by the appellate Judge's decision. Further, the court no further action as to amending findings of prior decisions. No further action takes place at this time. (Related document(s):352 Motion to Amend Findings for Hearing of August 3, 2005 Since Debtor was Converted to Chapter 13 on August 7, 2002 and Request for Entry of Judgment Pursuant to FRCP 58(a)(1), 353 Motion to Amend Findings for Hearing of August 3, 2005, Since Debtor Qualifies for Appeal Fees to be Deferred Pursuant to Title 28 USC 1930(b)(15) and Request for Entry of Judgment Pursuant to FRCP 58 (a)(1), 360 Motion to Compel City of Brownsville to Comply with Settlement) (frod, ) (Entered: 10/05/2005) |
|---|---|---|
| 10/04/2005 |  | Receipt Number 969745, Fee Amount $255.00. (Related document (s):367 Notice of Appeal) (dter, ) (Entered: 10/05/2005) |
| 10/04/2005 | 373 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):367 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 10/04/2005) |
| 10/03/2005 | 372 | Motion to Abate. Objections/Request for Hearing Due in 20 days. Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 10/03/2005) |
| 09/28/2005 | 371 | BNC Certificate of Mailing. (Related document(s):365 Opinion, ) No. of Notices: 14. Service Date 09/28/2005. (Admin.) (Entered: 09/29/2005) |
| 09/28/2005 | 370 | First Application for Compensation for Michael B Schmidt, Attorney, Period: 1/11/2002 to 9/27/2005, Fee: $55,157.50, Expenses: $8,741.57. Objections/Request for Hearing Due in 20 days. Filed by Attorney Michael B Schmidt (Attachments: # 1 Proposed Order Approving Attorney Fees) (Schmidt, Michael) (Entered: 09/28/2005) |
| 09/28/2005 | 369 | Final Application for Compensation *Special Counsel* for Michael B Schmidt, Special Counsel, Period: to, Fee: $14,000, Expenses: $650.86, for Frank Costilla, Special Counsel, Period: to, Fee: $56,000, Expenses: $9,603.11. Objections/Request for Hearing Due in 20 days. Filed by Attorney Michael B Schmidt (Attachments: # 1 Proposed Order Approving Special Counsel Fees) (Schmidt, Michael) (Entered: 09/28/2005) |
| 09/28/2005 | 368 | Response (related document(s):360 Motion to Compel *City of Brownsville to Comply with Settlement*). Filed by Juan Pequeno (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 09/28/2005) |
| 09/27/2005 | 367 | Notice of Appeal. (related document(s):365 Opinion, ). Receipt |

| | | Number o,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 10/7/2005. (jezz, ) (Appeal #05-12) (Entered: 09/27/2005) |
|---|---|---|
| 09/27/2005 | 366 | Motion to Amend (related document(s):257 Order Converting Case to Chapter 7). Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 09/27/2005) |
| 09/26/2005 | 365 | Opinion/Order of Bankruptcy Judge Denying (Related document (s):314 Motion *to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002)* (jezz, ) (Entered: 09/26/2005) |
| 09/11/2005 | 364 | BNC Certificate of Mailing. (Related document(s):361 Order Setting Hearing) No. of Notices: 12. Service Date 09/11/2005. (Admin.) (Entered: 09/12/2005) |
| 09/10/2005 | 363 | BNC Certificate of Mailing. (Related document(s):359 Order Setting Hearing, ) No. of Notices: 12. Service Date 09/10/2005. (Admin.) (Entered: 09/11/2005) |
| 09/10/2005 | 362 | BNC Certificate of Mailing. (Related document(s):358 Order Setting Hearing, ) No. of Notices: 12. Service Date 09/10/2005. (Admin.) (Entered: 09/11/2005) |
| 09/09/2005 | 361 | Order Setting Hearing (Related document(s):360 Motion to Compel City of Brownsville to Comply with Settlement) Hearing scheduled for 10/5/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 09/09/2005) |
| 09/08/2005 | 360 | Motion to Compel *City of Brownsville to Comply with Settlement* Filed by Trustee Michael B Schmidt (Attachments: # 1 Proposed Order Granting Motion to Compel) (Schmidt, Michael) (Entered: 09/08/2005) |
| 09/08/2005 | 359 | Order Setting Hearing (Related document(s):353 Motion *to Amend Findings for Hearing of August 3, 2005, Since Debtor Qualifies for Appeal Fees to be Deferred Pursuant to Title 28 USC 1930(b)(15) and Request for Entry of Judgment Pursuant to FRCP 58(a)(1))* Hearing scheduled for 10/5/2005 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: 09/08/2005) |
| 09/08/2005 | 358 | Order Setting Hearing (Related document(s):352 Motion *to Amend Findings for Hearing of August 3, 2005 Since Debtor was Converted to Chapter 13 on August 7, 2002 and Request for Entry of Judgment Pursuant to FRCP 58(a)(1))* Hearing scheduled for 10/5/2005 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: |

