B-00-180

Exhibit 6 Cont

| | | |
|---|---|---|
| | | by Creditor Michael B. Schmidt (Attachments: # 1 Proposed Order Converting Case to 7) (Schmidt, Michael) (Entered: 10/22/2004) |
| 10/21/2004 | 218 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007 (Appeal #04-17) (jezz, ) (Entered: 10/21/2004) |
| 10/21/2004 | 216 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007 (Appeal #04-16) (jezz, ) (Entered: 10/21/2004) |
| 10/18/2004 | 217 | Notice of Appeal. (related document(s):209 Generic Order). Receipt Number 0,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 10/28/2004.(Appeal #04-17) (jezz, ) (Entered: 10/21/2004) |
| 10/18/2004 | 215 | Notice of Appeal. (related document(s):208 Generic Order). Receipt Number 0,Fee Amount $255. Filed by Juan Pequeno Appellant Designation due by 10/28/2004. (Appeal #04-16) (jezz, ). (Entered: 10/21/2004) |
| 10/10/2004 | 214 | BNC Certificate of Mailing. Service Date 10/10/2004. (Related Doc # 210) (Admin.) (Entered: 10/11/2004) |
| 10/10/2004 | 213 | BNC Certificate of Mailing. Service Date 10/10/2004. (Related Doc # 209) (Admin.) (Entered: 10/11/2004) |
| 10/10/2004 | 212 | BNC Certificate of Mailing. Service Date 10/10/2004. (Related Doc # 208) (Admin.) (Entered: 10/11/2004) |
| 10/08/2004 | 211 | BNC Certificate of Mailing - Meeting of Creditors. Service Date 10/08/2004. (Related Doc # 204) (Admin.) (Entered: 10/09/2004) |
| 10/08/2004 | 210 | Order Granting Debtor's Motion to Revoke Discharge (reference document #188) Signed on 10/8/2004 (jezz, ) (Entered: 10/08/2004) |
| 10/08/2004 | 209 | Order Denying Debtor's Motion to Deny Administrative and/or Recovery Fees (reference document #187) Signed on 10/8/2004 (jezz, ) (Entered: 10/08/2004) |
| 10/08/2004 | 208 | Order Denying Debtor's Motion to Deny Admittance of Chapter 7 Trustee Michael B. Schmidt's Exhibits dated July 7, 2004 (reference document #189)Signed on 10/8/2004 (jezz, ) (Entered: 10/08/2004) |
| 10/07/2004 | 207 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s):[203] Courtroom Minutes,, ) (Schmidt, Michael) (Entered: 10/07/2004) |
| | | |

| 10/07/2004 | 206 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s):[203] Courtroom Minutes,, ) (Schmidt, Michael) (Entered: 10/07/2004) |
| 10/07/2004 | 205 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s):[203] Courtroom Minutes,, ) (Schmidt, Michael) (Entered: 10/07/2004) |
| 10/06/2004 | 204 | Chapter 13 Meeting of Creditors. 341(a) meeting to be held on 11/5/2004 at 10:00 AM at Harlingen, 222 E Van Buren. Proofs of Claims due by 2/3/2005. (Boudloche, Cindy) (Entered: 10/06/2004) |
| 10/06/2004 | 203 | Courtroom Minutes. Time Hearing Held:. Appearances: A. Garcia, M. Schmidt and J. Pequeno. Arguments made by all parties. (Related document(s):187 Motion to Deny Administrative and/or Recovery Fees for Chapter 7 Trustee Michael Schmidt, Trustee's Firm and Costilla's Firm-JUDGE DENIED MOTION, 188 Motion to Vacate Discharge-JUDGE GRANTED MOTION, 189 Motion to Deny Admittance of Chapter 7 Trustee Michael Schmidt's Exhibits Dated July 7, 2004, Docket #178-JUDGE DENIED MOTION (lgar, ) (Entered: 10/06/2004) |
| 09/19/2004 | 202 | BNC Certificate of Mailing. Service Date 09/19/2004. (Related Doc # 201) (Admin.) (Entered: 09/20/2004) |
| 09/13/2004 | 201 | Order Denying Cross Motion to Reconvert to Chapter 7 (reference document #170) Signed on 9/13/2004 (jezz, ) (Entered: 09/17/2004) |
| 08/29/2004 | 200 | BNC Certificate of Mailing. Service Date 08/29/2004. (Related Doc # 197) (Admin.) (Entered: 08/30/2004) |
| 08/29/2004 | 199 | BNC Certificate of Mailing. Service Date 08/29/2004. (Related Doc # 196) (Admin.) (Entered: 08/30/2004) |
| 08/29/2004 | 198 | BNC Certificate of Mailing. Service Date 08/29/2004. (Related Doc # 195) (Admin.) (Entered: 08/30/2004) |
| 08/27/2004 | 197 | Order Setting Hearing (Related document(s):189 Motion to Deny Admittance of Chapter 7 Trustee Michael Schmidt's Exhibits Dated July 7, 2004, Docket #178) Hearing scheduled for 10/6/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 08/27/2004) |
| 08/27/2004 | 196 | Order Setting Hearing (Related document(s):188 Motion to Vacate Discharge. Hearing scheduled for 10/6/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 08/27/2004) |
| 08/27/2004 | 195 | Order Setting Hearing (Related document(s):187 Motion to Deny |

