Exhibit 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 01-24255-B-7 |
| JUAN PEQUENO | § | CHAPTER 7 |
| DEBTOR | | |

**CROSS MOTION TO RECONVERT TO CHAPTER 7**

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

HEARING HAS BEEN SET ON THIS MOTION FOR _____.

This is a Motion of Michael B. Schmidt, Chapter 7 Trustee while in Chapter 7 of the above styled and numbered Bankruptcy Estate, now an administrative creditor ("Schmidt").

Background

1. Debtor Juan Pequeno ("Debtor") filed for relief under Chapter 7 on December 31, 2001 and Michael B. Schmidt was thereafter appointed and qualified as Trustee in the Case.

2. Prior to filing bankruptcy on November 27, 2000, Debtor filed a lawsuit seeking damages from the Defendants from conduct that arose prepetition. Trial was had before a jury in the U.S. District Court and a Jury Verdict returned for Debtor on February 15, 2002. A Final Judgment was entered March 26, 2002 in favor of the Debtor in the amount of $400,359.00, plus attorney fees (the "Final Judgment"). Defendants appealed this Final Judgment to the 5th Circuit. This Court approved a contingency fee contract for Schmidt in connection with legal services in this appeal, which has been earned.

3.  Debtor thereafter filed a Motion to Convert to Chapter 13, which this Court denied. Debtor also claimed as exempt the Final Judgment, which this Court denied. Debtor appealed these rulings to the US. District Court. The US District Court affirmed this Court's ruling that the Final Judgment was not exempt and reversed this Court's ruling denying conversion to Chapter 13. The US District Court then found that Debtor had been discharged from his debt and remanded this case back to the Bankruptcy Court to determine if Debtor was eligible for Chapter 13 in view of this discharge. Debtor gave notice of appeal to the 5th Circuit of this US District Court ruling. Debtor has also now filed an additional Motion to Convert to Chapter 13 in Bankruptcy Court.

4.  Schmidt moves this Court to reconvert this case to Chapter 7. Debtor is not eligible for Chapter 13 as he has received a discharge from his debt many months ago. There is no debt for him to repay in a Chapter 13 plan. Debtor is not eligible for Chapter 13.

Accordingly, Schmidt request that this Court grant the Cross Motion to Reconvert this case to Chapter 7 and for such other relief as is just.

Respectfully submitted:

LAW OFFICES OF MICHAEL B. SCHMIDT

By: /S/MICHAEL B. SCHMIDT
    Michael B. Schmidt
    John Vardeman
    555 N. Carancahua, Ste. 1550
    Corpus Christi, TX 78475
    Office: 361/884-9949
    Fax:   361/884-6000
    TBN: 17775200
    TBN: 20496260
    ATTORNEY FOR SCHMIDT

## CERTIFICATE OF SERVICE

I do hereby certify that on the 17th day of May, 2004, I served a copy of the foregoing Motion on the persons listed by e-mail, fax and/or regular mail.

/S/MICHAEL B. SCHMIDT
Michael B. Schmidt

```
Aurora Loan Services Inc
P O Box 1706
Scottsbluff, NE 69361

US Trustee 7
Office of the U S Trustee
515 Rusk Ave Ste 3516
Houston, TX 77002
```

ACADEMY COLLECTION SERVICE INC
10965 DECATUR ROAD
PHILADELPHIA, PA 19154-3210

ADVANTA BANK CORP
P. O. BOX 30715
SALT LAKE CITY, UT 84130-0715

AMERICAN EXPRESS CENTURION BANK
P. O. BOX 7802
FT LAUDERDALE, FL 33329-7802

AURORO LOAN SERVICES
P. O. BOX 1706
SCOTTSBLUF, NE 69363-1706

Alejandra Tapiero
414 Galveston Road #7
Brownsville TX 78520

Aurora Loan Services Inc
601 5th Ave
P O Box 1706
Scottsbluff, NE 69361

CAPITAL ONE SERVICES INC
P. O. BOX 75617
RICHMOND, VA 23285-5617

DILLARD NATIONAL BANK
P. O. BOX 29446
PHOENIX, AZ 85038-9446

DISCOVER FINANCIAL SERVICES
P. O. BOX 30952
SALT LAKE CITY, UT 84130-0952

GC SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON
HOUSTON, TX 77081

GRANITE NATIONAL BANK NA
P. O. BOX 64
JACKSONVILLE, TX 75766-0064

HOUSEHOLD BANK SB NA
P. O. BOX 15521
WILMINGTON, DE 19850-5521

HUNT & HENRIQUES
P. O. BOX 5549
SAN JOSE, CA 95150

```
I C SYSTEM INC
P. O. BOX 64437
ST PAUL, MN 55164-0437

MBNA AMERICA NA
P. O. BOX 15027
WILMINGTON, DE 19850-5027

MONOGRAM CREDIT CARD BANK OF GA
C/O EXXON CARD SERVICES
P. O. BOX 9799
ROSWELL, GA 31294-9554

MONOGRAM CREDIT CARD BANK OF GA
C/O SAMS CLUB
P. O. BOX 103064
ROSWELL, GA 30076

NATIONAL CREDIT INC
3835 NORTH FREEWAY BLVD SUITE 100
SACRAMENTO, CA 95834-1954

PROVIDIAN
P. O. BOX 99604
ARLINGTON, TX 76096-9604

RETAILERS NATIONAL BANK
C/O TARGET CREDIT SERVICES
P. O. BOX 1581
MINNEAPOLIS, MN 55440-1581

SEARS NATIONAL BANK
P. O. BOX 182532
COLUMBUS, OH 43218-2532

TEXACO CREDIT CARD SERVICES
P. O. BOX 790001
HOUSTON, TX 77279-0001

TOWN NORTH NATIONAL BANK
P. O. BOX 814810
DALLAS, TX 75381-5903

VALLEY FCU
P. O,.B OX 815909
DALLAS, TX 75381-5909

VALLEY FEDERAL CREDIT UNION
P. O. BOX 4700
BROWNSVILLE, TX 785230-4700

Juan Pequeno
PO Box 5692
Brownsville, TX 78523
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 01-24255-B-7 |
| JUAN PEQUENO | § | CHAPTER 7 |
| DEBTOR | | |

### ORDER GRANTING CROSS MOTION TO RECONVERT TO CHAPTER 7

Came on this day for consideration the Trustee's Cross Motion to Reconvert to Chapter 7 and after hearing the evidence presented and the argument of Counsel, the Court is of the opinion that the Cross Motion to Reconvert to Chapter 7 should be and is GRANTED.

It is so ORDERED.

Signed

_____
Richard S. Schmidt
United States Bankruptcy Judge