70

```
 1  I, court approved transcriber, certify that the foregoing is a
    correct transcript from the official electronic sound recording
 2  of the proceedings in the above-entitled matter.

 3  
    _____    _____
 4  Molly Carter                       Date    February 3, 2005
```

```
 1                           INDEX
 2
 3   TRUSTEE'S WITNESSES:     DIRECT    CROSS    REDIRECT    RECROSS
 4   JUAN PEQUENO               14       23
 5   MICHAEL SCHMIDT            25       30        51
 6
 7
 8   ARGUMENTS BY MR. VARDEMAN . . . . . . . . . . . . . . . 52
 9   ARGUMENTS BY MR. PEQUENO  . . . . . . . . . . . . . . . 59
10
11
12
...
25
```