IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 01-24255-B-7 |
| JUAN PEQUENO | § | CHAPTER 13 |
| DEBTOR | | |

### MOTION TO CONVERT CASE TO CHAPTER 7

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

HEARING HAS BEEN SET ON THIS MOTION FOR _____.

     A    This is a Motion of Michael B. Schmidt, former Chapter 7 Trustee, now an administrative creditor ("Schmidt").

### Background

     B.    Debtor Juan Pequeno ("Debtor") filed for relief under Chapter 7 on December 31, 2001 and Michael B. Schmidt was thereafter appointed and qualified as Chapter 7 Trustee in the Case.

     C.    Prior to filing bankruptcy on November 27, 2000, Debtor filed a lawsuit seeking damages from the Defendants from conduct that arose prepetition. Trial was had before a jury in the U.S. District Court and a Jury Verdict returned for Debtor on February 15, 2002. A Final Judgment was entered March 26, 2002 in favor of the Debtor in the amount of $400,359.00, plus attorney fees (the "Final Judgment"). Defendants appealed this Final Judgment to the 5th Circuit. This Court

approved a contingency fee contract for the Costilla Law Firm and Schmidt's Law Firm in connection with legal services in this appeal to the 5th Circuit, which have been earned. Schmidt's Law Firm also performed administrative legal services in the amount of approximately $41,000.

D.   Debtor during the administration of the Chapter 7 case, filed a Motion to Convert to Chapter 13, which this Court denied. Debtor also claimed as exempt the Final Judgment, which this Court denied. Debtor appealed these rulings to the US. District Court. The US District Court by Order entered April 1, 2004 affirmed this Court's ruling that the Final Judgment was not exempt and reversed this Court's ruling denying conversion to Chapter 13. This ruling is on appeal to the Fifth Circuit.

<u>Motion to Convert to Chapter 7</u>

1   Schmidt moves this Court to convert this case to Chapter 7 pursuant to §1307 of the Code. This Court entered an Order Denying Cross Motion to Reconvert to Chapter 7 on September 13, 2004 denying, without prejudice, Schmidt's previous Motion to reconvert to Chapter 7. In this Order this Court provided that Debtor should be allowed a reasonable time to confirm a Chapter 13 plan of reorganization. This Order further provided a deadline of October 7, 2004 for Debtor to confirm a Chapter 13 plan. Debtor has failed to confirm a Chapter 13 plan by this deadline.

2.   Debtor has also failed to make any plan payments to Boudloche, even though conversion was permitted by District Court Order of April 1, 2004. Debtor has also failed to file a feasible plan as it does not provide for payment of all administrative expenses and does not meet the liquidation test in that it does not provide for dedication of Debtor's non-exempt portion of the Final Judgment to his plan

3.   Furthermore, Debtor cannot meet the confirmation requirements of § 1325 of the code in that only 26 ½ months remain prior to the end of the 5th year since filing on December 31, 2001. Since only 26 ½ months remain Debtor cannot make the required three-years payments necessary to confirm a plan.

Accordingly, Schmidt requests that this Court convert this case to Chapter 7 for cause and for such other relief as is just.

Respectfully submitted:

By:/S/MICHAEL B. SCHMIDT
Michael B. Schmidt
John Vardeman
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78475
Office: 361/884-9949

                                                                                      Fax:   361/884-6000
                                                                                      TBN: 17775200
                                                                                      TBN: 20496260
                                                                                      ATTORNEY FOR SCHMIDT

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 22ND day of October, 2004, I served a copy of the foregoing Motion on the persons listed by e-mail, fax and/or regular mail.

