*Exhibit 16*  APPEAL, CLOSED

## U.S. District Court
### Southern District of Texas (Brownsville)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00169

Pequeno v. Schmidt et al
Assigned to: Judge Andrew S. Hanen
Cause: 11:101 Bankruptcy

Date Filed: 05/25/2005
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: U.S. Government Plaintiff

**Appellant**

Juan Pequeno

represented by **Juan Pequeno**
P O Box 5692
Brownsville, Tx 78523
PRO SE

V.

**Appellee**

**Michael B Schmidt**

represented by **Michael B Schmidt**
Attorney at Law
555 N Carancahua
Ste 1550
Corpus Christi, TX 78478
361-884-9949
Fax: 361-884-6000
Email: mbsatty@swbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Cindy Boudloche**

**Appellee**

**U.S. Trustee Barbara Jue**

represented by **Barbara C Jue**
606 N Carancahua
Ste 107
Corpus Christi, TX 78476
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor**

**Juan Pequeno**

represented by **Juan Pequeno**

(See above for address)
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2005 | | ***Bankruptcy Designated Record on Appeal (1 Folder) received, filed. (rpinales, ) (Entered: 05/25/2005) |
| 05/23/2005 | 1 | Notice of Docketing Bankruptcy Appeal (Bankruptcy Case No. 01-24255-B) with the US District Court. The following documents were received: Certified Copy of Notice of Appeal filed Juanuary 5, 2005; Certified Copy of Appellant's Designation of Content and Issues for Inclusion in Record of Appeal; Appellee's Designation of Items to be Included in the Record on Appeal of Order Converting Case to Chapter 7; Appellant's Amended Designation of Content for Inclusion in Record on Appeal; Certified copy of Case Docket # 01-24255; Certified Copy of Record on Appeal. To date the appeal fee as NOT been paid., filed. (Attachments: # 1 Continuation # 2 Continuation # 3 Continuation # 4 Continuation # 5 Continuation # 6 Continuation # 7 Continuation # 8 Continuation # 9 Continuation # 10 Continuation # 11 Continuation # 12 Continuation # 13 Continuation # 14 Continuation # 15 Continuation # 16 Continuation # 17 Continuation # 18 Continuation)(rpinales, ) (Entered: 05/25/2005) |
| 05/23/2005 | 2 | CLERKS NOTICE of Assignment of Bankruptcy Appeal re: 1 Notice of Docketing Bankruptcy Appeal, Parties notified, filed. (rpinales, ) (Entered: 05/25/2005) |
| 05/25/2005 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 10/14/2005 at 09:30 AM in Courtroom 6 before Judge Andrew S. Hanen.( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 05/25/2005) |
| 05/27/2005 | 4 | ORDER OF DISMISSAL, the appeal in this case is hereby dismissed without prejudice for failing to file the appropriate fees. ( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 05/27/2005) |
| 05/31/2005 | 5 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Juan Pequeno. (Filing fee NOT PAID $ 255), filed.(rpinales, ) (Entered: 05/31/2005) |
| 05/31/2005 | 6 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 5 Notice of Appeal. Fee status: NOT PAID, filed. (Attachments: # 1 Notice of Appeal)(rpinales, ) (Entered: 05/31/2005) |
| 05/31/2005 | 7 | Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re 5 Notice of Appeal ; consisting of 2 Volumes of the Record (), filed. (Attachments: # 1 Notice of Appeal# 2 Docket Sheet)(rpinales, ) Modified on 6/3/2005 (rpinales, ). Additional attachment(s) added on 6/3/2005 (rpinales, ). (Entered: 06/03/2005) |

