# US Court of Appeals for the Fifth Circuit
## Case Summary

*Exhibit 17*

```
Court of Appeals Docket #: 05-41309                          Filed: 10/4/05
Nsuit:    0
Pequeno v. Schmidt, et al
Appeal from: Southern District of Texas, Brownsville

Lower court information:
     District: 0541-1 : 1:05-CV-169
     Ordering Judge: Andrew S Hanen, US District Judge

10/4/05          Bankruptcy case docketed. NOA filed by Appellant Juan
                 Pequeno. [05-41309] (lbm)

?
```

| PACER Service Center |
|---|
| Transaction Receipt |
| 12/29/2005 16:09:14 |