*Exhibit 19*

*Exhibit 3*

B10 (Official Form 10) (9/98)

UNITED STATES BANKRUPTCY COURT _____ PROOF OF CLAIM

| Name of Debtor: JEAN PEQUENO | Case Number: 01-24255-B-7 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
LAW OFFICES OF MICHAEL B. SCHMIDT

Name and address where notices should be sent:
Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
Telephone number: 361/884-9949

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- [ ] Goods sold
- [X] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other _____

- [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
- [ ] Wages, salaries, and compensation (fill out below)

  Your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** 02/08/02 – current

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 41,503.25

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
- [ ] Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- [ ] Real Estate   [ ] Motor Vehicle
- [ ] Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges included in secured claim, if any: $ _____

**6. Unsecured Priority Claim.**
- [X] Check this box if you have an unsecured priority claim
Amount entitled to priority $ (See Attached Notice)
Specify the priority of the claim:
- [ ] Wages, salaries, or commissions (up to $4,300), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- [ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- [ ] Up to $1,950 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- [ ] Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 07/30/04 | [signature] Attorneys for Chapter 7 Trustee |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:
JUAN PEQUENO                          §          CASE NO. 01-24255-B-13
            DEBTOR                    §          CHAPTER 13

## NOTICE

The following itemization of attorney time reflects the total attorney time incurred on this case by the Law Offices of Michael B. Schmidt.

On June 13, 2002, this Court entered an Order Employing the Law Offices of Michael B. Schmidt on a "contingent fee" in connection with the suit and judgment against the City of Brownsville and on June 21, 2002, this Court entered an Order Employing the Law Offices of Michael B. Schmidt for the Trustee on an hourly basis. The itemization attached does not segregate time entries which might be attributable to just the contingent fee.

If and when the Judgment against the City of Brownsville is collected, this Proof of Claim will be amended to include any additional time and expenses, as well as to appropriately delineate those entries which are attributable to the contingent fee.

Executed this 30th day of July, 2004.

Respectfully submitted:
Law Office of Michael B. Schmidt

By:/S/JOHN VARDEMAN
        Michael B. Schmidt
        John Vardeman
        555 N. Carancahua, Suite 1550
        Corpus Christi, Texas 78478
        Office: 361/884-9949
        Fax:   361/884-6000
        TBN: 17775200 FBN 10260
        TBN: 20196260 FBN 13871
        ATTORNEY FOR TRUSTEE



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:
JUAN PEQUENO                                §          CASE NO. 01-24255-B-7
            DEBTOR                          §          CHAPTER 7

## ORDER EMPLOYING SPECIAL COUNSEL

The Court having considered the foregoing Application of the Trustee to employ Special Counsel and Affidavits of the Law Offices of Michael B. Schmidt and the Law Offices of Frank Costilla, L.P., in support thereof, and it appearing that the Law Offices of Michael B. Schmidt are disinterested persons. It further appears that the Law Offices of Frank Costilla, LP have previously represented the Debtor as trial counsel in the suit that resulted in the judgment against the City of Brownsville, and this Court finds that should act as special counsel and that they do not hold an interest adverse to the Debtor or to the Estate with respect to the matter on which such special counsel is to be employed; that the employment of said attorneys by the Trustee is in the best interest of this estate, it is hereby

ORDERED that Michael B. Schmidt, Trustee herein, is authorized to employ the Law Offices of Michael B. Schmidt and the Law Offices of Frank Costilla, LP, as attorneys for the Trustee and the estate, for only the following special purposes:

A.    to defend the appeal of the judgment against the City of Brownsville in any court of competent jurisdiction and to negotiate a settlement of such judgment and/or appeal, as well as any claims and causes of action of the Estate arising from the judgment or its appeal.

Compensation to be paid on a contingency fee of 50 % of any recovery. All expenses of litigation are to be recouped from any recovery all in such amounts as may be allowed by the Court upon proper application or applications thereof. The Trustee is authorized to execute the attorney employment agreement attached to his application to employ special counsel.

