*Exhibit* **20**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  
JUAN PEQUENO §        CASE NO. 01-24255-B-7  
        DEBTOR §        CHAPTER 7

### FIRST APPLICATION TO ALLOW ATTORNEY FEES

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

HEARING HAS BEEN SET ON THIS MOTION FOR _____

TO THE HONORABLE JUDGE OF SAID COURT:

I.

The Applicant, Law Offices of Michael B. Schmidt, was employed as the attorney for Michael B. Schmidt, Trustee, in the above-styled bankruptcy estate on June 21, 2002. **Said Order employing attorney is attached as Exhibit "A".** The first amended schedules of assets and liabilities filed by the Debtors list total indebtedness of approximately $150,250 and total assets of approximately $64,755 and there are approximately 21 creditors. This Application for Interim Compensation and Reimbursement of Expenses is submitted under the standards set forth in In Re First Colonial Corporation of America, 545 F2d 1291 (Fifth Cir. 1977). These factors are relevant to this Application and are set out and discussed separately below.

II.

As stated on the attached **legal fee statement, Exhibit "B"**, which is a chronological record reflecting time spent by attorney and description of the services performed on behalf of the Trustee,

1

Applicant and his legal staff have rendered the following hours of professional services and expenses from February 11, 2002 through September 27, 2005 at the rate so indicated:

1. Attorney MS: 148.2 hours @$225.00 per hour for a total of $33,345.00;
2. Attorney JV: 95.9 hours @$200.00 per hour for a total of $19,180.00;
3. Legal Asst: 40.5 hours @$65.00 per hour for a total of $2,632.50;
4. Expenses: postage/copies/travel time/mileage/meals $8,741.57

### III.

Trustee assigned Applicant the following tasks with time and results obtained. Each task consists of various conversations and meetings, correspondence, pleadings, and court hearings. A more detailed summarization of each task involved in this particular bankruptcy estate is further stated in my attached billing statement.

Task 1:  Debtor filed for relief on December 31, 2001 (the "Petition Date"). On Petition Date, debtor was the plaintiff in a lawsuit against the City of Brownsville. Trustee became aware of this lawsuit from the city of Brownsville's attorney. The debtor had not timely filed his schedules. Further, debtor filed a motion to dismiss the bankruptcy case. The lawsuit resulted in a judgment in excess of $400,000 against the City of Brownsville. Counsel objected to dismissal and filed a motion to compel debtor to file schedules and to attend a 341 meeting. Debtor filed a motion to convert the case to Chapter 13. Debtor claimed the judgment as exempt. Counsel objected to the claim of exemption and objected to conversion. Counsel took debtor's deposition and had fruitless settlement discussions with debtor. Counsel hired special counsel and together handled the appeal of the judgment to the 5th Circuit. Counsel negotiated a settlement of $140,000, which was approved by the Bankruptcy Court. Debtor appealed. Counsel handled the appeal of the settlement, conversion and exemptions to the District Court and 5th Circuit. Conversion was allowed, exemption was denied. Trustee became active in debtor's Chapter 13 case and filed a motion to reconvert to Chapter 7. Ultimately, the case was converted back to Chapter 7. Trustee has been reappointed. Debtor has appealed the conversion to Chapter 7 Debtor continues to file multiple repetitive and meaningless pleadings. Counsel continues to respond. If debtor's relief is denied, debtor appeals and counsel handles the appeal. The litigation dispute between Trustee and debtor are too numerous to specifically itemize. Suffice it to say that counsel has handled numerous contested hearings and filed numerous pleadings. The only real relief ever given debtor was conversion to Chapter 13 which was then reconverted back to a Chapter 7.

Hrs:  244.1

Result:  Most of debtor's appeals have now been dismissed. The judgment has been settled with Court approval, bringing $140,000 to the estate.

## IV.

The case is complicated in its own right, requiring a commitment of professional time in these proceedings. This case, as a result, has had an adverse effect on the regular practice of Law Offices of Michael B. Schmidt and is, therefore, not particularly desirable. Furthermore, attorneys are generally paid on a monthly basis and Applicant has had to wait before being paid. **No fees have been paid to attorney.** Applicant has knowledge as to the financial condition or administration of this bankruptcy estate.

## V.

As stated above, this application for allowance is submitted under the standards set forth in In Re: First Colonial Corporation, 544 F2d 1291 (Fifth Circuit 1977) which this Court will use in assessing the propriety of these attorney's fees. These standards include the time and labor required, the novelty and difficulty of the questions, the skill requisite to perform the legal service properly; the preclusion of other employment by attorney due to acceptance of the cause, the customary fees, whether fee is fixed or contingent, time limitations imposed by Trustee or other circumstances, the amount involved and results obtained, the experience, reputation and ability of the attorneys, the undesirability of the case, the reasonableness of the rates charged, the nature and length of professional relationship with the Trustee, itemization of attorney time entries, chronological time records, explanation of expenses incurred, and awards in similar cases, all of these standards have been addressed above and in the attachment.

A.    Time and Labor Required. As stated on the attached legal fee statement, since entry into this case, Applicant has confronted unique bankruptcy and non-bankruptcy questions including, but not limited to those listed on page two, Task 1 of this Application.

B.    Skills Requisite to Perform the Service Properly. Because of the amount of time required to dispose of the issues involved, Applicant has been required to refuse other cases or defer work on such cases in order to work on this matter. The attorney in charge of this case, Law Offices of Michael B. Schmidt, limits his bankruptcy practice primarily to representation of the Trustee in bankruptcy. This case required an attorney of substantial experience, in order to successfully develop the many and often complex issues.

C.    Customary Fees. The rates charged by Applicant were, at the inception of these proceedings, the normal charges for the work performed in similar matters for the Trustee without consideration of size and degree of responsibility, difficulty, complexity and results achieved. In fact, the charges by Applicant are believed to be at a rate less than that being charged in the State of Texas by attorneys of the same or similar expertise representing Trustees.

D.    Whether Fee is Fixed or Contingent. As in all bankruptcy proceedings, fees of the Applicant are subject to the review, approval and/or discretion of the Court in determining the value of services to the estate as well as subject to the availability of funds in the estate and are accordingly, in that sense contingent. These fees are not intended to be contingent, and the result obtained to date, it is believed, justifies the award of these fees.

E.    <u>Time Limitations</u>.  The circumstances under which Applicant was employed as counsel for the Trustee has caused him to experience extraordinary time limitations and demands. The Trustee has requested and has received a priority handling of this case by the Applicant.  These proceedings have sometimes been characterized by regular crises, requiring quick response by counsel.

F.    <u>Professional Relationship with the Trustee</u>.  The Applicant has no relationship with the Debtor, the Creditor's Committee, or any creditor.  Applicant represents the Trustee in other bankruptcy cases.

G.    <u>Awards in Similar Cases</u>.  The compensation sought is consistent with the reasonable compensation awarded in other cases of this size and nature.  There is no request for a special fee, either as a bonus or at a rate higher than is normally charged by Applicant.

H.    <u>Fees and Expenses</u>. The Applicant has incurred necessary out-of-pocket fees and expenses in connection with this case.

