'AMENDED' NOTICE OF APPEAL TO
U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT
FROM AN ORDER OF A DISTRICT COURT

United States District Court
Southern District of Texas
FILED

JAN 1 7 2006

Michael N. Milby
Clerk of Court

United States District Court for the
Southern District of Texas - Brownsville Division

| | | |
|---|---|---|
| In re | § § | |
| Juan Pequeno,<br>Debtor | § § § § | File No: B-00cv0180 |
| Juan Pequeno,<br>Appellant | § § § | |
| v. | § § | |
| Trustee Michael B. Schmidt,<br>Appellee | § § | |

'AMENDED' NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Juan Pequeno, Appellant ("Pequeno"), files 'Amended' appeal to the United States Court of Appeals for the 5th Circuit from an Order of the District Court for the Southern District of Texas -Brownsville Division, entered in this case on December 15, 2005, Dkt#123, such order 'denying Pequeno's Motion to Reconsider Court's Order of November 3, 2005, Dkt#116; granting Joint Motion for entry of Agreed Modified Final Judgment.

1.   Pequeno files this amended appeal pursuant to Federal Rules of Appellate Procedures and will respectfully withdraw this appeal upon District Court's Order to vacate its previous November 3, 2005 and December 15, 2005 Orders since these Orders to modify Judgment were based on the opposing parties' false and 'bad faith' information to the Court.

1

2.  On January 9, 2006, Pequeno filed 'Motion to Reconsider pursuant to FRCP 60(b) based on 'Error of Law' since Court's ruling on December 15, 2005 was based on error of law as evidenced by Bankruptcy docket and Bankruptcy Conversion Law Title 11 U.S.C 706 (a) and 348 (e). Please see Exhibit 1 – Pequeno's 1/9/2006 Motion to Reconsider, pursuant to FRCP 60 (b).

3.  Pequeno believes that 'Final decision' has not yet been decided by District Court.

4.  The District Court has failed to acknowledge that Honorable Judge Andrew Hanen's Order of April 1, 2004 rendered the Bankruptcy Court and Trustee Schmidt without Authority, and rendered the settlement of September 25, 2002 moot, when it ruled that Pequeno was converted to Ch13 on August 7, 2002.

5.  The District court has failed to consider the fact that Ch7 Trustee Michael Schmidt has been with 'unclean hands', bad faith and fraud, in conflict of interest and illegally, interfering with Pequeno's right to remain in Ch13, for Trustee Schmidt's and hired firm's control and personal gain of Final Judgment.

Signed January 17, 2006.

                                        Respectfully submitted,

                                        Juan Pequeno
                                        P.O. Box 5692
                                        Brownsville, Texas 78523
                                        956/504-2709

By: _____
                                        Juan Pequeno, Attorney-in-Fact

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served to the following on January 17, 2006 via U.S. Postal mail:

Michael B. Schmidt
John Vardeman
Law Office of Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, TX   78478

Willette & Guerra L.L.P.
1534 E. 6th Street #200
Brownsville, TX   78520-7210
Attorney for City of Brownsville

Juan Pequeno
P.O. Box 5692
Brownsville, Texas 78523
Pro se