IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Juan Pequeno, | § § | |
| Plaintiff | § § § | CIVIL ACTION NO. B-00-180 |
| v. | § § | |
| City of Brownsville, et al., Defendants | § § § | |

### NOTICE TO COURT FOR REQUEST OF CORRECTION FOR DOCKET FRONT PAGE PLAINTIFF SECTION TO REFLECT THE SEPTEMBER 9, 2002 DISMISSAL OF ATTORNEY FRANK COSTILLA AND LAW OFFICE OF FRANK COSTILLA, BY PLAINTIFF JUAN PEQUENO

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Juan Pequeno, Plaintiff herein, 'Pequeno', files this Notice to Court for request of Correction for Docket Front Page Plaintiff Section to Reflect the September 9, 2002 Dismissal of Attorney Frank Costilla and Law Office of Frank Costilla, (herein 'Costilla') by Plaintiff Juan Pequeno, and Pequeno respectfully shows the following:

1. On September 9, 2002 Pequeno by written notice dismissed Costilla from all representation for Pequeno's interest in all courts of law. See Exhibit 1 – (Pequeno's 9/9/2002 written notice of dismissal of Costilla).

2. Plaintiff section of docket front page for cause#B-00-180 should reflect the September 9, 2002 dismissal of Attorney Frank Costilla and Law Office of Frank Costilla, by Pequeno.

DATED: _1-31_, 2006.

Respectfully submitted,

_____
Juan Pequeno, Pro Se
P.O. Box 5692
Brownsville, Texas 78523
(956) 504-2709
jpequeno2525 a yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via U.S. postal mail upon the following:

Michael B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361/884-9949

Willette & Guerra L.L.P.
1534 East 6th Street, Ste. #200
Brownsville, Texas 78520
Attorney for City of Brownsville

Law Office of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520

on this _31th_ day of _January_, 2006.

_____
Juan Pequeno