United States District Court
Southern District of Texas
FILED

JUN 0 2 2006

Michael N. Milby
Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - ✂ Cut Here - - - - - - - - - - - - - - - - - - - - -

District: _____

**Attorney Receipt**   *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

B-00-cv-180

No. 05-416   Short Title: Pequeno vs City of Brownsville et al   ☑ Record Vols: 8
                                                                    ☐ Supp. Record Vols. _____
To: Clerk, U.S. District Court                                      * ☐ Exhibits ☐ _____

                                                          Plaintiff   Records in above case listed received:
                                                                      Judge/Attorney Name: _____
District: Brownsville                                                 Date: 6-2-06       Juan Pequeno