UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

June 9, 2006

Mr. Charles R. Fulbruge, III, Clerk          Re: Juan Pequeno
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                    VS  City of Brownsville, et al
New Orleans, Louisiana 70130
                                             CA: B-00-cv-180 USCA 05-41624

Dear Sir:

In connection with this appeal, the following documents are transmitted electronically. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___Volume(s) of the record; _7_Volume(s) of the transcript;

[X] Supplemental record consisting of _ volume(s) of docket entries; (7) volume of transcripts; and (1) volume of exhibits

[ ] Other:

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ _____HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:

[X] U.S. District Judge entering final order is_ HILDA TAGLE

[ ] Court reporter assigned to this case is___ Breck Record

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: *[signature]*
Bertha A. Vasquez, Deputy Clerk

cc: Juan Pequeno, Pro Se, P. O. Box 5692, Brownsville, TX 78523
    Charles V. Willette, jr. Willette & Guerra, L.L.P., 1534 East 6th St., Ste. 200, Brownsville, TX 78520
    John M Vardeman, 555 N. Carancahua, Ste. 1550, Corpus Christi, TX 78478

File