United States District Court
Southern District of Texas
FILED

JUN 1 2 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN PEQUENO, | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| v. | § | |
| | § | |
| City of Brownsville, | § | |
| Defendants, | § | |

<u>MOTION REQUESTING THAT DISTRICT CLERK   FILE AND INCLUDE
IN RECORD OF APPEAL, 'THE LATEST APPEAL DOCKET' ALONG WITH THE
'ORDER DOCUMENT ITSELF, DKT#131'
TO 5TH CIRCUIT APPEAL#05-41624, BECAUSE OF CLERK'S ERROR
OF NOT FILING COURT'S ORDER OF 2/21/2006, DKT#131 UNTIL
THREE MONTHS LATER, AND TO DETERMINE REASON FOR ERROR</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Juan Pequeno, Plaintiff ("Pequeno"), hereby files this Motion Requesting That District Clerk   File And Include in Record of Appeal, 'The Latest Appeal Docket' Along with the 'Order Document Itself, Dkt#131, to 5th Circuit Appeal#05-41624, Because of Clerk's Error of Not Filing Court's Order of 2/21/2006, Dkt#131 until Three Months Later, and to Determine Reason for Error'.

On 2/21/2006, Honorable United States District Judge Hilda Tagles signed Order, Dkt#131, which states "BE IT REMEMBERED *that on* February 21, 2006 the Court Granted the Plaintiff Pequeno's Motion, Dkt#127 filed on *1/31/2006 to proceed pro se in this case. The Court also Orders the District Clerk to record the Plaintiff's dismissal of attorney Frank Costilla as of September 9, 2002 in the docket*".

On February 22, 2006, the District Clerk file stamped 'entered', Order of February 21, 2006, Dkt#131;however, the District Clerk failed to enter the docket entry, and failed to include Honorable Judge Hilda Tagle's Order in the record.

On May 2, 2006, District Court clerk certified the Record of Appeal for 5th Circuit Appeal #05-41624 which was appealed from the Lower District Court #B-00cv180.

The above record of 5th Circuit appeal #05-41624 did not include the docket entry #131, nor did it include Honorable Judge Hilda Tagle's Order document of February 21, 2006.

On May 22, 2006, <u>three months later</u>, District Clerk entered in docket, Honorable Judge Hilda Tagle's Order of February 21, 2006, Dkt#131.

Please see Exhibit 1 – District Court docket, B-00cv180 as of June 8, 2006, and Exhibit 2 – Honorable Judge Hilda Tagle's Order of February 21, 2006.

## PRAYER

Pequeno respectfully prays that this Court Grant Pequeno's 'Motion Requesting That District Clerk File And Include in Record of Appeal, 'The Latest Appeal Docket' Along with the 'Order Document Itself, Dkt#131, to 5th Circuit Appeal#05-41624, Because of Clerk's Error of Not Filing Court's Order of 2/21/2006, Dkt#131 until Three Months Later, and to Determine Reason for Error', and prays for any other relief to which Pequeno is justly entitled.

DATED: _6 - 12_, 2006.

Respectfully submitted,

_/s/ Juan Pequeno_

Juan Pequeno, Pro-se

P.O. Box 5692
Brownsville, Texas 78523
(956) 504-2709
*jpequeno2525@yahoo.com*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via U.S. postal mail upon the following:

Michael B. Schmidt, Trustee
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361/884-9949

Willette & Guerra L.L.P.
1534 East 6th Street, Ste. #200
Brownsville, Texas 78520
Attorney for City of Brownsville

Frank Costilla
Law Office of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520

on this _12th_ day of _June_, 2006.

_/s/ Juan Pequeno_
Juan Pequeno