*Exhibit 1*

APPEAL, CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:00-cv-00180

| | |
|---|---|
| Pequeno v. City of Brownsville, et al | Date Filed: 11/27/2000 |
| Assigned to: Judge Hilda G Tagle | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

Juan Pequeno                          represented by  Juan Pequeno
                                                      P. O. Box 5692
                                                      Brownsville, Tx 78523
                                                      PRO SE

                                                      **Frank Costilla, Jr**
                                                      Attorney at Law
                                                      5 E Elizabeth St
                                                      Brownsville, TX 78520
                                                      956-541-4982
                                                      Fax: 956-544-3152 fax
                                                      *TERMINATED: 09/09/2002*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Moises H Salas, Jr**
                                                      Attorney at Law
                                                      847 E Harrison St
                                                      Brownsville, TX 78520
                                                      956-982-0600
                                                      Fax: 956-982-0601 fax
                                                      *TERMINATED: 11/15/2001*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

City of Brownsville, Texas            represented by  **Charles Vernon Willette, Jr**
                                                      Willette Guerra LLP
                                                      1534 East 6th St
                                                      Ste 200
                                                      Brownsville, TX 78520
                                                      956-541-1846
                                                      Fax: 956-541-1893 fax

        Email: cwillette@wglawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh P Touch**
Touch &Green LLP
2031 Price Rd
Ste C
Brownsville, TX 78521
956-542-7000
Fax: 956-542-7026
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E Sossi**
Law Office Of Mark E. Sossi
Three N Park Plz
Brownsville, TX 78521
956-554-7877
Fax: 956-554-7879 fax
Email: marksossi@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Scott Henry**
Denton Navarro et al
2517 N Main Ave
San Antonio, TX 28212
210-224-3243
Fax: 210-225-4481 fax
Email: ryan.henry@rampage-sa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mayor of Brownsville Blanca Vela**   represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**City Commissioner Carlton "Bud&qu Richards**   represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**City Commissioner Ernie Hernandez**   represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Henry McNair, Jr**     represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City Commissioner John Wood**     represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Asst City Manager Ivan Welker**     represented by **Charles Vernon Willette, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh P Touch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Scott Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Human Res.Director Efren Hernandez**     represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Previous Mayor Henry Gonzalez**     represented by **Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Previous City Mgr Carlos Rubenstien**     represented by **Charles Vernon Willette, Jr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh P Touch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E Sossi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Scott Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trustee**

**Trustee Michael B Schmidt**   represented by   **John M Vardeman**
Attorney at Law
555 N Carancahua
Ste 1550
Corpus Christi, TX 78478
361-884-9949
Fax: 361-884-6000 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2000 | 1 | COMPLAINT by Juan Pequeno filed; FILING FEE $ 150.00 RECEIPT # 114443 (ogutierrez) (Entered: 11/29/2000) |
| 11/27/2000 | 2 | NOTICE of Hearing: set scheduling conference for 2:30 3/12/01 before Judge Hilda G. Tagle before Judge Hilda G. Tagle , filed. (ogutierrez) (Entered: 11/29/2000) |
| 02/23/2001 | 3 | ORDER reset scheduling conference for 2:00 4/16/01 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/26/2001) |
| 03/02/2001 |   | SUMMONS issued for Lanny S Lambert and Jeff Warburton for the City of Brownsville. (ogutierrez) (Entered: 03/05/2001) |
| 03/26/2001 | 4 | ANSWER to Complaint by City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood, Ivan Welker, Efren Hernandez, Henry Gonzalez, Carlos Rubenstien (Added attorney Mark E Sossi), filed.; (lalaniz) (Entered: 03/27/2001) |
| 03/26/2001 |   | SUMMONS issued for City of Brownsville (lalaniz) (Entered: |

| | | |
|---|---|---|
| | | 03/27/2001) |
| 03/26/2001 | | SUMMONS issued for City of Brownsville, Lanny S. Lambert or Jeff Warburton. (lalaniz) (Entered: 03/27/2001) |
| 03/27/2001 | 5 | RETURN OF SERVICE executed as to City of Brownsville 3/26/01 filed (lalaniz) (Entered: 03/28/2001) |
| 04/09/2001 | 6 | ORDER set parties shall file their case management plan by 12:00 4/12/01 , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/10/2001) |
| 04/11/2001 | 7 | JOINT DISCOVERY/Case Management Plan by Juan Pequeno, City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood , filed. (ogutierrez) (Entered: 04/11/2001) |
| 04/12/2001 | 8 | CERTIFICATE OF INTERESTED PARTIES by City of Brownsville , filed. (ogutierrez) (Entered: 04/12/2001) |
| 04/13/2001 | 9 | JOINT PRETRIAL ORDER, filed. (ogutierrez) (Entered: 04/16/2001) |
| 04/16/2001 | 10 | MOTION to compel Rule 7(a) Reply by City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood, Ivan Welker, Efren Hernandez, Henry Gonzalez, Carlos Rubenstien, Motion Docket Date 5/6/01 [10-1] , filed. (ogutierrez) (Entered: 04/16/2001) |
| 04/16/2001 | 11 | AMENDED JOINT DISCOVERY/Case Management Plan by Juan Pequeno, City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood, Ivan Welker, Efren Hernandez, Henry Gonzalez, Carlos Rubenstien , filed. (ogutierrez) (Entered: 04/16/2001) |
| 04/16/2001 | 12 | Minute entry: Initial Pretrial held b/Judge Tagle. Apps: Juan Pequeno/Pro Se, Ryan Henry f/dft. Ct Reporter: Breck Record. The Parties were Ordered to file a proper Joint Discovery/Case Management Plan and submit a scheduling order to the Court's Case Manager. Pltf did fall under the City Personnel policies and pltf did appeal termination. Texas Workforce Commission reached its decision because pltf applied for unemployment benefit and new employment. (ogutierrez) (Entered: 04/17/2001) |
| 04/18/2001 | 13 | ORDER set scheduling order deadlines: joining of parties, amended pleadings 7/15/01 ;Pltf Expert witness list submitted by 7/15/01, Dft 30 days of the deposition of the pltf's expert ; Discovery cutoff 9/16/01 ; Deadline for filing all dispositive motions 10/12/01 ; Pretrial order to be submitted on or before 1/24/02 ; Docket call and final pretrial deadline 1:30 2/7/02 ; ETT: 3 days; , set jury selection for 9:00 2/11/01 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/18/2001) |
| 04/24/2001 | 14 | INITIAL DISCLOSURE by City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood, Ivan Welker, Efren Hernandez, Henry Gonzalez, Carlos Rubenstien , filed. |

