Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Juan Pequeno, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| City of Brownsville, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

BE IT REMEMBERED, that on February 21, 2006 the Court **GRANTED** the Plaintiff's motion to proceed pro se in this case. The Court **ORDERS** the District Clerk to record the Plaintiff's dismissal of attorney Frank Costilla as of September 9, 2002 in the docket.

DONE at Brownsville, Texas, this 21st day of February 2006.

Hilda G. Tagle
United States District Judge

1