IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN PEQUENO, § | |
| § | |
| Plaintiff § | CIVIL ACTION NO. B-00-180 |
| § | |
| § | |
| v. § | |
| § | |
| City of Brownsville § | |
| Defendants, § | |

ORDER REQUESTING THAT DISTRICT CLERK
FILE AND INCLUDE IN RECORD OF APPEAL, 'THE LATEST APPEAL
DOCKET' ALONG WITH THE 'ORDER DOCUMENT ITSELF, DKT#131'
TO 5TH CIRCUIT APPEAL#05-41624, BECAUSE OF CLERK'S ERROR
OF NOT FILING COURT'S ORDER OF 2/21/2006, DKT#131 UNTIL
THREE MONTHS LATER, AND TO DETERMINE REASON FOR ERROR

The Honorable Court this day considered Plaintiff's 'MOTION REQUESTING THAT DISTRICT CLERK    FILE AND INCLUDE IN RECORD OF APPEAL, 'THE LATEST APPEAL DOCKET' ALONG WITH THE 'ORDER DOCUMENT ITSELF, DKT#131' TO 5TH CIRCUIT APPEAL#05-41624, BECAUSE OF CLERK'S ERROR OF NOT FILING COURT'S ORDER OF 2/21/2006, DKT#131 UNTIL THREE MONTHS LATER, AND TO DETERMINE REASON FOR ERROR'.

Since the docket evidences the above facts of this Motion, IT IS ORDERED that Plaintiff's Motion, IS HEREBY - GRANTED.

DONE this _____ day of _____, 2006 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE