United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Juan Pequeno, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-180 |
| | § | |
| City of Brownsville, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED, that on June 13, 2006, the Court **ORDERED** the District Clerk to include the Court's order of February 21, 2006 [Dkt. No. 131] in the Record on Appeal to the Fifth Circuit concerning the Amended Notice of Appeal [Dkt. No. 125].

Between January 17, 2006, when Plaintiff filed his Amended Notice of Appeal [Dkt. No. 125], and May 2, 2006, when the District Clerk's office certified and transmitted the Record on Appeal, it was discovered that a clerical error had resulted in the exclusion of the Court's order of February 21, 2006 [Dkt. No. 131] from the docket sheet in this case. At this time, this error has been corrected and the previous order appears on the proper date in the docket sheet for the above-styled case. Therefore, the Court **ORDERS** the District Clerk to include the Court's order of February 21, 2006 [Dkt. No. 131] in the Record on Appeal to the Fifth Circuit concerning the Amended Notice of Appeal [Dkt. No. 125].

DONE at Brownsville, Texas, this 13 day of June 2006.

Hilda G. Tagle
United States District Judge