# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| CHARLES WILLETTE, JR<br>R D "BOBBY" GUERRA*<br>EILEEN M LEEDS<br>JOE HERNANDEZ*<br><br>ELIZABETH S. CANTU*<br>ANALISA FIGUEROA<br>MICHAEL GUERRA*<br>MELANIE A MOORE<br>ROBERT PEREZ<br>HEATHER SCOTT | 1534 EAST 6TH STREET, SUITE 200<br>BROWNSVILLE, TEXAS 78520<br>TELEPHONE: (956) 541-1846<br>FACSIMILE: (956) 541-1893 | *MCALLEN OFFICE<br>801 WEST NOLANA, SUITE 320<br>MCALLEN, TEXAS 78504<br>TELEPHONE. (956) 686-2266<br>FACSIMILE (956) 686-5913<br><br>*Of Counsel:*<br>JUAN "CHUY" HINOJOSA |

June 13, 2006

*Via Hand Delivery*
Mr. Butch Barbosa
United States District Clerk
600 East Harrison Ste. 101
Brownsville, Texas 78520

> United States District Court
> Southern District of Texas
> FILED
>
> JUN 1 3 2006
>
> Michael N. Milby
> Clerk of Court

Re:   Case No. B-00-180; *In Re: Juan Pequeño vs. City of Brownsville, et al*
      U.S.D.C. Southern District, Brownsville Division; In the United States District Court for
      the Southern District of Texas, Brownsville Division
      <u>Our File No. 01-137</u>          <u>CW/HS</u>

Dear Mr. Barbosa:

   As designated attorney in charge, please delete all other counsel of record for Defendants in this matter. Please add the following attorney as counsel of record for Defendants in this matter:

Heather Scott
State Bar No. 24046809
Federal I.D. No. 575294
WILLETTE & GUERRA, L.L.P.
1534 East 6th Street, Ste. 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

   Please forward all communications from the Court and other counsel relating to this cause and the appeal of this cause to the attention of Charles Willette, Jr. and Heather Scott.

   Thank you for your assistance in this matter.

Very truly yours,

WILLETTE & GUERRA, L.L.P

By: _____
    Charles Willette, Jr.

Mr. Butch Barbosa
United States District Clerk
June 13, 2006
Page 2

xc:

***Via U.S. Regular Mail***
Mr. Juan Pequeño
P.O. Box 5692
Brownsville, Texas 78523

***Via U.S. Regular Mail***
Mr. Alejandro Garcia
Mr. Frank Costilla
LAW OFFICE OF FRANK COSTILLA, PLLP.
5 East Elizabeth Street
Brownsville, Texas 78520

***Via U.S. Regular Mail***
Mr. Michael Schmidt, Bankruptcy Trustee
555 North Carancahua, Suite 1550
Corpus Christi, Texas 78475