United States District Court
Southern District of Texas
FILED

JUN 1 6 2006

Michael N. Milby
Clerk of Court

COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

U.S.C.A. No. 05-41624

THIS PORTION REMAINS WITH COURT RECORDS

No. B00CV180  Short Title: Pequeno vs. City of Brownsville  Date 6/16/06

To: Juan Pequeno
Name
P.O. Box 5692
Address
Brownsville TX 78523
City.      State    Zip

Documents Enclosed:
☐ Record Vols:_____
*☐ Exhibits ☐ Env._____
☐ Box:_____ ☐
☑ Supp. Record Vols. 7
☑ Second Supp. Record Vols. 1
☐ Third Supp. Record Vols._____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES