United States District Court
Southern District of Texas
FILED

JUN 1 6 2006

Michael N. Milby
Clerk of Court

✂ Cut Here

Attorney Receipt    The shaded area below is to be completed by original recipient. Please detach this portion and forward it
USCA No. 05-41624   to the District Court Clerk's office upon receipt of documents.

No. B00CV180  Short Title: *Pequeno vs. City of Brownsville*

To:   Clerk, U.S. District Court

      600 E. Harrison
      Brownsville, TX 78520

District: **Southern District; Brownsville Division**

☐ Record Vols:_____
☒ Supp. Record Vols. *7 and Second Suppl.*
* ☐ Exhibits ☐ _____ *Record Vols. 1*

Records in above case listed received:
** Judge/Attorney Name: _____
Date: 6-16-06
** PLEASE PRINT NAME