IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 05-41624

B-00 CV-180

---

United States District Court
Southern District of Texas
FILED

OCT 3 1 2006

Michael N. Milby
Clerk of Court

United States Court of Appeals
Fifth Circuit

F I L E D
August 31, 2006

Charles R. Fulbruge III
Clerk

JUAN PEQUENO

    Plaintiff - Appellant

v.

CITY OF BROWNSVILLE TEXAS; MAYOR OF BROWNSVILLE BLANCA VELA; CITY COMMISSIONER CARLTON; CITY COMMISSIONER ERNIE HERNANDEZ; HENRY MCNAIR, JR; CITY COMMISSIONER JOHN WOOD; ASSISTANT CITY MANAGER IVAN WELKER; HUMAN RESOURCES DIRECTOR EFREN HERNANDEZ; PREVIOUS MAYOR HENRY GONZALEZ; PREVIOUS CITY MANAGER CARLOS RUBENSTIEN

    Defendants - Appellees

and

MICHAEL B SCHMIDT,

    Trustee - Appellee

and

FRANK COSTILLA,

    Appellee

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

O R D E R :

IT IS ORDERED that the appellees' motion to dismiss appeals is GRANTED.

IT IS FURTHER ORDERED that the appellees' alternative motion for an extension of time to file brief is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the appellant's motion to submit clerk-misplaced attachments to appellant, Juan Pequeno's, previously filed response to appellees' motion to dismiss is DISMISSED AS MOOT.

                                             s/ HAROLD R. DeMOSS JR.
                                              HAROLD R. DeMOSS, JR.
MOT-21                                     UNITED STATES CIRCUIT JUDGE

Issued As Mandate: OCT 1 3 2006

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
           Deputy
New Orleans, Louisiana   OCT 1 3 2006