U.S. COURT OF APPEALS
**FILED**

JUN 0 6 2007

CHARLES R. FULBRUGE III
CLERK

**Supreme Court of the United States
Office of the Clerk
Washington, DC  20543-0001**

United States District Court
Southern District of Texas
FILED

JUN - 7 2007

Michael N. Milby
Clerk of Court

William K. Suter
Clerk of the Court
(202) 479-3011

May 29, 2007

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:   Juan Pequeno
v. Michael B. Schmidt, et al.
No. 06-1279
(Your No. 05-41624)

B-00-CV-180

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 6, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 05-41624 Pequeno v. City of Brownsville
      USDC No.  1:00-CV-180

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
     Charlene Vogelaar, Deputy Clerk
     504-310-7648

MDT-1



"USCA5 Case Processing"
<USCA5_CaseProcessing@c
a5.uscourts.gov>

06/06/2007 06:05 PM

Please respond to
"USCA5 Case Processing"
<USCA5_CaseProcessing@ca
5.uscourts.gov>

To    "Michael Milby" <Rosa_D'Venturi@txs.uscourts.gov>

cc

Subject    Activity in case 05-41624 Pequeno v. City of Brownsville,
Spct order dn cert received

United States Court of Appeals, 5th Circuit

Notice of case processing

The following entry was docketed:

Case number:05-41624
Case name: Pequeno v. City of Brownsville
Lower court: 1:00-CV-180

Docket text:
06/06/07 Supreme Court order received denying petition certiorari [5713489-1]
by Appellant Juan Pequeno in 05-41624, petition certiorari [5713489-1] by
Appellant Juan Pequeno in 06-40150 on 05/29/07. [05-41624, 06-40150]

See attached documents.

  

5768080.pdf  mdt1form.rtf.wpd.pdf