| | | 09/08/2005) |
|---|---|---|
| 08/25/2005 | <u>357</u> | Notice of Docketing Record on Appeal.. Parties notified. (Related document(s):<u>311</u> Notice of Appeal). Record on Appeal mailed to District Court, Brownsville Division, 600 E. Harrison, Brownsville, TX on 8/25/05 (jezz, ) (Entered: 08/25/2005) |
| 08/24/2005 | <u>356</u> | Transcript RE: hearing held on April 6, 2005 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 08/25/2005) |
| 08/24/2005 | <u>355</u> | Response (related document(s):<u>353</u> Motion *to Amend Findings for Hearing of August 3, 2005, Since Debtor Qualifies for Appeal Fees to be Deferred Pursuant to Title 28 USC 1930(b)(15) and Request for Entry of Judgment Pursuant to FRCP 58(a)(1)).* Filed by Michael B Schmidt (Attachments: # <u>1</u> Proposed Order Denying Motion to Amend Hearing for Fees) (Schmidt, Michael) (Entered: 08/24/2005) |
| 08/24/2005 | <u>354</u> | Response (related document(s):<u>352</u> Motion *to Amend Findings for Hearing of August 3, 2005 Since Debtor was Converted to Chapter 13 on August 7, 2002 and Request for Entry of Judgment Pursuant to FRCP 58(a)(1)).* Filed by Michael B Schmidt (Attachments: # <u>1</u> Proposed Order Denying Motion to Amend Findings) (Schmidt, Michael) (Entered: 08/24/2005) |
| 08/15/2005 | <u>353</u> | Motion *to Amend Findings for Hearing of August 3, 2005, Since Debtor Qualifies for Appeal Fees to be Deferred Pursuant to Title 28 USC 1930(b)(15) and Request for Entry of Judgment Pursuant to FRCP 58(a)(1)* Filed by Debtor Juan Pequeno (Attachments: # <u>1</u> Proposed Order) (jezz, ) (Entered: 08/18/2005) |
| 08/15/2005 | <u>352</u> | Motion *to Amend Findings for Hearing of August 3, 2005 Since Debtor was Converted to Chapter 13 on August 7, 2002 and Request for Entry of Judgment Pursuant to FRCP 58(a)(1)* Filed by Debtor Juan Pequeno (Attachments: # <u>1</u> Proposed Order) (jezz, ) (Entered: 08/15/2005) |
| 08/03/2005 | <u>351</u> | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 08/05/2005) |
| 08/03/2005 | 350 | Addendum to Courtroom Minutes on hearing held 8/3/05/. Time Hearing Held: 9:00 am. Appearances: J. Pequeno, J. Vardeman. Mr. Pequeno offered exhibits. No objections. Exhibits admitted. (Related document(s):[349] Courtroom Minutes) (frod, ) (Entered: 08/05/2005) |
| 08/03/2005 | 349 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: J. Pequeno, J. Vardeman. Arguments heard by Mr. Pequeno and Mr. |

|  |  | Vardeman. The court denied Mr. Pequeno's request to waive filing fees. (Related document(s):332 Document) (frod, ) (Entered: 08/05/2005) |
|---|---|---|
| 08/02/2005 | 348 | Objection by Juan Pequeno to Trustee's Reply Brief (Related document(s):347 Reply, ) (jezz, ) (Entered: 08/02/2005) |
| 07/27/2005 | 347 | Reply (related document(s):314 Motion *to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002).* Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 07/27/2005) |
| 07/25/2005 | 346 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):343 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 07/25/2005) |
| 07/21/2005 | 345 | Brief in Support of July 6, 2005 Hearing Filed by Juan Pequeno (jezz, ) Additional attachment(s) added on 7/21/2005 (jezz, ). (Entered: 07/21/2005) |
| 07/15/2005 | 344 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007 (jezz, ) (Entered: 07/15/2005) |
| 07/15/2005 | 343 | Notice of Appeal. (related document(s):336 Generic Order). Receipt Number 0,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 7/25/2005. (Appeal #05-08) (jezz, ) (Entered: 07/15/2005) |
| 07/08/2005 | 342 | BNC Certificate of Mailing. (Related document(s):339 Order Setting Hearing) No. of Notices: 12. Service Date 07/08/2005. (Admin.) (Entered: 07/09/2005) |
| 07/07/2005 | 340 | BNC Certificate of Mailing. (Related document(s):336 Generic Order) No. of Notices: 14. Service Date 07/07/2005. (Admin.) (Entered: 07/08/2005) |
| 07/06/2005 | 341 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 07/08/2005) |
| 07/06/2005 | 339 | Order Setting Hearing (Related document(s):332 Document) Hearing scheduled for 8/3/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 07/06/2005) |
| 07/06/2005 | 338 | Reply to Trustee's Letter to Clerk dated 7/1/05, Docket #334, Concerning Appeal Fee Schedule by Juan Pequeno (Related document(s):334 Response) (jezz, ) (Entered: 07/06/2005) |
|  |  |  |