|  |  | Administrative and/or Recovery Fees for Chapter 7 Trustee Michael Schmidt, Trustee's Firm and Costilla's Firm) Hearing scheduled for 10/6/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 08/27/2004) |
| --- | --- | --- |
| 08/23/2004 | 194 | Response (related document(s):189 Motion *to Deny Admittance of Chapter 7 Trustee Michael Schmidt's Exhibits Dated July 7, 2004, Docket #178*). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Order Denying Motion to Deny) (Schmidt, Michael) (Entered: 08/23/2004) |
| 08/19/2004 | 193 | Response (related document(s):188 Motion to Vacate Discharge. Objections/Request for Hearing Due in 20 days.). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Order Denying Debtors Motion to Revoke Discharge) (Schmidt, Michael) (Entered: 08/19/2004) |
| 08/18/2004 | 192 | Response (related document(s):187 Motion *to Deny Administrative and/or Recovery Fees for Chapter 7 Trustee Michael Schmidt, Trustee's Firm and Costilla's Firm*). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Order Denying Debtor's Motion to Deny Administrative and/or Recovery Fees) (Schmidt, Michael) (Entered: 08/18/2004) |
| 08/04/2004 | 191 | Exhibit List Filed by Juan Pequeno (jezz, ) (Entered: 08/09/2004) |
| 08/04/2004 | 190 | Courtroom Minutes. Time Hearing Held: 10:37 a.m. to 11:57 a.m. Appearances: Juan Pequeno, pro se, John Vardeman for Mike Schmidt. (Related document(s):170 Motion *"Cross" to Reconvert to Chapter 7*). Arguments presented. Schmidt Exhibits A-D were offered and admitted. Juan Pequeno was called as a witness, was sworn, and provided testimony. Mike Schmidt was called as a witness, was sworn, and provided testimony. The Court took this matter Under Advisement. (lhar, ) (Entered: 08/04/2004) |
| 08/03/2004 | 189 | Motion *to Deny Admittance of Chapter 7 Trustee Michael Schmidt's Exhibits Dated July 7, 2004, Docket #178* Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order # 2 Proposed Order) (jezz, ) (Entered: 08/04/2004) |
| 08/03/2004 | 188 | Motion to Vacate Discharge. Objections/Request for Hearing Due in 20 days. Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 08/04/2004) |
| 08/03/2004 | 187 | Motion *to Deny Administrative and/or Recovery Fees for Chapter 7 Trustee Michael Schmidt, Trustee's Firm and Costilla's Firm* Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 08/03/2004) |

| 08/03/2004 | 186 | 454 (Recover Money/Property): Complaint by Juan Pequeno against Aurora Loan Services, Inc.. Receipt Number O, Fee Amount $150 (dter, ) (Entered: 08/03/2004) |
| --- | --- | --- |
| 08/02/2004 | 185 | Response Filed by Alejandra Tapiero (related document(s):184 Chapter 13 Plan) (Attachments: # 1 Exhibit) (Faulk, William) (Entered: 08/02/2004) |
| 07/23/2004 | 184 | Chapter 13 Plan Filed by Juan Pequeno (jezz, ) (Entered: 07/23/2004) |
| 07/22/2004 | 183 | BNC Certificate of Mailing. Service Date 07/22/2004. (Related Doc # 180) (Admin.) (Entered: 07/23/2004) |
| 07/22/2004 | 182 | BNC Certificate of Mailing. Service Date 07/22/2004. (Related Doc # 181) (Admin.) (Entered: 07/23/2004) |
| 07/22/2004 | | Adversary Case 04-1008 Closed. (chor, ) (Entered: 07/22/2004) |
| 07/20/2004 | 181 | Initial Order for Chapter 13 Case Signed on 7/20/2004 (jezz, ) (Entered: 07/20/2004) |
| 07/20/2004 | | Notice of Appointment of Successor Trustee. Trustee Michael B. Schmidt removed from the case. Trustee Cindy Boudloche added to the case. (jezz, ) (Entered: 07/20/2004) |
| 07/20/2004 | 180 | Order Granting Motion to Convert Case to Chapter 13 (Related Doc # 166) Signed on 7/20/2004. (jezz, ) (Entered: 07/20/2004) |
| 07/19/2004 | 179 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s):[177] Courtroom Minutes,, ) (Schmidt, Michael) (Entered: 07/19/2004) |
| 07/07/2004 | 178 | Exhibit List Filed by Michael B Schmidt (jezz, ) (Entered: 07/15/2004) |
| 07/07/2004 | 177 | Courtroom Minutes. Time Hearing Held: 10:15 a.m. Appearances: John Vardeman for the chapter 7 trustee, and Juan Pequeno, pro se debtor. (Related document(s):170 Motion *"Cross" to Reconvert to Chapter 7*). The Court had orally ruled the debtor would be allowed to convert to chapter 13. The debtor will be allowed until 23 July 2004 to file a feasible plan. The plan will be reviewed by the Court next hearing to determine if the debtor will be allowed to remain in chapter 13. Hearing scheduled for 8/4/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lhar, ) (Entered: 07/07/2004) |
| 07/07/2004 | 176 | Courtroom Minutes. Time Hearing Held: 10:15 a.m. (Related document(s):166 Motion to Convert Case to Chapter 13). The Court |

| | | granted the motion. (lhar, ) (Entered: 07/07/2004) |
|---|---|---|
| 07/01/2004 | 175 | Response by Juan Pequeno to Trustee's Response to Debtor's Motion to Convert to Chapter 13 (Related document(s):169 Response) (jezz, ) (Entered: 07/01/2004) |
| 06/07/2004 | 174 | Response (related document(s):170 Motion *"Cross" to Reconvert to Chapter 7*). Filed by Juan Pequeno (jezz, ) (Entered: 06/07/2004) |
| 05/28/2004 | 173 | BNC Certificate of Mailing. Service Date 05/28/2004. (Related Doc # 171) (Admin.) (Entered: 05/29/2004) |
| 05/27/2004 | 172 | Notice (related document(s):171 Order Setting Hearing) *for 7/7/04.* Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 05/27/2004) |
| 05/26/2004 | 171 | Order Setting Hearing (Related document(s):170 Motion "Cross" to Reconvert to Chapter 7, 166 Motion to Convert Case to Chapter 13) Hearing scheduled for 7/7/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 05/26/2004) |
| 05/18/2004 | 170 | Motion *"Cross" to Reconvert to Chapter 7* Filed by Trustee Michael B Schmidt (Attachments: # 1 Proposed Order Granting Motion to Reconvert to Chapter 7) (Schmidt, Michael) (Entered: 05/18/2004) |
| 05/18/2004 | 169 | Response (related document(s):166 Motion to Convert Case to Chapter 13). Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Denying Motion to Convert) (Schmidt, Michael) (Entered: 05/18/2004) |
| 05/05/2004 | 167 | Courtroom Minutes. (Related document(s):162 Notice). Brief remarks presented. The Court ruled the case would not be dismissed. (lhar, ) (Entered: 05/05/2004) |
| 05/03/2004 | 168 | 498 (Other Action): Complaint *on Unlawful Sale of Plaintiff's Home (NO ADV. COVER SHEET PROVIDED)* by Juan Pequeno against Aurora Loan Services Inc, Michael Schmidt, Joe De La Fuente, Enrique Perez, Melissa Avalos. Receipt Number O, Fee Amount $150 (Attachments: # 1 Exhibit) (vrio, ) (Entered: 05/06/2004) |
| 04/30/2004 | 166 | Motion to Convert Case to Chapter 13 Filed by Debtor Juan Pequeno (Attachments: # 1 Proposed Order) (frod, ) (Entered: 05/04/2004) |
| 04/30/2004 | | Receipt of Final Installment Payment. Receipt Number 966289, Fee Amount $140.00 (gluc, ) (Entered: 05/03/2004) |
| 04/28/2004 | 165 | Notice (related document(s): Hearing (Bk)) *of Hearing per Court for* |