| | |
|---|---|
| Juan Pequeno<br>E-Mail: Pequenj@aol.com | /S/MICHAEL B. SCHMIDT<br>Michael B. Schmidt |
| Aurora Loan Services Inc<br>P O Box 1706<br>Scottsbluff, NE 69361 | P. O. BOX 6001<br>SIOUX FALLS, SD 57188 |
| ACADEMY COLLECTION SERVICE INC<br>10965 DECATUR ROAD<br>PHILADELPHIA, PA 19154-3210 | DEPARTMENT OF VETERANS AFFAIRS<br>GUARANTEE LOAN DIVISION<br>6900 ALMEDA ROAD<br>HOUSTON, TX 77030-4200 |
| ADVANTA BANK CORP<br>P. O. BOX 30715<br>SALT LAKE CITY, UT 84130-0715 | DILLARD NATIONAL BANK<br>P. O. BOX 29446<br>PHOENIX, AZ 85038-9446 |
| AMERICAN EXPRESS CENTURION BANK<br>P. O. BOX 7802<br>FT LAUDERDALE, FL 33329-7802 | DISCOVER FINANCIAL SERVICES<br>P. O. BOX 30952<br>SALT LAKE CITY, UT 84130-0952 |
| ASSOCIATES CAPITAL BANK<br>OFFICE DEPOT<br>P. O. BOX 7013<br>SIOUX FALLS, SD 57117-7013 | FIRST SELECT CORPORATION<br>P. O. BOX 9104<br>PLEASANTON,CA 94015-3970 |
| Alejandra Tapiero<br>414 Galveston Road #7<br>Brownsville TX 78520 | GC SERVICES LIMITED PARTNERSHIP<br>COLLECTION AGENCY DIVISION<br>6330 GULFTON<br>HOUSTON, TX 77081 |
| CAPITAL ONE SERVICES INC<br>P. O. BOX 75617<br>RICHMOND, VA 23285-5617<br>CITIBANK | GRANITE NATIONAL BANK NA<br>P. O. BOX 64<br>JACKSONVILLE, TX 75766-0064<br>GREAT LAKES COLLECTION BUREAU<br>45 OAK STREET |

BUFFALO, NY 14203-2697

HOUSEHOLD BANK SB NA
P. O. BOX 15521
WILMINGTON, DE 19850-5521

HUNT & HENRIQUES
P. O. BOX 5549
SAN JOSE, CA 95150

I C SYSTEM INC
P. O. BOX 64437
ST PAUL, MN 55164-0437

MBNA AMERICA NA
P. O. BOX 15027
WILMINGTON, DE 19850-5027

MONOGRAM CREDIT CARD OF GA
C/O EXXON CARD SERVICES/SAMS
P. O. BOX 9799
ROSWELL, GA 31294-9554

MONOGRAM CREDIT CARD OF GA
C/O JC PENNEY
P. O. BOX 628048
ORLANDO, FL 32862-9048

NATIONAL CREDIT INC
3835 NORTH FREEWAY BLVD
SUITE 100
SACRAMENTO, CA 95834-1954

PROVIDIAN
P. O. BOX 99604
ARLINGTON, TX 76096-9604

RETAILERS NATIONAL BANK
C/O TARGET CREDIT SERVICES
P. O. BOX 1581
MINNEAPOLIS, MN 55440-1581
SEARS NATIONAL BANK
P. O. BOX 182532

TEXACO CREDIT CARD SERVICES
P. O. BOX 790001
HOUSTON, TX 77279-0001

TOWN NORTH NATIONAL BANK
P. O. BOX 814810
DALLAS, TX 75381-5903

UNITED RECOVERY SYSTEMS INC
P. O. BOX 630339
HOUSTON, TX 77263-0339

VALLEY FCU
P. O,.B OX 815909
DALLAS, TX 75381-5909

VALLEY FEDERAL CREDIT UNION
P. O. BOX 4700
BROWNSVILLE, TX 785230-4700

Juan Pequeno
PO Box 5692
Brownsville, TX 78523

Frank Costilla
Law Offices of Frank Costilla, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

Barbara Jue
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476

Cindy Boudloche
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 01-24255-B-7 |
| JUAN PEQUENO | § | CHAPTER 13 |
| DEBTOR | | |

## ORDER CONVERTING CASE TO CHAPTER 7

Before the Court for consideration is the Motion to Convert Case to Chapter 7 (the "Motion") and the Court finds that cause exist to convert this Case in that Debtor has engaged in unreasonable delay that is prejudicial to creditors, failure to commence timely plan payments and failure to file a feasible plan. It is therefore:

ORDERED that the Motion is GRANTED. This Case is converted to Chapter 7.

DATED:

Honorable Richard S. Schmidt
United States Bankruptcy Judge

2