| 06/06/2005 | 8 | MOTION for Reconsideration of Order, To Reinstate Appellant's Case 4 Order of Dismissal by Juan Pequeno, filed. Motion Docket Date 6/27/2005. (Attachments: # 1 Proposed Order # 2 Exhibits 1-6) (bvasquez, ) (Entered: 06/07/2005) |
| --- | --- | --- |
| 06/15/2005 | 9 | RESPONSE to 8 MOTION for Reconsideration of 4 Order of Dismissal, filed by Michael B Schmidt. (Attachments: # 1 Proposed Order DENYING RECONSIDERATION AND REINSTATEMENT)(Schmidt, Michael) (Entered: 06/15/2005) |
| 06/20/2005 | 10 | Appellant's Reply to Trustee's Response to 8 MOTION for Reconsideration of 4 Order of Dismissal, filed by Juan Pequeno. (bvasquez, ) (Entered: 06/20/2005) |
| 06/23/2005 | 11 | Appellant's NOTICE of Withdrawl of 5th Circuit Appeal re: 5 Notice of Appeal by Juan Pequeno, filed. (Attachments: # 1)(rpinales, ) (Entered: 06/24/2005) |
| 07/07/2005 | 12 | NOTICE of Receipt of Record on Appeal from US Court of Appeals for the Fifth Circuit re: 5 Notice of Appeal. USCA No. 05-4082. Record received by USCA on 06/07/05, filed.(rpinales, ) (Entered: 07/07/2005) |
| 07/07/2005 | 13 | JUDGMENT of USCA for the Fifth Circuit (certified copy) Pursuant to appellant's motion this appeal is dismissed this 23rd day of June, 2005 re 5 Notice of Appeal (USCA No. 05-40820), filed.(rpinales, ) (Entered: 07/07/2005) |
| 07/15/2005 | 14 | MEMORANDUM AND OPINION AND ORDER denying 8 MOTION for Reconsideration of 4 Order of Dismissal.( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 07/18/2005) |
| 07/25/2005 | 15 | MOTION to Amend Judgment 14 Memorandum & Opinion, to Reinstate Appellant's Case, this Court Having Jurisdiction as a Matter of Law by Juan Pequeno, filed. Motion Docket Date 8/15/2005. (Attachments: # 1 Proposed Order # 2 Appendix A-C)(rpinales, ) (Entered: 07/26/2005) |
| 08/15/2005 | 16 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re 14 Memorandum & Opinion by Juan Pequeno. (Filing fee $ 255) Not Paid, filed.(mperez, ) (Entered: 08/16/2005) |
| 08/16/2005 | 17 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 16 Notice of Appeal. Fee status: not paid, filed.(mperez, ) (Entered: 08/16/2005) |
| 08/26/2005 | 18 | Fifth Circuit Court of Appeals LETTER Certified copy of judgment issued as mandate (USCA No. 05-40843), filed.(mperez, ) (Entered: 08/26/2005) |
| 08/26/2005 | 19 | ORDER of USCA for the Fifth Circuit (certified copy) dated 8/19/05. (USCA No. 05-40843). The appeal is dismissed as of August 19, 2005, for want of prosecution. The appellant failed to timely pay the docketing fee, filed.(mperez, ) (Entered: 08/26/2005) |
| 08/29/2005 | 20 | Letter from Juan Pequeno re: Appeal Fees , filed. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Bankruptcy Court Miscellaneous Fee Schedule# 2 Court of Appeals Miscellaneous Fee Schedule) (bvasquez, ) (Entered: 08/30/2005) |
| 08/29/2005 | | Appeal Filing fee re: 16 Notice of Appeal: $ 255, receipt number 120431 , filed. (bvasquez, ) Modified on 10/20/2005 (mperez, ). (Entered: 08/30/2005) |
| 10/03/2005 | 21 | EMERGENCY NOTICE for Clerk by Juan Pequeno, filed. (mperez, ) (Entered: 10/04/2005) |
| 10/11/2005 | 22 | ORDER denying as moot 15 Motion to Amend Judgment, to Reinstate Appellant's Case, is hereby DENIED as moot because the Appellant's case was dismissed by the Fifth Circuit Court of Appeals as of August 19, 2005, for failure to timely pay the docketing fee. This case should be removed from the docket as closed.( Signed by Judge Andrew S. Hanen ) Parties notified.(mperez, ) (Entered: 10/11/2005) |
| 10/12/2005 | 23 | Emergency Motion For Clerk to Send Record of Appeal to 5th Circuit Court of Appeals #05-41309 Concerning Appellant's Appeal of August 15, 2005, Docket #16 Pursuant to FCRP 60 (a) by Juan Pequeno, filed. Motion Docket Date 11/1/2005. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 (dahumada, ) (Entered: 10/13/2005) |
| 10/12/2005 | 24 | DESIGNATION of Record on Appeal by Juan Pequeno, filed.(mperez, ) (Entered: 10/13/2005) |
| 10/13/2005 | 26 | MOTION to Amend Judgment, to Reinstate Appellant's Case by Juan Pequeno, filed. Motion Docket Date 11/2/2005. (Attachments: # 1 Proposed Order # 2 Exhibit 1# 3 Exhibit 2)(mperez, ) (Entered: 10/14/2005) |
| 10/13/2005 | 27 | PROPOSED ORDER re: 21 Notice (Other), filed.(mperez, ) (Entered: 10/14/2005) |
| 10/14/2005 | 25 | PROPOSED ORDER re: 23 MOTION Emergency Motion For Clerk to Send Record of Appeal to 5th Circuit Court of Appeals #05-41309 Concerning Appellant's Appeal of August 15, 2005, Docket #16 Pursuant to FCRP 60 (a), filed.(mperez, ) (Entered: 10/14/2005) |
| 10/18/2005 | 28 | Notice of Docketing Notice of Appeal from US Court of Appeals for the Fifth Circuit re: 16 Notice of Appeal. USCA No. 05-41309, filed. (mperez, ) (Entered: 10/19/2005) |
| 11/07/2005 | 29 | DESIGNATION of Record on Appeal by Juan Pequeno, filed.(mperez, ) (Entered: 11/08/2005) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/29/2005 16:11:18 | | |
| PACER Login: | | Client Code: |

| Description: | Docket Report | Search Criteria: | 1:05-cv-00169 |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.24 |