Date: **JUN 1 3 2002**

Richard S. Schmidt
United States Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:
JUAN PEQUENO                          §          CASE NO. 01 24255-B-7
                    DEBTOR            §          CHAPTER 7

## ORDER TO EMPLOY ATTORNEY

The Court having considered the foregoing Application of the Trustee to Employ
Attorney and Affidavit of Law Offices of Michael B. Schmidt in support thereof, and it
appearing that attorney, Michael B. Schmidt is a disinterested person and that the employment of
said attorney generally by the Trustee is in the best interest of this estate, it is hereby

ORDERED that Michael B. Schmidt, Trustee herein, is authorized to employ the Law
Offices of Michael B. Schmidt, generally as attorney for the Trustee and the estate and for the
purposes set forth in his Application.

Compensation to be paid in such amounts as may be allowed by the Court upon proper
application or applications thereof.

Date: **JUN 2 1 2002**

Richard S. Schmidt
UNITED STATES BANKRUPTCY JUDGE

LAW OFFICES OF MICHAEL B. SCHMIDT
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361.884-9949 Off
361.884-6000 Fax

July 30, 2004

Invoice submitted to

Michael B. Schmidt, Trustee
712 American Bank Plaza
Corpus Christi TX 78475

In Reference To:   Pequeno

**Invoice # 10304**

### Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **JV** | | |
| 2/8/2002  Conference with Hugh Touchy City of Brownsville attorney re suit filed by debtor; discuss debtor's motion to dismiss | 0.10 200.00/hr | 80.00 |
| 2/11/2002  Review file; prepare response to motion to dismiss, conf/J city re status of motion | 0.60 200.00/hr | 120.00 |
| Review and Revise response to motion to dismiss conf/Verli at bankruptcy clerk office says we have until 25th to object | 0.30 200.00/hr | 60.00 |
| Place telephone call to Touchy and leave message | 0.10 200.00/hr | 20.00 |
| 2/13/2002  Place telephone call to Touchy and leave message, conf/Trustee re status of case, prepare letter to Touchy; review, revise and fax same to Touchy | 1.00 200.00/hr | 200.00 |
| 2/14/2002  Review letter from Touchy, review message from Touchy, conf/Trustee re same | 0.40 200.00/hr | 80.00 |
| 2/22/2002  Conference with Trustee re debtor's judgment against City of Brownsville and possible appeal, discuss potential for settlement, conf/Sunderman and Trustee re handling appeal | 0.40 200.00/hr | 80.00 |
| 2/27/2002  Conference with Krautz re same at drama at hearing, conf/Trustee re same | 0.30 200.00/hr | 60.00 |
| 3/8/2002  Conference with Trustee re additional motion and file; prepare of poem to debtor | 1.00 200.00/hr | 200.00 |

Underline are Conferences, mediations dropped by
Ch7 Trustee Michael Schmidt in Ch7 Trustee Michael Schmidt attempt
to hide evidence of his Personal Conflict of Interest with Pizani's estate
+ VIOLATION OF his FIDUCIARY DUTIES TO CREDITORS

Michael B. Schmidt, Trustee                                                                                           Page

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/16/2002 | Attend court for hearing on motion to dismiss | 1.00 200.00/hr | 200.00 |
| 4/12/2002 | Conference with Trustee re: hearing re: Trustee and needs re: potential settlement of lawsuit; another conf/Trustee re: our options | 0.50 200.00/hr | 100.00 |
| 4/23/2002 | Conference with Trustee and Castillo re: suit/judgment; conf/Trustee re: letter to Castillo and intervention and motion to dismiss & pleas; Pdote re: Dy: notice in the appeal/new trial | 0.40 200.00/hr | 80.00 |
| 5/1/2002 | Conference with Isable Garcia, Valley Credit Union re: their situation to report and file claim; facts of case and judgment owned by debtor | 0.40 200.00/hr | 80.00 |
| 5/13/2002 | Preparation of notice of appointment of trustee and suggestion of bankruptcy; conf/Trustee; review District Court file | 1.00 200.00/hr | 200.00 |
| 5/15/2002 | Conference with Trustee, review and revise suggestion of bankruptcy; execute and file same | 0.40 200.00/hr | 80.00 |
| 5/22/2002 | Conference with Trustee instructed to file motion to compel; begin motion to compel | 0.60 200.00/hr | 120.00 |
| 5/23/2002 | Review and Revise motion to compel | 0.10 200.00/hr | 20.00 |
| 6/5/2002 | Conference with Trustee re: settlement talks; hearing; review debtor's motion to amend judgment | 0.50 200.00/hr | 100.00 |
| 6/18/2002 | Review schedules provided by debtor; conf/Trustee re: same | 0.50 200.00/hr | 100.00 |
| 7/19/2002 | Conference with Trustee, review motion to convert to chp 13; prepare response; review motion to deny hiring of Frank Costilla; prepare response | 2.60 200.00/hr | 520.00 |
| 7/22/2002 | Review and Revise response to objection on motion to convert; review and execute response to objection to hire Costilla; conf/Trustee | 0.70 200.00/hr | 140.00 |
| 8/2/2002 | Conference with Grevel re: Aurora Loan and debtor's motion re: reconsider; discuss our involvement and history of case | 0.50 200.00/hr | 100.00 |
| 8/15/2002 | Review order of district court denying amendment of judgment; conf/Trustee re: same; 2nd conf/Trustee re: hearing on conversion | 0.50 200.00/hr | 100.00 |
| 8/19/2002 | Review fax from Tonchy regarding need to execute truth-in-lending and t/a apply for bond; place call to Trustee to leave message | 0.20 200.00/hr | 40.00 |
| 8/23/2002 | Conference with Trustee re: whether to execute on judgment; conf/Castillo; review and revise letter/fax to Tonchy | 0.50 200.00/hr | 100.00 |
| 9/3/2002 | Conference with Grevel re: status of case and motion to convert | 0.50 200.00/hr | 100.00 |