I.    <u>Mileage</u>.  Applicant's rate for automobile mileage charge is normally far greater ($.40/mile) than the mileage rate charged and normally approved in the Southern District of Texas. The mileage charges at $.25/mile traveled in pursuit of the Trustee's services as requested in this Application is reasonable and represents a reduction below normal charges.

J.    <u>Travel Time</u>.  The hourly time charged reflects only one-half of the time actually spent in travel, in accordance with local practice.

WHEREFORE, based on the above criteria, the reasonable value of the services rendered by Applicant, Law Offices of Michael B. Schmidt, as attorney for said Trustee in this proceeding, is $63,899.07.  Applicant requests that the Application for these fees and expenses be approved and ordered paid and that the Applicant have such other and further relief to which it be justly entitled both at law and equity.

Respectfully submitted:

LAW OFFICES OF MICHAEL B. SCHMIDT

By:_____

Michael B. Schmidt
John Vardeman
555 N. Carancahua, Ste. 1550
Corpus Christi, Texas 78478
Office: 361/884-9949
Fax:   361/884-6000
TBN: 17775200

4

TBN: 20496260
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this entire Application was provided by notice of electronic filing and/or regular mail to the Trustee, Debtor' counsel and U.S. Trustee and a Notice of Filing of First Attorney's Fee Application was noticed by electronic filing or mailed on this 28th day of September, 2005 to the creditors and other parties in interest entitled to notice, whose names and addresses are attached.

Michael B. Schmidt

US Trustee
606 N Carancahua. Ste. 1107
Corpus Christi, TX 78476

Juan Pequeno
PO Box 5692
Brownsville, TX 78523

Michael B Schmidt
555 N. Carancahua Ste. 1550
Corpus Christi, TX 78478

## TRUSTEE'S REVIEW CERTIFICATION

I do hereby certify that I have reviewed the First Application to Allow Attorney's Fees of Michael B. Schmidt.

Michael B. Schmidt, Trustee

5



## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSIVLLE DIVISION

IN RE:
JUAN PEQUENO                      §          CASE NO. 01-24255-B-7
       DEBTOR                §          CHAPTER 7

### ORDER TO EMPLOY ATTORNEY

The Court having considered the foregoing Application of the Trustee to Employ Attorney and Affidavit of Law Offices of Michael B. Schmidt in support thereof, and it appearing that attorney, Michael B. Schmidt is a disinterested person and that the employment of said attorney generally by the Trustee is in the best interest of this estate, it is hereby

ORDERED that Michael B. Schmidt, Trustee herein, is authorized to employ the Law Offices of Michael B. Schmidt, generally as attorney for the Trustee and the estate and for the purposes set forth in his Application.

Compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.

JUN 2 1 2002

Date:_____

Richard S. Schmidt
UNITED STATES BANKRUPTCY JUDGE

40

EXA

# LAW OFFICES OF MICHAEL B. SCHMIDT
## 555 N. Carancahua, Ste. 1550
## Corpus Christi, TX 78478
### 361/884-9949  Off
### 361/884-6000 Fax

September 27, 2005

Invoice  submitted to:

Michael  B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi TX 78478

In Reference To:  Pequeno

Invoice #10516

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **JV** | | | |
| 2/11/2002 | Review file; prepare response to motion to dismiss; conf/Letty re: status of motion | 0.60 200.00/hr | 120.00 |
| | Review and Revise response to motion to dismiss; conf/Verli at bankruptcy clerk office says we have until 25th to object | 0.30 200.00/hr | 60.00 |
| | Place telephone call to Touchy and leave message | 0.10 200.00/hr | 20.00 |
| 2/13/2002 | Place telephone call to Touchy and leave message; conf/Trustee re: status of case; prepare letter to Touchy; review, revise and fax same to Touchy | 1.00 200.00/hr | 200.00 |
| 2/14/2002 | Review letter from Touchy; review message from Touchy; conf/Trustee re: same | 0.40 200.00/hr | 80.00 |
| 2/27/2002 | Conference with Kurtz are; case and dismissal hearing; conf/Trustee re: same | 0.30 200.00/hr | 60.00 |
| 3/8/2002 | Conference with Trustee; review creditors matrix and file; prepare subpoena to debtor | 1.00 200.00/hr | 200.00 |
| 4/10/2002 | Attend court for hearing on motion to dismiss | 1.00 200.00/hr | 200.00 |
| 5/1/2002 | Conference with Isable Garcia, Valley Credit Union re: their situation to repo car and file claim; facts of case and judgment owned by debtor | 0.40 200.00/hr | 80.00 |
| 5/13/2002 | Preparation of notice of appointment of trustee and suggestion of bankruptcy; conf/Trustee; review District Court file | 1.00 200.00/hr | 200.00 |

EX B

Michael B. Schmidt, Trustee                                          Page      2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/15/2002 | Conference with Trustee; review and revise suggestion of bankruptcy, execute and file same | 0.40 200.00/hr | 80.00 |
| 5/22/2002 | Conference with Trustee instructed to file motion to compel; begin motion to compel | 0.60 200.00/hr | 120.00 |
| 5/23/2002 | Review and Revise motion to compel | 0.10 200.00/hr | 20.00 |
| 6/5/2002 | Conference with Trustee re: settlement talks; hearing; review debtor's motion to amend judgment | 0.50 200.00/hr | 100.00 |
| 6/18/2002 | Review scheduels provided by debtor; conf/Trustee re: same | 0.50 200.00/hr | 100.00 |
| 7/19/2002 | Conference with Trustee; review motion to convert to chp 13; prepare response; review motion to deny hiring of Frank Costilla; prepare response | 2.60 200.00/hr | 520.00 |
| 7/22/2002 | Review and Revise response to objection on motion to convert; review and execute response to objection to hire Costilla; conf/Trustee | 0.70 200.00/hr | 140.00 |
| 8/2/2002 | Conference with Grevel re: Aurora Loan and debtor's motion to reconsider; discuss our involvement and history of case | 0.50 200.00/hr | 100.00 |
| 9/3/2002 | Conference with Grevel re: status of case and motion to convert | 0.30 200.00/hr | 60.00 |
| 9/4/2002 | Conference with Trustee and Jue; review debtor's chp 13 plan and Schedule C; conf/Trustee; | 0.60 200.00/hr | 120.00 |
| 9/6/2002 | Conference with Trustee re: problems w/exemption and mediation/settlement; conf/Costilla and Trustee; prepare objection to exemption and motion for authority to mediate/settle | 2.20 200.00/hr | 440.00 |
| | Preparation of motion for expedited hearing; review and revise objection and motion; conf/Trustee re: service | 1.00 200.00/hr | 200.00 |
| 9/9/2002 | Conference with Trustee re: hearing; place call to Costilla to notify hearing | 0.30 200.00/hr | 60.00 |
| | Conference with Touchy | 0.40 200.00/hr | 80.00 |
| | Conference with Trustee re: exhibit list for hearing; prepare list; review message from court that hearing moved to tomorrow; prepare cert of service; conf/Garcia, Castillo and Trustee re: same; | 2.00 200.00/hr | 400.00 |
| 9/10/2002 | Attend court for hearing on motion for authority to settle; conf/Trustee and Garcia; conf/Pequeno | 2.00 200.00/hr | 400.00 |