| | | (ogutierrez) (Entered: 04/26/2001) |
|---|---|---|
| 05/09/2001 | 15 | RESPONSE to Strike and/or Deny by Juan Pequeno to [10-1] motion to compel Rule 7(a) Reply , filed. (ogutierrez) (Entered: 05/10/2001) |
| 05/16/2001 | 16 | NOTICE to the Court of filing of initial disclosure to dfts under Federal Rule of Civil Procedure 26(a) by Juan Pequeno , filed (ogutierrez) (Entered: 05/21/2001) |
| 05/16/2001 | 17 | CERTIFICATE OF INTERESTED PARTIES by Juan Pequeno , filed. (ogutierrez) (Entered: 05/21/2001) |
| 05/30/2001 | 18 | ORDER denying [10-1] motion to compel Rule 7(a) Reply Dkt.#10 , and Ordered the Pltf to submit a Rule 7(a) reply on claims made against individual Dfts in their individual capacityes by 7/16/01 entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 05/31/2001) |
| 07/16/2001 | 19 | AMENDED COMPLAINT by Juan Pequeno ,(Answer due 7/26/01 for Carlos Rubenstien, for Henry Gonzalez, for Efren Hernandez, for Ivan Welker, for John Wood, for Henry McNair Jr, for Ernie Hernandez, for Carlton "Bud" Richards, for Blanca Vela, for City of Brownsville ) amending [1-1] complaint , filed. (ogutierrez) (Entered: 07/18/2001) |
| 07/16/2001 | 20 | DESIGNATION by Juan Pequeno designating Moises M Salas Jr as attorney of record. attorney in charge, filed. (ogutierrez) (Entered: 07/18/2001) |
| 07/16/2001 | 21 | MOTION for leave to file Notice of Designation of Attorney in Charge by Juan Pequeno, Motion Docket Date 8/5/01 [21-1] motion , filed. (oaldape) (Entered: 07/18/2001) |
| 07/19/2001 | 22 | AMENDED MOTION for leave to file notice of designation of attorney in charge by Juan Pequeno, Motion Docket Date 8/8/01 [22-1] motion , filed. (ogutierrez) (Entered: 07/19/2001) |
| 07/25/2001 | 23 | STIPULATION of dismissal by Juan Pequeno, City of Brownsville, et al , filed (ogutierrez) (Entered: 07/25/2001) |
| 08/06/2001 | 24 | ORDER granting [22-1] motion for leave to file notice of designation of attorney in charge , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/07/2001) |
| 08/31/2001 | 25 | Unopposed MOTION for Moises M Salas to withdraw as attorney , to substitute attorney Frank Costilla in place of Moises M Salas Jr by Juan Pequeno, Motion Docket Date 9/20/01 [25-1] motion, 9/20/01 [25-2] motion , filed. (ogutierrez) (Entered: 08/31/2001) |
| 10/09/2001 | 26 | MOTION to dismiss , for summary judgment by City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood, Ivan Welker, Efren Hernandez, Henry Gonzalez, Carlos Rubenstien, Motion Docket Date 10/29/01 [26-1] motion, 10/29/01 [26-2] motion , filed. (ogutierrez) (Entered: 10/09/2001) |
| | | |