| | | |
|---|---|---|
| 07/06/2005 | 337 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: Juan Pequeno, John Vandermann for Michael Schmidt. Arguments heard by parties. The court takes judicial notice of dates of rulings in this case. Mr. Pequeno offered exhibits. No objections. Exhibits admitted. The court takes this matter under advisement. Parties may file briefs within 2 weeks. The court will review transcripts and docket in this matter before making a final ruling. The court orders parties to advise the court in the event a settlement among parties occurs. (Related document(s):329 Motion to Continue Hearing On (related document (s): Hearing (Bk) Cont, Hearing (Bk) Cont)., 314 Motion to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002) (frod, ) (Entered: 07/06/2005) |
| 07/05/2005 | 335 | Objection (related document(s):329 Motion to Continue Hearing On (related document(s): Hearing (Bk) Cont, Hearing (Bk) Cont).). Filed by Juan Pequeno (jezz, ) (Entered: 07/05/2005) |
| 07/01/2005 | 334 | Response Filed by Michael B Schmidt (related document(s):332 Document) (Schmidt, Michael) (Entered: 07/01/2005) |
| 07/01/2005 | 333 | Reply to Trustee's Response to Debtor's Notice for Court's Ruling of Hearing held on 1/5/05 by Juan Pequeno (Related document(s):313 ) (jezz, ) (Entered: 07/01/2005) |
| 07/01/2005 | 332 | Request for Fee Waiver of Appeal Fees for Appeal #05-05 by Juan Pequeno (jezz, ) (Entered: 07/01/2005) |
| 07/01/2005 | 331 | Reply to Trustee's Response to Debtor's Motion to Null and Void Settlement by Juan Pequeno (Related document(s):320 ) (jezz, ) (Entered: 07/01/2005) |
| 07/01/2005 | 330 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):311 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 07/01/2005) |
| 06/30/2005 | 336 | Order Denying Motion to Dismiss Chapter 7 Trustee Michael B. Schmidt as Trustee Signed on 6/30/2005 (jezz, ) (Entered: 07/05/2005) |
| 06/30/2005 | 329 | Motion to Continue Hearing On (related document(s): Hearing (Bk) Cont, Hearing (Bk) Cont). Filed by Trustee Michael B Schmidt (Attachments: # 1 Proposed Order Resetting Hearing) (Schmidt, Michael) (Entered: 06/30/2005) |
| 06/13/2005 | 328 | Motion to Continue Hearing On (related document(s): Hearing (Bk) Cont, Hearing (Bk) Cont). Filed by Trustee Michael B Schmidt |

| | | (Attachments: # 1 Proposed Order Continuing Hearing until July 6 2005) (Schmidt, Michael) (Entered: 06/13/2005) |
|---|---|---|
| 06/13/2005 | | Hearing Continued (Related document(s):314 Motion to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002) Hearing scheduled for 7/6/2005 at 09:00 AM at Brownsville, 600 E Harrison. (frod, ) (Entered: 06/13/2005) |
| 06/13/2005 | 327 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: Michael Schmidt. Hearing held. Please refer to status report on file for details. (Related document(s):300 Order Setting Hearing) (frod, ) (Entered: 06/13/2005) |
| 06/10/2005 | 326 | Status Report Filed by Juan Pequeno (jezz, ) (Entered: 06/10/2005) |
| 06/06/2005 | 325 | Status Report Filed by Michael B Schmidt (related document(s):300 Order Setting Hearing) (Schmidt, Michael) (Entered: 06/06/2005) |
| 05/22/2005 | 324 | BNC Certificate of Mailing. (Related document(s):322 Order Setting Hearing, ) No. of Notices: 12. Service Date 05/22/2005. (Admin.) (Entered: 05/23/2005) |
| 05/20/2005 | 323 | Certificate of Service Filed by Juan Pequeno (related document (s):314 Motion *to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002*) (jezz, ) (Entered: 05/20/2005) |
| 05/20/2005 | 322 | Order Setting Hearing (Related document(s):314 Motion to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002) Hearing scheduled for 6/15/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 05/20/2005) |
| 05/20/2005 | 321 | Notice of Docketing Record on Appeal. Parties notified. (Related document(s):259 Notice of Appeal). Appeal #05-02 was mailed, Federal Express to the United States District Court, Brownsville Division on 5/20/05. (jezz, ) (Entered: 05/20/2005) |
| 05/10/2005 | 320 | Response (related document(s):314 Motion *to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002*). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order abating motion to null and void settlement (docket# 314)) (Schmidt, Michael) (Entered: 05/10/2005) |
| 05/07/2005 | 319 | BNC Certificate of Mailing. (Related document(s):318 Order Setting |