| | | |
|---|---|---|
| | | *May 5, 2004.* Filed by Michael B Schmidt (Schmidt, Michael) (Entered: 04/28/2004) |
| 04/28/2004 | | Hearing Set On (Related document(s):162 Notice, ) Hearing scheduled for 5/5/2004 at 09:00 AM at Brownsville, 600 E Harrison. (lgar, ) (Entered: 04/28/2004) |
| 04/21/2004 | 164 | BNC Certificate of Mailing. Service Date 04/21/2004. (Related Doc # 161) (Admin.) (Entered: 04/22/2004) |
| 04/21/2004 | 163 | BNC Certificate of Mailing. Service Date 04/21/2004. (Related Doc # 161) (Admin.) (Entered: 04/22/2004) |
| 04/21/2004 | 162 | Notice (related document(s):161 Notice of Failure to Pay Filing Fees) *of Trustee's Request for Hearing on Dismissal of Case for May 5, 2004 in Brownsville, TX.* Filed by Michael B Schmidt (Attachments: # 1 Proposed Order Setting Hearing on Dismissal of Case for May 5, 2004 in Brownsville, TX) (Schmidt, Michael) (Entered: 04/21/2004) |
| 04/19/2004 | 161 | Notice of Failure to Pay Filing Fees. The court may dismiss this case after 15 days unless the filing fee is paid or a party in interest requests a hearing (frod, ) (Entered: 04/19/2004) |
| 02/03/2003 | 160 | Receipt of Record on Appeal #02-18 from US District Court in Brownsville; B-03-029. (vrio, ) (Entered: 02/04/2003) |
| 01/28/2003 | 159 | Notice of Docketing Record on Appeal #02-17. (related document(s) 127). (vrio, ) (Entered: 01/28/2003) |
| 01/28/2003 | 158 | Notice of Docketing Record on Appeal #02-16. (related document(s) 126). (vrio, ) (Entered: 01/28/2003) |
| 01/28/2003 | 157 | Notice of Docketing Record on Appeal #02-19. (related document(s) 129). (vrio, ) Modified on 2/27/2003 (gjon, ). (Entered: 01/28/2003) |
| 01/28/2003 | 156 | Notice of Docketing Record on Appeal #02-18 (related document(s) 128). (vrio, ) (Entered: 01/28/2003) |
| 01/27/2003 | 151 | Transcript RE: hearing held on 11/6/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/28/2003) |
| 01/27/2003 | 150 | Transcript RE: hearing held on 11/7/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/28/2003) |
| | | |

| 01/27/2003 | 149 | Transcript RE: hearing held on 10/9/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/28/2003) |
| 01/08/2003 | | Hearing Held (related document(s)111). Agruments presented by Schmidt and Pequeno. The Judge approved the expenses. (lgar, ) (Entered: 01/08/2003) |
| 01/02/2003 | 155 | Appellant's List of Exhibits (Appeal #02-17) by Juan Pequeno (related document(s)127). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/02/2003 | 154 | Appellant's List of Exhibits (Appeal #02-16) by Juan Pequeno (related document(s)126). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/02/2003 | 153 | Appellant's List of Exhibits (Appeal #02-19) by Juan Pequeno (related document(s)129). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 01/02/2003 | 152 | Appellant's List of Exhibits (Appeal #02-18) by Juan Pequeno (related document(s)128). Copies received. (vrio, ) (Entered: 01/28/2003) |
| 12/11/2002 | 147 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)129). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | 146 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)128). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | 145 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)127). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | 144 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Michael B Schmidt (related document(s)126). (Schmidt, Michael) (Entered: 12/11/2002) |
| 12/11/2002 | | Hearing Held (related document(s)92). Matter is moot per Schmidt. (lgar, ) (Entered: 12/11/2002) |
| 12/06/2002 | 143 | BNC Certificate of Mailing. Service Date 12/06/02. (Related Doc # 137) (Admin.) (Entered: 12/07/2002) |
| 12/04/2002 | 142 | Certificate of Service Filed by Michael B Schmidt (related document |

| | | |
|---|---|---|
| | | (s)<u>111</u>). (Schmidt, Michael) (Entered: 12/04/2002) |
| 12/03/2002 | | Notice of Continuance of Meeting of Creditors on 12/20/2002 at 10:00 AM at Harlingen, 222 E Van Buren (Schmidt, Michael) (Entered: 12/03/2002) |
| 12/02/2002 | <u>141</u> | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)<u>129</u>). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
| 12/02/2002 | <u>140</u> | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)<u>127</u>). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
| 12/02/2002 | <u>139</u> | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)<u>126</u>). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
| 12/02/2002 | <u>138</u> | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Juan Pequeno (related document(s)<u>128</u>). Appellee designation due by 12/12/2002. Transmission of Designation Due by 1/1/2003. (vrio, ) (Entered: 12/04/2002) |
| 12/02/2002 | <u>137</u> | Order Setting Hearing Signed on 12/2/2002 (related document(s)<u>111</u>). Hearing scheduled for 1/8/2003 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 12/03/2002) |
| 11/26/2002 | <u>136</u> | Objection to (related to motions(s)<u>111</u>) Filed by Juan Pequeno. (Attachments: # <u>1</u> Proposed Order # <u>2</u> Proposed Order Setting Hearing) (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | <u>135</u> | (Appeal # 02-19) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | <u>134</u> | (Appeal #02-18) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | <u>133</u> | (Appeal #02-17) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | <u>132</u> | (Appeal #02-16) Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (vrio, ) (Entered: 11/26/2002) |
| 11/26/2002 | <u>131</u> | Notice/Letter regarding Notice of Appeals (02-16, 02-17, 02-18, 02- |