Michael B. Schmidt, Trustee                                                                 Page    3

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/4/2002 Conference with Trustee and fax review Debtor's Chp 13 plan and Scheduled cont/Trustee | 0.60 200.00/hr | 120.00 |
| 9/6/2002 Conference with Trustee re: preliminary issues of proposed resolution/settlement cont/Costilla and Trustee, prepare objection to exemption and motion for authority to negotiate/settle | 2.20 200.00/hr | 440.00 |
| Preparation of motion for expedited hearing, review and revise objection and motion, cont/Trustee re: service | 1.00 200.00/hr | 200.00 |
| 9/9/2002 Conference with Trustee re: exhibit list for hearing, prepare list, review message from court that hearing moved to tomorrow, prepare cert of service, cont/Garcia, Costilla and Trustee re: same. | 2.00 200.00/hr | 400.00 |
| Conference with Touchy | 0.40 200.00/hr | 80.00 |
| Conference with Trustee re: hearing, place call to Costilla to notify hearing | 0.30 200.00/hr | 60.00 |
| 9/10/2002 Attend court for hearing on motion for authority to settle, cont/Trustee and Garcia, cont/Pequeno | 2.00 200.00/hr | 400.00 |
| Preparation of notice of hearing on objection to exemptions, review message of Touchy, cont/Touchy re: mediation | 0.40 200.00/hr | 80.00 |
| Conference with Trustee; prepare notice of 2004 exam; cont/Garcia review message from Touchy re: they will go to mediation, cont/Trustee, cont/Garcia re: same | 0.90 200.00/hr | 180.00 |
| 9/11/2002 Review and Revise 2004 notice, cont/Trustee, cont/Trustee and Costilla re: setting up depo and mediation | 0.60 200.00/hr | 120.00 |
| 9/12/2002 Finalize and serve notice of depo | 0.20 200.00/hr | 40.00 |
| 9/23/2002 Conference with Trustee re: depo, prepare exhibit for depo | 2.00 200.00/hr | 400.00 |
| Conference with Touchy re: location to attempt at depo | 0.30 200.00/hr | 60.00 |
| 9/24/2002 Deposition (2004) exam of John P., prepo, cont/Pequeno and Trustee re: mediation | 5.00 200.00/hr | 1,000.00 |
| 9/27/2002 Review Debtor's motion for summary judgment, prepare response | 1.00 200.00/hr | 200.00 |
| 9/30/2002 Conference with Trustee and Garcia re: hearing request re: exhibits, exemption and results of depo | 0.10 200.00/hr | 20.00 |