Michael B. Schmidt, Trustee                                                     Page      3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/10/2002 | Preparation of notice of hearing on objection to exemptions; review message of Touchy; conf/Touchy re: mediation | 0.40 200.00/hr | 80.00 |
| | Conference with Trustee; prepare notice of 2004 exam; conf/Garcia; review message from Touchy re: they will go to mediation; conf/Trustee; conf/Garcia re: same | 0.90 200.00/hr | 180.00 |
| 9/11/2002 | Review and Revise 2004 notice; conf/Trustee; conf/Trustee and Costilla re: setting up depo and mediation | 0.60 200.00/hr | 120.00 |
| 9/12/2002 | Finalize and serve notice of depo | 0.20 200.00/hr | 40.00 |
| 9/23/2002 | Conference with Trustee re: depo; prepare exhibits for depo | 2.00 200.00/hr | 400.00 |
| | Conference with Touchy re; his change to settlement order | 0.30 200.00/hr | 60.00 |
| 9/24/2002 | Deposition (2004) exam of Juan Pequeno; conf/Pequeno and wife; conf/Trustee | 5.00 200.00/hr | 1,000.00 |
| 9/27/2002 | Review debtor's motion to vacate and revoke; prepare response | 1.00 200.00/hr | 200.00 |
| 9/30/2002 | Conference with Trustee and Garcia re; hearings, appeal, deadlines, exemptions and results of depo | 0.40 200.00/hr | 80.00 |
| | Conference with Trustee re: construction of judgments in relation to damages; discuss exemptions; review caselaw interpretations of same and going behind judgment to ascertain types of damages | 3.00 200.00/hr | 600.00 |
| | Conference with Trustee; conf/Garcia; conf/Garcia/Costilla he can testify; review transcripts from Touchy | 1.00 200.00/hr | 200.00 |
| 10/2/2002 | Conference with Trustee re: excerpts from debtor's deposition | 0.40 200.00/hr | 80.00 |
| 10/3/2002 | Review motion to revoke sale; review docket; conf/Trustee re: same and debtor's claim of bad faith | 0.50 200.00/hr | 100.00 |
| 10/7/2002 | Conference with Trustee: hearings; review debtor's motion to vacate order approving settlement | 0.30 200.00/hr | 60.00 |
| | Meeting with Trustee in preparation for Wednesday's hearings | 2.00 200.00/hr | 400.00 |
| 10/11/2002 | Conference with Trustee; review additional exhibits submitted by debtor noting which ones to object to; review deposition excerpts for testimony showing bad faith and deadlines in bankruptcy; conf/Trustee re: same | 0.60 200.00/hr | 120.00 |

Michael B. Schmidt, Trustee                                            Page      4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/22/2002 | Review debtor's post-trial brief; prepare response and objection; review exhibit list of debtor and supplement to post-trial brief | 1.20 200.00/hr | 240.00 |
| 10/29/2002 | Review and Revise response and objection to debtor's post-trial brief | 0.30 200.00/hr | 60.00 |
| 11/5/2002 | Review and Revise motion to pay admin expense of Esquire Deposition Service | 0.30 200.00/hr | 60.00 |
| 11/12/2002 | Review letter from Esquire Deposition w/original depo; debtor never signed/returned the extra sheet | 0.20 200.00/hr | 40.00 |
| 11/18/2002 | Review message from Rachel at Esquire; conf/Rachel says Pequeno's would not sign depo; tell her to prepare affidavit and send to me | 0.30 200.00/hr | 60.00 |
|  | Conference with Garcia re: dismissal of appeal; review docket; fax him relevant order | 0.30 200.00/hr | 60.00 |
| 11/22/2002 | Review notices (4) of appeal filed by Pequeno | 0.20 200.00/hr | 40.00 |
| 11/27/2002 | Review debtors objection to payment of deposition; conf/Trustee | 0.30 200.00/hr | 60.00 |
| 12/2/2002 | Conference with Trustee re: debtor's appeal | 0.30 200.00/hr | 60.00 |
| 12/6/2002 | Conference with Trustee; review docket and debtor's summary lists on appeal (4); prepare designation of additional items (4) | 1.60 200.00/hr | 320.00 |
| 12/9/2002 | Review and Revise items to be designated on appeal | 0.50 200.00/hr | 100.00 |
| 12/10/2002 | Finalize designation of record on appeal (4); conf/Trustee re: same | 0.30 200.00/hr | 60.00 |
| 1/13/2003 | Review affidavit from Esquire re: attempts to deliver deposition to debtor | 0.20 200.00/hr | 40.00 |
| 1/29/2003 | Conference with Trustee re: order on objection to exemptions not included in designation; discuss effect; decide to supplement | 0.30 200.00/hr | 60.00 |
| 2/13/2003 | Conference with Trustee re: appeals of bankruptcy courts; discuss briefing deadlines | 0.40 200.00/hr | 80.00 |
| 2/14/2003 | Review motion to enlarge time; conf/Trustee re: same; review docket; prepare response objecting to motion | 1.20 200.00/hr | 240.00 |

Michael B. Schmidt, Trustee                                                    Page    5

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/18/2003 | Review and Revise response; conf/Trustee; file response | 0.30 200.00/hr | 60.00 |
| 2/20/2003 | Review motion; conf/Trustee | 0.30 200.00/hr | 60.00 |
| 3/7/2003 | Review court's order allowing Pequeno until 3/14 to file brief | 0.10 200.00/hr | 20.00 |
| 3/18/2003 | Conference with Trustee; review motion to dismiss appeal | 0.30 200.00/hr | 60.00 |
| 4/21/2003 | Conference with Trustee re: appeal; review docket re; transcript of relevant hearings; conf/Trustee re: obtaining transcript and possible extension of deadline to file brief | 0.40 200.00/hr | 80.00 |
| 4/23/2003 | Review portions of transcript of trial; conf/Trustee re; same | 0.40 200.00/hr | 80.00 |
| 5/16/2003 | Review appellant's brief | 0.30 200.00/hr | 60.00 |
| 6/13/2003 | Conference with Trustee re: appellate brief | 0.30 200.00/hr | 60.00 |
| 6/18/2003 | Conference with Trustee re: appeal brief and issues over exempt property and conversion | 0.30 200.00/hr | 60.00 |
| 6/23/2003 | Review appellate brief | 0.40 200.00/hr | 80.00 |
| 7/16/2003 | Conference with Trustee re; Shell wants email of depo; review file re: same | 0.20 200.00/hr | 40.00 |
| 5/19/2004 | Conference with Pequeno re: 5th circuit appeal; tell him that we are opposed to (1) him being party in interest (2) reduction of Costilla's atty fees and (3) trying to void the mediation; conf/Trustee re: same | 0.20 200.00/hr | 40.00 |
| 5/24/2004 | Conference with Trustee; prepare motion to dismiss adversary | 1.00 200.00/hr | 200.00 |
| 5/27/2004 | Review and Revise motion to dismiss; conf/Trustee re: same | 0.30 200.00/hr | 60.00 |
| 6/3/2004 | Review and Revise motion to dismiss adversary | 0.20 200.00/hr | 40.00 |
| | Conference with Trustee; review debtor's motion to substitute party of interest in appeal; prepare response | 0.80 200.00/hr | 160.00 |