| 10/12/2001 | 27 | SUPPLEMENT to [26-1] motion to dismiss, [26-2] motion for summary judgment by City of Brownsville, Ivan Welker, Carlos Rubenstien, filed. (ogutierrez) (Entered: 10/15/2001) |
|---|---|---|
| 11/06/2001 | 28 | SUPPLEMENT to [14-1] initial disclosures by City of Brownsville, filed. (ogutierrez) (Entered: 11/06/2001) |
| 11/06/2001 | 29 | MOTION requesting oral arguments and a ruling on dft motion to dismiss and for summary judgment by City of Brownsville, Motion Docket Date 11/26/01 [29-1] motion, filed. (ogutierrez) (Entered: 11/06/2001) |
| 11/15/2001 | 30 | Unopposed MOTION to extend time to respond to motion to dismiss and sumjgm. until 11/26/01 by Juan Pequeno, Motion Docket Date 12/5/01 [30-1] motion, filed. (ogutierrez) (Entered: 11/15/2001) |
| 11/15/2001 | 31 | ORDER granting [25-1] motion for Moises M Salas to withdraw as attorney granting [25-2] motion to substitute attorney Frank Costilla in place of Moises M Salas Jr Added Frank Costilla Jr, entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 11/16/2001) |
| 11/20/2001 | 32 | SECOND SUPPLEMENTAL INITIAL DISCLOSURE by Juan Pequeno, filed. (lalaniz) (Entered: 11/21/2001) |
| 11/27/2001 | 33 | ANSWER by City of Brownsville, Ivan Welker (Added attorney Ryan Scott Henry) to amended complaint, filed. (ogutierrez) (Entered: 11/28/2001) |
| 11/28/2001 | 34 | RESPONSE by Juan Pequeno to [26-1] motion to dismiss, [26-2] motion for summary judgment, filed. (ogutierrez) (Entered: 11/28/2001) |
| 12/27/2001 | 35 | RESPONSE by City of Brownsville, Blanca Vela, Carlton "Bud" Richards, Ernie Hernandez, Henry McNair Jr, John Wood, Ivan Welker, Efren Hernandez, Henry Gonzalez, Carlos Rubenstien to [34-1] response, filed. (lalaniz) (Entered: 12/28/2001) |
| 01/10/2002 | 36 | AGREED MOTION to mediate by Juan Pequeno, City of Brownsville, Ivan Welker, Carlos Rubenstien, filed. (ogutierrez) (Entered: 01/14/2002) |
| 01/14/2002 | 37 | ORDER granting [36-1] agreed motion to mediate referring case to Magistrate Judge Felix Recio for mediation and that said mediation be performed at a time and place agreeable to the parties prior to 01/29/02. Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 01/15/2002) |
| 01/15/2002 | 38 | ORDER Setting Out Mediation Requirements mediation shall be conducted on 1/23/02 at 1pm., entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (ogutierrez) (Entered: 01/16/2002) |
| 01/15/2002 | 39 | SECOND AMENDED COMPLAINT by Juan Pequeno ,(Answer due 1/25/02 for Carlos Rubenstien, for Henry Gonzalez, for Efren Hernandez, for Ivan Welker, for John Wood, for Henry McNair Jr, for Ernie |

| | | |
|---|---|---|
| | | Hernandez, for Carlton "Bud" Richards, for Blanca Vela, for City of Brownsville) [19-1] amended complaint and Reply to Counterclaim, filed. (lgarcia) (Entered: 01/16/2002) |
| 01/16/2002 | 40 | SUPPLEMENTAL RESPONSE by Juan Pequeno to [26-1] motion to dismiss, [26-2] motion for summary judgment, filed. (lgarcia) (Entered: 01/18/2002) |
| 01/16/2002 | 41 | MOTION for Alejandro J Garcia to appear pro hac vice by Juan Pequeno, Motion Docket Date 2/5/02 [41-1] motion , filed. (ogutierrez) (Entered: 01/18/2002) |
| 01/22/2002 | 42 | ANSWER by City of Brownsville (Added attorney ) to amended complaint, filed. (ogutierrez) (Entered: 01/22/2002) |
| 01/22/2002 | 43 | ORDER granting [41-1] motion for Alejandro J Garcia to appear pro hac vice , entered; Parties notified. ( signed by Magistrate Judge Felix Recio ) (ogutierrez) (Entered: 01/22/2002) |
| 01/23/2002 | 44 | Minute entry: Mediation Minutes held b/Judge Recio. Apps: Frank Costilla, Alejandro J Garcia, and Moses Salas f/pltf; Attys Ryan Henry and Hugh P Touchy f/dfts; Mediation held b/Judge Recio. The case was not settled. . (ogutierrez) (Entered: 01/25/2002) |
| 01/24/2002 | 45 | Mediation Report (SEALED DOCUMENT) placed in file correspondence side, filed. (ogutierrez) Modified on 01/25/2002 (Entered: 01/25/2002) |
| 01/24/2002 | 46 | DESIGNATION by City of Brownsville, Ivan Welker, Carlos Rubenstien designating Hugh P Touchy and Ryan Henry as attorney in charge, filed. (ogutierrez) (Entered: 01/25/2002) |
| 01/24/2002 | 47 | JOINT PRETRIAL ORDER, filed. (ogutierrez) (Entered: 01/25/2002) |
| 01/30/2002 | 48 | ORDER striking [47-1] pretrial order , entered; The Parties are ordered to file a joint pretrial order signed an agreed upon by all parties by Friday February 1,2002 at 3pm. The Parties are forwarned that the Court will consider imposing monetary sanctions on any party that does not join in filing a single order and attachments by the date specified above. notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/30/2002) |
| 01/30/2002 | | CASE NO LONGER REFERRED TO Magistrate Judge Felix Recio (ogutierrez) (Entered: 05/20/2002) |
| 02/01/2002 | 49 | Porposed Voir dire questions by City of Brownsville , filed (ogutierrez) (Entered: 02/01/2002) |
| 02/01/2002 | 50 | Dft's Proposed Jury instructions, filed. Diskette submitted.(ogutierrez) Modified on 02/01/2002 (Entered: 02/01/2002) |
| 02/01/2002 | 51 | JOINT PRETRIAL ORDER, filed. (ogutierrez) (Entered: 02/01/2002) |
| 02/01/2002 | 52 | Plaintiff's Proposed Charge and Jury instructions, filed. Diskette submitted. (ogutierrez) (Entered: 02/01/2002) |
| | | |