| | | Hearing, ) No. of Notices: 12. Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
|---|---|---|
| 05/05/2005 | 318 | Order Setting Hearing (Related document(s):309 Motion for Court's Ruling of Hearing held on 1/5/05 Debtor's Objection to Trustee Schmidt's Proof of Claim) Hearing scheduled for 6/15/2005 at 09:00 AM at Brownsville, 600 E Harrison. (gar, ) (Entered: 05/05/2005) |
| 05/03/2005 | 317 | Transcript RE: hearing held on 1/5/05 before the Honorable Richard Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (8 pages) (gcha, ) (Entered: 05/04/2005) |
| 04/29/2005 | 316 | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):311 Notice of Appeal). Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 04/29/2005) |
| 04/28/2005 | 315 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):311 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 04/28/2005) |
| 04/27/2005 | 314 | Motion *to Null and Void Chapter 7 Truste Michael Schmidt's Settlement of September 16, 2002, which was in Violation of Federal Rules of Bankruptcy Procedure 8002* Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 04/27/2005) |
| 04/18/2005 | 313 | Response (related document(s):309 Motion *for Court's Ruling of Hearing held on 1/5/05 Debtor's Objection to Trustee Schmidt's Proof of Claim*). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Denying "Notice for Court's Ruling of Hearing Held on 1/5/05.... " Docket # 309) (Schmidt, Michael) (Entered: 04/18/2005) |
| 04/18/2005 | 312 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007 (Appeal #05-05) (jezz, ) (Entered: 04/18/2005) |
| 04/18/2005 | 311 | Notice of Appeal. (related document(s):308 Order on Claim Objection). Receipt Number 0,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 4/28/2005. (Appeal #05-05) (jezz, ) (Entered: 04/18/2005) |
| 04/13/2005 | 310 | BNC Certificate of Mailing. (Related document(s):308 Order on Claim Objection) No. of Notices: 14. Service Date 04/13/2005. (Admin.) (Entered: 04/14/2005) |
| 04/11/2005 | 309 | Motion *for Court's Ruling of Hearing held on 1/5/05 Debtor's Objection to Trustee Schmidt's Proof of Claim* Filed by Debtor Juan |

| | | |
|---|---|---|
| | | Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 04/11/2005) |
| 04/09/2005 | 307 | BNC Certificate of Mailing. (Related document(s):305 Trustee's Request for Notice of Assets) No. of Notices: 48. Service Date 04/09/2005. (Admin.) (Entered: 04/10/2005) |
| 04/06/2005 | 306 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 04/08/2005) |
| 04/06/2005 | 305 | Trustee's Notice of Assets & Request for Notice to Creditors Filed by Michael B. Schmidt (Schmidt, Michael) (Entered: 04/06/2005) |
| 04/06/2005 | 304 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: Juan Pequeno. M. Schmidt. Arguments heard by parties. Mr. Pequeno offered exhibits. No objections. Exhibits admitted. The court orders Mr. Schmidt to provide with both chambers and Mr. Pequeno with assets report and its notice to the clerk. The court takes this matter under advisement. (Related document(s):278 Motion to Dismiss Party Chapter 7 Trustee Michael B. Schmidt as Trustee because of Trustee's Personal Conflict of Interest with Debtor's Estate.) (frod, ) (Entered: 04/06/2005) |
| 03/31/2005 | 308 | Order Overruling Objection to Claim of Chapter 7 Trustee Signed on 3/31/2005 (Related document(s):245 ) (gcha, ) (Entered: 04/11/2005) |
| 03/31/2005 | 303 | BNC Certificate of Mailing. (Related document(s):300 Order Setting Hearing) No. of Notices: 12. Service Date 03/31/2005. (Admin.) (Entered: 04/01/2005) |
| 03/31/2005 | 302 | Reply by Juan Pequeno (Related document(s):284 to Trustee's Response to Debtor's Motion to Dismiss Chapter 7 Trustee Michael Schmidt, because of Personal Conflict of Interest ) (jezz, ) (Entered: 03/31/2005) |
| 03/30/2005 | 301 | Notice of Docketing Record on Appeal. Parties notified. (Related document(s):238 Notice of Appeal #04-19). Record on appeal mailed to United States District Court, Brownsville Division, 600 E. Harrison St, Brownsville, TX 78520 on 3/30.05 (jezz, ) (Entered: 03/30/2005) |
| 03/29/2005 | 300 | Order Setting STATUS Hearing (Related document(s):1 Voluntary Petition, , , ) Hearing scheduled for 6/13/2005 at 09:05 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 03/29/2005) |
| 03/11/2005 | 299 | Transcript RE: hearing held on December 2, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 03/14/2005) |
| | | |