| | | |
|---|---|---|
| | | 19). (vrio, ) (Entered: 11/26/2002) |
| 11/22/2002 | | Receipt Number 961357, Fee Amount $105.00. (related document(s) 129). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961356, Fee Amount $105.00. (related document(s) 128). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961355, Fee Amount $105.00. (related document(s) 127). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | | Receipt Number 961354, Fee Amount $105.00. (related document(s) 126). (jhil, ) (Entered: 11/25/2002) |
| 11/22/2002 | 129 | Notice of Appeal. Receipt Number 961357,Fee Amount $105. Filed by Juan Pequeno (related document(s)118). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | 128 | Notice of Appeal. Receipt Number 961356,Fee Amount $105. Filed by Juan Pequeno (related document(s)119). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | 127 | Notice of Appeal. Receipt Number 961355,Fee Amount $105. Filed by Juan Pequeno (related document(s)120). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/22/2002 | 126 | Notice of Appeal. Receipt Number 961354,Fee Amount $105. Filed by Juan Pequeno (related document(s)121). Appellant Designation due by 12/2/2002. (vrio, ) (Entered: 11/25/2002) |
| 11/21/2002 | 130 | Transcript RE: hearing held on 9/10/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom. (vrio, ) (Entered: 11/26/2002) |
| 11/18/2002 | 148 | Transcript RE: hearing held on 6/5/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 01/16/2003) |
| 11/16/2002 | 125 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 121) (Admin.) (Entered: 11/18/2002) |
| 11/16/2002 | 124 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 120) (Admin.) (Entered: 11/18/2002) |
| 11/16/2002 | 123 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 119) (Admin.) (Entered: 11/18/2002) |

| 11/16/2002 | 122 | BNC Certificate of Mailing. Service Date 11/16/02. (Related Doc # 118) (Admin.) (Entered: 11/18/2002) |
| 11/12/2002 | 121 | Order Denying #50 Motion to Convert Case to Chapter 13. Signed on 11/12/2002. (vrio, ) (Entered: 11/14/2002) |
| 11/12/2002 | 120 | Order Denying #79 Motion to Vacate Order Authorizing Trustee to Mediate and Settle. Signed on 11/12/2002. (vrio, ) (Entered: 11/14/2002) |
| 11/12/2002 | 119 | Order Denying #90 Motion to Vacate Trustee's Agreed Order Approving Settlement Agreement. Signed on 11/12/2002. (vrio, ) (Entered: 11/14/2002) |
| 11/12/2002 | 118 | Order Sustaining #63 Objection to Exemption of Property. Signed on 11/12/2002. (vrio, ) Modified on 11/15/2002 (jezz, ). (Entered: 11/14/2002) |
| 11/11/2002 | 116 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)63). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/11/2002 | 115 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)90). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/11/2002 | 114 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)79). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/11/2002 | 113 | Proposed Order Submission After Hearing Filed by Michael B Schmidt (related document(s)50). (Schmidt, Michael) (Entered: 11/11/2002) |
| 11/08/2002 | | Hearing Held (related document(s)90, 78, 79, 74, 89).Agruments presented by Pro Se Debtor, Schmidt and Hoffman. Debtor's exhibits were admitted. Judge ruled that the Motion to Convert was denied, Objection to Exemptions were denied and the settlement approvement was granted. Schmidt will be filing proposed orders within 10 days. Judge asked Hoffman to visit with the mortgage company regarding the foreclosure of the home. Judge asked Hoffman to inform the Judge of the staus. Judge also ordered a copy of the transcript of June 5, 2002. (lgar, ) (Entered: 11/08/2002) |
| 11/08/2002 | | Notice of Continuance of Meeting of Creditors on 11/26/2002 at 10:00 AM at Harlingen, 222 E Van Buren (Schmidt, Michael) (Entered: 11/08/2002) |

| 11/07/2002 | 117 | Exhibit List A-Z and AA-AJ (All Admitted) Filed by Juan Pequeno. (vrio, ) (Entered: 11/12/2002) |
|---|---|---|
| 11/07/2002 | 112 | BNC Certificate of Mailing. Service Date 11/07/02. (Related Doc # 110) (Admin.) (Entered: 11/08/2002) |
| 11/06/2002 | | Hearing Continued (related document(s)90). Judge called the creditor, Aurora Home Loans, regarding whether or not they received notice of scheduled hearing. The creditor was aware of scheduled hearing. Creditor informed the court that Mr. Hoffman was supposed to be present. Judge continued matter and allowed parties to appear by video. Hearing scheduled for 11/7/2002 at 03:00 PM at Corpus Christi, 1133 N Shoreline. (lgar, ) (Entered: 11/06/2002) |
| 11/06/2002 | | Hearing Held (related document(s)90, 78, 79, 92, 89). Arguments presented by Schmidt and Pro Se Debtor. Schmidt informed the court that #78 and 79 have been put underadvisement. Schmidt also informed the court that the Motion to Convert was also put underadvisement. Judge informed Debtor to attend the 341 meeting scheduled for 11/26/02. (lgar, ) (Entered: 11/06/2002) |
| 11/06/2002 | 111 | Application for Administrative Expenses *for Esquire Deposition Services*. Objections/Request for Hearing Due in 20 days. Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Authorizing Payment of Admin Expense) (Schmidt, Michael) (Entered: 11/06/2002) |
| 11/06/2002 | | Notice of Reset of Meeting of Creditors Filed by Michael B Schmidt. 341(a) meeting to be held on 11/26/2002 at 10:00 AM at Harlingen, 222 E Van Buren. (Schmidt, Michael) (Entered: 11/06/2002) |
| 11/05/2002 | 110 | Order Setting Hearing Signed on 11/5/2002 (related document(s)92). Hearing scheduled for 12/11/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 11/05/2002) |
| 11/03/2002 | 109 | BNC Certificate of Mailing. Service Date 11/03/02. (Related Doc # 107) (Admin.) (Entered: 11/04/2002) |
| 10/31/2002 | 108 | Motion *Response and Objection of Trustee to Debtor's Post Trial Brief* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Denying Post Trial Brief) (Schmidt, Michael) (Entered: 10/31/2002) |
| 10/30/2002 | 107 | Order Setting Hearing Signed on 10/30/2002 (related document(s)90). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 10/31/2002) |
| 10/22/2002 | 105 | Response to (related to motions(s)89) Filed by Aurora Loan Services |