Michael B. Schmidt, Trustee                                                                 Page      4

|  | Hrs/Rate | Amount |
|---|---|---|
| 9/30/2002 Conference with Trustee re: construction of judgments in relation to damages, discuss exemptions, review case law interpretations of same and going behind judgment to ascertain types of damages | 3.00 200.00/hr | 600.00 |
| Conference with Trustee, conf/Garcia, conf/Gates/Covalli who can testify, review transcripts from Touchy | 1.00 200.00/hr | 200.00 |
| 10/2/2002 Conference with Trustee re: excerpts from debtor's deposition | 0.40 200.00/hr | 80.00 |
| 10/3/2002 Review motion to revoke sale, review docket, conf/Trustee re: same and debtor's claim of bad faith | 0.50 200.00/hr | 100.00 |
| 10/7/2002 Conference with Trustee re: hearings; review debtor's motion to vacate order approving settlement | 0.30 200.00/hr | 60.00 |
| Meeting with Trustee in preparation for Wednesday's hearings | 2.00 200.00/hr | 400.00 |
| 10/11/2002 Conference with Trustee, review additional exhibits submitted by debtor noting which ones to object to, review deposition excerpts for testimony showing bad faith and deadlines in bankruptcy, conf/Trustee re: same | 0.60 200.00/hr | 120.00 |
| 10/22/2002 Review debtor's post-trial brief, prepare response and objection, review exhibit list of debtor and supplement to post-trial brief | 1.20 200.00/hr | 240.00 |
| 10/29/2002 Review and Revise response and objection to debtor's post-trial brief | 0.30 200.00/hr | 60.00 |
| 11/5/2002 Review and Revise motion to pay admin expense of Esquire Deposition Service | 0.30 200.00/hr | 60.00 |
| 11/12/2002 Review letter from Esquire Deposition w/original depo; debtor never signed/returned the extra sheet | 0.20 200.00/hr | 40.00 |
| 11/18/2002 Conference with Gates re: dismissal of appeal, review docket, fax him relevant order | 0.30 200.00/hr | 60.00 |
| Review message from Rachel at Esquire, conf/Rachel says Pepino's would not sign depo; tell her to prepare affidavit and send to me | 0.30 200.00/hr | 60.00 |
| 11/22/2002 Review notices (4) of appeal filed by Pepino | 0.20 200.00/hr | 40.00 |
| 11/27/2002 Review debtors objection to payment of deposition, conf/Trustee | 0.30 200.00/hr | 60.00 |
| 12/2/2002 Conference with Trustee re: debtor's appeal | 0.30 200.00/hr | 60.00 |

Michael B. Schmidt, Trustee                                                            Page    5

|  | Hrs/Rate | Amount |
|---|---|---|
| 12/6/2002 Conference with Trustee re review docket and transcript, review costs on appeal to prepare designation of additional documents | 1.60<br>200.00/hr | 320.00 |
| 12/9/2002 Review and Revise letter to Pacheco re issues on appeal | 0.50<br>200.00/hr | 100.00 |
| 12/10/2002 Finalize designation of record on appeal, telephone conf/Trustee re same | 0.30<br>200.00/hr | 60.00 |
| 1/13/2003 Review affidavit from Esquire re attempts to deliver deposition to debtor | 0.20<br>200.00/hr | 40.00 |
| 1/29/2003 Conference with Trustee re order on objection to exemptions not included in designation, discuss effect, decide to supplement | 0.30<br>200.00/hr | 60.00 |
| 2/13/2003 Conference with Trustee re appeal of bankruptcy court, discuss briefing deadlines | 0.40<br>200.00/hr | 80.00 |
| 2/14/2003 Review motion to enlarge time, conf/Trustee re same, review docket, prepare response objecting to motion | 1.20<br>200.00/hr | 240.00 |
| 2/18/2003 Review and Revise response, conf/Trustee, file response | 0.30<br>200.00/hr | 60.00 |
| 2/20/2003 Review motion, conf/Trustee | 0.30<br>200.00/hr | 60.00 |
| 3/7/2003 Review court's order allowing Pequeno until 3/14 to file brief | 0.10<br>200.00/hr | 20.00 |
| 3/18/2003 Conference with Trustee, review motion to dismiss appeal | 0.30<br>200.00/hr | 60.00 |
| 4/21/2003 Conference with Trustee re appeal, review docket re transcript of relevant hearings, conf/Trustee re obtaining transcript and possible extension of deadline to file brief | 0.40<br>200.00/hr | 80.00 |
| 4/22/2003 Review portions of transcript for disposition, conf/same | 0.40<br>200.00/hr | 80.00 |
| 5/14/2003 Review appellate brief | 0.30<br>200.00/hr | 60.00 |
| 6/15/2003 Conference with Trustee re appellate brief | 0.30<br>200.00/hr | 60.00 |
| 6/18/2003 Conference with Trustee re appeal, advise re transcript preparation and correction | 0.30<br>200.00/hr | 60.00 |
| 6/25/2003 Review appellate brief | 0.30<br>200.00/hr | 60.00 |