Michael B. Schmidt, Trustee                                                                     Page      6

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/4/2004 | Conference with Trustee re: Pequeno's motion to void settlement filed w/5th Cir | 0.10 200.00/hr | 20.00 |
| 6/9/2004 | Conference with Trustee re: appeal and validity of settlement and orders entered while case was in chapter 7 | 0.40 200.00/hr | 80.00 |
| 6/16/2004 | Conference with debtor wants to be emailed the pleading we filed w/5th Cir | 0.10 200.00/hr | 20.00 |
| 6/18/2004 | Conference with Trustee; review and revise 5th cir response | 0.40 200.00/hr | 80.00 |
| 6/21/2004 | Review file and docket in preparation for status conference; review court's instruction for telephonic hearing | 0.50 200.00/hr | 100.00 |
| 6/22/2004 | Attend court for hearing by telephone on adversary; conf/Trustee re: same | 1.00 200.00/hr | 200.00 |
| 6/29/2004 | Conference with Trustee; prepare reply to debtor's response to dismiss | 2.50 200.00/hr | 500.00 |
| 7/1/2004 | Conference with Trustee re: hearing on motion to convert; prepare exhibit list; review and revise same; place call to Chapter 13 Trustee | 0.60 200.00/hr | 120.00 |
| 7/2/2004 | Preparation of exhibits for motion to convert; review file | 0.40 200.00/hr | 80.00 |
| 7/4/2004 | Review motion for proper service; conf/Trustee; prepare response | 0.50 200.00/hr | 100.00 |
| 7/6/2004 | Review message from Hower; review file; prepare proffer of Hower; conf/Hower; review and revise proffer | 2.00 200.00/hr | 400.00 |
| 7/7/2004 | Attend court for hearing on motion to convert | 2.00 200.00/hr | 400.00 |
| 7/8/2004 | Review and Revise response to motion to vacate; finalize response to motion to compel | 0.40 200.00/hr | 80.00 |
| 7/9/2004 | Review and Revise reply to debtor's response; finalize same | 0.60 200.00/hr | 120.00 |
| 7/19/2004 | Preparation of Order and Notice of conversion; prepare for hearing tomorrow; conf/Trustee re: same | 1.50 200.00/hr | 300.00 |
| 7/20/2004 | Attend court for hearing on motion to dismiss adversary; conf/Trustee re: same | 2.70 200.00/hr | 540.00 |

Michael B. Schmidt, Trustee                                                      Page      7

|            |                                                                                                      | Hrs/Rate | Amount |
|------------|------------------------------------------------------------------------------------------------------|----------|--------|
| 7/21/2004  | Review emergency motion of new evidence; conf/Trustee; prepare response                              | 0.80 200.00/hr | 160.00 |
| 7/23/2004  | Review debtor's chapter 13 plan                                                                       | 0.20 200.00/hr | 40.00 |
|            | Review and Revise response to 5th cir motion of new evidence                                         | 0.10 200.00/hr | 20.00 |
| 7/29/2004  | Preparation of proof of claim; review and revise time entries; prepare notice to attach to proof of claim re: contingent fee | 0.50 200.00/hr | 100.00 |
| 7/30/2004  | Review depo excerpts for evidence if bad faith                                                        | 0.30 200.00/hr | 60.00 |
| 8/3/2004   | Conference with Trustee; review depo excerpts and chp 13 plan; prepare exhibit list                  | 1.20 200.00/hr | 240.00 |
| 8/4/2004   | Attend court for hearing on chp 13 eligibility                                                        | 3.00 200.00/hr | 600.00 |
| 8/10/2004  | Review motion to deny administrative expenses; prepare response; review motion to revoke discharge; prepare response; conf/Trustee | 1.00 200.00/hr | 200.00 |
| 8/16/2004  | Review response to motion to deny admin expenses                                                      | 0.10 200.00/hr | 20.00 |
| 8/18/2004  | Review and Revise response to motion to revoke discharge; conf/Trustee re: same                      | 0.20 200.00/hr | 40.00 |
| 9/8/2004   | Conference with Peter Connors at 5th cir re: appeal needs status letter; conf/Trustee and Deano Esparza re: same | 0.30 200.00/hr | 60.00 |
| 10/6/2004  | Conference with Trustee re: result of hearing; discuss that no 341 has been set; discuss confirmation and appeals | 0.30 200.00/hr | 60.00 |
| 10/7/2004  | Conference with Trustee re: effects of revocation of discharge on appeals                            | 0.30 200.00/hr | 60.00 |
| 10/13/2004 | Review Appellate brief; conf/Trustee re: same                                                         | 0.40 200.00/hr | 80.00 |
| 10/18/2004 | Conference with Trustee; review motion to convert                                                    | 0.50 200.00/hr | 100.00 |
| 11/1/2004  | Preparation of designation of items to be included in appeal                                         | 0.40 200.00/hr | 80.00 |

Michael B. Schmidt, Trustee                                    Page    8

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2004 | Conference with Letty re: Wednesday hearing | 0.30 200.00/hr | 60.00 |
| | Review motion to compel and file answer | 0.50 200.00/hr | 100.00 |
| 12/3/2004 | Review appellate brief; conf/Trustee re: same | 0.50 200.00/hr | 100.00 |
| 12/28/2004 | Review court's order converting case to chp 7; conf/Trustee re: same and appeal | 0.20 200.00/hr | 40.00 |
| 1/31/2005 | Conference with Trustee re: debtor's latest motion to dismiss Trustee | 0.30 200.00/hr | 60.00 |
| 2/2/2005 | Review and Revise response to debtor's motion to remove Trustee | 0.30 200.00/hr | 60.00 |
| 3/11/2005 | Conference with Pequeno wants to know if oppose to enlargement of time to file briefs; conf/Trustee re: same | 0.20 200.00/hr | 40.00 |
| 4/11/2005 | Review debtor's notice of court's ruling; review docket; conf/Trustee; prepare response | 1.00 200.00/hr | 200.00 |
| 4/18/2005 | Review and Revise response to notice for court's ruling | 0.20 200.00/hr | 40.00 |
| 4/29/2005 | Review debtor's motion to null and void settlement; conf/Trustee; conf/Trustee and Hondo; review opinions | 2.00 200.00/hr | 400.00 |
| 5/5/2005 | Preparation of response to motion to null & void | 0.80 200.00/hr | 160.00 |
| 5/10/2005 | Review and Revise response to motion to null & void | 0.20 200.00/hr | 40.00 |
| 5/20/2005 | Preparation of fee application | 1.00 200.00/hr | 200.00 |
| 6/9/2005 | Conference with Trustee; review motions (4) for reconsideration; prepare responses | 1.00 200.00/hr | 200.00 |
| 6/15/2005 | Review and Revise responses to reconsideration | 0.40 200.00/hr | 80.00 |
| 7/6/2005 | Attend court for hearing on motion to void settlement; conf/Trustee re: same | 1.50 200.00/hr | 300.00 |