| | | |
|---|---|---|
| 02/01/2002 | 53 | MEMORANDUM OF LAW by Juan Pequeno, filed. (ogutierrez) (Entered: 02/01/2002) |
| 02/01/2002 | 54 | Proposed Voir dire questions by Juan Pequeno, filed (ogutierrez) (Entered: 02/01/2002) |
| 02/05/2002 | 55 | ORDER, entered. The Court ORDERED pltf to submit to the Court the pages of Ivan Welker deposition which are cited in Pltfs response to deft motion to dismiss and summary judgment. Pltfs' exhibit L, which is attached to pltfs response, does not include all the pages of Welker's deposition. Parties notified. ( signed by Judge Hilda G. Tagle) (lalaniz) (Entered: 02/05/2002) |
| 02/05/2002 | 56 | MOTION in limine by City of Brownsville, Ivan Welker, Carlos Rubenstien Ryan Scott Henry for defendant Carlos Rubenstien, Motion Docket Date 2/25/02 [56-1] motion, filed. (lalaniz) (Entered: 02/06/2002) |
| 02/06/2002 | | Pursuant to Court's order dated 02/05/02 (Doc #55) - received the page of Ivan Welker's deposition transcript which was cited in pltfs response to defts motion to dismiss and motion for summary judgment, but was not included in "Exhibit L". (lalaniz) (Entered: 02/06/2002) |
| 02/07/2002 | 57 | ORDER granting in part, denying in part [26-1] motion to dismiss granting in part, denying in part [26-2] motion for summary judgment, entered; Pursuant to the Joint Stipulation of the Parties, the Dfts in their individual capacities are Dismissed. Dfts Motion to Dismiss Welker and Rubenstein in their official capacities is Denied. Because an issue of fact remains with regard to whether Pltf was terminated legally for insubordination, or pretectually in violation of his First Amendment rights as a matter of official city policy, summary judgment for dfts on the 1983 issue is Denied. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/07/2002) |
| 02/07/2002 | 58 | Minute entry: Final Pretrial hearing held B/Judge Tagle. Apps: Frank Costilla and Alejandro Garcia f/pltf; Hugh Touch and Ryan Henry f/dft. Court Grants [56-1] motion in limine. Court asked for argument on item #10 of the Motion in Limine-regarding whether the Sweetsoft system was purchased, used, and whether it yielded hight revenues. The only issues left after the summary judgment order is pretext. The Court asked for all exhibits to be premarked. The Court wants to hear objections outside of the jury's presence, prefereable before jury selection. The Court assumes that because she has not been apprised of any problems with exhibits there are no problems. At the latest, she wants to hear about problems before testimony on Tuesday, 2/12/02. Jury selection set for 9:00 2/11/02 before Judge Hilda G. Tagle, set jury trial for 9:00 2/12/02 ETT: 4 days before Judge Hilda G. Tagle. Pltf intends to call 14 witnesses. Dfts intent to all 7 witnesses. Ct Reporter: Breck Record (ogutierrez) (Entered: 02/08/2002) |
| 02/11/2002 | 59 | Minute entry: Final Pretrial Hearing held b/Jude Tagle. Apps: Frank Costilla and Alejandro Garcia f/pltf; Hugh Touchy and Ryan Henry f/dft.. |

| | | |
|---|---|---|
| | | Ct Reporter: Breck Record . All parties appeared and announced ready for Jury Trial /ETT 4 or less days. Jury selection set for 2/11/02. The Court excused the Parties until 2pm. The Court informed the Parties that Wednesday morning is blocked out for something else. The Court asked for housekeeping matters. The Court said there might be opening statments this afternoon if jury selection happens before 3:30. The Court reconvened for jury selection at 3:45pm. (ogutierrez) (Entered: 02/12/2002) |
| 02/11/2002 | 60 | Jury list, filed (ogutierrez) (Entered: 02/14/2002) |
| 02/11/2002 | 61 | 1ST Day Jury trial held before Judge Hilda G. Tagle Ct Reporter: Breck Record. Atty Frank Costilla and Alejandro Garcia f/pltf; Hugh Touchy and Ryan Henry for dft. Case called for jury selection. All parties present and announced ready. Parties advised to return at 2pm for Jury selection. Court conducts voir dire examination. Jury excused momentarily to hear challenges for cause. Pltf's challenge for cause as to Juror No.1 and 3 overruled; challenge for cause as to Juror no.4,9,12, and 20 sustained. Dft's challenge for cause of Juror No.18 sustained. Jurors returned to the Courtroom and the names of those selected to serve were called. Jury selected; 6 jurors and 1 alternate set jury trial for before Judge Hilda G. Tagle 2/12/02 at 9am. The Court orders summons to issue on those jurors that failed to appear today and to appear before the Magistrate Judge to show cause why they should not be held in contempt of court. Court adjourns. (ogutierrez) (Entered: 02/15/2002) |
| 02/12/2002 | 62 | 2nd Day Jury trial held before Judge Hilda G. Tagle Ct Reporter: Breck Record. All parties present. Jury brought in at 9:20am. and sworn. Preliminary instructions to the Jury. Opening statements by Mr. Costilla and followed by Mr. Touchy. Witnesses sworn: Lynn Pequeno, Juan Pequeno, Efren Fernandez, Ivan Welker and Art Rodriguz. Rule invoked. Pltf and Defense cunsel made a joint offer of exhibits: 1-16; 18-19; 21-23; 25-39a,41,43-47, 51-57 and 59, exhibits admitted. Witness Art Rodriguez testifies; video of City Commission meeting wa played. Lunch recessed at 11:45am. 1:39pm Trial resumed; Ivan Welker testifies. at 5pm. Court recessed to resume on 2/13/02 at 1:30pm. (ogutierrez) (Entered: 02/15/2002) |
| 02/13/2002 | 63 | 3RD Day Jury trial held before Judge Hilda G. Tagle Ct Reporter: Breck Record. All parties present. Trial reconvened at 1:50pm. Carlos Rubenstein and Paul Calapa sworn. Paul Calapa testifies. at 2:06 Juan Pequeno testifies. Court recessed for the evening at 5pm. and to resume on 2/14/02 at 9:00am. (ogutierrez) (Entered: 02/15/2002) |
| 02/14/2002 | 64 | 4th Day Jury trial held before Judge Hilda G. Tagle Ct Reporter: Breck Record. Atty Frank Costilla and Alejandro Garcia f/pltf; Hugh Touchy and Ryan Henry f/dft. Trial continued with Mr. Pequeno testifying. At 11:02 Witness Efren Hernandez testifies. Lunch recess at 11:56. At 1:43 Jury brought in. Witnesses sworn: Carlos barrera, Kenneth McCoin and Donna Johnson. Mr. McCoin testify. Mr. Pequeno recalled to testify. Dft Call Donna Johnson. Court instructs jury on calling a witness out of turn. Ms. Johnson testify. At 3:06 recess taken. At 3:28 Mr. Carlos Rubenstein |