| 03/11/2005 | 298 | Transcript RE: hearing held on November 3, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 03/14/2005) |
| 03/11/2005 | 297 | Transcript RE: hearing held on December 1, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 03/14/2005) |
| 02/25/2005 | 296 | Notice of Docketing Record on Appeal. Parties notified. (Related document(s):217 Notice of Appeal). Appeal Federal Expressed to the United States District Court, Brownsville Division on 2/25/05 (jezz, ) (Entered: 02/25/2005) |
| 02/25/2005 | 295 | Notice of Docketing Record on Appeal. Parties notified. (Related document(s):215 Notice of Appeal). Appeal Federal Expressed to the United States District Court, Brownsville Division on 2/25/05 (jezz, ) (Entered: 02/25/2005) |
| 02/24/2005 | 294 | BNC Certificate of Mailing. (Related document(s):292 Order Setting Hearing, ) No. of Notices: 12. Service Date 02/24/2005. (Admin.) (Entered: 02/25/2005) |
| 02/22/2005 | 293 | Amended Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):259 Notice of Appeal) (Appeal #05-02) . Filed by Juan Pequeno (jezz, ) (Entered: 02/23/2005) |
| 02/22/2005 | 292 | Order Setting Hearing (Related document(s):278 Motion to Dismiss Party Chapter 7 Trustee Michael B. Schmidt as Trustee because of Trustee's Personal Conflict of Interest with Debtor's Estate . Hearing scheduled for 4/6/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 02/22/2005) |
| 02/05/2005 | 291 | BNC Certificate of Mailing. (Related document(s):285 Generic Order) No. of Notices: 14. Service Date 02/05/2005. (Admin.) (Entered: 02/06/2005) |
| 02/03/2005 | 290 | Transcript RE: hearing held on July 7, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 02/04/2005) |
| 02/03/2005 | 289 | Transcript RE: hearing held on May 5, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 02/04/2005) |
| 02/03/2005 | 288 | Transcript RE: hearing held on October 6, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 02/04/2005) |

| 02/03/2005 | 287 | Transcript RE: hearing held on August 4, 2004 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 02/04/2005) |
|---|---|---|
| 02/03/2005 | 286 | Transcript RE: hearing held on April 10, 2002 before the Honorable Richard S. Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (jezz, ) (Entered: 02/04/2005) |
| 02/03/2005 | 285 | Order Approving Trustee's Motion to Waive Conducting of Another 341 Creditor's Meeting (reference document #269) Signed on 2/3/2005 (jezz, ) (Entered: 02/03/2005) |
| 02/03/2005 | 284 | Response (related document(s):278 Motion to Dismiss Party *Chapter 7 Trustee Michael B. Schmidt as Trustee because of Trustee's Personal Conflict of Interest with Debtor's Estate.* Objections/Request for Hearing Due in 20 days.). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Denying Motion to Dismiss Trustee) (Schmidt, Michael) (Entered: 02/03/2005) |
| 02/02/2005 | 283 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s):[282] Courtroom Minutes, ) (Schmidt, Michael) (Entered: 02/02/2005) |
| 02/02/2005 | 282 | Courtroom Minutes. Time Hearing Held:. Appearances:M.SCMIDT AND J.PEQUENO (Related document(s):269 Motion Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors) ARGUMENTS PRESENTED BY PEQUENO. THE JUDGE GRANTED SAID MOTION (lgar, ) (Entered: 02/02/2005) |
| 01/31/2005 | 281 | Notice *Of Order Setting Hearing.* (Related document(s):279 Order Setting Hearing) Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 01/31/2005) |
| 01/30/2005 | 280 | BNC Certificate of Mailing. (Related document(s):279 Order Setting Hearing) No. of Notices: 12. Service Date 01/30/2005. (Admin.) (Entered: 01/31/2005) |
| 01/28/2005 | 279 | Order Setting Hearing (Related document(s):269 Motion Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors) Hearing scheduled for 2/2/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 01/28/2005) |
| 01/28/2005 | 278 | Motion to Dismiss *Chapter 7 Trustee Michael B. Schmidt as Trustee because of Trustee's Personal Conflict of Interest with Debtor's Estate.* Objections/Request for Hearing Due in 20 days. Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 01/28/2005) |