| | | Inc. (vrio, ) (Entered: 10/23/2002) |
|---|---|---|
| 10/21/2002 | <u>106</u> | Transcript RE: hearing held on 8/7/02 before the Honorable Judge Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (vrio, ) (Entered: 10/24/2002) |
| 10/17/2002 | <u>104</u> | Supplement #2 to Post Trial Brief by Juan Pequeno (related document (s)<u>99</u>). (Attachments: # <u>1</u> Proposed Order # <u>2</u> Proposed Order) (vrio, ) (Entered: 10/18/2002) |
| 10/17/2002 | <u>103</u> | BNC Certificate of Mailing. Service Date 10/17/02. (Related Doc # <u>97</u>) (Admin.) (Entered: 10/18/2002) |
| 10/17/2002 | <u>100</u> | Response to (related to motions(s)<u>92</u>) Filed by Michael B Schmidt. (Attachments: # <u>1</u> Proposed Order) (Schmidt, Michael) (Entered: 10/17/2002) |
| 10/16/2002 | <u>102</u> | Supplemental Exhibit List Filed by Juan Pequeno (related document (s)<u>101</u>). (Attachments: # <u>1</u> Exhibit # <u>2</u> Exhibit # <u>3</u> Exhibit # <u>4</u> Exhibit # <u>5</u> Exhibit) (vrio, ) (Entered: 10/17/2002) |
| 10/16/2002 | <u>101</u> | Supplement Brief Filed by Juan Pequeno (related document(s)<u>99</u>). (Attachments: # <u>1</u> Proposed Order # <u>2</u> Supplement) (vrio, ) (Entered: 10/17/2002) |
| 10/16/2002 | <u>99</u> | Debtor's Post Trial Brief, for Exemptions of Final Judgment, for Conversion to Chapter 13 Plan and Denying of the Hiring of Attorney Frank Costilla, Objection to Trustee Michael Schmidt's Inclomplete Submitting of Debtor's Schedules and Revoking of Trustee Michael Schmidt and Attorney Frank Costilla's Mediation/Settlement and Objection to Certain Trustee Exhibits Filed by Juan Pequeno. (Attachments: # <u>1</u> Proposed Order) (vrio, ) (Entered: 10/16/2002) |
| 10/15/2002 | <u>98</u> | Letter to Juan Pequeno from U S Bankruptcy Court regarding exhibits received on 10/11/02. (vrio, ) (Entered: 10/16/2002) |
| 10/15/2002 | | Courtroom Minutes. Pro Se Debtor submitted his Exhibits to the Court on October 11, 2002. The Court can not consider these Exhibits since they were not presented at the time of the hearing ; therefore they are not admitted and are being returned so as the Debtor may take other actions in the appropriate context of Judicial proceedings. (take, ) (Entered: 10/15/2002) |
| 10/11/2002 | <u>97</u> | Notice of Assets. (blac, ) (Entered: 10/15/2002) |
| 10/11/2002 | <u>96</u> | Brief Filed by Michael B Schmidt (related document(s)[], []). (Attachments: # <u>1</u> Proposed Order on Post Trial Brief) (Schmidt, |

| | | |
|---|---|---|
| | | Michael) (Entered: 10/11/2002) |
| 10/10/2002 | | Courtroom Minutes. Debtor did not provide exhibits to the Court ; Debtor stated copies were needed for the Court as well as the Trustee ; Courtroom Deputy Clerk informed Debtor that Exhibits could be submitted that day ( 10/9/02 ) or prior to the Staff leaving Brownsville on the next day ( 10/10/02 ). Exhibits were NOT tendered as of 11:00am on 10/10/02, when staff departed to return to Corpus Christi. (take, ) (Entered: 10/10/2002) |
| 10/10/2002 | 94 | Trustee's Notice of Assets & Request for Notice to Creditors Filed by Michael B Schmidt. (Schmidt, Michael) (Entered: 10/10/2002) |
| 10/09/2002 | | Corrective Entry. The Only Exhibits offered and Admitted officially on 10/9/02 Hearing in Brownsville,Texas were submitted by the Trustee. (take, ) (Entered: 10/15/2002) |
| 10/09/2002 | 95 | Exhibit List A-P (All Admitted) Filed by Michael B Schmidt. (vrio, ) (Entered: 10/10/2002) |
| 10/09/2002 | 93 | BNC Certificate of Mailing. Service Date 10/09/02. (Related Doc # 91) (Admin.) (Entered: 10/10/2002) |
| 10/09/2002 | | Hearing Held (related document(s)63. Exhibits offered and admitted. Witnesses sworn and testimony presented. Seven (7) days are given for submission of briefs / documents. Matters clarified on record. Matters will be taken Under Advisement after briefs / documents are received. (take, ) (Entered: 10/09/2002) |
| 10/09/2002 | | Hearing Held (related document(s)49, 50). Exhibits offered and admitted. Witnesses sworn and testimony presented. Seven (7) days are given for submission of briefs or documents on this issue. Matters clarified on record in regards to the Stay issue, seven (7) days are given for submission of briefs on the Stay issue. Matters will be taken Under Advisement after briefs / documents are submitted. (take, ) (Entered: 10/09/2002) |
| 10/07/2002 | 92 | Motion *for Telephonic Appearance at 341 Meeting*, Motion to Waive Appearance at 341 Meeting. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/07/2002) |
| 10/04/2002 | 91 | Order Setting Hearing Signed on 10/4/2002 (related document(s)89). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 10/04/2002) |
| 10/04/2002 | 90 | Motion to Vacate. Objections/Request for Hearing Due in 20 days. |

| | | |
|---|---|---|
| | | Filed by Juan Pequeno (related document(s)75). (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/04/2002) |
| 10/02/2002 | 89 | Motion *to Revoke Sale of Debtor's Home Which was in Violation of Oral Stay* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 10/03/2002) |
| 10/02/2002 | 88 | Response to (related to motions(s)79) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order denying debtor's motion to revoke order) (Schmidt, Michael) (Entered: 10/02/2002) |
| 09/30/2002 | | Notice of Continuance of Meeting of Creditors on 10/31/2002 at 10:00 AM at Harlingen, 222 E Van Buren (Schmidt, Michael) (Entered: 09/30/2002) |
| 09/29/2002 | 87 | BNC Certificate of Mailing. Service Date 09/29/02. (Related Doc # 83) (Admin.) (Entered: 09/30/2002) |
| 09/29/2002 | 86 | BNC Certificate of Mailing. Service Date 09/29/02. (Related Doc # 82) (Admin.) (Entered: 09/30/2002) |
| 09/29/2002 | 85 | BNC Certificate of Mailing. Service Date 09/29/02. (Related Doc # 80) (Admin.) (Entered: 09/30/2002) |
| 09/28/2002 | 84 | BNC Certificate of Mailing. Service Date 09/28/02. (Related Doc # 75) (Admin.) (Entered: 09/29/2002) |
| 09/27/2002 | 83 | Order Setting Hearing on Motion to Object and Revoke Order Authorizing Trustee to Mediate and Settle because of False Statements. Signed on 9/27/2002 (related document(s)79). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 82 | Order Denying Motion to Appear by Telephone (Related Doc # 76), Denying Motion To Waive Appearance at 341 Meeting (Related Doc # 76) Signed on 9/27/2002. (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 81 | Proposed Order by Juan Pequeno (related document(s)79). (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 80 | Order Setting Hearing Signed on 9/27/2002 (related document(s)78). Hearing scheduled for 11/6/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/27/2002) |
| 09/27/2002 | 79 | Motion to Vacate. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno (related document(s)68). (Attachments: # 1 Proposed Order Order Setting Hearing) (vrio, ) (Entered: 09/27/2002) |