Michael B. Schmidt, Trustee                                                    Page      6

|  | Hrs/Rate | Amount |
|---|---|---|
| 7/16/2003 Conference with trustee re: Shell payments out of Pequeno's escrow account note | 0.20<br>200.00/hr | 40.00 |
| 5/21/2004 Conference with Pequeno re: debtor's not apprised of Pequeno's not being apprised to (1) from being party at mediation (2) occurrences of Conflicts advisories and 5 days to extend the mediation. conf/Trustee re: same | 0.20<br>200.00/hr | 40.00 |
| 2/24/2004 Conference with Trustee: prepare motion to dismiss adversary | 1.00<br>200.00/hr | 200.00 |
| 5/27/2004 Review and Revise motion to dismiss conf/Trustee re: same | 0.30<br>200.00/hr | 60.00 |
| 6/3/2004 Conference with Trustee: review debtor's motion to substitute party of interest in appeal, prepare response | 0.80<br>200.00/hr | 160.00 |
| Review and Revise motion to dismiss adversary | 0.20<br>200.00/hr | 40.00 |
| 6/4/2004 Conference with Trustee re: Pequeno's motion to void settlement filed w/5th Cir | 0.10<br>200.00/hr | 20.00 |
| 6/9/2004 Conference with Trustee re: appeal and validity of settlement and orders entered while case was in chapter 7 | 0.40<br>200.00/hr | 80.00 |
| 6/16/2004 Conference with debtor: wants to be emailed the pleadings filed w/5th Cir | 0.10<br>200.00/hr | 20.00 |
| 6/18/2004 Conference with Trustee: review and revise 5th cir response | 0.40<br>200.00/hr | 80.00 |
| 6/21/2004 Review file and docket in preparation for status conference: review court's instruction for telephonic hearing | 0.50<br>200.00/hr | 100.00 |
| 6/22/2004 Attend court for hearing by telephone on adversary conf/Trustee re: same | 1.00<br>200.00/hr | 200.00 |
| 6/29/2004 Conference with Trustee: prepare reply to debtor's response to dismiss | 2.50<br>200.00/hr |  |
| 7/1/2004 Conference with Trustee: hearing on motion to convert or reconvert but (1) review and (2) continue plea still to Chapter 13 trustee | 0.60<br>200.00/hr |  |
| 7/2/2004 re: position of collateral with trustee conf/trustee re: file | | |
| 7/6/2004 Prepare motion to: prepare attorney ad litem prove in response | | |
| 7/9/2004 Review message from Henser: review revise; prepare proffer of Henser conf/Bower: review and revise proffer | 2.00<br>200.00/hr |  |

Michael B. Schmidt, Trustee                                                      Page

|  | Hrs | Rate | Amount |
|---|---|---|---|
| 7/7/2004 Attend court for hearing on motion to convert | 2.00 200.00/hr | | 400.00 |
| 7/8/2004 Review and Revise response to motion to ... objection ... grounds to reconsider/compel | 0.10 200.00/hr | | 50.00 |
| 7/19/2004 Review and Revise reply to debtor's response, analyze same | 0.60 200.00/hr | | 120.00 |
| 7/19/2004 Preparation of Order and Notice of conversion, prepare for hearing tomorrow, conf/Trustee re: same | 1.50 200.00/hr | | 300.00 |
| 7/20/2004 Attend court for hearing on motion to dismiss adversary, conf/Trustee re: same | 2.70 200.00/hr | | 540.00 |
| 7/21/2004 Review emergency motion of new evidence, conf/Trustee prepare re: pars | 0.80 200.00/hr | | 160.00 |
| SUBTOTAL | | 72.50 | 14,500.00 |