Michael B. Schmidt, Trustee                                          Page      9

|            |                                                                                                                                                          | Hrs/Rate | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 7/13/2005  | Conference with Trustee re: debtor's appeal to Supreme court                                                                                              | 0.30 200.00/hr | 60.00 |
| 7/25/2005  | Conference with Trustee re: brief; Hanen's opinion re: conversion                                                                                         | 0.30 200.00/hr | 60.00 |
|            | Review brief; conf/Trustee; prepae response; conf/Trustee re: same                                                                                       | 3.50 200.00/hr | 700.00 |
| 7/27/2005  | Review and Revise brief                                                                                                                                   | 0.80 200.00/hr | 160.00 |
|            | Finalize revisions to brief; conf/Trustee                                                                                                                 | 0.40 200.00/hr | 80.00 |
| 8/3/2005   | Attend court for hearing on debtor's motion to waive filing fees; denied; court also denied motion to vacate                                              | 1.00 200.00/hr | 200.00 |
| 9/1/2005   | Conference with Trustee; prepare motion to compel City of Brownsville                                                                                     | 0.80 200.00/hr | 160.00 |

SUBTOTAL:                                              [      95.90    19,180.00]

MBS

|            |                                                                                                                                                          | Hrs/Rate | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 6/5/2002   | Attend court for on Pequeno motions;                                                                                                                      | 3.00 225.00/hr | 675.00 |
| 6/6/2002   | Conference with Hondo; prepare application to employ on contingency; review debtor pro se filing in district court                                        | 2.00 225.00/hr | 450.00 |
| 6/25/2002  | Conference with Moore re: his client's problems and what he is doing to resolve                                                                           | 0.40 225.00/hr | 90.00 |
| 9/24/2002  | Conference with Rusty Faulk re: status of his action                                                                                                      | 0.30 225.00/hr | 67.50 |
| 10/7/2002  | Prepare for motion to covert to chapter 13 and objection to exemptions hearing                                                                            | 3.00 225.00/hr | 675.00 |
| 10/8/2002  | Conference with Credit Union re: their objection to conversion to 13 and coming to courthouse                                                             | 0.30 225.00/hr | 67.50 |
| 10/9/2002  | Attend court for hearing on objection to exemptions and motion to covert to 13; present exhibits; case on submission; after had meeting with Garcia and Castillo re: what can happen | 5.00 225.00/hr | 1,125.00 |

Michael B. Schmidt, Trustee                                                Page    10

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/16/2002 | Preparation of response to 2nd motion for telephonic 341 | 0.30<br>225.00/hr | 67.50 |
| 11/6/2002 | Attend court for hearing on Pequeno's motions | 3.50<br>225.00/hr | 787.50 |
| 11/7/2002 | Attend court for hearing on Pequeno's motion; Judge takes evidence; rules on conversion, exemptions and settlement | 2.00<br>225.00/hr | 450.00 |
| 11/11/2002 | Preparation of four order re: motion to convert, denying exemption, reconsideration of settlement and reconsideration of mediation | 1.50<br>225.00/hr | 337.50 |
| 11/15/2002 | Conference with atty Blalock for Vally FCU re: settlement proceeds; status of appeal exemption | 0.30<br>225.00/hr | 67.50 |
|  | Conference with Touchy's office; Hondo Garcia re: dismissal of appeal | 0.30<br>225.00/hr | 67.50 |
| 11/18/2002 | Conference with Touchy re: Pequeno appeal of exemptions order and status of appeal | 0.30<br>225.00/hr | 67.50 |
| 12/9/2002 | Review and Revise designation of items for app in 4 appeals | 0.50<br>225.00/hr | 112.50 |
| 1/8/2003 | Attend court for docket call and hearing on objection to motion to pay adm cost | 1.00<br>225.00/hr | 225.00 |
| 1/29/2003 | Review record on appeal; 4 orders for appeal not included; prepare supplemental designation to include the 4 orders | 1.00<br>225.00/hr | 225.00 |
| 2/6/2003 | Preparation of Designation of interested parties for appeal | 0.50<br>225.00/hr | 112.50 |
| 2/13/2003 | Conference with Rick Shell re: lack of merits of appeal; he is talking to Pequeno about handling appeal | 0.30<br>225.00/hr | 67.50 |
|  | Conference with Rick Schell re; his potential representation of Pequeno in appeals; give him background info on case | 0.40<br>225.00/hr | 90.00 |
| 3/12/2003 | Conference with Hondo re: Judge Hannen's extension | 0.20<br>225.00/hr | 45.00 |
| 3/17/2003 | Conference with Hondo has Pequeno mailed him a brief? no; therefore none filed; review file and dist court docket; prepare of motion to dismiss appeal | 2.20<br>225.00/hr | 495.00 |
| 4/23/2003 | Review docket for transcripts of hearings needed for appeal | 0.30<br>225.00/hr | 67.50 |

Michael B. Schmidt, Trustee                                              Page    11

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/2003 | Conference with Touchy re: status of appeal to Dist Court | 0.30<br>225.00/hr | 67.50 |
| 5/21/2003 | Preparation of motion for extension of time to file response brief | 0.50<br>225.00/hr | 112.50 |
| | Conference with Ms. Soto, Judge Hannen re: 5/30 pretrial; email to Shell re: will he agree to continue it | 0.30<br>225.00/hr | 67.50 |
| 6/16/2003 | Review transcripts; review appellant's brief; research cases and begin response brief to district court | 4.00<br>225.00/hr | 900.00 |
| 6/17/2003 | Continue preparation of response brief | 5.00<br>225.00/hr | 1,125.00 |
| 6/20/2003 | Continue preparation of response brief | 6.00<br>225.00/hr | 1,350.00 |
| 6/22/2003 | Finalize response brief | 5.00<br>225.00/hr | 1,125.00 |
| 8/5/2003 | Conference with Judge's chambers re: continuing oral arguments | 0.40<br>225.00/hr | 90.00 |
| 8/7/2003 | Review Rule 606; begin preparation of reply brief | 1.50<br>225.00/hr | 337.50 |
| 8/8/2003 | Begin work on brief response to their reply brief and motion for leave to file same | 6.00<br>225.00/hr | 1,350.00 |
| 8/11/2003 | Finalize response brief and mail same | 4.00<br>225.00/hr | 900.00 |
| 8/14/2003 | Conference with Hondo re: status | 0.30<br>225.00/hr | 67.50 |
| 8/20/2003 | Conference with Chp 13 Trustee re: conversion | 0.50<br>225.00/hr | 112.50 |
| 9/1/2003 | Prepare for hearing tomorrow | 2.00<br>225.00/hr | 450.00 |
| 9/2/2003 | Attend court for oral argument briefs | 2.00<br>225.00/hr | 450.00 |
| 5/5/2004 | Attend court for hearing on debtor's motion to dismiss; court denies | 2.00<br>225.00/hr | 450.00 |