| | | |
|---|---|---|
| | | testifies. At 5pm Witnesses Gail Bruciak, Rachel Figueroa, Jackie Montes and Pete Gonzalez were sworn and testified. At 5:42 Pltf offers previously admitted exhibit No.59 regarding attys fees: admitted as stipulated by the parties. Pltf rests. At 5:45 Jury excused until 2/15/02 at 9:30am. Dft Rule 50 motion for judgment as a matter of law at close of pltf's case in chief, denied. Dft written Rule 50 motion filed. at 5:56 charge conference had. at 6:30pm. Court recessed for the evening. Counsel to appear at 9:15 in the morning to review jury charge. (ogutierrez) (Entered: 02/20/2002) |
| 02/14/2002 | 65 | Rule 50 MOTION for judgment as a matter of law at close of pltf's case in chief by City of Brownsville, Motion Docket Date 3/6/02 [65-1] motion , filed. (ogutierrez) (Entered: 02/20/2002) |
| 02/14/2002 | | ORAL ORDER of Judge Hilda G. Tagle denying [65-1] motion for judgment as a matter of law at close of pltf's case in chief (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 66 | 5th Day Jury trial held before Judge Hilda G. Tagle Ct Reporter: Breck Record. All parties present. (Outside Jury) Pltf's request to offer Exh.42 (audiocassette recording) Discussion had. Parties agreed to submit excerpt of written transcript to the Jury instead of redacting the audiocassette. Court will allow the excerpt of the written transcript only and will have it marked as Exhibit 42a. Jury brought in. Court will allow Pltfs to reopen its case. Dft's objections overruled. Portion of audiotape (Exhibit 42a) was played to the jury. Pltfs rest. Dft calls Carlos Barrera to testify. Dfts rest Both side close. Recess taken. Jury excused momentarily. Charge conference had. Pltfs made oral motion for Judgment as a matter of law--Granted in part. Dfts' Rule 50 motion Denied. Dft's objections to the proposed jury charge overruled. Jury brought in. Jury charge reaad. Final arguments made by counsel. Jury retired tothe jury room with instructions by the Court to select a Presiding Juror and advise the Court if they wish to take a lunch break or begin deliberations. Counsel certified trial exhibits. Jury notes a,2,3,4,5, received and filed. Responses by Court filled. On Jury note no. 4 no response needed. Verdict reached. Jury brought in. Verdict read. Verdict received and filed. Jurors exused. Final Judgment as to form to be submitted by 3/18/02. Court adjourned. (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 67 | Amended Exhibit list by Juan Pequeno , filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 68 | Amended Witness list by Juan Pequeno , filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 69 | OBJECTION to [52-1] instructions jury by City of Brownsville, Ivan Welker, Carlos Rubenstien , filed. (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 70 | Jury instructions, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 71 | JURY VERDICT for Juan Pequeno , filed (ogutierrez) (Entered: 02/20/2002) |

| | | |
|---|---|---|
| 02/15/2002 | 72 | NOTICE of Certification of Trial Exhibits by Juan Pequeno, City of Brownsville, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 73 | Jury note #1, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 74 | Jury note #2, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 75 | ORDER response to Jury note #2, entered; ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 76 | Jury note #3, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 77 | ORDER, entered; Response to note #3. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 78 | ORDER, entered; Response to Jury note #3. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 79 | Jury note #4, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 80 | Jury note #5, filed (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | 81 | Rule 50 MOTION for judgment as a matter of law at close of dfts' case in chief by City of Brownsville, Ivan Welker, Carlos Rubenstien, Motion Docket Date 3/7/02 [81-1] motion, filed. (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | | ORAL ORDER of Judge Hilda G. Tagle denying [81-1] motion for judgment as a matter of law at close of dfts' case in chief (ogutierrez) (Entered: 02/20/2002) |
| 02/15/2002 | | Deadline updated; mooting [30-1] motion to extend time to respond to motion to dismiss and sumjgm. until 11/26/01 mooting [29-1] motion requesting oral arguments and a ruling on dft motion to dismiss and for summary judgment (ogutierrez) (Entered: 02/20/2002) |
| 02/26/2002 | 82 | TRANSCRIPT OF PROCEEDINGS of Excerpt of Testimony of Juan Pequeno: for dates of 2/13/&14,2002 before Judge Hilda G Tagle, filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 02/26/2002) |
| 02/26/2002 | 83 | TRANSCRIPT OF PROCEEDINGS of Excerpt of Testimony of: Carlos Rubenstein for dates of 2/14/02 before Judge Hilda G Tagle, filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 02/26/2002) |
| 02/27/2002 | 84 | MOTION and Affirmation in support for attorney fees by Juan Pequeno, Motion Docket Date 3/19/02 [84-1] motion, filed. (ogutierrez) (Entered: 02/27/2002) |
| 03/18/2002 | 85 | MOTION for new trial by City of Brownsville, Ivan Welker, Carlos Rubenstien, Motion Docket Date 4/7/02 [85-1] motion, filed. (ogutierrez) (Entered: 03/19/2002) |
| 03/18/2002 | 86 | Renewed Rule 50 MOTION for judgment as a Matter of Law by City of Brownsville, Ivan Welker, Carlos Rubenstien, Motion Docket Date 4/7/02 [86-1], filed. (ogutierrez) (Entered: 03/19/2002) |