| 01/28/2005 | 277 | Response (related document(s):269 Motion *Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors* and for Cause Dismiss Same Chapter 7 Trustee). Filed by Juan Pequeno (Attachments: # 1 Proposed Order) (jezz, ) . (Entered: 01/28/2005) |
| --- | --- | --- |
| 01/24/2005 | 276 | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):259 Notice of Appeal). Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 01/24/2005) |
| 01/24/2005 | 275 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: M. Schmidt (Related document(s):269 Motion *Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors*). Order submitted in court today, approving Trustee's Motion to Waive Conducting another 341 Meeting. If debtor does not respond by Friday, order will be signed. (jezz, ) (Entered: 01/24/2005) |
| 01/20/2005 | 274 | BNC Certificate of Mailing. (Related document(s):271 Order Setting Hearing, ) No. of Notices: 14. Service Date 01/20/2005. (Admin.) (Entered: 01/21/2005) |
| 01/19/2005 | | Meeting of creditors held and concluded. Debtor appeared. Potential assets. (Schmidt, Michael) (Entered: 01/19/2005) |
| 01/18/2005 | 273 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):259 Notice of Appeal)., Statement of Issues on Appeal (related document(s):259 Notice of Appeal). Filed by Juan Pequeno (gcha, ) (Entered: 01/18/2005) |
| 01/18/2005 | 272 | Notice *of Hearing for January 24, 2005 9:00 am in Corpus Christi, TX*. (Related document(s):271 Order Setting Hearing, ) Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 01/18/2005) |
| 01/18/2005 | 271 | Order Setting Hearing Signed on 1/18/2005 (Related document (s):269 Motion *Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors*) Hearing scheduled for 1/24/2005 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (gcha, ) (Entered: 01/18/2005) |
| 01/14/2005 | 270 | Motion to Expedite Hearing (related document(s):269 Motion *Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors*). Filed by Trustee Michael B Schmidt (Attachments: # 1 Proposed Order Setting Hearing on Docket #269 for hearing on 1/24/05) (Schmidt, Michael) (Entered: 01/14/2005) |
| 01/13/2005 | 269 | Motion *Expedited by Trustee to Waive Conducting of Another 341 Meeting of Creditors* Filed by Trustee Michael B Schmidt (Attachments: # 1 Proposed Order Granting Motion to Waive 341 |

| | | meeting) (Schmidt, Michael) (Entered: 01/13/2005) |
|---|---|---|
| 01/12/2005 | 268 | BNC Certificate of Mailing. (Related document(s):266 Order Vacating Order) No. of Notices: 56. Service Date 01/12/2005. (Admin.) (Entered: 01/13/2005) |
| 01/09/2005 | 265 | BNC Certificate of Mailing. (Related document(s):263 Order To Pay Wages) No. of Notices: 14. Service Date 01/09/2005. (Admin.) (Entered: 01/10/2005) |
| 01/07/2005 | 266 | Order Vacating Order Signed on 1/7/2005 (Related document(s):263 Order To Pay Wages) . Case converted to Chapter 7. (jezz, ) (Entered: 01/10/2005) |
| 01/07/2005 | 264 | BNC Certificate of Mailing - Meeting of Creditors. (Related document(s):261 Meeting of Creditors Chapter 7 Asset) No. of Notices: 48. Service Date 01/07/2005. (Admin.) (Entered: 01/08/2005) |
| 01/06/2005 | 263 | Order for Debtor's Employer to Pay Trustee (UTB) Signed on 1/6/2005 (jezz, ) (Entered: 01/06/2005) |
| 01/06/2005 | | Adversary Case 1-04-ap-01017 Closed. (chor, ) (Entered: 01/06/2005) |
| 01/05/2005 | 267 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 01/10/2005) |
| 01/05/2005 | 262 | Courtroom Minutes. Time Hearing Held: 2:00 pm. Appearances: Michael Schmidt (by video conference from CC); Juan Pequeno in the courtroom. Arguments heard by parties. No appearances by Alejandra Tapiero. Exhibits offered by Mr. Pequeno. No objections. Exhibits admitted. Objection as to document #248 sustained. The court takes under advisement objection related to document #247. (Related document(s):245 Objection to Claim, 246 Objection to Claim, 247 Scheduling Order (Claim Objections), 248 Scheduling Order (Claim Objections)) (frod, ) (Entered: 01/05/2005) |
| 01/05/2005 | 261 | Meeting of Creditors 341(a) meeting to be held on 1/28/2005 at 10:30 AM at Harlingen, 222 E Van Buren. Last day to oppose discharge or dischargeability is 3/29/2005. Proofs of Claims due by 4/29/2005. (gluc, ) (Entered: 01/05/2005) |
| 01/05/2005 | 260 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007 (Appeal #05-02) (jezz, ) (Entered: 01/05/2005) |
| 01/05/2005 | 259 | Notice of Appeal. (related document(s):257 Order Converting Case to Chapter 7). Receipt Number 0,Fee Amount $255. Filed by Juan |