| 09/27/2002 | 78 | Amended Motion *to Objection to Trustee's Objection to Exemptions* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order Order Setting Hearing) (vrio, ) (Entered: 09/27/2002) |
| 09/26/2002 | 77 | Motion *to Object to Trustee's Objection to Exemptions* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 09/26/2002) |
| 09/25/2002 | 76 | Motion to Appear by Telephone. Objections/Request for Hearing Due in 20 days, Motion to Waive Appearance at 341 Meeting. Objections/Request for Hearing Due in 20 days. Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 09/26/2002) |
| 09/25/2002 | 75 | Agreed Order Approving Settlement Agreement (Related Doc # 74) Signed on 9/25/2002. (vrio, ) (Entered: 09/26/2002) |
| 09/24/2002 | 74 | Joint Motion *for approval of compromise and to approve settlement agreement with notice of hearing set for October 9, 2002 at 9:00a.m. in Brownsville, TX* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Approving compromise and settlement) (Schmidt, Michael) (Entered: 09/24/2002) |
| 09/14/2002 | 73 | BNC Certificate of Mailing. Service Date 09/14/02. (Related Doc # 70) (Admin.) (Entered: 09/16/2002) |
| 09/12/2002 | 72 | BNC Certificate of Mailing. Service Date 09/12/02. (Related Doc # 68) (Admin.) (Entered: 09/13/2002) |
| 09/12/2002 | 71 | BNC Certificate of Mailing. Service Date 09/12/02. (Related Doc # 67) (Admin.) (Entered: 09/13/2002) |
| 09/12/2002 | 70 | Order Setting Hearing Signed on 9/12/2002 (related document(s)63). Hearing scheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/12/2002) |
| 09/10/2002 | | Notice of Reset of Meeting of Creditors Filed by Michael B Schmidt. 341(a) meeting to be held on 9/26/2002 at 10:00 AM at Harlingen, 222 E Van Buren. (Schmidt, Michael) (Entered: 09/10/2002) |
| 09/10/2002 | 69 | Notice *of Hearing on Objection to Exemption set for October 9, 2002 in Brownsville* Filed by Michael B Schmidt (related document(s)63). (Schmidt, Michael) (Entered: 09/10/2002) |
| 09/10/2002 | 68 | Order Granting Emergency Motion to Authorize Trustee to Mediate and Settle (Related Doc # 61) Signed on 9/10/2002. (vrio, ) (Entered: 09/10/2002) |

| 09/10/2002 | | Hearing Held (related document(s)62, 61). Arguments presented. Court clarified matters on record. Deposition to be taken. Order submitted and signed. (take, ) (Entered: 09/10/2002) |
|---|---|---|
| 09/10/2002 | | Hearing Continued (related document(s)63). Arguments presented. Hearing rescheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (take, ) (Entered: 09/10/2002) |
| 09/09/2002 | | Hearing Set On (related document(s)61). Hearing scheduled for 9/10/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (vrio, ) (Entered: 09/09/2002) |
| 09/09/2002 | 67 | Order Granting Motion Expedite Hearing on Motion for Authority to Mediate and Settle. Hearing is set for 9/10/02 at 9:00 a.m. in Corpus Christi. (Related Doc # 62) Signed on 9/9/2002. (vrio, ) (Entered: 09/09/2002) |
| 09/09/2002 | 66 | Amended Notice *of Hearing Reset by the Court for 9/10/02 in Corpus Christi* Filed by Michael B Schmidt (related document(s)65). (Schmidt, Michael) (Entered: 09/09/2002) |
| 09/09/2002 | 65 | Amended Notice *of Hearing Reset by Court for 9/11/02* Filed by Michael B Schmidt (related document(s)62, 61). (Schmidt, Michael) (Entered: 09/09/2002) |
| 09/06/2002 | 64 | BNC Certificate of Mailing. Service Date 09/06/02. (Related Doc # 56) (Admin.) (Entered: 09/07/2002) |
| 09/06/2002 | 63 | Objection to Debtor's Claim of Exemptions Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Sustaining Objection to Exemptions) (Schmidt, Michael) (Entered: 09/06/2002) |
| 09/06/2002 | 62 | Motion to Expedite Hearing *on Motion for Authority to Mediate and Settle Set for 9/11/02 at 9:00 a.m. in Corpus Christi, TX* Filed by Michael B Schmidt (related document(s)61). (Attachments: # 1 Proposed Order Setting Hearing) (Schmidt, Michael) (Entered: 09/06/2002) |
| 09/06/2002 | 61 | Emergency Motion *for Authority to Mediate and Settle* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Authorizing Trustee to Mediate and Settle) (Schmidt, Michael) (Entered: 09/06/2002) |
| 09/04/2002 | 58 | Schedules A-J and Summary, Statement of Financial Affairs, Statement of Intent. Filed by Juan Pequeno. (vrio, ) (Entered: . 09/04/2002) |
| | | |

| 09/03/2002 | 60 | Chapter 13 Plan Filed by Juan Pequeno. (vrio, ) (Entered: 09/05/2002) |
|---|---|---|
| 09/03/2002 | 59 | Amended Schedules and Summary: Amended Schedule(s): B and C Filed by Juan Pequeno. (vrio, ) (Entered: 09/05/2002) |
| 09/03/2002 | | Receipt Number 960480, Fee Amount $20.00. (Amended Schedules A - J)58). (gjon, ) (Entered: 09/04/2002) |
| 09/03/2002 | 57 | AMENDED Order Setting Hearing Signed on 9/3/2002 (related document(s)50). Hearing scheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/04/2002) |
| 09/03/2002 | 56 | AMENDED Order Setting Hearing Signed on 9/3/2002 (related document(s)49). Hearing scheduled for 10/9/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 09/04/2002) |
| 08/23/2002 | 55 | BNC Certificate of Mailing. Service Date 08/23/02. (Related Doc # 54) (Admin.) (Entered: 08/24/2002) |
| 08/20/2002 | 54 | Order Setting Hearing Signed on 8/20/2002 (related document(s)49, 50). Hearing scheduled for 9/18/2002 at 09:00 AM at McAllen, Bentsen Twr W Bush Hwy 83. (vrio, ) (Entered: 08/20/2002) |
| 08/16/2002 | 53 | Notice of Appearance and Request for Notice Filed by Barbara K Hamilton Filed by on behalf of American Express Centurion Bank. (vrio, ) (Entered: 08/16/2002) |
| 08/07/2002 | | Hearing Held (related document(s)21, 46). Clarifications stated on record. Case to be converted to Chapter 13. (take, ) (Entered: 08/07/2002) |
| 07/22/2002 | 52 | Response to (related to motions(s)49) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Denying Pequeno Motion to Deny Hiring Costilla) (Schmidt, Michael) (Entered: 07/22/2002) |
| 07/22/2002 | 51 | Objection to (related to motions(s)50) Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Denying Motion to Convert) (Schmidt, Michael) (Entered: 07/22/2002) |
| 07/18/2002 | 50 | Motion to Convert Case to Chapter 13 Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 07/18/2002) |
| 07/18/2002 | 49 | Motion *to Deny the Hiring of Attorney Frank Costilla* Filed by Juan Pequeno. (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 07/18/2002) |