**MBS**

|  | Hrs | Rate | Amount |
|---|---|---|---|
| 6/3/2002 Conference with Hondo Garcia/Castillo re: 5th Cir mediation conf tomorrow | 0.30 225.00/hr | | 67.50 |
| 6/4/2002 Conference with 5th Cir settlement conf with attorneys for City of Brownsville re resolution of case | 2.00 225.00/hr | | 450.00 |
| 6/5/2002 Attend court for on Pequeno actions, meeting with Frank Hondo and Mr. and Mrs. Pequeno re: appeal | 3.00 225.00/hr | | 675.00 |
| 6/6/2002 Conference with Hondo, prepare application to employ on contingency, review debtor pro se filing in district court | 2.00 225.00/hr | | 450.00 |
| 6/25/2002 Conference with Hondo re: his client's problems and strategy, Garcia to advise | 0.40 225.00/hr | | 90.00 |
| 6/26/2002 Conference with Frank at 5th Cir re: settlement conf re: different pro se filings | 0.40 225.00/hr | | 90.00 |
| 7/1/2002 Conference with 5th Cir attorney Beth re: telephone re: mediation conf/Hondo | 1.50 225.00/hr | | 337.50 |
| 8/22/2002 Conference with Hondo re: getting to a decision on bottom and attorney | 0.30 225.00/hr | | 67.50 |
| 9/05/2002 Mediation at attorney Garcia's offices | 10.00 225.00/hr | | 2,250.00 |

Michael B. Schmidt, Trustee                                                          Page     8

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/24/2002 | Conference with Rusty Roalk re: status of bankruptcy | 0.30 225.00/hr | 67.50 |
| 10/7/2002 | Prepare for motion to convert to chapter 13 and objection to exemptions hearing | 3.00 225.00/hr | 675.00 |
| 10/8/2002 | Conference with Credit Union re: their objection to conversion to 13 and coming to courthouse | 0.30 225.00/hr | 67.50 |
| 10/9/2002 | Attend court for hearing on objection to exemptions and motion to convert to 13; present exhibits, case on submission, after had meeting with Garcia and Castillo re: what can happen | 5.00 225.00/hr | 1,125.00 |
| 10/16/2002 | Preparation of response to 2nd motion for telephonic 341 | 0.30 225.00/hr | 67.50 |
| 11/6/2002 | Attend court for hearing on Pequeno's motions | 3.50 225.00/hr | 787.50 |
| 11/7/2002 | Attend court for hearing on Pequeno's motions, Judge takes evidence, rules on conversion, exemptions and settlement | 2.00 225.00/hr | 450.00 |
| 11/14/2002 | Preparation of four order re: motion to convert, denying exemption, reconsideration of settlement and reconsideration of mediation | 1.50 225.00/hr | 337.50 |
| 11/15/2002 | Conference with Touchy's office; Hondo Garcia re: dismissal of appeal | 0.30 225.00/hr | 67.50 |
|  | Conference with atty Blalock for Vally FCU re: settlement proceeds; status of appeal exemption | 0.30 225.00/hr | 67.50 |
| 11/18/2002 | Conference with Touchy re: Pequeno appeal of exemptions order and status of appeal | 0.30 225.00/hr | 67.50 |
| 12/9/2002 | Review and Revise designation of record for app in I appeals | 0.50 225.00/hr | 112.50 |
| 1/8/2003 | Attend court for docket call and hearing on objection to claim to pay Clear cost | 1.00 225.00/hr | 225.00 |
| 1/29/2003 | Review record on appeal of orders for I appeal as I included, prepare supplemental designation to include the I orders | 1.00 225.00/hr | 225.00 |
| 2/5/2003 | Conference with Hondo and Hugh re: how do we solve problem re: dismissal of appeal in the event judge reverse/confirm Baker at 5th Cir | 1.00 225.00/hr | 225.00 |
| 2/6/2003 | Preparation of Designation of intended parties for appeal | 0.50 225.00/hr | 112.50 |
| 2/13/2003 | Conference with Rick Schell re: his potential representation of Pequeno on appeals, give him background info on case | 0.10 225.00/hr | 90.00 |