Michael B. Schmidt, Trustee                                         Page      12

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/11/2004 | Preparation of notice of appeal and designation of issues | 1.00 225.00/hr | 225.00 |
| 5/17/2004 | Preparation of answer to motion to convert and motion to reconvert to chp 7 | 0.50 225.00/hr | 112.50 |
| 5/21/2004 | Conference with Hondo re: Pequeno motion at 5th Cir; discuss my motion to dismiss | 0.50 225.00/hr | 112.50 |
| 6/9/2004 | Preparation of response to motion to hold settlement null and void 5th cir | 1.50 225.00/hr | 337.50 |
| 10/5/2004 | Preparation of hearing on 3 motion for tomorrow | 0.50 225.00/hr | 112.50 |
| 10/6/2004 | Attend court for hearings; court denies Pequeno motion to deny exhibits and fees and grants revoke of discharge | 1.50 225.00/hr | 337.50 |
| 10/7/2004 | Begin draft of response brief at 5th cir | 5.00 225.00/hr | 1,125.00 |
| 10/8/2004 | Continue work on 5th cir brief | 8.00 225.00/hr | 1,800.00 |
| 10/12/2004 | Continue draft of response brief | 6.00 225.00/hr | 1,350.00 |
| 10/13/2004 | Review and Revise brief and records | 8.00 225.00/hr | 1,800.00 |
| 10/14/2004 | Continue revising records; talk to clerk at 5th cir re: exceed page limit; instructed to file motion w/brief and records | 4.00 225.00/hr | 900.00 |
| 10/15/2004 | Preparation of motion to extend record excerpts | 0.50 225.00/hr | 112.50 |
| 10/18/2004 | Finalize brief and record excerpts before sending for copies | 1.00 225.00/hr | 225.00 |
| | Preparation of first draft of joint motion to convert | 1.00 225.00/hr | 225.00 |
| 10/22/2004 | Revise motion to convert | 0.20 225.00/hr | 45.00 |
| 11/3/2004 | Attend court for hearing on motion to compel; court denies | 1.00 225.00/hr | 225.00 |

Michael B. Schmidt, Trustee                                                                 Page     13

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/15/2004 | Review response to motion to convert; conf/Letty; she will set motion for Dec docket | 0.30<br>225.00/hr | 67.50 |
| 11/29/2004 | Review notice of appeal and design of issues on appeal; prepare same | 0.50<br>225.00/hr | 112.50 |
| 11/30/2004 | Prepare for hearing w/exhibits | 0.50<br>225.00/hr | 112.50 |
| 12/1/2004 | Attend court for on motion to convert - under advisement | 1.00<br>225.00/hr | 225.00 |
| 12/3/2004 | Review response brief; prepare reply brief | 8.00<br>225.00/hr | 1,800.00 |
| 12/20/2004 | Preparation of response to notice of objection to claim | 0.50<br>225.00/hr | 112.50 |
| 12/28/2004 | Conference with Esparza and Garcia re: conversion to 7 and need to consummate settlement | 0.40<br>225.00/hr | 90.00 |
| 1/5/2005 | Attend court for hearing on objection to POC reset 2:00 pm; attend hearing on objection under advisement | 2.00<br>225.00/hr | 450.00 |
| 1/24/2005 | Preparation of Trustee's designation of record on appeal of reconverison order | 0.30<br>225.00/hr | 67.50 |
|  | Attend court for hearing on motion to waive 341 | 1.00<br>225.00/hr | 225.00 |
| 2/2/2005 | Review and prepare response to motion to discharge Chp 7 Trustee | 2.50<br>225.00/hr | 562.50 |
|  | Attend court for hearing on objection to waive 341 meeting; court grants my motion to waive | 1.00<br>225.00/hr | 225.00 |
| 3/7/2005 | Conference with Ms. Trevino re: results of 5th Cir appeal; history of case and need to pay me | 0.30<br>225.00/hr | 67.50 |
| 3/8/2005 | Preparation of letter to Willette and Guerra re: settlement funds | 0.50<br>225.00/hr | 112.50 |
| 3/11/2005 | Conference with Pequeno advising we are unopposed to extension of deadline to do brief (30-45 days) | 0.20<br>225.00/hr | 45.00 |
| 3/18/2005 | Conference with Costilla and Willette re: how to clean up 5th cir docket in Brownsville City appeal | 0.50<br>225.00/hr | 112.50 |

Michael B. Schmidt, Trustee                                          Page     14

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/6/2005 | Attend court for hearing on motion to remove Trustee; court takes under advisement | 1.00<br>225.00/hr | 225.00 |
| 4/14/2005 | Review brief and prepare response thereto; gather exhibits | 3.00<br>225.00/hr | 675.00 |
| 4/29/2005 | Review design of record of Pequeno; review docket and prepare my designation of record | 1.50<br>225.00/hr | 337.50 |
| 5/16/2005 | Begin response brief to POC appeal | 3.00<br>225.00/hr | 675.00 |
| 5/17/2005 | Finalize  response brief to POC appeal | 3.00<br>225.00/hr | 675.00 |
| 5/18/2005 | Preparation of response brief 05-104 | 6.00<br>225.00/hr | 1,350.00 |
| 6/15/2005 | Conference with Willette & Garcia re; new motion to approve settlement | 0.40<br>225.00/hr | 90.00 |
| 6/17/2005 | Preparation of settlement letter to Willette | 0.50<br>225.00/hr | 112.50 |
| 6/28/2005 | Conference with atty Scott re: counteroffer; conf/Garcia re: City considering settlement | 0.30<br>225.00/hr | 67.50 |
| 6/29/2005 | Conference with Scott re: status of settlement; City discussing | 0.30<br>225.00/hr | 67.50 |
| 6/30/2005 | Preparation of mot to continue 7/6 hearing | 0.50<br>225.00/hr | 112.50 |
| 7/1/2005 | Preparation of letter to clerk in response to Pequeno's request to waive fees | 0.30<br>225.00/hr | 67.50 |
| 7/6/2005 | Conference with Garcia and Sctoo re: status of case | 0.30<br>225.00/hr | 67.50 |

SUBTOTAL:                                    [     148.20     33,345.00]

SY

| 10/31/2002 | PDF Response/order and objection/order to debtor's post trial brief; ecf and serve same | 0.30<br>65.00/hr | 19.50 |