| | | |
|---|---|---|
| 03/19/2002 | 87 | ORDER , entered; The Court Ordered the Parties to inform the Court whether all Parties are in agreement as to the form of the judgment proposed by Pltf on 3/8/02. The Parties will so advise the Court by 3pm CST on Friday, March 22,2002. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/19/2002) |
| 03/22/2002 | 88 | NOTICE to the Court in response to Court Order of March 19,2002 by City of Brownsville , filed (ogutierrez) (Entered: 03/22/2002) |
| 03/26/2002 | 89 | FINAL JUDGMENT for Juan Pequeno against City of Brownsville, Ivan Welker, Carlos Rubenstien , entered. Parties ntfd. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/26/2002) |
| 03/26/2002 | | Case closed (ogutierrez) (Entered: 03/26/2002) |
| 04/04/2002 | 90 | RESPONSE by Juan Pequeno to [85-1] motion for new trial, filed. (lgarcia) (Entered: 04/05/2002) |
| 04/05/2002 | 91 | MOTION to amend judgment by Juan Pequeno, Motion Docket Date 4/25/02 [91-1] motion , filed. (ogutierrez) (Entered: 04/08/2002) |
| 04/08/2002 | 92 | RESPONSE by Juan Pequeno to Renewed Rule 50 [86-1] motion for judgment as Matter of Law , filed. (ogutierrez) (Entered: 04/09/2002) |
| 04/15/2002 | 93 | ORDER denying [86-1] motion for judgment as a Matter of Law , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/15/2002) |
| 04/15/2002 | 94 | MOTION to stay judgment pending appeal and request for waiver of supersedeas bond by City of Brownsville, Ivan Welker, Carlos Rubenstien, Motion Docket Date 5/5/02 [94-1] motion , filed. (ogutierrez) (Entered: 04/16/2002) |
| 04/15/2002 | 95 | OBJECTION to [91-1] motion to amend judgment by City of Brownsville, Ivan Welker, Carlos Rubenstien , filed. (ogutierrez) (Entered: 04/16/2002) |
| 04/15/2002 | 95 | MOTION to strike [91-1] motion to amend judgment by City of Brownsville, Ivan Welker, Carlos Rubenstien, Motion Docket Date 5/5/02 [95-1] motion , filed. (ogutierrez) (Entered: 04/16/2002) |
| 04/15/2002 | 96 | MOTION for sanctions against Juan Pequeno by City of Brownsville, Ivan Welker, Carlos Rubenstien, Motion Docket Date 5/5/02 [96-1] motion , filed. (ogutierrez) (Entered: 04/16/2002) |
| 04/15/2002 | 97 | NOTICE OF APPEAL of [89-1] order by City of Brownsville, Ivan Welker, Carlos Rubenstien , filed. Fee Status: not paid Appeal record due on 4/30/02 (ogutierrez) (Entered: 04/16/2002) |
| 04/17/2002 | | USCA appeal fees received $ 105.00 Receipt #: 116140 [97-1] appeal Parties ntfd. (ogutierrez) (Entered: 04/17/2002) |
| 04/19/2002 | | Notice of appeal and Copy of docket transmitted to USCA: [97-1] appeal (mperez) (Entered: 04/19/2002) |