| | | Pequeno Appellant Designation due by 1/18/2005. (Appeal #05-02) (jezz, ) (Entered: 01/05/2005) |
|---|---|---|
| 12/29/2004 | 258 | BNC Certificate of Mailing. (Related document(s):257 Order Converting Case to Chapter 7) No. of Notices: 13. Service Date 12/29/2004. (Admin.) (Entered: 12/30/2004) |
| 12/28/2004 | | Notice of Appointment of Successor Trustee. Trustee Cindy Boudloche removed from the case. Trustee Michael B Schmidt added to the case. (jezz, ) (Entered: 12/28/2004) |
| 12/27/2004 | 257 | Order Converting Case to Chapter 7 (reference document #219) Signed on 12/27/2004 (jezz, ) (Entered: 12/27/2004) |
| 12/22/2004 | | Meeting of Creditors Held. Debtor appeared 11/05/2004, *SSN/ID verified on 12/02/2004; meeting concluded* (Boudloche, Cindy) (Entered: 12/22/2004) |
| 12/20/2004 | 256 | Response (related document(s):245 Objection to Claim). Filed by Michael B. Schmidt (Attachments: # 1 Proposed Order Order Denying Notice of Objection to Chapter 7 Trustee Michael B. Schmidt's Proof of Claim)(Schmidt, Michael) (Entered: 12/20/2004) |
| 12/15/2004 | 255 | Response Filed by Alejandra Tapiero (related document(s):246 Objection to Claim) (Faulk, William) (Entered: 12/15/2004) |
| 12/14/2004 | 254 | Amended Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):217 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 12/15/2004) |
| 12/03/2004 | 253 | BNC Certificate of Mailing. (Related document(s):248 Scheduling Order (Claim Objections)) No. of Notices: 13. Service Date 12/03/2004. (Admin.) (Entered: 12/04/2004) |
| 12/03/2004 | 252 | BNC Certificate of Mailing. (Related document(s):247 Scheduling Order (Claim Objections)) No. of Notices: 13. Service Date 12/03/2004. (Admin.) (Entered: 12/04/2004) |
| 12/02/2004 | | Hearing Held on Motion to Compel Trustee (reference document #228). Motion not approved. (Entered: 12/02/2004) |
| 12/01/2004 | 251 | Exhibit List Filed by Michael B Schmidt (jezz, ) (Entered: 12/03/2004) |
| 12/01/2004 | 250 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 12/03/2004) |
| | | |

| 12/01/2004 | 249 | Courtroom Minutes. Time Hearing Held: 9:00 am. Appearances: Juan Pequeno, Michael Schmidt. Exhibits are offered by each party. No objections to either side's exhibits. All exhibits are admitted. The court will review the record and make a decision. This matter is now under advisement. (Related document(s):219 Motion to Convert Case to Chapter 7 by Former Chapter 7 Trustee, Administrative Creditor.) (frod, ) . (Entered: 12/01/2004) |
| --- | --- | --- |
| 12/01/2004 | 248 | Scheduling Order (Related document(s):246 Objection to Claim) Hearing scheduled for 1/5/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 12/01/2004) |
| 12/01/2004 | 247 | Scheduling Order (Related document(s):245 Objection to Claim) Hearing scheduled for 1/5/2005 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 12/01/2004) |
| 11/30/2004 | 246 | Objection to Claim *of Alejandra Tapiero (2)* Filed by Juan Pequeno (jezz, ) (Entered: 11/30/2004) |
| 11/30/2004 | 245 | Objection to Claim *of Michael Schmidt* Filed by Juan Pequeno (jezz, ) (Entered: 11/30/2004) |
| 11/30/2004 | 244 | Amended Schedules: Amended Schedule(s): I, J Filed by Juan Pequeno (jezz, ) (Entered: 11/30/2004) |
| 11/30/2004 | 243 | Amended Chapter 13 Plan Filed by Juan Pequeno (Related document (s):184 Chapter 13 Plan) (jezz, ) (Entered: 11/30/2004) |
| 11/29/2004 | 242 | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):238 Notice of Appeal). Filed by Michael B. Schmidt (Schmidt, Michael) (Entered: 11/29/2004) |
| 11/26/2004 | 241 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):238 Notice of Appeal). Filed by Juan Pequeno (gcha, ) (Entered: 11/26/2004) |
| 11/17/2004 | 240 | BNC Certificate of Mailing. Service Date 11/17/2004. (Admin.) (Entered: 11/18/2004) |
| 11/16/2004 | 239 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007 (RE: Appeal #04-19) (jezz, ) (Entered: 11/16/2004) |
| 11/15/2004 | 238 | Notice of Appeal. (related document(s):232 Order on Motion to Compel). Receipt Number 0,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 11/26/2004. (jezz, ) (Entered: 11/16/2004) |