| | | |
|---|---|---|
| 06/28/2002 | 48 | BNC Certificate of Mailing. Service Date 06/28/02. (Related Doc # 47) (Admin.) (Entered: 06/29/2002) |
| 06/26/2002 | 47 | Order Setting Hearing Signed on 6/26/2002 (related document(s)46). Hearing scheduled for 8/7/2002 at 09:00 AM at Brownsville, 600 E Harrison. (vrio, ) (Entered: 06/26/2002) |
| 06/25/2002 | 46 | Motion to Reconsider Filed by Juan Pequeno (related document(s)27, 24). (Attachments: # 1 Proposed Order # 2 Proposed Order) (vrio, ) (Entered: 06/25/2002) |
| 06/23/2002 | 45 | BNC Certificate of Mailing. Service Date 06/23/02. (Related Doc # 42) (Admin.) (Entered: 06/24/2002) |
| 06/23/2002 | 44 | BNC Certificate of Mailing. Service Date 06/23/02. (Related Doc # 41) (Admin.) (Entered: 06/24/2002) |
| 06/23/2002 | 43 | BNC Certificate of Mailing. Service Date 06/23/02. (Related Doc # 40) (Admin.) (Entered: 06/24/2002) |
| 06/21/2002 | 42 | Order Granting Motion To Compel (Related Doc # 28) Signed on 6/21/2002. (vrio, ) (Entered: 06/21/2002) |
| 06/21/2002 | 41 | Order Striking Motion To Reconsider (Related Doc # 27) Signed on 6/21/2002. (vrio, ) (Entered: 06/21/2002) |
| 06/21/2002 | 40 | Order Granting Application to Employ Michael B Schmidt as attorney for thetrustee (Related Doc # 36) Signed on 6/21/2002. (vrio, ) (Entered: 06/21/2002) |
| 06/18/2002 | 36 | Application to Employ Law Offices of Michael B. Schmidt as Attorney. Objections/Request for Hearing Due in 7 days. Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Employing Attorney) (Schmidt, Michael) (Entered: 06/18/2002) |
| 06/17/2002 | 39 | Schedules A-J and Summary Filed by Juan Pequeno. (vrio, ) (Entered: 06/19/2002) |
| 06/17/2002 | 38 | Statement of Intent. Filed by Juan Pequeno. (vrio, ) (Entered: 06/19/2002) |
| 06/17/2002 | 37 | Statement of Financial Affairs Filed by Juan Pequeno. (vrio, ) (Entered: 06/18/2002) |
| 06/16/2002 | 35 | BNC Certificate of Mailing. Service Date 06/16/02. (Related Doc # 33) (Admin.) (Entered: 06/17/2002) |

| 06/16/2002 | 34 | BNC Certificate of Mailing. Service Date 06/16/02. (Related Doc # 32) (Admin.) (Entered: 06/17/2002) |
|---|---|---|
| 06/13/2002 | 33 | Order Striking Motion (Related Doc # 22) Signed on 6/13/2002. (vrio, ) (Entered: 06/14/2002) |
| 06/13/2002 | 32 | Order Granting Application to Employ Frank Costilla, and Michael B Schmidt as special counsel (Related Doc # 31) Signed on 6/13/2002. (vrio, ) (Entered: 06/14/2002) |
| 06/12/2002 | 31 | Application to Employ Law Offices of Michael B. Schmidt and Law Offices of Frank Costilla as Special Counsel Under a Contingency Fee Contract. Objections/Request for Hearing Due in 7 days. Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Employing Special Counsel) (Schmidt, Michael) (Entered: 06/12/2002) |
| 06/05/2002 | | Hearing Continued (related document(s)21). Arguments presented. Court will reconsider the lift of stay. Debtor to file schedules by 6/17/02 or Motion for Sanctions will be filed. Court clarified actions to be taken ; and advised Debtor to respond to Discovery. Hearing rescheduled for 8/7/2002 at 09:00 AM at Brownsville, 600 E Harrison. (take, ) (Entered: 06/05/2002) |
| 05/24/2002 | 30 | BNC Certificate of Mailing. Service Date 05/24/02. (Related Doc # 26) (Admin.) (Entered: 05/25/2002) |
| 05/24/2002 | 29 | BNC Certificate of Mailing. Service Date 05/24/02. (Admin.) (Entered: 05/25/2002) |
| 05/23/2002 | 28 | Motion to Compel *Debtor to file his Schedules and Statement of Financial Affairs* Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Granting motion to compel) (Schmidt, Michael) (Entered: 05/23/2002) |
| 05/23/2002 | 27 | Motion to Reconsider Filed by Juan Pequeno (related document(s) 24). (vrio, ) (Entered: 05/23/2002) |
| 05/22/2002 | 26 | Order Setting Hearing Signed on 5/22/2002 (related document(s)21). Hearing scheduled for 6/5/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (vrio, ) (Entered: 05/22/2002) |
| 05/21/2002 | | Meeting of Creditors. 341(a) meeting to be held on 6/14/2002 at 12:00 PM at Harlingen, 222 E Van Buren. Last day to oppose discharge or dischargeability is 8/13/2002. (gjon, ) (Entered: 05/21/2002) |
| 05/12/2002 | 25 | BNC Certificate of Mailing. Service Date 05/12/02. (Related Doc # |