Michael B. Schmidt, Trustee                                                                 Page    9

|  | Hrs | Rate | Amount |
|---|---|---|---|
| 5/12/2003 Conference call's Rick Shell re work on case, discussed fee structure for appeal; Ron re brief handling appeal | 0.30 / 225.00/hr | | 67.5 |
| 3/12/2003 Conference with Hondo re Che Che and collection | 0.20 / 225.00/hr | | 45.0 |
| 5/17/2003 Conference with Hondo has Pequeno asked him a brief? no, therefore re-edited review file and dist court docket; prepare of motion to dismiss appeal | 2.20 / 225.00/hr | | 495.0 |
| 5/23/2003 Review docket for transcripts of hearings needed for appeal | 0.30 / 225.00/hr | | 67.5 |
| 5/7/2003 Conference with Touchy re status of appeal to Dist Court | 0.30 / 225.00/hr | | 67.5 |
| 5/21/2003 Preparation of motion for extension of time to file response brief | 0.50 / 225.00/hr | | 112.5 |
| Conference with Ms. Soto Judge Hanna re 5/30 p email, email to shell re will he agree to continue it | 0.30 / 225.00/hr | | 67.5 |
| 6/16/2003 Review transcripts, review appellant's brief, re considerances and begin's prepare brief to district court | 1.00 / 225.00/hr | | 250.0 |
| 6/17/2003 Continue preparation of response brief | 5.00 / 225.00/hr | | 1,125.0 |
| 6/20/2003 Continue preparation of response brief | 6.00 / 225.00/hr | | 1,350.0 |
| 6/22/2003 Finalize response brief | 5.00 / 225.00/hr | | 1,125.0 |
| 8/5/2003 Conference with Judge's chamber re continuing oral arguments | 0.40 / 225.00/hr | | 90.0 |
| 8/7/2003 Review Rules 66 begin preparation re appeal brief | 1.50 / 225.00/hr | | 337.5 |
| 8/8/2003 Begin work on brief re pro se motion; phone call and re-edit to conclude to Pequeno | 6.00 / 225.00/hr | | 1,350.0 |
| 8/11/2003 Finalize response brief and re-file same | 4.00 / 225.00/hr | | 900.0 |
| 8/14/2003 Conference with Hondo re status | 0.30 / 225.00/hr | | 67.5 |
| 8/26/2003 Conference with Chp 13 trustee re case it | 0.50 / 225.00/hr | | 112.5 |

Michael B. Schmidt, Trustee                                                           Page    10

|  | Hrs Rate | Amount |
|---|---|---|
| 5/1/2003 Prepare for conference at ... | 2.00<br>225.00/hr | 450.00 |
| 5/2/2003 Meet ... | 2.00<br>225.00/hr | 450.00 |
| 5/3/2004 Attend court for hearing on debtor's motion to dismiss, court losses | 2.00<br>225.00/hr | 450.00 |
| 5/11/2004 Preparation of notice of appeal and designation of issues | 1.00<br>225.00/hr | 225.00 |
| 5/17/2004 Preparation of answer to motion to convert and motion to reconvert to chp 7 | 0.50<br>225.00/hr | 112.50 |
| 5/21/2004 Conference with Herdon re: Response on critical 5th Cir factors, re: attorneys fees issues | 0.50<br>225.00/hr | 112.50 |
| 6/9/2004 Preparation of response to motion to hold settlement null and void, other | 1.50<br>225.00/hr | 337.50 |
| **SUBTOTAL:** | 87.40 | 19,665.00 |

**SY**

| 10/31/2002 PDF Response order and objection/or ltr to debtor's port and brief ref and serve same | 0.30<br>65.00/hr | 19.50 |
| 11/1/2002 Conference with Letty re: video for 11/6 - he'll call us Monday | 0.10<br>65.00/hr | 6.50 |
| 11/6/2002 PDF Motion to adjourn ... | 0.30<br>65.00/hr | 19.50 |
| 11/11/2002 PDF ... | 0.30<br>65.00/hr | 19.50 |
| 11/15/2002 ... | 1.00<br>65.00/hr | 65.00 |
| 12/3/2002 Finalize ... | 0.30<br>65.00/hr | 19.50 |
| 1/28/2003 ... | 1.00<br>65.00/hr | 65.00 |
| 1/29/2003 Draft ... | 1.00<br>65.00/hr | 65.00 |