Michael B. Schmidt, Trustee                                      Page    15

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2002 | Conference with Letty re: video for 11/6; she'll call us Monday | 0.10<br>65.00/hr | 6.50 |
| 11/6/2002 | PDF Motion for admin expense/order; ecf and serve same | 0.30<br>65.00/hr | 19.50 |
| 11/11/2002 | PDF 4 orders; ecf and serve same | 0.30<br>65.00/hr | 19.50 |
| 11/15/2002 | Preparation of orders signed by Judge; organize file; bring to Trustee attn docket wrong on his order to sustain exemptions | 1.00<br>65.00/hr | 65.00 |
| 12/3/2002 | Finalize cert of service for filing; ecf and serve same | 0.30<br>65.00/hr | 19.50 |
| 1/28/2003 | Review items designed on appeal mailed by bankruptcy clerk to US District court | 1.00<br>65.00/hr | 65.00 |
| 1/29/2003 | Draft 4 appellee's supplemental of designated items because the orders which were appealed were not included; review and revise same | 1.60<br>65.00/hr | 104.00 |
| 1/30/2003 | Conf w/bankruptcy clerk re: she has already mailed items to USD Court; revise 4 designation of items to go to USD Court; holding pending appeal numbers | 2.00<br>65.00/hr | 130.00 |
| 6/17/2004 | Preparation of response to be emailed to Pequeno | 0.10<br>65.00/hr | 6.50 |
| 7/22/2004 | Preparation for electronic filings: response to motion to dismiss; motion to compel; objection to motion to convert; response to objection to hire Costilla; motion for expedited hearing; objection to exemption; motion for authority to mediate/settle; notice of hearing; response to motion to vacate; preparation of numerous exhibits; application to employ on contingency; response to 2nd motion for telephonic 341; mail same all in 2002 | 6.00<br>65.00/hr | 390.00 |
|  | Finalize documents for US District Court and 5th Circuit Court and mail same: designation of parties of interest; motion to extend brief time; response brief; reply brief; another notice of appeal and designation of issues; response to motion to convert and motion to reconvert to chp 7; response to motion to hold settlement null | 3.50<br>65.00/hr | 227.50 |
| 7/29/2004 | Preparation for electronic filings and mailings: proof of claim, response to new evidence, response to motion to deny admin expenses, motion to revoke discharge | 2.00<br>65.00/hr | 130.00 |
| 10/15/2004 | Preparation for electronic filings and mailings: motion to extend records, response brief, designation of issues, exhibits, reply brief, response to objection to claim, designation of record on reconverison, response to motion to discharge trustee | 4.00<br>65.00/hr | 260.00 |
| 11/1/2004 | Preparation for electronic filings and mailings: designation of item in appeal and response to motion to remove Trustee | 1.00<br>65.00/hr | 65.00 |

Michael B. Schmidt, Trustee                                                    Page     16

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/20/2005 | Preparation for electronic filings: joint motion to convert; reply brief; response to obj to claim; motion to waive 341; response to discharge; designation of records on the following appeals: 04-16, 04-17, 04-19, 05-02 and 05-05; response briefs on 05-070, 05-071 and 05-104 with record excerpts | 12.00 65.00/hr | 780.00 |
| 9/19/2005 | Preparation for electronic filings: response to motion to null and void; 4 responses for consideration; motion for continuation; letter response; motion to compel; first fee application; application to pay special counsel | 5.00 65.00/hr | 325.00 |

SUBTOTAL:                                                    [      40.50      2,632.50]

For professional services rendered                                284.60    $55,157.50

Additional Charges :

JV

| 9/24/2002 | travel to/from Brownsville 6 hrs. @$100 | 600.00 |
|---|---|---|
|  | mileage to/from Brownsville 362 miles @.25 | 90.50 |
|  | meals | 10.00 |
| 7/7/2004 | travel to/from Brownsville 6 hrs. @$100.00 | 600.00 |
| 7/20/2004 | mileage to/from Brownsville 362 miles @.25 | 90.50 |
|  | travel to/from Brownsville 6 hrs. @$100.00 | 600.00 |
| 8/4/2004 | travel to/from Brownsville 3 hrs. @$100.00 (split with Aguilera) | 300.00 |

SUBTOTAL:                                                                   [ 2,291.00]

MBS

| 6/5/2002 | travel to/from Brownsville 6 hrs. @$112.50 | 675.00 |
|---|---|---|
|  | mileage to/from Brownsville 362 miles @.25 | 90.50 |
| 9/11/2002 | postage and photocopies by Paperchase | 49.70 |
| 9/24/2002 | postage and photocopies | 41.64 |

Michael B. Schmidt, Trustee                                         Page    17

|            |                                                          | Amount |
|------------|----------------------------------------------------------|--------|
| 10/9/2002  | travel to/from Brownsville 6 hrs. @$112.50               | 675.00 |
|            | hotel                                                     | 98.00  |
|            | meals                                                     | 20.00  |
|            | mileage to/from Brownsville 362 miles @.25               | 90.50  |
| 10/11/2002 | postage and photocopies by Paperchase                    | 34.64  |
| 11/6/2002  | postage and photocopies by Paperchase                    | 48.35  |
| 11/25/2002 | overnight                                                 | 10.00  |
| 1/9/2003   | Lexis charge                                              | 50.00  |
| 1/17/2003  | postage and photocopies-Paperchase                       | 95.04  |
|            | postage and photocopies Paperchase                       | 62.28  |
| 2/3/2003   | Lexis charge                                              | 50.00  |
| 4/23/2003  | Court Fees                                                | 66.00  |
| 5/22/2003  | overnight                                                 | 8.22   |
| 6/24/2003  | postage and photocopies                                  | 130.98 |
|            | overnight                                                 | 22.15  |
| 9/2/2003   | meals                                                     | 9.45   |
|            | hotel                                                     | 79.10  |
|            | travel to/from Brownsville 6hrs. @$112.50               | 675.00 |
|            | mileage to/from Brownsville 362 miles @.25               | 90.50  |
| 9/3/2003   | meals                                                     | 8.08   |
| 10/3/2003  | overnight                                                 | 8.14   |
| 4/22/2004  | mailout by Paperchase                                    | 26.57  |
| 4/30/2004  | mailout by Paperchase                                    | 26.57  |
| 5/5/2004   | mileage to/from Brownsville 181 miles @.25 (split w/Aguilera) | 45.25 |

Michael B. Schmidt, Trustee                                    Page    18

|  |  | Amount |
|---|---|---|
| 5/5/2004 | travel to/from Brownsville 3 hrs. @$112.50 (split w/Aguilera) | 337.50 |
| 5/12/2004 | overnight | 8.27 |
| 5/19/2004 | mailout by Paperchase | 33.09 |
| 6/1/2004 | mailout by Paperchase | 23.14 |
| 7/6/2004 | mailout by Paperchase | 32.04 |
| 7/8/2004 | overnight | 13.50 |
| 7/12/2004 | overnight | 16.31 |
| 7/21/2004 | overnight | 8.47 |
| 7/22/2004 | Copying cost 2472 @.20 each actual | 494.40 |
|  | Postage actual | 13.87 |
| 7/27/2004 | overnight | 29.65 |
| 8/4/2004 | mileage to/from Brownsville 181 miles @.25 (split with Aguilera) | 45.25 |
|  | travel to/from Brownsville 3 hrs. @$112.50 (split with Aguilera | 337.50 |
| 8/17/2004 | Court Fees for transcript | 148.00 |
| 10/20/2004 | mailout by Paperchase of records back to 5th cir | 44.45 |
|  | Supplies cost of brief prepared and copies by Paperchase | 278.20 |
|  | overnight | 38.61 |
| 10/28/2004 | mailout by Paperchase of mot to convert to chp 7 | 26.57 |
| 11/3/2004 | travel to/from Brownsville 2 hrs. @$125.00 (split with Mathers and Sweezy) | 250.00 |
|  | mileage to/from Brownsville 121 miles @.325 (split with Sweezy and Mathers) | 39.33 |
| 11/4/2004 | Court Fees for motion to convert | 15.00 |
| 11/16/2004 | mailout by Paperchase notice of hearing | 18.76 |
| 12/6/2004 | overnight | 22.52 |
| 12/8/2004 | mailout by Paperchase reply briefs | 27.28 |