| | | |
|---|---|---|
| 04/24/2002 | 98 | DESIGNATION by City of Brownsville, Ivan Welker, Carlos Rubenstien of record on appeal, filed (ogutierrez) (Entered: 04/24/2002) |
| 04/24/2002 | 99 | REQUEST by City of Brownsville, Ivan Welker, Carlos Rubenstien for transcript , filed. (ogutierrez) (Entered: 04/24/2002) |
| 04/25/2002 | 100 | Transcript request for [97-1] appeal Breck Record, filed. (ogutierrez) (Entered: 04/25/2002) |
| 05/02/2002 | 101 | TRANSCRIPT OF PROCEEDINGS of Voir Dire Proceedings for dates of 2/11/02 before Judge Hilda G Tagle , filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 05/02/2002) |
| 05/02/2002 | 102 | TRANSCRIPT OF PROCEEDINGS of Jury Trial for dates of 2/12/02 before Judge Hilda G Tagle , filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 05/02/2002) |
| 05/02/2002 | 103 | TRANSCRIPT OF PROCEEDINGS of Jury Trial for dates of 2/13/02 before Judge Hilda G Tagle , filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 05/02/2002) |
| 05/02/2002 | 104 | TRANSCRIPT OF PROCEEDINGS of Jury Trial for dates of 2/14/02 before Judge Hilda G Tagle , filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 05/02/2002) |
| 05/02/2002 | 105 | TRANSCRIPT OF PROCEEDINGS of Jury Trial for dates of 2/15/02 before Judge Hilda G Tagle , filed. ( Court Rptr: Breck Record) (ogutierrez) (Entered: 05/02/2002) |
| 05/03/2002 | | MAIL RETURNED UNDELIVERABLE as to Juan Pequeno re: Package of notice of appeal. (ogutierrez) (Entered: 05/03/2002) |
| 05/06/2002 | 106 | ORDER denying [85-1] motion for new trial , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 05/06/2002) |
| 05/08/2002 | | Hand delivered at the counter mail that had been returned to U S District Clerk. (ogutierrez) (Entered: 05/08/2002) |
| 05/10/2002 | | USCA LETTER Re: 02-40600 received. (ogutierrez) (Entered: 05/13/2002) |
| 05/17/2002 | 107 | SUGGESTION OF BANKRUPTCY and Appointment of Trustee by Juan Pequeno , filed. (ogutierrez) (Entered: 05/17/2002) |
| 08/14/2002 | 108 | ORDER denying [96-1] motion for sanctions against Juan Pequeno granting [95-1] motion to strike [91-1] motion to amend judgment denying [94-1] motion to stay judgment pending appeal and request for waiver of supersedeas bond striking [91-1] motion to amend judgment , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/15/2002) |
| 09/13/2002 | 109 | NOTICE OF APPEAL of [108-1] order by Juan Pequeno , filed. Fee Status: 105.00 Receipt #: 116646 Appeal record due on 9/28/02 (ogutierrez) (Entered: 09/16/2002) |

| Date | Doc# | Description |
|---|---|---|
| 09/16/2002 | | Certified and transmitted record on appeal consisting of 4 vols. of the record, 7 vols. of transcripts (Doc. #82, 83 and #101-105) and 1 binder of Plaintiff's trial exhibits to U.S. Court of Appeals: . Circuit No. 02-40600 Parties ntfd. (mperez) (Entered: 09/16/2002) |
| 10/08/2002 | | USCA LETTER Re: 02-40600 received. (ogutierrez) (Entered: 10/08/2002) |
| 03/11/2003 | 110 | ORDER OF USCA (certified copy) 3/6/03 [109-1] appeal , filed CCA No. 02-40600 (ogutierrez) (Entered: 03/11/2003) |
| 07/01/2003 | 111 | ORDER OF USCA (certified copy) 6/27/03 [97-1] appeal , filed It is ordered that this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of Court within 180 days from this date. Unless appeal is reinstated within that time or it is extended, the appeal will be considered dismissed with prejudice. CCA No. 02-40600 (ogutierrez) (Entered: 07/07/2003) |
| 07/01/2003 | | Record on appeal consisting of 4 volumes of record, 7 transcripts and one brown folder of exhibits returned from U.S. Court of Appeals: . CCA No. 02-40600. (ogutierrez) (Entered: 07/07/2003) |
| 10/12/2005 | 112 | MOTION for Entry of Agreed Modified Final Judgment by Carlos Rubenstien, City of Brownsville, Texas, Ivan Welker, filed. Motion Docket Date 11/1/2005. (Attachments: # 1 Proposed Order # 2 Proposed Order # 3 Proposed Order)(mperez, ) (Entered: 10/13/2005) |
| 11/03/2005 | 113 | AGREED MODIFIED FINAL JUDGMENT. The Court DISMISSES all claims with prejudice as acknowledgment of the release of claims by the parties following mediation and settlement approved by the Bankruptcy Court.( Signed by Judge Hilda G Tagle ) Parties notified.(mperez, ) (Entered: 11/03/2005) |
| 11/03/2005 | 114 | ORDER & OPINION granting 112 Joint Motion for Entry of Agreed Modified Final Judgment .( Signed by Judge Hilda G Tagle ) Parties notified.(mperez, ) (Entered: 11/03/2005) |
| 11/08/2005 | 115 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 114 Order on Motion for Entry of Agreed Modified Final Judgment by Juan Pequeno , filed.(mperez, ) (Entered: 11/10/2005) |
| 11/10/2005 | 116 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re: 115 Notice of Appeal. Fee status: not paid, filed.(mperez, ) (Entered: 11/10/2005) |
| 11/14/2005 | 117 | MOTION to Amend This Court's Order of November 3, 2005 and to Impose Sanctions For Misleading Court on Plaintiff Pequeno's Lawsuit, Pursuant to FCRP by Juan Pequeno, filed. Motion Docket Date 12/5/2005. (Attachments: # 1 Proposed Order # 2 Exhibit 1 # 3 Exhibit 2) (dahumada, ) (Entered: 11/15/2005) |
| 11/14/2005 | | Appeal Filing fee re: 115 Notice of Appeal: $ 255.00, receipt number 120694 , filed. (mperez, ) (Entered: 12/02/2005) |