| 11/15/2004 | 237 | Notice *of Hearing*. (Related document(s):236 Order Setting Hearing) Filed by Michael B. Schmidt (Schmidt, Michael) (Entered: 11/15/2004) |
|---|---|---|
| 11/15/2004 | 236 | Order Setting Hearing (Related document(s):219 Motion to Convert Case to Chapter 7 by Former Chapter 7 Trustee, Administrative Creditor. Hearing scheduled for 12/1/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar,·) (Entered: 11/15/2004) |
| 11/12/2004 | 235 | Response (related document(s):219 Motion to Convert Case to Chapter 7 *by Former Chapter 7 Trustee, Administrative Creditor*. Receipt Number o, Fee Amount $15.). Filed by Juan Pequeno (Attachments: # 1 Proposed Order) (gcha, ) (Entered: 11/12/2004) |
| 11/10/2004 | 234 | BNC Certificate of Mailing. Service Date 11/10/2004. (Admin.) (Entered: 11/11/2004) |
| 11/08/2004 | | Meeting of Creditors Held. Debtor appeared 11/05/2004, *meeting continued for verification of SS, meeting adjourned, not concluded* (Boudloche, Cindy) (Entered: 11/08/2004) |
| 11/06/2004 | 231 | BNC Certificate of Mailing. Service Date 11/06/2004. (Admin.) (Entered: 11/08/2004) |
| 11/05/2004 | | Receipt Number 967607, Fee Amount $26.00. (Related document (s):230 Amended Schedules (Fee)) (gluc, ) (Entered: 11/08/2004) |
| 11/05/2004 | 230 | Amended Schedule(s): F, G, I, J. Receipt Number 0,Fee Amount $26. Filed by Juan Pequeno (jezz, ) (Entered: 11/05/2004) |
| 11/04/2004 | | Receipt Number 125944, Fee Amount $15. (Related document(s):219 Motion to Convert Case to Chapter 7 *by Former Chapter 7 Trustee, Administrative Creditor*. Receipt Number o, Fee Amount $15.) (klov, ) (Entered: 11/04/2004) |
| 11/04/2004 | 229 | Order Setting Hearing (Related document(s):228 Motion to Compel Chapter 13 Trustee Boudloche To Correct Debtor's Chapter 13 Case) Hearing scheduled for 12/2/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 11/04/2004) |
| 11/03/2004 | 233 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 11/10/2004) |
| 11/03/2004 | 232 | Order Denying Motion To Compel (Related Doc # 220) Signed on 11/3/2004. (gcha, ) Modified on 11/15/2004 (jezz, ). (Entered: 11/08/2004) |
| 11/03/2004 | 228 | Motion to Compel *Chapter 13 Trustee Boudloche To Correct* |

|  |  |  |
|---|---|---|
|  |  | *Debtor's Chapter 13 Case* Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 11/03/2004) |
| 11/03/2004 | 227 | Courtroom Minutes. Appearances: J.Pequeno, M.Schmidt and A.Garcia: Agruments presented by all parties. Debtor offered exhibits. Schmidt objected to said exhibits. Judge denied said motion. Order was submitted and signed. (Related document(s):220 Motion to Compel Bankruptcy Clerk to File Debtor's Exhibits Docket Entry #203, Admitted at the Hearing of October 6, 2004) (lgar, ) (Entered: 11/03/2004) |
| 11/02/2004 | 226 | Appellee Designation of Contents for Inclusion in Record of Appeal (related document(s):217 Notice of Appeal). Filed by Michael B. Schmidt (Attachments: # 1 Exhibit copy of docket #68# 2 Exhibit copy of docket 75)(Schmidt, Michael) (Entered: 11/02/2004) |
| 11/01/2004 | 225 | Response (related document(s):220 Motion to Compel *Bankruptcy Clerk to File Debtor's Exhibits Docket Entry #203, Admitted at the Hearing of October 6, 2004*). Filed by Michael B. Schmidt (Attachments: # 1 Proposed Order Denying Motion) (Schmidt, Michael) (Entered: 11/01/2004) |
| 10/30/2004 | 224 | BNC Certificate of Mailing. Service Date 10/30/2004. (Admin.) (Entered: 10/31/2004) |
| 10/28/2004 | 223 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):215 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 10/28/2004) |
| 10/28/2004 | 222 | Appellant Designation of Contents For Inclusion in Record On Appeal (related document(s):217 Notice of Appeal). Filed by Juan Pequeno (jezz, ) (Entered: 10/28/2004) |
| 10/28/2004 | 221 | Order Setting Hearing Signed on 10/28/2004 (Related document (s):220 Motion to Compel *Bankruptcy Clerk to File Debtor's Exhibits Docket Entry #203, Admitted at the Hearing of October 6, 2004*) Hearing scheduled for 11/3/2004 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: 10/28/2004) |
| 10/27/2004 | 220 | Motion to Compel *Bankruptcy Clerk to File Debtor's Exhibits Docket Entry #203, Admitted at the Hearing of October 6, 2004* Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 10/27/2004) |
| 10/22/2004 | 219 | Motion to Convert Case to Chapter 7 *by Former Chapter 7 Trustee, Administrative Creditor*. Receipt Number o, Fee Amount $15. Filed |