|  |  | 24) (Admin.) (Entered: 05/13/2002) |
|---|---|---|
| 05/09/2002 | 24 | Order Granting Motion For Relief From Stay (Related Doc # 17) Signed on 5/9/2002. (vrio, ) (Entered: 05/09/2002) |
| 05/08/2002 |  | Hearing Held (related document(s)17). Arguments presented. Stay lifts in 10 days. Stay lifts immediately in State Court action. Order to be submitted within 10 days. (take, ) (Entered: 05/08/2002) |
| 05/08/2002 | 23 | Response to (related to motions(s)21) Filed by Aurora Loan Services Inc. (jezz, ) (Entered: 05/08/2002) |
| 05/07/2002 | 22 | Motion *to Deny Relief from Stay* Filed by Juan Pequeno. (jezz, ) (Entered: 05/08/2002) |
| 04/23/2002 | 21 | Motion to Reconsider Filed by Juan Pequeno (related document(s) 19). (Attachments: # 1 Proposed Order) (vrio, ) (Entered: 04/24/2002) |
| 04/17/2002 | 20 | BNC Certificate of Mailing. Service Date 04/17/02. (Related Doc # 19) (Admin.) (Entered: 04/18/2002) |
| 04/10/2002 | 19 | Unopposed Order Granting Motion for Relief from Stay filedby Aurora Loan Services Inc. Signed on 4/10/2002. (vrio, ) (Entered: 04/15/2002) |
| 04/10/2002 |  | Courtroom Minutes. Time Hearing Held: 9:00am. Appearances: R. Hoffman, W. Faulk. (related document(s)[12], [13]). Order submitted and signed. (take, ) (Entered: 04/12/2002) |
| 04/10/2002 |  | Courtroom Minutes. Time Hearing Held: 9:00am. Appearances: J. Vardeman, R. Hoffman. (related document(s)[6]). Arguments presented. Denied. (take, ) (Entered: 04/12/2002) |
| 04/08/2002 | 18 | Certificate of Service Filed by Alejandra Tapiero (related document (s)17). (jezz, ) (Entered: 04/10/2002) |
| 04/01/2002 | 16 | Order Extending Automatic Stay on Motion for Relief from Stay filed by Alejandra Tapiero. Stay shall remain in effect pending hearing on5/8/02 at 9:00 a.m. in Brownsville. Signed on 4/1/2002. (vrio, ) (Entered: 04/02/2002) |
| 03/29/2002 |  | Receipt Number 958464, Fee Amount $75.00. (related document(s) 17). (jhil, ) (Entered: 04/10/2002) |
| 03/29/2002 | 17 | Motion for Relief from Stay *re: Lease in the amount of $480.00 a month*. Receipt Number 958464, Fee Amount $75. Filed by Alejandra |

| | | |
|---|---|---|
| | | Tapiero. Hearing scheduled for 5/8/2002 at 09:00 AM at Brownsville, 600 E Harrison. (Attachments: # (1) Proposed Order) (vrio, ) (Entered: 04/04/2002) |
| 03/22/2002 | 15 | Certificate of Service Filed by Beatrice Grevel for Aurora Loan Services Inc (related document(s)[12], [13]). (jezz, ) (Entered: 03/22/2002) |
| 03/18/2002 | 14 | Notice of Appearance and Request for Notice by William Abney Faulk Jr Filed by on behalf of Alejandra Tapiero. (jezz, ) (Entered: 03/20/2002) |
| 03/14/2002 | 13 | Notice of Hearing Re: [12-1] Motion For Relief From Stay Re: 1354 Jenkins Ave Brownsville TX by Aurora Loan Services Inc Preliminary Hearing Scheduled For 9:00 4/10/02 at 600 E Harrison, Brownsville [srus] (Entered: 03/14/2002) |
| 03/14/2002 | 12 | Motion By Creditor Aurora Loan Services Inc For Relief From Stay Re: 1354 Jenkins Ave Brownsville TX . Last Day For Objections 4/3/02 [srus] (Entered: 03/14/2002) |
| 03/06/2002 | 11 | Hearing Re: [6-1] Motion To Voluntarily Dismiss Case by Juan Pequeno Continued 9:00 4/10/02 at 600 E Harrison, Brownsville [vrio] (Entered: 03/08/2002) |
| 02/22/2002 | 10 | Order Setting Hearing RE: [6-1] Motion To Voluntarily Dismiss Case by Juan Pequeno Scheduled 9:00 3/6/02 at 600 E Harrison, Brownsville Parties Notified. [vrio] (Entered: 02/22/2002) |
| 02/14/2002 | 9 | Objection By Trustee Michael B Schmidt To [6-1] Motion To Voluntarily Dismiss Case by Juan Pequeno . LG [vrio] (Entered: 02/20/2002) |
| 02/12/2002 | 8 | Request by Creditor Aurora Loan Services Inc For Notice. [vrio] (Entered: 02/14/2002) |
| 02/01/2002 | 7 | Court's Certificate of Mailing Re: [6-1] Motion To Voluntarily Dismiss Case by Juan Pequeno # of Notices: 35. [vrio] (Entered: 02/05/2002) |
| 01/16/2002 | 6 | Motion by Debtor Juan Pequeno To Voluntarily Dismiss Case . cc: BNC [vrio] (Entered: 01/22/2002) |
| 01/07/2002 | 5 | Order Granting [3-1] Application To Pay Filing Fee In Installments by Juan Pequeno Amount Paid $ 60.00 1st Installment Due on 1/28/02 Amt $ 50.00 ; 2nd Installment Due on 2/25/02 Amt $ 50.00 ; Final Installment Due on 3/25/02 Amt $ 40.00 Parties Notified. [vrio] |

| | | |
|---|---|---|
| | | (Entered: 01/07/2002) |
| 01/04/2002 | 4 | Notice of Appointment of Trustee, Michael Schmidt [jhil] (Entered: 01/04/2002) |
| 12/31/2001 | 3 | Application By Debtor Juan Pequeno To Pay Filing Fee In Installments [jhil] (Entered: 01/04/2002) |
| 12/31/2001 | 2 | Receipt of Creditors List / matrix [jhil] (Entered: 01/04/2002) |
| 12/31/2001 | 1 | Voluntary Petition missing documents: Statement of Financial Affairs Schedules A-J Debtors Statement Of Intent Due on 1/15/02 ;Proof of Claim [gov] Deadline: 6/29/02 . [ Filing Fee $ 60.00 Receipt # 956688] [jhil] (Entered: 01/04/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/08/2005 14:04:54 | | | |
| **PACER Login:** | ms0509 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 01-24255 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 22 | **Cost:** | 1.76 |