Michael B. Schmidt, Trustee

| | Hrs Rate | Amount |
|---|---|---|
| 1/30/2003 Conf. w/ bankruptcy clerk re filing of Sealed Exhibit List in US District Court and designation of items to go to US District Court for 5th Circuit pending appeal numbers | 2.00 65.00/hr | 130.00 |
| 6/17/2004 Preparation of response to fee submitted to Trustee | 0.10 65.00/hr | 6.50 |
| 7/22/2004 Preparation for electronic filings: response to motion to dismiss, motion to compel, objection to motion to convert, response to objection to Jure Costilla, motion for expedited hearing, objection to exemption, motion for authority to mediate/settle, notice of hearing, response to motion to vacate, preparation of numerous exhibits, application to employ on contingency, response to 2nd motion for Peghouse 341, mail same all in 2002 | 6.00 65.00/hr | 390.00 |
| Finalize documents for US District Court and 5th Circuit Court and mail same: designation of parties of interest, motion to extend brief time, response brief, reply brief, another notice of appeal and designation of issues, response to motion to convert and motion to reconvert to chp 7, response to motion to hold settlement null | 3.50 65.00/hr | 227.50 |

| SUBTOTAL | | 16.50 | 1,072.50 |
|---|---|---|---|

For professional services rendered                176.40  $35,237.50

Additional Charges :

__JV__

| 9/24/2002 travel to/from Brownsville 6 hrs. @ $100 | 600.00 |
|---|---|
| meals | 10.00 |
| mileage to/from Brownsville 362 miles @ .25 | 90.50 |
| 4/7/2004 travel to/from Brownsville 6 hrs. @ $100 | 600.00 |
| 7/20/2004 travel to/from Brownsville 6 hrs. @ $100 | 590.00 |
| mileage to/from Brownsville 362 miles @ .25 | 90.50 |

| SUBTOTAL | | 1,991.00 |
|---|---|---|

__MBS__

| 6/5/2002 travel to/from Brownsville 6 hrs @ $125 | 675.00 |
|---|---|
| mileage to/from Brownsville 362 miles @ .25 | 90.50 |

Michael B. Schmidt, Trustee                                              Page    12

|  | Amount |
|---|---|
| 9/11/2002 postage and photocopies to Paperchase | 19.70 |
| 9/16/2002 meals | 7.50 |
| 9/24/2002 postage and photocopies | 13.04 |
| 10/9/2002 mileage to/from Brownsville 362 miles @ .25 | 90.50 |
| meals | 20.00 |
| hotel | 98.00 |
| travel to/from Brownsville 6 hrs. @ $112.50 | 675.00 |
| 10/11/2002 postage and photocopies by Paperchase | 34.64 |
| 11/6/2002 postage and photocopies by Paperchase | 48.35 |
| 11/25/2002 overnight | 10.00 |
| 1/9/2003 Lexis charge | 50.00 |
| 1/17/2003 postage and photocopies-Paperchase | 95.04 |
| postage and photocopies Paperchase | 62.28 |
| 2/3/2003 Lexis charge | 50.00 |
| 4/23/2003 Court Fees | 66.00 |
| 5/22/2003 overnight | 8.22 |
| 6/24/2003 overnight | 22.15 |
| postage and photocopies | 130.98 |
| 9/2/2003 travel to Brownsville @ $112.50 | 675.00 |
| mileage to/from Brownsville 362 miles @ .25 | 90.50 |
| hotel | 79.10 |
| meals | 9.17 |
| 9/3/2003 meals | 8.08 |
| 10/3/2003 overnight | 8.14 |
| 4/22/2004 mailout by Paperchase | 26.57 |

Michael P. Schmidt, Trustee

Page

|  | Amount |
|---|---|
| 1/30/2004 mailout by Paperchase | 26.57 |
| 5/8/2004 travel to/from Brownsville 3 hrs. @ $115.00 plus Xpublico | 237.36 |
| mileage to/from Brownsville 181 miles @ .25 plus Xpublico | 45.25 |
| 5/12/2004 overnight | 8.27 |
| 5/19/2004 mailout by Paperchase | 33.09 |
| 7/6/2004 mailout by Paperchase | 32.04 |
| 7/8/2004 overnight | 13.50 |
| 7/12/2004 overnight | 16.31 |
| 7/21/2004 overnight | 8.47 |
| 7/22/2004 Postage actual | 13.87 |
| Copying cost 2472 @ .20 c charged | 494.40 |

## SUBTOTAL: [ 4,251.61]

### MBSE

| 6/1/2004 mailout by Paperchase | 23.14 |
|---|---|

## SUBTOTAL: [ 23.14]

| Total costs | $6,265.75 |
|---|---|

| Total amount of this bill | $41,503.25 |
|---|---|

| Balance due | $41,503.25 |
|---|---|