Michael B. Schmidt, Trustee                                    Page    19

|  |  | Amount |
|---|---|---|
| 12/27/2004 | mailout by Paperchase of response | 24.86 |
| 12/28/2004 | Copying cost of documents from pacer (US District and 5th Cir) | 26.54 |
| 1/14/2005 | mailout by Paperchase motion to waive 341 | 25.71 |
|  | mailout by Paperchase motion for expedited hearing | 27.43 |
| 1/18/2005 | mailout by Paperchase Notice of hearing | 18.76 |
|  | mailout by Paperchase motion to waive 341 | 27.43 |
|  | mailout by Paperchase motion for expedited hearing | 25.71 |
| 2/1/2005 | mailout by Paperchase of notice | 22.93 |
| 2/11/2005 | mailout by Paperchase response to motion to dismiss | 31.60 |
| 5/20/2005 | Service Fee for US District Pacer | 59.52 |
|  | Copying cost 1175@.20 each actual | 235.00 |
|  | Postage actual | 9.29 |
| 7/14/2005 | Service Fee Pacer | 58.08 |
| 9/19/2005 | Copying cost 1215@.20 each actual | 243.00 |
|  | Postage actual | 26.34 |

|  |  |
|---|---|
| SUBTOTAL: | [ 6,450.57] |
| Total costs | $8,741.57 |
| Total amount of this bill | $63,899.07 |
| Balance due | $63,899.07 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:
JUAN PEQUENO                      §              CASE NO. 01-24255-B-7
              DEBTOR               §              CHAPTER 7

## NOTICE TO CREDITORS AND PARTIES IN INTEREST

Please take notice that on the date below written, the Law Offices of Michael B. Schmidt, attorney for Michael B. Schmidt, Trustee, filed a First Application to Allow Attorney Fees. Said Application is on file in the Bankruptcy Clerk's office, 1133 N. Shoreline, 2nd floor, Corpus Christi, Texas 78401, where it may be reviewed during regular business hours.  By said Application, a request is made for the Court to approve allowance, the total sum of $63,899.07 as interim compensation for professional services rendered in this bankruptcy estate from 02/11/02 through 09/27/05 a break-down of which is: 1. Attorney MS:  148.2 hours @$225.00 per hour for a total of $33,345.00; 2. Attorney JV:  95.9 hours @$200.00 per hour for a total of $19,180.00; 3. Legal Asst:   40.5 hours @$65.00 per hour for a total of $2,632.50; 4. Expenses: postage/copies/travel time/mileage/meals $8,741.57

**If you want a hearing, you must request one in writing, and you must respond specifically to each paragraph of this pleading. You must file your response with the clerk of the bankruptcy court within twenty (20) days from the date you were served and give a copy to the person who sent you the notice; otherwise, the court may treat the pleading as unopposed and grant the relief. If a party requests emergency consideration, the court may act expeditiously on the matter. If the court allows a shorter response time than twenty days, you must respond within that time. If the court sets an emergency hearing before the response time will expire, only attendance at the hearing is necessary to preserve your rights. If an emergency hearing is not set, you must respond before the response time expires.**

All requests for hearing must be in writing, filed with the Bankruptcy Clerk, and a copy served on counsel for the Trustee.

Dated: September 28, 2005

                                          Respectfully submitted:
                                          LAW OFFICES OF MICHAEL B. SCHMIDT

                                          By:_____
                                              Michael B. Schmidt
                                              555 N. Carancahua, Ste. 1550
                                              Corpus Christi, Texas 78478
                                              Office: 361/884-9949  Fax:   361/884-6000
                                              TBN: 17775200
                                              ATTORNEY FOR TRUSTEE

ACADEMY COLLECTION SERVICE INC
10965 DECATUR ROAD
PHILADELPHIA, PA 19154-3210

ADVANTA BANK CORP
P. O. BOX 30715
SALT LAKE CITY, UT 84130-0715

AMERICAN EXPRESS CENTURION BANK
P. O. BOX 7802
FT LAUDERDALE, FL 33329-7802

AURORO LOAN SERVICES
P. O. BOX 1706
SCOTTSBLUF, NE 69363-1706

Alejandra Tapiero
414 Galveston Road #7
Brownsville TX 78520

DILLARD NATIONAL BANK
P. O. BOX 29446
PHOENIX, AZ 85038-9446

DISCOVER FINANCIAL SERVICES
P. O. BOX 30952
SALT LAKE CITY, UT 84130-0952

GC SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON
HOUSTON, TX 77081

GRANITE NATIONAL BANK NA
P. O. BOX 64
JACKSONVILLE, TX 75766-0064

HOUSEHOLD BANK SB NA
P. O. BOX 15521
WILMINGTON, DE 19850-5521

HUNT & HENRIQUES
P. O. BOX 5549
SAN JOSE, CA 95150

I C SYSTEM INC
P. O. BOX 64437
ST PAUL, MN 55164-0437

MBNA AMERICA NA
P. O. BOX 15027
WILMINGTON, DE 19850-5027

NATIONAL CREDIT INC
3835 NORTH FREEWAY BLVD
SUITE 100
SACRAMENTO, CA 95834-1954

PROVIDIAN
P. O. BOX 99604
ARLINGTON, TX 76096-9604

RETAILERS NATIONAL BANK
C/O TARGET CREDIT SERVICES
P. O. BOX 1581
MINNEAPOLIS, MN 55440-1581

SEARS NATIONAL BANK
P. O. BOX 182532
COLUMBUS, OH 43218-2532

TEXACO CREDIT CARD SERVICES
P. O. BOX 790001
HOUSTON, TX 77279-0001

TOWN NORTH NATIONAL BANK
P. O. BOX 814810
DALLAS, TX 75381-5903

VALLEY FCU
P. O,.B OX 815909
DALLAS, TX 75381-5909

VALLEY FEDERAL CREDIT UNION
P. O. BOX 4700
BROWNSVILLE, TX 785230-4700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:
JUAN PEQUENO                          §          CASE NO. 01-24255-B-7
                    DEBTOR            §          CHAPTER 7

## ORDER FOR ATTORNEY FEES

The Court having considered the foregoing First Application to Allow Attorney Fees in the above-styled and numbered bankruptcy estate, it is hereby

ORDERED that Michael B. Schmidt, Trustee herein, is authorized to pay the Law Offices of Michael B. Schmidt, as attorney for the Trustee and out of property or cash of the estate, the total sum of $63,899.07 as interim compensation for professional services rendered in this bankruptcy estate from February 11, 2002 through September 27, 2005 as follows:

1.   Attorney MS:  148.2 hours @$225.00 per hour for a total of $33,345.00;
2.   Attorney JV:  95.9 hours @$200.00 per hour for a total of $19,180.00;
3.   Legal Asst:  40.5 hours @$65.00 per hour for a total of $2,632.50;
4.   Expenses:  postage/copies/travel time/mileage/meals $8,741.57

DATE

_____
Richard S. Schmidt
United States Bankruptcy Judge

8