| 11/21/2005 | 118 | ORDER Dismissing 117 Pltf's Motion to Amend this Court's Order of November 3, 2005 and to Impose Sanctions for Misleading the Court on Plaintiff Pequeno's Lawsuit Pursuant to FRCP 59(e) WITHOUT PREJUDICE. (Signed by Judge Hilda G Tagle) Parties notified. (gmendieta) (Entered: 11/21/2005) |
|---|---|---|
| 11/30/2005 | 119 | MOTION to Reconsider 118 Order Dismissing Plaintiff's Motion to Amend, Dkt. #117 Pursuant to Fed.R.App.P 4(a) as a Matter of Law that this COurt has Jurisdiction of Case and Plaintiff Refiles Same Motion to Amend by Juan Pequeno, filed. Motion Docket Date 12/20/2005. (Attachments: # 1 Proposed Order # 2 Exhibit 1# 3 Exhibit 2) (bvasquez, ) (Entered: 12/01/2005) |
| 11/30/2005 | 120 | Notice of Docketing Notice of Appeal from US Court of Appeals for the Fifth Circuit re: 115 Notice of Appeal. USCA No. 05-41624, filed. (bvasquez, ) (Entered: 12/01/2005) |
| 12/01/2005 | 121 | ORDER of USCA for the Fifth Circuit (certified copy) dated 11/17/05. (USCA No. 02-40600). Entry of Dismissal, filed. (Attachments: # 1 Motion to Withdraw# 2 Letter)(mperez, ) (Entered: 12/01/2005) |
| 12/08/2005 | 122 | DESIGNATION of Charles Willette, Jr. as attorney in charge of Carlos Rubenstien, City of Brownsville, Texas, Ivan Welker, filed. (Attachments: # 1 Cover Letter)(Scott, Heather) (Entered: 12/08/2005) |
| 12/15/2005 | 123 | ORDER 119 Granting MOTION for Reconsideration of 118 Order on Motion to Amend. Therefore,the Court GRANTED Plaintiff's Motion to Reconsider Order Dismissing Plaintiff's Motion to Amend This Court's Order of November 3, 2005 and to Impose Sanctions for Misleading the Court on Plaintiff Pequeno's Lawsuit, Dkt. no. 119. After reconsideration under Rule 59(e), the Court DENIED Plaintiff's Motion to Amend, Dkt. No. 117.( Signed by Judge Hilda G Tagle ) Parties notified.(bvasquez, ) (Entered: 12/15/2005) |
| 01/09/2006 | 124 | MOTION to Reconsider Dkt. 123 Order, Denying Plaintiff's Motion to Amend Dkt. 117 Pursuant to Federal Rule of Civil Procedures - FRCP 60 (b), Error or Law, Since Trustee Michael Schmidt is in Collusion to Defraud, and Plaintiff Refiles Previous Motion to Amend, Dkt. # 117 by Juan Pequeno, filed. Motion Docket Date 1/30/2006. (Attachments: # 1 Proposed Order # 2 Copy of Dkt. No. 117# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 6 Continued# 10 Exhibit 7# 11 Exhibit 7 Continued# 12 Exhibit 8# 13 Exhibit 9# 14 Exhibit Exhibit 9 Continued# 15 Exhibit 10# 16 Exhibit 11# 17 Exhibit 12# 18 Exhibit 12 Continued# 19 Exhibit 12 Continued# 20 Exhibit 13# 21 Exhibit 14# 22 Exhibit 15# 23 Exhibit 16# 24 Exhibit 17# 25 Exhibit 18# 26 Exhibit 18 Continued# 27 Exhibit 19# 28 Exhibit 20# 29 Exhibit 21# 30 Exhibit 22# 31 Exhibit 23)(bvasquez, ) (Entered: 01/10/2006) |
| 01/17/2006 | 125 | Amended NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Juan Pequeno, filed. (Attachments: # 1 Exhibit 1)(mperez, ) (Entered: 01/18/2006) |
| 01/18/2006 | 126 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re: 125 |

| | | |
|---|---|---|
| | | Amended Notice of Appeal, filed.(mperez, ) (Entered: 01/18/2006) |
| 01/31/2006 | 127 | NOTICE to Court for Request of Correction for Docket Front Page by Juan Pequeno, filed. (Attachments: # 1 Exhibit 1)(mperez, ) (Entered: 02/03/2006) |
| 02/06/2006 | 128 | ORDER denying 124 Motion for Reconsideration. Therefore, the Court DENIES Plaintiff's Motion to Reconsider the Order Denying Plaintiff;s Motion to Amend Pursuant to Federal Rules of Civil Procedure 60(b), Dkt. No. 124 .( Signed by Judge Hilda G Tagle ) Parties notified. (bvasquez, ) (Entered: 02/06/2006) |
| 02/10/2006 | 129 | Notice of Docketing Notice of Appeal from US Court of Appeals for the Fifth Circuit re: 125 Amended Notice of Appeal. USCA No. 05-41624, filed.(mperez, ) (Entered: 02/10/2006) |
| 02/21/2006 | 131 | ORDER, entered. BE IT REMEMBERED, that on February 21, 2006, the Court GRANTED the Plaintiff's motion to proceed pro se in this case. The Court ORDERS the District Clerk to record the Plaintiff's dismissal of attorney Frank Costilla as of September 9, 2002 in the docket.( Signed by Judge Hilda G Tagle ) Parties notified.(mperez, ) (Entered: 05/22/2006) |
| 05/02/2006 | | Electronic record on appeal certified to the U.S. Court of Appeals for the Fifth Circuit. Fifth Circuit Court of Appeals Case Number: 05-41624, filed.(bvasquez, ) (Entered: 05/02/2006) |
| 05/02/2006 | 130 | Certified and Tranmitted Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re: 125 Amended Notice of Appeal ; consisting of 8 Volumes of the Record (USCA No. 05-41624), filed.(bvasquez, ) (Entered: 05/02/2006) |
| 06/02/2006 | 132 | Appeal Remark Attorney Receipt (Pro Se Litigant) of Record on Appeal consisting of 8 Volumes re: Notice of Appeal.(USCA No. 05-41624), filed.(bvasquez, ) (Entered: 06/05/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/08/2006 20:42:10 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:00-cv-00180 |
| Billable Pages: | 11 | Cost: | 0.88 |